```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0209--CV (JKS)
            "JOSEPH ABRUSKA V NORTHLAND VESSEL LEASING ET"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/14/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (340) Marine

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 09/14/04 receipt # 00123975
           Trial by: Court
```

Parties of Record:                          Counsel of Record:

PLF 1.1          ABRUSKA, JOSEPH            Neil T. O'Donnell
                                            Atkinson Conway & Gagnon
                                            420 L Street, Suite 500
                                            Anchorage, AK 99501-1989
                                            907-276-1700
                                            FAX 907-272-2082

DEF 1.1          NORTHLAND VESSEL LEASING CO LLC    Thomas G. Waller
                                            Bauer Moynihan et al
                                            2101 4th Avenue, 24th Floor
                                            Seattle, WA 98121
                                            206-443-3400
                                            FAX 206-448-9076

DEF 2.1          NAKNEK BARGE LLC           Thomas G. Waller
                                            (see above)

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0209--CV (JKS)
                       "JOSEPH ABRUSKA V NORTHLAND VESSEL LEASING ET"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/14/04
            Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (340) Marine

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/14/04 receipt # 00123975
          Trial by: Court
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 09/14/04 | Complaint filed; Summons issued. |
| 2 - | 1 | 10/15/04 | DEF 1-2 Attorney Appearance of T. Waller. |
| 3 - | 1 | 11/04/04 | DEF 1-2 Answer to Complaint. |
| 4 - | 1 | 11/05/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 5 - | 1 | 12/08/04 | PLF 1; DEF 1-2 Scheduling and Planning Conf Rpt. |
| 6 - | 1 | 12/10/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 02/01/06; Dispositive motions deadline 03/01/06; Estimate of trial 4 days; TBC. cc: cnsl |
| 7 - | 1 | 01/14/05 | PLF 1 Preliminary Witness List. |
| 8 - | 1 | 01/31/05 | PLF 1 motion for partial summary judgment w/att memo & exhs. |
| 9 - | 1 | 02/18/05 | DEF 1-2 opposition to PLF 1 motion for partial summary judgment (8-1) w/att exhs. |
| 10 - | 1 | 03/01/05 | PLF 1 reply to opposition to PLF 1 motion for partial summary judgment (8-1)  w/att exhs. |
| 11 - | 1 | 06/07/05 | JKS Order denying motion for partial summary judgment (8-1). cc: cnsl |
| 12 - | 1 | 09/28/05 | PLF 1 Unopposed motion to amend complaint w/att amended complaint. |
| 13 - | 1 | 09/29/05 | JKS Order granting unopposed motion to amend complaint (12-1). cc: cnsl |
| 14 - | 1 | 09/29/05 | PLF 1 Complaint (Amended). |
| 15 - | 1 | 09/30/05 | PLF 1 Stipulation for extension of time for submission of expert reports until 3/3/06. |
| 15 - | 2 | 10/04/05 | JKS Order granting stipulation for extension of time for submission of expert reports until 3/3/06 (15-1). cc: cnsl |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A04-0209--CV (JKS)
                           "JOSEPH ABRUSKA V NORTHLAND VESSEL LEASING ET"

                                         For all filing dates

Document #   Filed       Docket text
_____   _____       _____

   16 -  1   10/19/05    JKS Minute Order re plf to require DEF 1-2 answers to the amended
                         complaint due w/in 20 days. cc: cnsl

   17 -  1   10/27/05    DEF 1 Answer to Complaint.

   18 -  1   11/02/05    PLF 1 Final Witness List.

   19 -  1   11/10/05    DEF 1-2 Final Witness List.
```

Case 3:04-cv-00209-TMB   Document 19   Filed 09/14/2004   Page 3 of 3