NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC<br><br>          Defendants. | **STIPULATION FOR EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS, MOTIONS IN LIMINE, AND DISPOSITIVE MOTIONS**<br><br>Case No. A04-209 CV (JKS) |

      Pursuant to the Scheduling and Planning Order, the parties hereby stipulate and agree that the deadline for discovery shall be extended two months from February 1, 2006 to April 3, 2006. This extension is for the purpose of taking depositions only and not to conduct further written discovery. Additionally, expert reports are currently due on March 3, 2006, and this stipulation will permit the parties to take depositions of experts after the disclosure of expert reports.

      In conjunction with this extension of the deadline for discovery, the parties also stipulate that discovery motions, motions in limine, and dispositive motions shall be

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

due on May 3, 2006. This extension confirms that discovery motions, motions in limine, and dispositive motions will be due thirty (30) days after the new deadline for discovery.

DATED this 30th day of January, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff

By: _____
Christopher J. Slottee
ABA #0211055

DATED this 30 day of January, 2006.

BAUER MOYNIHAN & JOHNSON LLP
Attorneys for Defendant

By: _____
Thomas G. Waller
ABA #0109052

### ORDER

It is so ordered.

DONE this _____ day of _____, 2006.

By: _____
Honorable James K. Singleton
United States District Court Judge

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1909
TELEPHONE 276-1700
FACSIMILE 272-2082

Stipulation for Extension of Time to Conduct Discovery
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2
82744/7407.1