NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND VESSEL LEASING ) <br> COMPANY, LLC and NAKNEK ) <br> BARGE, LLC ) <br> ) <br> Defendants. ) <br> _____) | **ERRATA TO EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS, MOTIONS IN LIMINE, AND DISPOSITIVE MOTIONS** <br><br> Case No. A04-209 CV (TMB) |

Plaintiff, by and through his counsel, Atkinson, Conway & Gagnon, hereby submits a Proposed Order to the Stipulation For Extension Of Time For Conducting Depositions, Motions In Limine, and Dispositive Motions. A Stipulation with Proposed Order included in the document was erroneously filed Monday, January 30, 2006.

DATED this 31st day of January, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By    s/ Christopher J. Slottee
Christopher J. Slottee
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: cjs@acglaw.com
ABA No. 0211055

I certify that on January 31, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

Thomas J. Waller, Esq.

By    s/ Christopher J. Slottee
Christopher J. Slottee

Errata to Stipulation for Extension of Time to Conduct Discovery
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2
83083/7407.1