NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
cjs@acglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,       ) | |
|      ) | **ERRATA TO EXTENSION OF** |
|      Plaintiff,    ) | **TIME FOR CONDUCTING** |
|      ) | **DEPOSITIONS, MOTIONS IN** |
|   vs.      ) | **LIMINE, AND DISPOSITIVE** |
|      ) | **MOTIONS** |
| NORTHLAND VESSEL LEASING    ) | |
| COMPANY, LLC and NAKNEK    ) | |
| BARGE, LLC      ) | |
|      ) | Case No. A04-209 CV (TMB) |
|      Defendants.    ) | |
| _____) | |

Plaintiff, by and through his counsel, Atkinson, Conway & Gagnon, hereby

submits a Proposed Order to the Stipulation For Extension Of Time For Conducting

Depositions, Motions In Limine, and Dispositive Motions.  A Stipulation with Proposed

Order included in the document was erroneously filed Monday, January 30, 2006.

DATED this 31st day of January, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska


By_____s/ Christopher J. Slottee_____
     Christopher J. Slottee
     420 L Street, Suite 500
     Anchorage, AK 99501
     Phone:  (907) 276-1700
     Fax:  (907) 272-2082
     E-mail:  cjs@acglaw.com
     ABA No. 0211055


I certify that on January 31, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

Thomas J. Waller, Esq.


By     _____s/ Christopher J. Slottee_____
      Christopher J. Slottee


Errata to Stipulation for Extension of Time to Conduct Discovery
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2
83083/7407.1