NEIL T. O'DONNELL  
CHRISTOPHER J. SLOTTEE  
ATKINSON, CONWAY & GAGNON  
Attorneys for Plaintiff Joseph Abruska  
420 L Street, Suite 500  
Anchorage, Alaska 99501-1989  
(907) 276-1700  
cjs@acglaw.com  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC and NAKNEK )<br>BARGE, LLC )<br>)<br>Defendants. )<br>_____) | **ORDER GRANTING EXTENSION OF TIME FOR CONDUCTING DEPOSITIONS, MOTIONS IN LIMINE, AND DISPOSITIVE MOTIONS**<br><br>Case No. A04-209 CV (TMB) |

      Pursuant to the parties' Stipulation For Extension Of Time For Conducting Depositions, Motions In Limine, And Dispositive Motions, the Court hereby orders that the deadline for conducting depositions in this case shall be extended from February 1, 2006 to April 3, 2006.  Discovery motions, motions in limine, and dispositive motions shall be due thirty days after April 3, 2006.

      DATED this _____ day of _____, 2006.

                           By_____  
                              Honorable Timothy M. Burgess  
                              United States District Court Judge

I certify that on January 31, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

Thomas J. Waller, Esq.


By    s/ Christopher J. Slottee
         Christopher J. Slottee

Order Granting Extension of Time to Conduct Discovery
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2
83075/7407.1