NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC, et al.., )<br>)<br>Defendants. )<br>)<br>_____) | **NOTICE OF CHANGE OF COUNSEL**<br><br>Case No. A04-209 CV (TMB) |

     The law firm of Atkinson, Conway & Gagnon hereby gives notice that counsel of record for Joseph Abruska should be changed from Neil T. O'Donnell to Neil T. O'Donnell and Christopher J. Slottee. All future pleadings and correspondence in this matter should be sent to:

          Neil T. O'Donnell
          Christopher J. Slottee
          420 L Street, Suite 500
          Anchorage, Alaska 99501
          P: 907-276-1700
          F: 907-272-2082

|  |  |
|---|---|
|  | ATKINSON, CONWAY & GAGNON |
|  | Attorneys for Joseph Abruska |

Dated: January 31, 2006        By_____s/ Christopher J. Slottee_____
                                              Christopher J. Slottee
                                              420 L Street, Suite 500
                                              Anchorage, AK 99501
                                              Phone: (907) 276-1700
                                              Fax: (907) 272-2082
                                              E-mail: cjs@acglaw.com
                                              ABA No. 0211055

I certify that on January 31, 2006, a copy
a copy of the foregoing was served
electronically on the following attorneys or parties
of record:

Thomas J. Waller, Esq.


By        s/ Christopher J. Slottee
              Christopher J. Slottee