```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF ALASKA AT ANCHORAGE
 3  ─────────────────────────────────────────────────
    JOSEPH ABRUSKA,                    )
 4                                     )
              Plaintiff,               )
 5                                     )
       vs.                             )
 6                                     )
    NORTHLAND VESSEL LEASING           )
 7  COMPANY, LLC and NAKNEK            )
    BARGE, LLC,                        )
 8                                     )
              Defendants.              )
 9  ─────────────────────────────────────────────────
    Case No. A04-209 CV (JKS)
10
11
    ─────────────────────────────────────────────────
12
        VIDEOTAPED DEPOSITION OF WILLIAM "BILL" EMORY
13  ─────────────────────────────────────────────────
14
                      Pages 1 - 116
15            Wednesday, September 28, 2005
                        1:35 P.M.
16
              Taken by Counsel for Plaintiff
17                          at
                Atkinson, Conway & Gagnon
18              420 L Street, Suite 500
                    Anchorage, Alaska
19
20
21
22
23
24
25
```

Page 18

1  A  Several hundred.
2  Q  Are they all similar to the BARANOF TRADER,
3  or are there differences between them?
4      MR. WALLER: Objection. Form.
5  A  Can you repeat the question?
6  BY MR. SLOTTEE:
7  Q  That's actually not a very good question.
8      Have you worked on the BARANOF TRADER?
9  A  Yes.
10 Q  Are you familiar with the BARANOF TRADER?
11 A  Yes.
12 Q  About how many times have you worked on the
13 BARANOF TRADER?
14 A  Countless.
15 Q  Is the BARANOF TRADER -- is it considered a
16 lighterage barge?
17 A  A lighterage barge, yes. It's a 230 barge.
18 It's one of our smaller barges.
19 Q  Okay. A 230 barge, what does that mean?
20 A  230 feet.
21 Q  And that's the length of the barge?
22 A  Yes.
23 Q  And that's one of your -- Northland Services'
24 smaller barges?
25 A  Yeah. Medium size. I mean, we have smaller

Page 19

1  and we have larger.
2  Q  Okay. When was the last time you worked on
3  the BARANOF TRADER?
4  A  Here about six weeks ago, eight weeks ago.
5  Q  And what were you doing then?
6  A  We prepped that barge and used it for
7  southbound sailing with canned salmon. We prepped it
8  in Naknek and it sailed canned salmon out of Alitak.
9  Q  When you say you prepped the barge, what does
10 that entail?
11 A  Put equipment on it, gear, gear flats.
12 Q  What type of equipment would you put on it?
13 A  Forklift.
14 Q  And then gear or gear flats?
15 A  Gear, chains.
16 Q  Now, does the BARANOF TRADER have a set
17 schedule?
18 A  No.
19 Q  How do you know where it is in any -- at any
20 certain time?
21 A  We have a vessel -- a position report that's
22 filled out on a daily basis.
23 Q  And that vessel position report would tell
24 you where the BARANOF TRADER is?
25 A  Uh-huh.

Page 20

1  Q  Like, for example, if you want to know where
2  it is today, you could look at that and it would tell
3  you where it is?
4  A  Yes.
5  Q  Would it tell you where it had come from?
6  A  It would have past history.
7  Q  So you could see, let's say, for example, for
8  today it was in X, and then you look at the one
9  tomorrow, if it's in a different location, you can
10 figure out how it went from X to Y, right?
11 A  Yes.
12 Q  Does it have a general schedule, in the sense
13 that it has regular routes?
14 A  No.
15 Q  And were you -- have you worked on the
16 BARANOF TRADER before Joe Abruska's accident?
17 A  Yes.
18 Q  So you're pretty familiar with the BARANOF
19 TRADER?
20 A  Yes.
21 Q  Where are the wire railings located on the
22 BARANOF TRADER?
23     MR. WALLER: Objection. Form.
24 A  Can you repeat the question?
25 ///

Page 21

1  BY MR. SLOTTEE:
2  Q  Okay. Does the BARANOF TRADER have wire
3  railings?
4  A  Yes.
5  Q  Where are they located?
6      MR. WALLER: Objection. Form.
7  BY MR. SLOTTEE:
8  Q  You can answer.
9  A  Would you repeat the question?
10 Q  Where are the railings on the BARANOF TRADER
11 located on the barge?
12 A  On the outboard side.
13 Q  On both sides?
14 A  Yes, sir.
15 Q  Does it run the circumference of the barge?
16 A  Yes, sir.
17 Q  And how many courses of railings are there?
18 A  Two, which is the standard industry [as
19 spoken]. I believe that's what our minimum is, two.
20 Q  Have you ever seen a barge with more than two
21 railings?
22 A  No.
23 Q  Have you ever seen a barge with less than two
24 railings?
25 A  Yes.

Page 22

1  Q  What type of barge would have less than two
2  railings?
3  A  Well, some of our -- a barge that -- you have
4  one line where the tie-up bits are, there will only be
5  one safety line. That's OSHA standard, just to have
6  two lines up. And where the bits are, you can have
7  one line. Because if you have two, it hinders you
8  from tying up the barge.
9  Q  And that's an OSHA standard?
10 A  I believe so, yeah. OSHA spends a lot of
11 time on our barges.
12 Q  Are the courses of wire railings on different
13 barges approximately the same height?
14 A  Yes.
15 Q  Do you know that approximate height?
16 A  I don't remember what it is.
17 Q  Can the posts or stanchions that hold up the
18 wire railings, can they be removed?
19 A  Yes.
20 Q  Have you ever seen them removed?
21 A  Yes.
22 Q  When or why are they removed?
23 A  If we're loading in the key, which is the
24 center of the barge, we remove that safety line so
25 that we can pass containers back and forth, which is

Page 23

1  called a pass-pass operation. So the safety lines are
2  all the time taken down to move cargo back and forth,
3  put back up.
4  Q  Okay. You say that's in the center of the
5  barge?
6  A  Uh-huh.
7  Q  Do you ever take down the wire railings on
8  the ends of the barge?
9  A  No.
10 Q  Or how about further down the side of the
11 barge, so not in the center, but maybe off center?
12 A  No.
13 Q  It's always just in the center?
14 A  Uh-huh.
15    COURT REPORTER: Yes or no, please.
16 A  Yes.
17 BY MR. SLOTTEE:
18 Q  And specifically the BARANOF TRADER, have you
19 seen the wire railings on the BARANOF TRADER taken
20 down?
21 A  In the key.
22 Q  Anywhere else?
23 A  No.
24 Q  And on the date of Joseph's accident, were --
25 the wire railings in the key, were those taken down?

Page 24

1  A  Just in the key.
2  Q  Was that on the same side that Joseph fell
3  over on the --
4  A  Yes.
5  Q  Now, when you take down the -- remove the
6  stanchions and take down the wires, is it all a set,
7  or do you take the wires --
8  A  You just take the wire down, you don't take
9  the poles down.
10 Q  So you leave the actual poles in there, or
11 the stanchions, is that what they're called?
12 A  They're called safety stanchions. The
13 stanchions are not -- there's not a safety stanchion
14 in the center of the key. It's 40 feet without a
15 stanchion.
16 Q  So you're just taking out the --
17 A  The wire.
18 Q  Just kind of threading through the wire to
19 take it out?
20 A  You're just taking them -- undoing the
21 turnbuckle and taking the wire down.
22 Q  Okay. About how much distance is between two
23 safety stanchions?
24    MR. WALLER: Objection. Form.
25 A  Can you repeat the question?

Page 25

1  BY MR. SLOTTEE:
2  Q  Okay. On the BARANOF TRADER, in the key,
3  what is it? Do you know the distance between two
4  stanchions?
5  A  No, I don't.
6  Q  Could you approximate it at all?
7  A  6 feet.
8  Q  And is there a turnbuckle on either side of
9  the stanchion?
10 A  No. At one end, it would be dead end; and on
11 the other end it would be turnbuckle, so you can
12 adjust it and tighten it.
13 Q  Do you have to tighten the safety wires?
14 A  All the time.
15 Q  So you get pretty regular -- strike that.
16    You say all the time. Why would you have to
17 tighten the wire railing?
18 A  They get knocked by freight, the wires get
19 knocked by tugboats assisting or hitting a dock.
20 Numerous scenarios why a safety line would get
21 loosened.
22 Q  Okay. About how loose do they get?
23 A  Sometimes not very loose at all. Other times
24 you might go in and cream a dock and take the whole
25 thing out.

Page 26

1  Q  So it might just be lying on the deck?
2  A  Yeah.
3  Q  And then to tighten it up, you just tighten
4  up the turnbuckle?
5  A  Huh-uh.
6  Q  And then if you wanted to remove the wire
7  railing, you just loosen it and then pull the wire
8  railing off that way?
9  A  Take it off. You can replace safety -- yeah.
10 Q  And that's the same, true, for both the upper
11 and the lower wire?
12 A  Yes.
13 Q  This is a picture I'm going to mark as
14 Exhibit 2. It's one of the pictures in the inspection
15 report.
16    MR. SLOTTEE: Do you want copies of these?
17    MR. WALLER: I'll just look over his
18 shoulder.
19    MR. SLOTTEE: Okay.
20    (Exhibit No. 2 marked.)
21 BY MR. SLOTTEE:
22 Q  Here's the picture on page 3. Did I give you
23 the right one?
24 A  Uh-huh.
25 Q  And the caption of the picture says, "Showing

Page 27

1  the area on the BARANOF TRADER where Joseph Abruska
2  was working at the time of the accident."
3      Now, you didn't take this picture, right?
4  A  No.
5  Q  Do you know who did take this picture?
6  A  No.
7  Q  Does that wire railing look loose?
8  A  Not really, but ...
9  Q  Does it look like there's something wrong
10 with that turnbuckle?
11 A  No.
12    MR. SLOTTEE: Let's mark this as Exhibit 3.
13    (Exhibit No. 3 marked.)
14 BY MR. SLOTTEE:
15 Q  I'm giving you Exhibit 3, which is a picture
16 on page 8 of the inspection report.
17 A  Uh-huh.
18 Q  It has a caption of "Picture 3 lower safety
19 line."
20    Is that how a turnbuckle normally looks?
21 A  Yep. Well, that's just the one end of the
22 turnbuckle. That's a shackle and a cable. You can
23 only see about 3 inches of the turnbuckle.
24 Q  Right. Okay. So the turnbuckle is the
25 portion to the right in the picture, kind of the

Page 28

1  rings, the large metal rings?
2  A  That's the turnbuckle.
3  Q  Okay. And what about these frayed wires that
4  you see in the picture?
5     MR. WALLER: Objection. Form. What's the
6  question?
7  BY MR. SLOTTEE:
8  Q  Is that normal, for wires to look like that?
9  A  Yeah. The cable clamp's on there, it's
10 slipped around the shackle. It's tied.
11 Q  And so to loosen that, you would unloosen
12 the -- you would loosen those?
13 A  No.
14 Q  You wouldn't do anything to that?
15 A  No.
16 Q  You would just unhook the turnbuckle?
17 A  Correct.
18 Q  I'm going to give you a picture of the same
19 area of the BARANOF TRADER. It is from a different
20 angle.
21    MR. SLOTTEE: Let's mark this as Exhibit 4.
22    (Exhibit No. 4 marked.)
23 BY MR. SLOTTEE:
24 Q  Now, in that picture, does that look tighter
25 than the railing that was in the inspection -- in the

Page 29

1  picture in the inspection report?
2  A  Yes.
3  Q  Is that how the wire railings are supposed to
4  look?
5  A  Yes.
6  Q  Like if you wanted them to be tight, that's
7  how you would want them to look, right?
8  A  Yes.
9  Q  Now, on the BARANOF TRADER and on the day
10 of -- before Joseph's accident, the BARANOF TRADER,
11 was it being loaded or unloaded?
12 A  Loading.
13 Q  What was it being loaded with?
14 A  Canned salmon.
15 Q  And have you ever seen -- did you see a loose
16 wire railing on the BARANOF TRADER before Joseph's
17 accident? Say, the day before or any time?
18 A  Yes.
19 Q  Okay. Was it the same area where Joseph fell
20 over?
21 A  No.
22 Q  How much sag would you have to see in a wire
23 railing, or how loose would it have to be, before you
24 would consider it -- that you'd consider it loose or
25 consider it a hazard?

Page 42

1  wires on the BARANOF TRADER at any time?
2     A   Warn?
3     Q   Say, hey -- for example: Hey, watch out,
4  there's a loose safety wire on this side?
5     A   The only person that day would have been
6  Joseph.
7     Q   And did you tell him that at all, or did
8  you --
9     A   I walked Joseph down on the barge, told him
10 what we wanted him to do, lashing containers, stick
11 together and be careful. Watch out for pad-eye holes,
12 watch out for bits.
13    Q   Did you know the wire -- or the safety wire
14 in the area where he fell was loose?
15    A   No.
16    Q   Okay. So let's go over how Joseph got hired.
17 Why did Northland Services have to hire him in the
18 first place?
19    A   We just needed the help.
20    Q   Are you related to Joseph?
21    A   I'm sorry?
22    Q   Are you related to Joseph?
23    A   By marriage.
24    Q   His uncle by marriage?
25    A   No.

Page 43

1     Q   What's your relation?
2     A   My wife -- it's her nephew? Cousin? It's on
3  my wife's side.
4     Q   So did you know Joseph before you hired him?
5     A   Yes.
6     Q   So again, why did you have to hire extra
7  help? Were you missing workers?
8     A   No.
9     Q   Was it just the press of the season?
10    A   We were just shorthanded. I mean, you know,
11 not missing orders, just shorthanded.
12    Q   And when did you hire him?
13    A   Two to three hours before the fall.
14    Q   And Joseph, was Joseph working for the port
15 at the time?
16    A   Yes.
17    Q   And why did you hire Joseph specifically,
18 Joseph as opposed to somebody else?
19    A   Joseph was the one that was getting ready to
20 be released at the dock. They weren't doing anything.
21 So instead of him going home, we offered to put him to
22 work.
23        (Off-the-record discussion.)
24    Q   Had Northland Services ever hired Joseph
25 before?

Page 44

1     A   No.
2     Q   Do you know if Joseph ever worked on a barge
3  before?
4     A   I don't think so.
5     Q   So you hired Joseph, took him down to the
6  dock, took him down to the barge and walked him around
7  the barge?
8     A   Yes, sir.
9     Q   Were they loading at that time, or were
10 they --
11    A   Yes, sir.
12    Q   Okay. You told him what to do?
13    A   Yes, sir. Introduced him to the guys.
14    Q   Who else was working on that day?
15    A   Oh, Jim Metz, I think Lance Muir. I can't
16 remember who the third one was. But we had three guys
17 and Joseph was the fourth, and I can't remember who
18 the third guy was.
19    Q   Was Luke working that day?
20    A   Yeah. But he was driving.
21    Q   He was driving the forklift?
22    A   Right.
23    Q   So Jim Metz, he actually worked -- does he
24 normally work on the tugboat?
25    A   Yes, sir. He's one of our mates.

Page 45

1     Q   And that's a tugboat owned by Northland
2  Services?
3     A   Yes.
4     Q   And what about Lance Muir?
5     A   The same, crew. He's a cook.
6     Q   On the tugboat?
7     A   Yes, sir.
8     Q   And do you remember what tugboat they were
9  working on?
10    A   We had the -- I think it was the POLAR
11 BREEZE.
12    Q   And do members of the tugboats normally work
13 on unloading or loading barges?
14    A   Do what?
15    Q   Would members of the POLAR BREEZE, for
16 example, is it standard --
17    A   Yes.
18    Q   -- operating for them to unload barges?
19    A   Yes.
20    Q   And is it just one tugboat per barge?
21    A   Yes.
22    Q   And Luke Donkersloot, he doesn't work on a
23 tugboat, though, right?
24    A   No.
25    Q   So you told Joseph to stay with other people?

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.                              WILLIAM EMORY
                                                                          9/28/2005

Page 54

1  Q  -- so he wouldn't fall into the water?
2  A  We had somebody up above the dock hold him
3  with a rope to make sure that he didn't fall any
4  farther. And then what we wanted to do is transition
5  him from the steel to the deck of the barge, then
6  isolate him, immobilize him, and get him to the
7  clinic.
8  Q  Did you pick him up and kind of hand him
9  over, or did you --
10 A  No. The EMTs were all down there. We were
11 just helping. The EMTs were the ones that were
12 working with him.
13 Q  Did they put him on a stretcher to get him
14 onto the barge?
15 A  No. We couldn't do that.
16 Q  Okay. That's what I'm trying to figure out,
17 how he actually got out from underneath the I-beam.
18 Was he kind of handed off to somebody else and pulled
19 him?
20 A  Yeah, pulled him, kind of. I couldn't
21 describe exactly how we did it, but, you know, we did
22 it, stretching between to the barge and the I-beam or
23 whatever, and Joe holding, and yeah.
24 Q  Was he saying anything during this time?
25 A  He was hurting, yeah, he was moaning. I

Page 55

1  mean, he's not screaming or anything. You know, he's
2  hollering, but he's not screaming. I mean, you know,
3  you could tell he was in pain, but he had to help us
4  as much as we were trying to help him. You know, he
5  was --
6  Q  He was still conscious?
7  A  Oh, yeah. Yeah. You know, I think he was
8  shockish, you know, which is probably -- in that
9  situation, probably pretty good.
10       VIDEOGRAPHER: The videotape has five
11 minutes.
12       MR. SLOTTEE: Okay, we can switch now.
13       VIDEOGRAPHER: Off record, 2:34 p.m. This is
14 the end of Tape No. 1.
15      (Recess.)
16       VIDEOGRAPHER: On record, 2:49 p.m. This is
17 the start of Tape No. 2 of the Bill Emory deposition.
18 BY MR. SLOTTEE:
19 Q  Okay. One thing I wanted to go over, we
20 talked about before, you said there had been a
21 walk-around of the BARANOF TRADER before you started
22 loading. And this is in relation to around the time
23 of Joseph's accident?
24 A  Uh-huh -- no. This was long before Joseph's
25 accident.

Page 56

1  Q  Okay. How long had the BARANOF TRADER been
2  sitting there, being loaded or being otherwise, before
3  Joseph was hired, for example?
4  A  16, 18 hours. We came in in the -- we came
5  in in the previous high water.
6  Q  Okay. And when you came in, is that when you
7  did the walk-around, the inspection?
8  A  Yes.
9  Q  Do you know who did that inspection?
10 A  No.
11 Q  Do you know who normally it would be?
12 A  Me or Luke.
13 Q  But you don't remember if it was you or Luke?
14 A  No.
15 Q  And was that when you saw a loose wire
16 railing not in the area where Joseph fell over, but on
17 the opposite side?
18 A  Yes.
19 Q  Okay. And that was tightened at that time?
20 A  Yes.
21 Q  Do you know who tightened it?
22 A  No.
23 Q  Okay. Is that something that you would do?
24 A  No.
25 Q  Is that something Luke would do?

Page 57

1  A  Not necessarily. Luke or I would direct one
2  of the guys to do it on the deck.
3  Q  So like Jim Metz or one of the tugboat
4  crew --
5  A  Right --
6  Q  -- or some other Northland Services --
7  A  -- or one of the Naknek guys, yeah.
8  Q  And that was just be a verbal order? Would
9  you make a -- would that just be a verbal order?
10 A  Yes.
11 Q  Okay. Would you make a written record of it
12 at all?
13 A  No.
14 Q  What type of repairs do you make written
15 records of?
16 A  Documents. When we switch documents on the
17 document tube, we document that, as far as the
18 documents that ride on the barge, you know,
19 certificates and all that of inspection. We document
20 when we change those, and we document when we change
21 lights and batteries.
22 Q  Now, you said that you were talking to Joseph
23 when he was lying on the I-beam, before everyone
24 arrived to help move him off the I-beam?
25 A  Uh-huh.

Page 58

1   Q   What was he saying?
2   A   He wasn't saying anything. He was
3   screaming -- I mean, not screaming, but he was
4   moaning. He was in pain.
5   Q   Did he describe how he fell over the side?
6   A   No.
7   Q   Okay. Has he told you at any point how he
8   fell over the side of the barge?
9   A   No.
10  Q   Okay. So after you pulled Joseph off from
11  underneath the I-beam, you got him onto the barge and
12  then the EMTs put him on a stretcher?
13  A   Yes.
14  Q   And then they took him to the Naknek clinic?
15  A   Yes.
16  Q   Did you go with him?
17  A   I didn't go with him. I went up there
18  afterwards.
19  Q   Okay. And so you stayed on the barge or
20  stayed on the dock?
21  A   Got the operation going again and then went
22  up to see how Joe was doing at the clinic.
23  Q   Did you warn anybody at -- let me strike
24  that.
25      After you got Joseph off the -- underneath

Page 59

1   the dock and off the barge and he's on his way to
2   Naknek clinic and you're getting the operation running
3   again, did you go and look in the area where he fell?
4   A   No.
5   Q   Did you know where he had fallen?
6   A   Nobody knows where he -- the vicinity, I
7   mean. We know where he was working. Where he exactly
8   fell, I don't know. Nobody saw him fall.
9   Q   Did you go back and look in that area?
10  A   No, I didn't. I didn't need to. I mean, I
11  know the area. I know the barge.
12  Q   Did you tell any of the other people working
13  on the barge -- did you warn them at all after that?
14  A   No.
15  Q   Did you say "be careful" or anything like
16  that?
17  A   No.
18  Q   Just got them going again?
19  A   Yeah.
20  Q   And then you went and saw him in the Naknek
21  clinic afterwards?
22  A   In Camai, yeah.
23  Q   At the time of the accident, about how light
24  out was it?
25  A   Dawn.

Page 60

1   Q   It was early in the morning?
2   A   Yeah.
3   Q   Were there floodlights on?
4   A   The dock had floodlights on, yeah.
5   Q   Did they reach down onto the barge?
6   A   Not all the barge.
7   Q   What about the area where Joseph had been
8   working before his accident?
9   A   On the inboard side, the light does not
10  shine.
11  Q   Okay. And why doesn't it shine?
12  A   Because the barge is below the dock.
13  Q   Okay. And so the floodlights are on the
14  dock, so the barge --
15  A   Shining down, yeah. If the barge drops below
16  the dock, the inboard side's going to be shielded from
17  the light.
18  Q   Were there any lights on the barge?
19  A   Not on the barge, no.
20  Q   There were lights on the forklift, though,
21  that Luke Donkersloot was driving, right?
22  A   Yes.
23  Q   Okay. Was that the only illumination on the
24  barge?
25  A   No. We have floodlights that come off the

Page 61

1   tug too.
2   Q   Were those on?
3   A   Yeah.
4   Q   Were those illuminating the area where Joseph
5   was working?
6   A   No.
7   Q   Okay. Because those were on -- that was on
8   the opposite side of the barge, right?
9   A   Right. And forward.
10  Q   So was there any light, other than just the
11  ambient dawn, in the area?
12  A   And the forklift.
13  Q   And the forklift, okay. And was the -- was
14  it kind of stormy on the day of the accident?
15      MR. WALLER:  Objection to form.
16  A   Can you repeat that?
17  BY MR. SLOTTEE:
18  Q   Okay. That was a bad question.
19      What were the waves like in the river on the
20  day of the storm -- on the day of the accident?
21  A   No waves.
22  Q   It was pretty calm?
23  A   No, but no waves.
24  Q   Okay. Was the barge moving up and down?
25  A   Just with the tide.

Page 70

1  Q   When was the first time that you worked on
2  the BARANOF TRADER?
3  A   I don't remember.
4  Q   Ten years ago?  Five years ago?
5  A   Longer than that.
6  Q   15 years ago?
7  A   Probably, maybe.
8  Q   Was it there when you started working for
9  Northland Services?
10 A   Yes, sir.
11 Q   You said you've been working for Northland
12 Services about 18 years?
13 A   Yes, sir.
14 Q   Do you understand the difference between
15 Northland Services and Northland Vessel Leasing
16 Company?
17     MR. WALLER:  Objection to form.
18 A   No.
19 BY MR. SLOTTEE:
20 Q   Have you ever heard of Northland Vessel
21 Leasing Company?
22 A   No.
23 Q   Have you ever heard of Naknek Barge Lines?
24 A   Yes.
25 Q   Okay.  What have you heard about Naknek Barge

Page 71

1  Lines?
2  A   Naknek Barge Lines owns our tugs.
3  Q   So like the POLAR BREEZE?
4  A   They're the tugs.  They're the tug company.
5      The POLAR BREEZE, yes.
6  Q   To your knowledge, do they have any
7  connection with the barges?  For example, do they have
8  any connection with the BARANOF TRADER?
9  A   Not to my knowledge, I don't -- I don't know.
10 Q   Do you know who owns Naknek Barge Lines?
11 A   No, I don't.
12 Q   Does the name Marine Capital Managment mean
13 anything to you?
14 A   No.
15 Q   Does Northland Services, to your knowledge --
16 strike that.
17     To your knowledge, who owns the BARANOF
18 TRADER?
19 A   I don't know.
20 Q   But Northland Services operates the BARANOF
21 TRADER?
22 A   Yes.
23     MR. WALLER:  Objection to form.
24 BY MR. SLOTTEE:
25 Q   Northland Services determines where the

Page 72

1  BARANOF TRADER goes?
2      MR. WALLER:  Objection.  Form and foundation.
3  A   Can you repeat the question, please?
4  BY MR. SLOTTEE:
5  Q   Okay.  So you know that, for example, on the
6  day of Joseph's accident, the BARANOF TRADER is being
7  loaded to go to Seattle; is that right?
8  A   Yes.
9  Q   How did you know that it was going to
10 Seattle?
11 A   Predetermined.
12 Q   By who?
13 A   Senior management.
14 Q   Of Northland Services?
15 A   Yes, sir.
16 Q   Okay.  There wasn't anybody else besides
17 Northland Services' senior management telling you to
18 send the BARANOF TRADER someplace else?
19 A   No.
20 Q   What about at any time for any other barge
21 that you've worked with for Northland Services?
22 A   No.
23 Q   Their designation has always been determined
24 by Northland Services' senior management?
25 A   Scheduling, yes.

Page 73

1  Q   And what about the cargo that they haul?
2  Like, okay, the BARANOF TRADER was taking canned
3  salmon from Naknek to Seattle in August of 2003.
4  A   Yes.
5  Q   How did you know to put canned salmon on the
6  BARANOF TRADER?
7  A   That's what we load at that time of year.
8  Q   Okay.  And at different times of year you
9  load different things?
10 A   Yes.
11 Q   Okay.  And who told you when to load certain
12 products at certain times?
13 A   Senior management.
14 Q   Of Northland Services?
15 A   Of Northland Services.
16 Q   Do you recognize the name Northland Holdings?
17 A   Yes.
18 Q   Okay.  What type -- do you know what type of
19 company that is?
20 A   No.
21 Q   How do you recognize the name, or why do you
22 recognize the name?
23 A   It has something to do with Northland
24 Services.  I don't know.
25 Q   Is it a parent company of Northland Services?

Page 74

1  A  I don't know.
2  Q  Do you get any documents that have Northland
3  Holdings' letterhead on it?
4  A  Huh-uh.
5  Q  What about Northland Vessel Leasing Company?
6  A  Huh-uh.
7  Q  What about Naknek Barge Lines?
8  A  Naknek Barge Lines we get stuff.
9  Q  What do you get from Naknek Barge Lines?
10 A  Position reports.
11 Q  Is that for the tugs or for the boat, for the
12 barges?
13 A  Tugs.
14 Q  And the position reports for the barges,
15 that's -- what is the letterhead on that? Is that a
16 Northland Services' document?
17 A  It's Northland Services.
18 Q  Okay. So do the people who work on the tug,
19 like, for example, the POLAR BREEZE, Bill Metz -- is
20 that right?
21 A  Jim Metz.
22 Q  Jim Metz, I'm sorry. Is he employed by
23 Northland Services?
24 A  Naknek Barge Lines.
25 Q  He's employed by Naknek Barge Lines?

Page 75

1  A  Naknek Barge Lines.
2  Q  Okay. He just works with Northland Services
3  when you're --
4  A  He just works under Northland Services.
5  Q  Okay. So you direct them?
6  A  Yes, sir.
7  Q  Do you hire? Like, for example, did you hire
8  Jim Metz?
9  A  No.
10 Q  Do you know who hired Jim Metz?
11 A  No.
12 Q  Did you hire anybody else on the POLAR
13 BREEZE?
14 A  No.
15 Q  Have you ever hired -- well, do you hire
16 individuals who work for Northland Services?
17 A  For Northland Services, yes.
18 Q  Right, okay. Do any Northland Services
19 employees also work on tugboats?
20 A  No.
21 Q  But there are some Naknek Barge Lines people
22 who work unloading barges?
23 A  Yes.
24 Q  Do the tugboat crew do anything else --
25 A  Their jobs.

Page 76

1  Q  -- for Northland Services?
2     Besides working on the tugboats and besides
3  unloading the barges, do they do anything else for
4  Northland Services?
5  A  No.
6  Q  Is there anybody else from Naknek Barge Lines
7  that does work for Northland Services?
8     MR. WALLER: Objection. Foundation.
9  A  Can you repeat the question, please?
10 BY MR. SLOTTEE:
11 Q  To your knowledge, is there anybody else
12 that's employed by Naknek Barge Lines that does work
13 for Northland Services?
14 A  Repeat the question one more time.
15 Q  To your knowledge, is there anybody who is
16 employed by Naknek Barge Lines that does work for
17 Northland Services?
18 A  That doesn't?
19 Q  That does work for Northland Services.
20 A  No, I don't know.
21 Q  Now, if the BARANOF TRADER, for example, came
22 into Naknek port and had a significant -- there was
23 significant damage, for example, say there's like a
24 hole in the hull, would Northland Services repair the
25 barge?

Page 77

1     MR. WALLER: Objection to form.
2  A  Can you repeat the question?
3  BY MR. SLOTTEE:
4  Q  Has a barge -- when you were working --
5  working for Northland Services, have you ever seen a
6  barge come into the dock with significant damage?
7  A  No.
8  Q  Have you ever had to repair a barge that came
9  into the dock? Like, have you ever had to repair the
10 BARANOF TRADER?
11 A  No.
12 Q  Have you ever had to repair any other barge?
13 A  No.
14 Q  Other than like tightening the safety
15 wires -- which, for instance, if you tighten safety
16 wires, right? But that's not --
17 A  Correct.
18 Q  But you would not consider that a repair?
19 What would you consider a repair?
20 A  You mean -- oh. A hull would be a -- a hull,
21 a violation of the hull, would be a ...
22 Q  Okay. And you consider tightening of the
23 safety wires, that would be maintenance?
24 A  Uh-huh.
25 Q  What other type of maintenance do you do?

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.
WILLIAM EMORY
9/28/2005

Page 78

1  A  Lights, lines.
2  Q  If there's damage to the hull -- I mean not
3  to the hull, to the deck, would you repair that at
4  all?
5  A  No.
6  Q  What would you do if you saw damage to the
7  deck or the hull?
8  A  Throw some more wood in it.
9  Q  What if there's a hole in the hull, in the
10 metal part of the hull, what would you do?
11     MR. WALLER:  Objection.  Form.
12 A  Can you repeat the question?
13 BY MR. SLOTTEE:
14 Q  So, say, for example, the BARANOF TRADER
15 comes into Naknek and there's a hole in the hull and
16 you see that, what would you do --
17     MR. WALLER:  Objection.
18 BY MR. SLOTTEE:
19 Q  -- in response to that?
20     MR. WALLER:  Objection.  Form.
21 A  Get Naknek Barge Lines involved.
22 BY MR. SLOTTEE:
23 Q  Okay.  Because -- why would you get Naknek
24 Barge Lines involved?
25 A  Because I believe Naknek Barge Lines has the

Page 79

1  crew that does the barge work.
2  Q  You mean the barge repairs?
3  A  Welders.
4  Q  Okay.  Have you seen Naknek Barge Lines do
5  repair work on a barge before?
6  A  No.
7  Q  Okay.  You would let your supervisors know?
8  A  Yes.
9  Q  You would tell Mike Clevenger?
10 A  Yes.
11 Q  Now, there are -- because it's a barge, the
12 Coast Guard will inspect the barge occasionally; is
13 that correct?
14     MR. WALLER:  Objection.  Form and foundation.
15 A  Can you repeat the question, please?
16 BY MR. SLOTTEE:
17 Q  To your knowledge, has the Coast Guard ever
18 inspected the BARANOF TRADER?
19 A  Not to my knowledge.
20 Q  To your knowledge, has the Coast Guard
21 inspected any barge owned by Northland -- owned or
22 operated by Northland Services?
23 A  Yes.
24 Q  And was that inspection organized, to your
25 knowledge, through Northland Services?

Page 80

1  A  Yes.
2  Q  So, for example, the Coast Guard would call
3  Northland Services up and say, we're going to inspect
4  the barge on this date, to your knowledge?
5     MR. WALLER:  Objection.  Form and foundation.
6  A  Can you repeat the question?
7  BY MR. SLOTTEE:
8  Q  Let's say, for example, that there was a
9  broken safety wire.  Has that ever happened, a safety
10 wire just been broken?
11 A  Yes.
12 Q  Okay.  Would you -- would Northland Services
13 replace that safety wire?
14 A  Yes.
15 Q  Okay.  Do you have to get permission to
16 replace a safety wire?
17 A  No.
18 Q  Do you have to make a record of replacing the
19 safety wire?
20 A  No.
21 Q  Have you ever had to requisition equipment to
22 replace or make -- conduct any maintenance on any
23 barge?
24 A  No.
25 Q  Do you know if Northland Services is a

Page 81

1  corporation or some other type of business
2  organization?
3  A  I believe we're a corporation.
4  Q  And Tom Martin is the president?
5  A  Yes.
6  Q  Do you know what Mike Clevenger's position
7  is?
8  A  Senior vice president/operations manager.
9  Q  Do you know any other individuals who are of
10 the title senior vice president of Northland Services?
11 A  Yes.
12 Q  Who?
13 A  Barry Hachler.
14 Q  Okay.  What is his position?
15 A  Senior vice president.
16 Q  Okay.  Mike Clevenger is senior vice
17 president of operations.  Is Barry Hachler the senior
18 vice president of something else?
19 A  CFO.
20 Q  Anybody else?
21 A  No.
22 Q  Do you know anybody else who is a -- do you
23 know any of the directors of Northland Services?
24 A  I don't know any of the directors, no.
25 Q  Do you know who owns Northland Services?

21 (Pages 78 to 81)

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.                                    WILLIAM EMORY
                                                                              9/28/2005

Page 106

1  MR. WALLER: Counsel, you asked about
2  documents from point A to point B. That's Exhibit 5
3  that we just talked about.
4  THE WITNESS: I was going to let him figure
5  that out.
6  BY MR. SLOTTEE:
7  Q  What about records of who is working on a
8  particular barge at a particular time?
9  A  I don't know where you would find that. You
10 see the timecards, but the timecards are generic. We
11 just put areas. Naknek, Bethel, Dutch.
12 Q  Just like Naknek --
13 A  -- Bethel, Dutch, yeah.
14 Q  But if you -- I mean, is it typical that,
15 like, for example, in Naknek you had three Northland
16 Services [as spoken] working there on a specific date,
17 they're likely -- the likely result is that there's a
18 barge in Naknek and they're all working on that barge,
19 right?
20 A  For more -- most likely.
21 Q  Would Northland Services be doing any --
22 personnel be doing anything else? Does -- for
23 example, does Northland Services have any other
24 operations in Naknek, other than barge loading and
25 unloading?

Page 107

1  A  No.
2  Q  Now, we were talking earlier about the
3  stanchions on which the turnbuckles are connected to?
4  A  Uh-huh, yes.
5  Q  And they're just connected to an eyelet,
6  right, that's welded onto the stanchion?
7  A  Yes.
8  Q  Okay. Is there anything -- could you weld
9  another eyelet onto the stanchion. Is there anything
10 preventing that, so you could have three railings
11 going -- or three safety wires going across?
12 A  You could.
13 Q  Is there any practical reason why you
14 wouldn't want to do that?
15 MR. WALLER: Objection. Form.
16 A  Can you repeat the question?
17 BY MR. SLOTTEE:
18 Q  Well, I mean, can you think of any reason why
19 having three wires would be a negative?
20 A  No.
21 Q  Okay. And there's nothing physically
22 preventing that? Like if someone -- if a barge owner
23 said, now I want to have three wires, there's nothing
24 physically preventing them from doing that?
25 A  No.

Page 108

1  Q  Would it hinder your -- the operations of
2  loading and unloading the barge, if they were like the
3  other eyelets, in the sense that you could still
4  take -- you know, identical to the other type of
5  safety wires?
6  MR. WALLER: Objection. Form.
7  BY MR. SLOTTEE:
8  Q  Would that impinge upon any of your
9  operations?
10 MR. WALLER: Objection to form.
11 A  Can you ask the question again, please?
12 BY MR. SLOTTEE:
13 Q  Sure.
14 So you have the two safety wires and they're
15 connected by a turnbuckle to a stanchion. And let's
16 say you had a third one, hypothetically. So now you
17 have a stanchion with three safety wires. If they
18 could still be removed, would that impinge or would
19 that negatively affect loading or unloading the barge?
20 MR. WALLER: The same objection. Form.
21 A  I don't know.
22 BY MR. SLOTTEE:
23 Q  Can you think of any reason why it would?
24 A  I don't know.
25 Q  Can you think of any --

Page 109

1  VIDEOGRAPHER: The tape has five minutes.
2  MR. SLOTTEE: Okay. Let's quickly change
3  tapes, just to make sure I don't lose anything.
4  VIDEOGRAPHER: Off record, 3:57 p.m. This is
5  the end of Tape No. 2.
6  (Off the record.)
7  VIDEOGRAPHER: On record, 3:59 p.m. This is
8  the start of Tape No. 3 of the Bill Emory deposition.
9  BY MR. SLOTTEE:
10 Q  Okay. So what, in your opinion, is the
11 purpose of these safety wires?
12 A  It's not my opinion; it's regulation to have
13 two safety wires on unmanned barges. I believe it's
14 an OSHA regulation.
15 Q  Okay. And that's to prevent people from
16 falling over --
17 A  Yes.
18 Q  -- or to help stop them from falling over?
19 And when you're unloading and unloading [as
20 spoken], you take the safety wires down, you unhook
21 them so you can get past them, right?
22 A  In the key only.
23 Q  In the key only, but you don't take them down
24 anywhere else?
25 A  No.

28 (Pages 106 to 109)

Page 110

1  Q  Do you ever have to pass things in between
2  the safety wires?
3  A  No.
4  Q  The safety wires are relatively narrow in
5  circumference?
6  A  Yeah.
7  Q  Okay. So if you had a third wire railing or
8  a third safety wire in between the two that are
9  already on -- that are required by, as you said, by
10 regulation, what would that -- what effect would that
11 have on unloading and loading a barge, in your
12 opinion?
13 A  None on loading and unloading.
14 Q  Okay. Would it have an effect in any other
15 way?
16 A  Yes.
17 Q  On what, for example?
18 A  Tying up.
19 Q  How would that affect tying up?
20 A  Do you see where the bit is [indicating]?
21 Q  No. What's the bit?
22 A  This is a tie-up bit.
23 Q  Okay. You're referring to this orange --
24 A  That's a tie-up bit. That's where you tie
25 the lines up. Regulation allows us to eliminate the

Page 111

1  second safety wire there, line, so we can tie up the
2  barge. That's the only place on any of the barges
3  that doesn't have a metal wire.
4     To put a third wire in here is going to
5  hinder you tying everywhere else. And it's only
6  required for us to have two.
7  Q  So how would a third -- maybe I'm not
8  following. How would a third wire impinge upon you
9  tying up?
10 A  Okay, right here [indicating], there's not
11 even a second wire, a middle wire, there. There's a
12 reason for that. That's where you tie up.
13    With a middle or a third wire there, you
14 couldn't tie the -- how would you work the line?
15 Q  Okay, I see what you mean. You're referring
16 to this orange --
17 A  I'm referring to the tie-up bit, the line to
18 tie up the barge.
19 Q  Not these two stanchions right here?
20 A  Those are safety stanchions, this is a tie-up
21 bit.
22 Q  Okay. So if the wire was here, though, on
23 the other side, and it wasn't there, would that, in
24 your opinion, have any effect on any operations?
25 A  No.

Page 112

1  Q  Now, have you had contact with Joseph
2  after -- since the accident? I mean, aside from when
3  you saw him in the clinic.
4  A  No. "Hi."
5  Q  He's still working at the port?
6  A  He's working at the port.
7  Q  So you see him around the port?
8  A  Yeah. He went back to work right away.
9  Q  And did you see him in the hospital?
10 A  Nope.
11 Q  Let me just check my notes.
12    Are there any other barge companies working
13 like out of Naknek or in that area? Northland
14 Services is the primary one?
15 A  Crowley comes in.
16 Q  They do fuel?
17 A  Yes.
18 Q  Does Northland Services transport any fuel?
19 A  No.
20 Q  Now, going back to prior accidents, I mean, I
21 can understand your desire not to want to -- not to
22 talk about it, but maybe I can narrow it down for you,
23 just because prior accidents can be relevant --
24 A  I'm not talking about it.
25 Q  -- corporate accident history can be

Page 113

1  relevant, so let me --
2  A  I'm not talking about it.
3  Q  Okay. Well, let me ask you some just general
4  questions.
5  A  I'm not talking about it.
6  Q  Okay. Have you ever heard or seen of someone
7  falling over the side of a barge, of a Northland
8  Services barge?
9  A  No.
10 Q  Okay. Have you ever heard or seen of anybody
11 have any accidents involving safety railings of a
12 barge --
13 A  No.
14 Q  -- a Northland Services barge?
15    Have you ever heard or seen of any accidents
16 similar to -- strike that.
17    MR. SLOTTEE: Okay. I think that's all I
18 have.
19    MR. WALLER: I just have two follow-up.
20         EXAMINATION
21 BY MR. WALLER:
22 Q  You said that Crowley occasionally came into
23 the Naknek facility. Did you work on the Crowley
24 barges?
25 A  No.

Page 114

1  Q  Does Northland unload those barges?
2  A  What's that?
3  Q  Does Northland unload those barges?
4  A  No, not the Crowley barges.
5  Q  When the Naknek crew was on the barge,
6  including the BARANOF TRADER, who's in charge of the
7  Naknek crew when it's lashing and loading?
8  A  Naknek, the Naknek Northland crew or Naknek
9  Barge Lines?
10 Q  The Naknek Barge Lines crew, when they're
11 lashing and unlashing, who's in charge of those
12 people?
13 A  Northland's in charge the whole time.
14    MR. WALLER: Okay. That's all I have.
15    VIDEOGRAPHER: Off record, 4:06 p.m. This is
16 the end of the deposition.
17    (Signature reserved.)
18          -oOo-

Page 115

CERTIFICATE

I, LISA L. SHAFFER, Certified Shorthand Reporter, and Notary Public in and for the State of Alaska, do hereby certify that the witness in the foregoing proceedings was duly sworn; that the proceedings were then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed by computer transcription; that the foregoing is a true record of the testimony and proceedings taken at that time; and that I am not a party to nor have I any interest in the outcome of the action herein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal this _____ day of _____ 2005.

_____
LISA L. SHAFFER, CSR
My Commission Expires 8/29/06

Page 116

WITNESS CERTIFICATE
RE: ABRUSKA v NORTHLAND VESSEL LEASING COMPANY
CASE NO.: A04-209 CV (JKS)
DEPOSITION OF: WILLIAM "BILL" EMORY
DATE TAKEN: 9/28/05
FILE ORIGINAL WITH: CHRISTOPHER SLOTTEE

I hereby certify that I have read the foregoing deposition and accept it as true and correct, with the following exceptions:

==========================================================
Page  Line    Description/Reason for Change
==========================================================

8   ___  ___  _____
9   ___  ___  _____
10  ___  ___  _____
11  ___  ___  _____
12  ___  ___  _____
13  ___  ___  _____
14  ___  ___  _____
15  ___  ___  _____
16  ___  ___  _____
17  ___  ___  _____
18  ___  ___  _____
19  ___  ___  _____
20  ___  ___  _____

_____    _____
    SIGNATURE                DATE

Please sign your name and date it on the above line.
(As needed, use additional paper to note corrections, dating and signing each page.)             (LLS)