Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,                    )
                                   )
         Plaintiff,                )
                                   )
    vs.                            )
                                   )
NORTHLAND VESSEL LEASING COMPANY,  )
LLC, and NAKNEK BARGE, LLC,        )
                                   )
         Defendants.               )
_____)
Case No. A04-209 CV (JKS)

---

DEPOSITION OF JOSEPH DENNIS ABRUSKA, II

---

Pages 1 - 199, Inclusive

Thursday, May 26, 2005

8:52 a.m.

Taken by Attorneys for Defendants
at
Atkinson, Conway & Gagnon, Inc.
420 L Street, Suite 500
Anchorage, Alaska  99501

Page 118

1  those cones up the ladder and put them on the
2  corners?
3     A.  No.  No.  We barely ever put them on the
4  corners of the top of a container.
5     Q.  You usually do it on the bottom.  I'm
6  sorry.
7     A.  Yes.
8     Q.  And that would be on the ramp?
9     A.  Yes.
10    Q.  Okay.  And how many would you do, in a
11 normal day, if they're loaded?
12    A.  Quite a few, because those barges get
13 pretty big.  Sometimes we'd have to use whole
14 container or cone bins full.  So we'd do quite a bit.
15 I couldn't put a number on that.
16    Q.  How far were those cone bins from where
17 were you standing?
18    A.  Well, the small forklifts would come and
19 bring them over to where we were standing.
20    Q.  And then you would reach in, get a cone and
21 put it up there?
22    A.  Yeah.
23    Q.  Okay.  Now, you also did lashing on the
24 barge, on the barges at the Port of Bristol Bay?
25    A.  Lashing?

Page 119

1     Q.  Steel chains.
2     A.  Oh, just for boats.  The only time I did
3  the lashing was on the barge there.
4     Q.  With Northland?
5     A.  Yes.  And then for boats that we'd get
6  moving forklifts with the crane.
7     Q.  You mean boats that are sitting in a
8  cradle?
9     A.  Yes.
10    Q.  You would unlash them, or would you lash
11 them?
12    A.  Both.  At the beginning of the season, we'd
13 unlash, and then, towards the end, we'd lash them
14 back up.
15    Q.  And that would require you getting the
16 chains and the turnbuckles and things, either in
17 place or removed, from where they're supposed to be?
18    A.  Yes.
19    Q.  And then did you have also a container, or
20 some sort of a crate, that you put all the chain in
21 somewhere?
22    A.  Yeah.  We had a flat for that.
23    Q.  You just put the chain on that container
24 flat somewhere?
25    A.  Uh-huh.  And the forklift would have them,

Page 120

1  bring over the flat, move it back afterwards.
2     Q.  Were these chains -- some of these chains
3  go from the deck up to two- or three-high container,
4  don't they?
5     A.  Yes.
6     Q.  So how high would that chain be, sometimes?
7     A.  They're not too long.  Because usually,
8  when they hook them up to containers, those are the
9  barge chains, where they hook to -- chains together.
10 But...
11    Q.  How long were the chains for the lashing
12 you were doing?
13    A.  Ten, 15 feet.
14    Q.  How big is that chain?
15    A.  They're not that big, they're not very
16 thick.  I don't know; I don't know the lingo, on that
17 one.
18    Q.  That's fine.
19       So between January of 2004 and your job in
20 2004, summer, at the Port of Bristol Bay, you didn't
21 apply for any work.
22    A.  This last summer, no.
23    Q.  That last spring, back in 2004?
24    A.  No.  I did try the store, when I moved to
25 Naknek, the store and all those other places there.

Page 121

1     Q.  This is after your surgery?
2     A.  No, this is before.  But after my surgery,
3  I didn't apply, except for the dock.
4     Q.  Which is basically a year after your
5  surgery?
6     A.  Almost a year.
7     Q.  You were certainly capable of returning to
8  work, in some form, in December of 2004, were you
9  not?
10    A.  Maybe.  Maybe, some forms of work, I
11 believe so.
12    Q.  You saw the release your doctor gave you to
13 go back to work in December, didn't you?
14    A.  Yes.
15    Q.  And you decided to just go ahead and hold
16 off until summer to go back to work?
17    A.  Yes, at the dock.
18    Q.  Because there was probably nothing -- you
19 couldn't find work in Naknek, at that time, anyway,
20 was there?
21    A.  Yeah.  I looked around; there was nothing.
22    Q.  Did you apply anywhere in Naknek, or did
23 you just ask around?
24    A.  I just asked around.
25    Q.  Do you know when you applied for school at

Page 146

1  I did get there at night.
2      Q.  Get where at night?
3      A.  At the Port of Bristol Bay, at night. And
4  so, about ten or eleven o'clock or so, we started on
5  the barge.
6      Q.  Before we get there, I'm still not clear
7  about something. You say that you recall starting on
8  the barge at ten or eleven o'clock?
9      A.  No, starting -- yes, working on the dock.
10     Q.  For the port, though?
11     A.  Yes.
12     Q.  Okay. You don't know, though, whether you
13 had already been working all day long for the port or
14 not?
15     A.  No.
16     Q.  As you sit here today?
17     A.  Yes, I do not recollect --
18     Q.  How would you log in and out at the port?
19 If I wanted to go the Port of Bristol Bay and say: I
20 want see your paperwork -- was it a time card, or
21 what was it?
22     A.  Yes. It's a time card.
23     Q.  Was it stamped, or just written by hand?
24     A.  Write it by hand.
25     Q.  Were you pretty good about entering in the

Page 147

1  time you started?
2      A.  Yes.
3      Q.  And the time you left?
4      A.  Yes.
5      Q.  I mean, that's how you got paid, isn't it?
6      A.  Yes.
7      Q.  So for some reason, you do recall the barge
8  operations starting around 10:00 or 11:00 that night?
9      A.  Around that time, yes.
10     Q.  And you just don't remember whether you had
11 already been working at the dock that day?
12     A.  No.
13     Q.  So 10:00 or 11:00, you're starting to do
14 cargo work on the barge -- or on the dock?
15     A.  Yes.
16     Q.  And what would that have entailed?
17     A.  Since it was pass-pass ramps, all I would
18 be doing was the cones. But I think they might have
19 been empty, or something, and they only needed cones
20 on the first, like four outs -- or they were using
21 chains, most of the time. But I know I wasn't doing
22 much coning for those.
23     Q.  What would you have been doing?
24     A.  I was just standing there. That's why they
25 came to ask me if I wanted to help with the barge.

Page 148

1      Q.  So from 10:00 until 2:00, what would you
2  have been doing?
3      A.  Standing on the dock, getting -- helping
4  out the forklift operators, if they need something,
5  or --
6      Q.  Like what, a cup of coffee?
7      A.  A cup of coffee, a cigarette, if they
8  needed some cones put here, or anything on the dock.
9      Q.  Do you have a recollection of those few
10 hours not doing much?
11     A.  Yes. I don't remember doing much.
12     Q.  And at about two o'clock, somebody came and
13 said something to you?
14     A.  Yes.
15     Q.  Who was it, and what did they say?
16     A.  Bill Emory, the Northland's operation
17 manager, and Peggy Saia, my boss, at the time. And
18 they asked if I wanted to make an extra five bucks,
19 work on the barge for the night.
20     Q.  And extra five bucks an hour?
21     A.  Yes.
22         And so I said okay. They brought me down
23 to the barge, showed me what I was going to be doing.
24 And that's it.
25     Q.  And that was at about 2:00 or 2:30, you

Page 149

1  think?
2      A.  About 2:00 in the morning.
3      Q.  And you were working for about two or three
4  hours before you got hurt?
5      A.  Yes, around that time.
6      Q.  On this Exhibit 1, that your mom put
7  together, you talk about you didn't receive an
8  orientation, you didn't receive any safety training,
9  did not receive a safety handbook, as usually
10 required by OSHA.
11         What significance is that?
12         MR. SLOTTEE: Objection.
13         THE WITNESS: I don't know. Just dangers
14 in the workplace, it could explain those.
15 BY MR. WALLER:
16     Q.  So you think Northland should have given
17 you some instruction?
18     A.  No, they should have just -- no, it's -- I
19 can't honestly say.
20     Q.  Well, do you think Northland should have
21 given you some kind of orientation on how the barge
22 lashing works?
23     A.  I don't know, because we've done some of
24 that -- I've done some of that work, with lashing and
25 stuff. And so it was probably just their

Case 3:04-cv-00209-TMB   Document 28-3   Filed 05/02/2006   Page 4 of 8

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.                JOSEPH ABRUSKA, II
                                                                   5/26/2005

### Page 150

1 understanding I had the knowledge of all that, since
2 I worked at a dock.
3   Q. Did somebody walk the barge -- did you talk
4 with anybody besides Bill Emory, before you started
5 work, Bill and Peggy?
6   A. Maybe said hi, to introduce myself to the
7 barge crew. And they showed me where I would go and
8 in which vicinity I would be working on, on the
9 barge.
10   Q. And how many people were up there, at the
11 time?
12   A. Probably about seven, I'd say, five to
13 seven.
14   Q. And did they steer you towards the stern
15 area, where you ended up getting hurt?
16   A. Yes. They told me: Come over here, and
17 you can start lashing these down.
18   Q. Had you ever work on the barge before?
19   A. No.
20   Q. Or any barge?
21   A. No. That was the first time.
22   Q. And what did you do for two hours,
23 generally, before you got hurt?
24   A. Just lashing down the containers and
25 securing them to the deck of the barge.

### Page 151

1   Q. Okay. The barge was going to be sailing,
2 and they needed the containers lashed?
3   A. Yes.
4   Q. Did they tell you where the barge was
5 going?
6   A. No. It was mostly plunder and empties.
7 They were just moving off somewhere. I don't know
8 the destination or anything of that nature.
9   Q. Okay. So for your lashing, you were using
10 lashing chain?
11   A. Yes.
12   Q. Turnbuckles?
13   A. Yes.
14   Q. Probably shackles, down into the deck
15 cutouts?
16   A. Yes.
17   Q. How would you attach the container end of
18 the chain?
19   A. Well, the container -- the chain would be
20 hanging down.
21   Q. It was already on the containers?
22   A. Yes.
23   Q. Okay.
24   A. And I would grab that and put it on the
25 turnbuckle, and then dig out the hole where the pin

### Page 152

1 is for the turnbuckle, and put the shackle around
2 there and tie it off, tighten it. And that was the
3 extent of my duties.
4   Q. Dig it out, you mean, because of the wood
5 and the debris that might be in there?
6   A. Yes.
7   Q. And did you use some sort of bar to tighten
8 down the turnbuckle?
9   A. No. They didn't have too many of those.
10 So I did it by hand.
11   Q. Did you have gloves on?
12   A. I believe so.
13   Q. Do you recall whether you had gloves on?
14   A. No. Honestly, I couldn't say.
15   Q. Do you recall what shoes you were wearing?
16   A. Work boots, high tops.
17   Q. High-top work boots?
18   A. Yes.
19   Q. Did it rain that evening, do you recall, or
20 that morning?
21   A. I remember it was drizzling later -- or
22 earlier that night. And -- but it was done by the
23 time I was on the barge.
24   Q. Were you working alone the whole time you
25 were on the barge, in the sense that there was nobody

### Page 153

1 immediately around you?
2   A. Yes. Except once, a gentleman did come and
3 see how I was doing. One of the other barge workers.
4 And that was still when I was on the inside of the
5 containers, not on the deckside or the dockside of
6 the containers.
7   Q. How long were you on the dockside before
8 you were hurt? Was it just a matter of minutes?
9   A. In 15, 20 minutes, I -- about a half hour
10 or so.
11   Q. Do you recall whether those containers were
12 stowed athwartships on the barge, or whether they
13 were stored fore and aft, the ones you were securing
14 at the time you were hurt?
15   A. Yeah, they were -- what was that first term
16 you used?
17   Q. Athwartships?
18   A. Yes, it was that --
19   Q. They were sideways?
20   A. Yes.
21   Q. So one end of them pointed towards the side
22 of the barge, as opposed to the end of the barge?
23   A. Yes. They pointed towards the sides of the
24 barge.
25   Q. And that was what you were lashing at the

39 (Pages 150 to 153)

PACIFIC RIM REPORTING
907-272-4383

EXHIBIT 2  PG 4/7
4e8bb0bb-6457-4672-9e22-45cf17f44156

Page 154

1  time, was one of the ends of a container?
2     A. Yes. Yes.
3     Q. Were you using a crisscross type lashing or
4  a straight up and down lashing, do you recall?
5     A. No, I can't recall.
6     Q. Had anybody from Northland services told
7  you the conditions that you would be operating --
8  working under, when you were lashing the outside of
9  the -- when you were lashing near the outside of the
10 barge?
11    A. No.
12    Q. Did you have a flashlight?
13    A. No.
14    Q. How far down from the top of the pier was
15 the barge deck when you were hurt?
16    A. It was pretty far down there. You could
17 see the tops of the three-high containers from the
18 barge -- or from dock, when you were looking at it.
19 So it was a ways down. I couldn't say in feet.
20    Q. From where you were standing, if you had
21 looked outboard towards -- if you had looked towards
22 the dock, what would you have seen, in the area where
23 you fell?
24    A. I'd see the underside of the dock, and
25 that's all the pilings, and that's -- that's it.

Page 155

1     Q. Was there a bumper there of some kind?
2     A. There were just pilings.
3        Bumper on the dock for the barge?
4     Q. Right.
5     A. No, just -- just the pilings.
6     Q. Where was the light located, that was
7  providing you light, for your work?
8     A. There was about -- I think there was two
9  light -- light towers on the dock. But since I was
10 in the corner, my light was obstructed from -- see,
11 it was coming down from the dock. So it was pretty
12 dark in that area, especially since the barge was so
13 low.
14    Q. How far away was the light located, that
15 was providing you the light for your work?
16    A. I didn't have a light in my vicinity.
17    Q. The shore light, what was the nearest shore
18 light to you, while you were working there, in the
19 area where you fell?
20    A. About half the length of the dock away.
21    Q. Half the length of the barge or half the
22 length of the dock?
23    A. The dock. There's no lights on the barge,
24 just the dock.
25    Q. Is the dock the same length as the barge?

Page 156

1     A. No. It's -- I don't know how many square
2  feet that is.
3        I couldn't see the light from where I was
4  standing, coming down off the side or anything.
5     Q. Well, how many feet away from you was it?
6  I mean, is it 100 feet away? Because -- I don't mean
7  to be difficult, but I'm not understanding how far
8  away this light was.
9     A. Yeah, 150 feet, 200 feet away.
10    Q. But if you stood there and looked, would
11 you have been able to see the light, or were you down
12 so far that the light was not even visible to you?
13    A. Yeah, it wasn't visible. I could see it
14 off to the side, in the water, but -- just like the
15 reflection, but not -- I couldn't see the light.
16    Q. In other words, if you had looked to where
17 that light was actually stationed, what you would
18 have seen instead was dock?
19    A. Yes.
20    Q. And on the other side of that dock, over on
21 the land somewhere, was a light?
22    A. Yes.
23    Q. So how would you describe the lighting
24 where you were working?
25    A. There was no light where I was working.

Page 157

1  It was early morning, so it was pretty -- pretty dim.
2     Q. Was it dark outside or was it light?
3     A. It was dark, it was overcast.
4     Q. Do you know what time sunrise would have
5  been that day?
6     A. 5:30 or so, six o'clock.
7     Q. So relative to sunrise, was it dark, or was
8  the light starting to come?
9     A. It was overcast, so it was still -- it was
10 pretty dark. And it's later in the season, so it
11 would come up later, anyway.
12    Q. If you had looked down the barge -- or if
13 you can recall looking down the barge, how far could
14 you see before darkness took over?
15    A. I mean, I could -- I could see. It just
16 wasn't -- because my eyes adjusted, because of being
17 in the dark so long, the dim light. So I could see
18 the length of the barge.
19    Q. How about your work area? How would you
20 describe the visibility there?
21    A. It was dim, as well. It was just like that
22 all around the barge.
23    Q. Was the only light that you were being
24 provided -- let's put it this way: The light that
25 you were being provided, was it light from the sun,

Page 162

1  that make a difference, for your record, okay?
2         (Reporter affirmed.)
3         MR. O'DONNELL: I'm not sure how much
4  longer you have. It's like 12:40. If you're going
5  to be a while, we might want to take our lunch
6  break.
7         MR. WALLER: I think we'll probably have
8  to. Can I just take a couple more minutes, and
9  finish up a couple thoughts, before we take a break?
10        MR. O'DONNELL: Sure.
11 BY MR. WALLER:
12    Q. You didn't fill out any paperwork, when you
13 started with Northland that day?
14    A. No.
15    Q. Did Mr. Emory come up on the barge with
16 you?
17    A. Yes. He -- we went down the barge
18 together.
19    Q. Did he turn you over to somebody else, or
20 did he -- in other words, did he say: Go talk to
21 him? Or how did you know who to talk to?
22    A. No. He just had everybody come over, had
23 the introductions, and showed -- showed me what we
24 were doing on the barge.
25    Q. And that was lashing the containers?

Page 163

1     A. Yes.
2     Q. You're related to Mr. Emory, somehow,
3  through family, aren't you?
4     A. Yes.
5     Q. What's his relation to you?
6     A. He's a cousin.
7     Q. Have you done any family affairs with him
8  since your accident?
9     A. No. We never really did anything, just
10 have family dinners and all that stuff.
11    Q. You never did that?
12    A. No. There's -- there was only a few family
13 dinners, once in a while, you know.
14    Q. Before the accident?
15    A. Yes.
16    Q. You don't know what made your foot slip
17 when you fell, do you? Or did your foot slip?
18    A. I just remember falling over. I don't
19 think I slipped, I just kneeled down and tumbled to
20 the side, on my way to pick up a shackle.
21    Q. Were you working inside the wires or
22 outside the wires?
23    A. Inside, next to the container vans.
24    Q. Did you fall headfirst? Or which direction
25 did you go?

Page 164

1     A. I went off to the left.
2     Q. Your left side?
3     A. Yes. My left side, towards the water, over
4  the bottom one, right over the top of that.
5     Q. Did you realize how close you were to the
6  wires at the time, or was it too dark?
7     A. Well, there's not much room, anyway, you're
8  pretty much up against those.
9     Q. Were you holding onto the wires at the time
10 you were bending over?
11    A. I couldn't say.
12    Q. Do you know whether you went under the
13 bottom course of wire, through the two courses, or
14 over the top?
15    A. I went over the bottom course of wire.
16    Q. Sideways or backwards?
17    A. Kind of sideways.
18    Q. Off to your left side?
19    A. Yes, off to my left side.
20    Q. And you don't know what precipitated your
21 loss of balance; is that safe to say?
22    A. Yes.
23    Q. Did you grab the wire, at some point?
24    A. Yes. After I rolled over the wire, I
25 managed to grab the cable, safety wire.

Page 165

1     Q. Is it the top one you grabbed or the
2  bottom?
3     A. The bottom one, the one I rolled over.
4     Q. And did that support you?
5     A. When I was holding on?
6     Q. Right.
7     A. After I fell over?
8     Q. Right.
9     A. Yes.
10    Q. So you were hanging onto that?
11    A. Yes.
12    Q. With one hand or two hands?
13    A. At first, one hand was the one that caught
14 me, and then I switched over to two.
15    Q. Were you in the process of pulling yourself
16 back up? Or what happened next?
17    A. Yes. I tried to pull myself back up onto
18 the deck of the barge, and tried to call for help.
19    Q. Okay.
20    A. But I didn't have my hands free, for the
21 radio.
22    Q. And at some point, did the barge move in
23 and squeeze you against one of the pilings?
24    A. Yes.
25    Q. And was it a piling?

Page 170

1  Q. Do you remember what those photos show?
2  A. Just stops we took, and the landmarks, some
3  in California, and then, just on the way down to
4  Santa Fe, there.
5  Q. Let's go back to your accident, again. Can
6  you describe for me everything that you can recall
7  happening? We kind of jumped here and jumped there.
8  Can you just, in your own words, say, what -- kind
9  of, as you were standing there, and then when you
10 fell, how that came about?
11 A. Okay. I was working on the barge, and had
12 a shackle in my hand to tie the turnbuckle. And I
13 dropped the shackle down and bent down on one of my
14 knees and was picking up the shackle. And then I
15 fell off the side and rolled over the bottom cable.
16 And I was holding on with one hand and then turned
17 around and grabbed it, grabbed the other -- I grabbed
18 the cable with my other hand, as well, and tried
19 pulling myself back up. And the barge started coming
20 in and pinned me against -- against the piling, and
21 proceeded to smash me for about a period of ten
22 seconds, I'd say, and it went back out. I moved over
23 a little ways, to get away from the piling, turned
24 around, grabbed the I-beam and pulled myself to the
25 horizontal I-beam. I sat down and lifted my leg, my

Page 171

1  right leg, up over the I-beam, laid down and radioed
2  for help then.
3        And then Bill Emory came down onto the
4  barge and found me, and then he called -- called the
5  paramedics and family and everything.
6        And do you need me to keep going from
7  there?
8  Q. No. Let me back up a little bit.
9        When you were hanging off the side onto
10 that wire, before the barge closed in, were you able
11 to see the piling behind you?
12 A. No. I turned around right away. And I
13 didn't know there was a piling behind me.
14 Q. You turned around to look behind you?
15 A. No. I turned around, because when I feel,
16 I was facing the dock, a little ways, and swung over
17 to face the barge and try to pull myself up.
18 Q. You mean, when you were holding onto the
19 wires, it was behind you?
20 A. Yes. The dock was behind me; I was facing
21 the barge.
22 Q. Oh, I'm sorry.
23      But you didn't know the piling was behind
24 you, at that point.
25 A. No. No.

Page 172

1  Q. Was it too dark to see the piling?
2  A. I couldn't say. Just that I was just
3  trying to get up and get back onto the barge. So I
4  don't know if -- I didn't know there was a piling
5  behind me, or anything of that nature.
6  Q. When you went to pick up the shackle that
7  you say you dropped, were you on one knee?
8  A. Yes. I was bent down, to pick it up on --
9  I got down on one knee, my -- my right, say.
10 Q. And then you went off the right side of the
11 barge or the left side of the barge?
12 A. It was on the left of me.
13 Q. So you're on your right knee, and you went
14 to the left?
15 A. Yes.
16 Q. As far as what made you tip over, you don't
17 know what that was?
18 A. No, I couldn't say.
19 Q. Do you think your back went through the
20 wires first, or do you think your feet went through
21 first?
22 A. It was my upper back that rolled over the
23 bottom wire there. So my legs and feet followed
24 after that.
25 Q. Were you wearing a hard hat?

Page 173

1  A. Yes.
2  Q. Did your hat fall off?
3  A. Not until I got on the I-beam and they were
4  coming down to get me, then my hat fell off.
5  Q. When you moved to that area, for the first
6  time, were you the one that selected which chain to
7  go up at which period of time, which one to lash
8  first and second, and so on?
9  A. Oh, when I was working in this area?
10 Q. Right.
11 A. Yeah. I just started from the end and
12 started my way up.
13      Is that what you're asking?
14 Q. I was just trying to decide -- they've sent
15 you into the general area?
16 A. Uh-huh.
17 Q. And then they said: Just start lashing as
18 you go along?
19 A. Uh-huh.
20 Q. And you did the inside first?
21 A. Yes.
22 Q. The one end of a bunch of -- a number of
23 containers, you did the one end of, which is the
24 inside end?
25 A. Yes.

```
                                              Page 198
 1        REPORTER CERTIFICATE
 2
 3        I, GAIL RUTH PECKHAM, RPR, Registered
 4   Professional Reporter, hereby certify:
 5        That I am a court reporter for Pacific Rim
 6   Reporting and Notary Public for the State of Alaska;
 7   that the foregoing proceedings were taken by me in
 8   Stenotype Shorthand and thereafter transcribed by me;
 9   that the transcript constitutes a full, true and
10   correct record of said proceedings taken on the date
11   and time indicated therein.
12        Further, that I am a disinterested person
13   to said action.
14        IN WITNESS WHEREOF, I have hereunto
15   subscribed my hand and affixed my official seal this
16   _____ day of _____, 2005.
17
18
19   _____
20   GAIL RUTH PECKHAM, RPR,
     and Notary Public for the
21   State of Alaska
22
23
24   My commission expires: 3-16-06
25
```

```
                                              Page 199
 1        WITNESS CERTIFICATE
 2   RE: JOSEPH ABRUSKA versus NORTHLAND VESSEL LEASING
         COMPANY, et al.
 3   CASE NO.: A04-209 CV (JKS)
     DEPOSITION OF: JOSEPH DENNIS ABRUSKA, II
 4   DATE TAKEN: 5-26-05
 5       I hereby certify that I have read the foregoing
     deposition and accept it as true and correct, with
 6   the following exceptions:
 7   _____
 8   PAGE  LINE    CHANGE/CORRECTION    REASON
 9   _____
10   ____  ____    _____    _____
11   ____  ____    _____    _____
12   ____  ____    _____    _____
13   ____  ____    _____    _____
14   ____  ____    _____    _____
15   ____  ____    _____    _____
16   ____  ____    _____    _____
17   ____  ____    _____    _____
18   ____  ____    _____    _____
19   ____  ____    _____    _____
20   ____  ____    _____    _____
21   ____  ____    _____    _____
22   ____  ____    _____    _____
     DATED    SIGNATURE
23
24   Please sign your name and date it on the above line.
     (Use additional paper to note corrections as needed,
25   dating and signing each page.)        (GRP)
```

EXHIBIT 2 PG End

4e8bb0bb-6457-4672-9e22-45cf17f44156