## DEPOSITION OF LUKE DONKERSLOOT

I'm Christopher Slottee. I am an attorney for Atkinson, Conway & Gagnon located at 420 L Street, Suite 500, Anchorage, Alaska 99654. It's July 19th at about 8:52 a.m. and we're located at the Bristol Bay Borough Building, Naknek, Alaska. This is the first tape in the videotaped deposition of Luke Donkersloot taken pursuant to notes by plaintiff. Case is in the Federal District Court, State of Alaska at Anchorage. Case is <u>Joseph Abruska vs. Northland Vessel Leasing Company, LLC and Naknek Barge, LLC</u>; Case No. A04-209 CV. There are no stipulations by the parties and will everyone please identify themselves?

Luke Donkersloot; Tom Waller for defendants; Christopher Slottee, Attorney for plaintiff.

MR. SLOTTEE: Uh, so please raise your right hand. (Oath administered.)

MR. DONKERSLOOT: I do.

MR. SLOTTEE: Mr. Donkersloot?

MR. DONKERSLOOT: Mm hmm.

MR. SLOTTEE: Sorry about that.

MR. DONKERSLOOT: That's all right. (Inaudible.)

MR. SLOTTEE: Could you uhm spell your last name?

MR. DONKERSLOOT: D-O-N-K-E-R-S-L-O-O-T.

MR. SLOTTEE: Okay. Uh have you ever had your deposition taken before?

MR. DONKERSLOOT: No.

MR. SLOTTEE: Okay. Do you understand that what you're saying is under oath and equivalent to testifying in Court?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Uh, now if you have any questions about a question I ask or don't understand what I'm asking, just tell me and I'll try to rephrase it uhm otherwise I'm

EXHIBIT 3   PG 1/14

MR. DONKERSLOOT: Mike Clevenger.

MR. SLOTTEE: How do you spell it?

MR. DONKERSLOOT: C-L-E-V-E-N-G-E-R.

MR. SLOTTEE: Okay. And do they come in and just tell you or are you involved in their discussions on how to ---

MR. DONKERSLOOT: Everyone's involved. Everyone's got input.

MR. SLOTTEE: Okay. So what are kind of some of the considerations that come into play from your conversations with them?

MR. DONKERSLOOT: Size of the tides, weather, amount of freight to be delivered and upcoming schedule.

MR. SLOTTEE: Okay. So who are your immediate supervisor?

MR. DONKERSLOOT: Bill Emory.

MR. SLOTTEE: Is he your only supervisor – I mean immediate supervisor?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Was that true also in August of 2003?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: And do you know who he reports to – Bill Emory?

MR. DONKERSLOOT: Mike Clevenger.

MR. SLOTTEE: Okay. From your understanding do you know the difference between the company known as Northland Services and the company of Northland Vessel Leasing Company?

MR. DONKERSLOOT: I have never heard of the Vessel Leasing Company.

MR. SLOTTEE: How about Naknek Barge Lines, LLC?

MR. DONKERSLOOT: I had heard of that but it's my understanding it no longer exists.

MR. SLOTTEE: Okay. So you work for Northland Services and that's the only company that you work for?

MR. DONKERSLOOT: Yep.

MR. SLOTTEE: Okay. When you're working on a barge uh you said you're supervising between 4 to 12 people depending on the size needed. Uhm is anybody supervising you?

7

EXHIBIT 3  PG 2/14

MR. SLOTTEE: Okay. When you start working on the barge, do you walk around the barge at first or do you just start unloading and loading?

MR. DONKERSLOOT: We walk around – we have to unlatch all the cargo.

MR. SLOTTEE: When you say "we", that's you and all your crew?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Does anyone ever uh take you around and point out areas that say – "watch out for here, there's a hole here"?

MR. DONKERSLOOT: Yeah. We're always – if there's damage on a barge, we're always – it's brought to our attention.

MR. SLOTTEE: Have there ever been uhm uh loose wire railings – has that ever been pointed out to you?

MR. DONKERSLOOT: Mm-hmm.

MR. SLOTTEE: When was that?

MR. DONKERSLOOT: Uhm most recently I can't even remember but on different occasions.

MR. SLOTTEE: Is it a common occurrence or uncommon?

MR. DONKERSLOOT: Not too common. If something's broke, it will be pointed out otherwise it's usually just repaired, tightened up.

MR. SLOTTEE: Do you guys repair any of the barges or tighten up ---

MR. DONKERSLOOT: We – yeah.

MR. SLOTTEE: So you do that for every barge that comes in – that's a Northland?

MR. DONKERSLOOT: Yeah, that we can, yeah.

MR. SLOTTEE: Is it pretty common that you have to do some type of repair work on a barge that comes in?

MR. DONKERSLOOT: Uh not usually. But it's not uncommon.

MR. SLOTTEE: Okay. Uhm on the *Baranof Trader* did anyone ever point out to you that any of the wire railings were loose?

MR. DONKERSLOOT: No.

MR. SLOTTEE: At any time?

MR. DONKERSLOOT: Not – no, nothing was ever brought to our attention.

MR. SLOTTEE: Okay.

EXHIBIT __3__ PG 3/14

MR. SLOTTEE: Okay. And then it says that the *Baranof Trader* is berthed alongside the barge *Bering Trader*. And is that what this kind of wall is to the right?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: Okay. Was that – that – was that barge present when Joseph fell?

MR. DONKERSLOOT: No.

MR. SLOTTEE: So about when was this picture taken?

MR. DONKERSLOOT: I think it was the next tide.

MR. SLOTTEE: So within a day?

MR. DONKERSLOOT: Yeah.

MR. WALLER: I think the photo says August 25th.

MR. SLOTTEE: And then in picture 3 is the – the caption is lower safety line and there's also a time date stamp of 8/25/2003. And does that accurately represent the area where Joseph fell?

MR. DONKERSLOOT: Uhm it's not a very wide picture but yeah it's in the area.

MR. SLOTTEE: Okay. And that's the lower safety line that you're taking a picture of there?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Okay. So wider would be like the lines going up here – the lines kind of going to the top of the picture and that's kind of where the edge of the barge is?

MR. WALLER: Objection – form.

MR. DONKERSLOOT: Uhm it was in the vicinity. I didn't see him fall. I don't know exactly where he fell at.

MR. SLOTTEE: Okay. But it was definitely in the vicinity of where he fell?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Okay. And then picture 4 – it's got a caption of "Side shell *Baranof Trader* showing half round sponson". Also time date stamped - I believe that's 8/25/2003. Uhm now this – is this the area where Joseph fell or approximately the area where Joseph fell?

MR. DONKERSLOOT: No. This is just the side of the barge.

15

EXHIBIT 3  PG 4/14

MR. SLOTTEE: And a body could fit between the wire railings?

MR. WALLER: Objection – form.

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Okay. Did you ever notice that the lower wire railing on the *Baranof Trader* uhm in the area where Joseph fell was loose before his accident?

MR. DONKERSLOOT: We were - everybody was aware of it that'd been working on the barge. It wasn't particularly loose; it wasn't tight but it wasn't – it was still workable.

MR. SLOTTEE: Okay you say everyone was aware that was - who?

MR. DONKERSLOOT: The barge crew.

MR. SLOTTEE: Okay. Do you remember who was working on the night – or when Joseph had his accident?

MR. DONKERSLOOT: Uhm Jim Metz and a couple other of the tug boaters.

MR. SLOTTEE: Anybody else?

MR. DONKERSLOOT: That was me and Joe.

MR. SLOTTEE: Joseph and you?

MR. DONKERSLOOT: Mm-hmm. On the barge.

MR. SLOTTEE: So maybe about five people working on the barge?

MR. DONKERSLOOT: Including myself.

MR. SLOTTEE: Why were the – do tug boaters normally work on the barges when unloading them?

MR. DONKERSLOOT: Securing and unsecuring cargo.

MR. SLOTTEE: So everyone which include Jim Metz, a couple of the other tug boaters and you were aware of the lower wire railing being loose?

MR. DONKERSLOOT: Uhm I'm not sure if they were. We'd been working that barge all summer.

MR. SLOTTEE: Okay.

MR. DONKERSLOOT: And it was - had been that way all the time.

MR. SLOTTEE: Okay. When was the first time you started working on the *Baranof Trader* in the summer?

EXHIBIT 3  PG 5/14

20

MR. DONKERSLOOT: I have no idea.

MR. SLOTTEE: Uhm so the *Baranof Trader* was in Naknek getting unloaded in August – late August of 2003. About how many other times had it been in port and in Naknek that year – before that uh – before late August?

MR. DONKERSLOOT: I really don't know – a dozen maybe.

MR. SLOTTEE: How did you know that it was loose? Was it – did you just see it when you were working on it?

MR. DONKERSLOOT: Everyone walks around the barge all the time. Everyone's watching all the time.

MR. SLOTTEE: Okay. Was it - so it was pretty noticeable?

MR. DONKERSLOOT: Mmm –

MR. SLOTTEE: Did you have to get on your hands and knees to see that it was loose?

MR. DONKERSLOOT: No but the uh safety lines are stepped on a lot to climb up the ladder from the dock and people had been walking up and down all season.

MR. SLOTTEE: And did anyone schedule like a repair of the wire railing?

MR. DONKERSLOOT: It wasn't – it wasn't broken. It was just loose.

MR. SLOTTEE: It was just loose? So if you wanted to make it tighter, would you have just used a wrench to tighten it up or what would have had to happen to tighten it up?

MR. DONKERSLOOT: Put a turnbuckle on it.

MR. SLOTTEE: And did uhm – so – so the *Baranof Trader* had been in port about a dozen times over the course of that year before the accident, right? I mean approximately.

MR. DONKERSLOOT: Right.

MR. SLOTTEE: And I imagine that a wide variety of people worked on the barge over that – the course of this dozen times?

MR. DONKERSLOOT: Mm – not too wide a variety. It's a pretty small crew.

MR. SLOTTEE: Okay. So who else would have worked on the barge?

MR. DONKERSLOOT: The bulk crew, lighterage crew.

MR. SLOTTEE: Other tugboat's crews?

MR. DONKERSLOOT: Mm-hmm.

MR. SLOTTEE: Can you remember any of their names of people who might have worked on the *Baranof Trader*?

MR. DONKERSLOOT: Uhm the (inaudible) crew uh there's a bunch of people as far as crews switch out – things like that – do you want everybody?

MR. SLOTTEE: Yeah, if you can. Whoever you can remember.

MR. DONKERSLOOT: Stan Franklin was the Barge Master of the Lighterage Barge. Uhm Jeff Hepworth.

MR. SLOTTEE: How do you spell his last name?

MR. DONKERSLOOT: H-E-P-WORTH.

MR. SLOTTEE: Okay.

MR. DONKERSLOOT: Brandon Reed, uhm Matt Windholtz.

MR. SLOTTEE: How do you spell the last name?

MR. DONKERSLOOT: WIND-H-O-L-T-Z. Uh that's all I can remember right now off hand.

MR. SLOTTEE: Okay. If you remember any names later on in the course of this deposition, just kind of speak up and we'll write them down.

MR. DONKERSLOOT: Okay.

MR. SLOTTEE: Uh so did you tell – did anybody tell or make any report – I guess – strike that. Did anyone – did you tell anybody other than the people actually working on the *Baranof Trader* about the loose wire railing?

MR. DONKERSLOOT: No, it's – some of these wires are just – are loose on there. It's not ---

MR. SLOTTEE: It's a common problem?

MR. DONKERSLOOT: Yeah. They get – they get fixed just as much – I mean it's the barges. There are cranes swinging boxes and things like that.

MR. SLOTTEE: Mm-hmm.

22

EXHIBIT 3 PG 7/14

MR. DONKERSLOOT:    They get tightened – they loose and they get taken down and they get put back up. But it was up and everybody working around it fine and it wasn't a problem.

MR. SLOTTEE:    Okay. Uhm why are you or your crew or Northland employees uhm are they – you're typically the ones that are going to repair those wire railings – the loose wire railings?

MR. DONKERSLOOT:    To – yeah. When – when it's necessary to repair it, yeah.

MR. SLOTTEE:    Like if a wire actually broke off, you'd be repairing it?

MR. DONKERSLOOT:    Right.

MR. SLOTTEE:    What about – at what time does it – is it loose enough that you feel that you have to repair it?

MR. DONKERSLOOT:    They usually don't – can't get that loose. If it's – if it's just hanging there, then it's fixed on the spot.

MR. SLOTTEE:    Okay. You didn't fix the one – the wire railing of the *Baranof Trader* that was loose in the area that Joseph fell off?

MR. DONKERSLOOT:    There was really not that much to fix. It was not – it was not taut but it wasn't that loose.

MR. SLOTTEE:    Okay. Did you fix it at all? Did you tighten it up at all?

MR. DONKERSLOOT:    After the fact?

MR. SLOTTEE:    Yes.

MR. DONKERSLOOT:    Uh it probably was. I didn't do it.

MR. SLOTTEE:    Okay. Did you – did you ever work on the *Baranof Trader* since Joseph's accident?

MR. DONKERSLOOT:    Mm-hmm.

MR. SLOTTEE:    Is the wire railing loose or is it tight?

MR. DONKERSLOOT:    I don't know.

MR. SLOTTEE:    When Joseph started to work uhm did you or anybody – did you tell him that the wire railing was loose?

MR. DONKERSLOOT:    He was down there working with the tugboat crew. I didn't – I didn't talk to him.

23

EXHIBIT 3  PG 8/14

MR. SLOTTEE: So you didn't talk to him at all before the accident – from the time when he started to the accident?

MR. DONKERSLOOT: Uh I don't recall – I don't think so. If I did, it was very brief.

MR. SLOTTEE: The tugboat crew – that'd be Jim Metz and maybe two other people from the ---

MR. DONKERSLOOT: Yeah, I think there were two others off the tug.

MR. SLOTTEE: Do you know the name of the tugboat?

MR. DONKERSLOOT: It was the *Polar Breeze*.

MR. SLOTTEE: Okay. Have you ever seen a barge with uh similar to the *Baranof Trader* that has three wire railings?

MR. DONKERSLOOT: No.

MR. SLOTTEE: Have you ever seen a barge at all that has three wire railings?

MR. DONKERSLOOT: I don't think so.

MR. SLOTTEE: Uhm and after Joseph's accident you said that you – you didn't notice if the wire railing had been tightened or not from the time you worked on the *Baranof Trader* after Joseph's accident?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: Did you notice any other changes to the *Baranof Trader* that had been made since Joseph's accident?

MR. DONKERSLOOT: No.

MR. SLOTTEE: Uh on the *Baranof Trader* how were the containers normally stacked? Are they stacked uhm perpendicular to the bow or parallel to the bow?

MR. DONKERSLOOT: They are set a ? ship. That's port to starboard, lengthwise.

MR. SLOTTEE: Okay, so it's going like if the – if the barge is facing North, then the containers would be stacked going East/West?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: Okay. Uhm do you know why they're stacked like that? Are they stacked like that all of the time?

MR. DONKERSLOOT: I think it's – some of it's contract work and then some of the Northland guys do it too. I'm not positive who.

MR. SLOTTEE: Uhm do you know any names of Northland people who are – maybe didn't do it specifically with the *Baranof Trader* but generally do barge inspections?

MR. DONKERSLOOT: Ed Hershey.

MR. SLOTTEE: What about – do you know of any specific inspections of the *Baranof Trader* you'd ever saw?

MR. DONKERSLOOT: Not that I recall.

MR. SLOTTEE: Uhm on the day of Joseph's accident was it raining?

MR. DONKERSLOOT: It might have been earlier. I don't remember.

MR. SLOTTEE: Well another question about inspecting the barge – so after you're done loading the barge, does anybody go around and check the containers, uhm check the barge to see if everything's lashed down?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: And that happens every time –

MR. DONKERSLOOT: Right.

MR. SLOTTEE: Do you do that?

MR. DONKERSLOOT: Or myself or someone else experienced, yeah.

MR. SLOTTEE: Okay. Uh on the day of Joseph's accident was the deck of the *Baranof Trader* wet?

MR. DONKERSLOOT: I really don't remember. It was a long time ago.

MR. SLOTTEE: Okay. Uhm on the day of Joseph's accident uhm where was the – do you remember where the *Baranof Trader* was heading to?

MR. DONKERSLOOT: It was being loaded to go to Seattle.

MR. SLOTTEE: And do you remember where it came from?

MR. DONKERSLOOT: No.

MR. SLOTTEE: Uhm did it have to leave with the uh tide or a specific time of the day?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: Okay. Uhm in this case would the edge of the *Baranof Trader* – the deck of the *Baranof Trader* – would that be rubbing it on the day of Joseph's accident? Would that be rubbing against those pilings – wood fenders?

MR. DONKERSLOOT: Well in the case of the *Baranof Trader* the half round would be rubbing against it.

MR. SLOTTEE: Okay, but wasn't the *Baranof Trader* about ten feet below the actual dock?

MR. DONKERSLOOT: Right.

MR. SLOTTEE: So the wooden fenders – they extend all the way down?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: Okay. There's – but you don't put like uhm tires over the side –

MR. DONKERSLOOT: No.

MR. SLOTTEE: --or anything like that?

MR. DONKERSLOOT: Nope.

MR. SLOTTEE: Uhm are those normally used – I mean are those used in other instances or is that just not a practice?

MR. DONKERSLOOT: No. Can't be done.

MR. SLOTTEE: Why not?

MR. DONKERSLOOT: Because we have twenty-foot tides here.

MR. SLOTTEE: Okay. About how quick does the tide come in and out?

MR. DONKERSLOOT: It's diurnal – twice a day.

MR. SLOTTEE: So just generally what do you remember about Joseph's accident?

MR. DONKERSLOOT: Uhm Bill called on the radio, said all stop, I parked the machine, he said where's Joe and Bill came down to the barge and we both went around the barge to look for him and Bill found him sitting on the I-beam underneath the dock.

MR. SLOTTEE: Okay. What'd you do then?

MR. DONKERSLOOT: Uhm talked to him for a little bit. Tried to figure out what exactly had happened. Contacted 911 right off the bat. Uhm –

MR. SLOTTEE: You called 911 once you saw him on the I-beam?

EXHIBIT 3  PG 11/14

MR. SLOTTEE: Okay. And so you stayed there for about an hour, or maybe less than an hour?

MR. DONKERSLOOT: Mm-hmm.

MR. SLOTTEE: And then they medivaced – or did they just tell you that they were going to medivac?

MR. DONKERSLOOT: Right. And that he was stable.

MR. SLOTTEE: Okay. And then what did you do then?

MR. DONKERSLOOT: Took a break – went and ate.

MR. SLOTTEE: Did you go back to work on the *Baranof Trader*?

MR. DONKERSLOOT: Yeah, later.

MR. SLOTTEE: Okay. And then within the next couple days is that when Ben Burns called you?

MR. DONKERSLOOT: Yeah, it was – yeah it was within the next few days. I don't remember exactly.

MR. SLOTTEE: Did you talk to anybody uhm before Ben Burns called you about Joseph's accident?

MR. DONKERSLOOT: No. Not outside of our circle of co-workers down at the dock that had been there to experience it so --

MR. SLOTTEE: Okay. What were people saying in your – the circle of people who were working on the –

MR. DONKERSLOOT: Just concern.

MR. SLOTTEE: Anyone have any theories about why he fell over the side.

MR. DONKERSLOOT: Uh not really. Nothing out of the ordinary. I mean it's a barge, it's tied up to the dock, it's moving around and you're not careful, you could fall off anywhere.

MR. SLOTTEE: Okay. Is that what you were thinking – what you think, too?

MR. DONKERSLOOT: Oh, yeah..

MR. SLOTTEE: Okay. When the barge is on – when it's loaded uhm approximately the amount that the Baranof Trader was loaded at the time of Joseph's accident, you said it was moving around?

MR. DONKERSLOOT: It always moves around when it's loading.

MR. SLOTTEE: Does that happen most of the time, all of the time, or only occasionally when you're actually ---

MR. DONKERSLOOT: Every time the forklift grabs a container from the dock it moves the barge.

MR. SLOTTEE: Okay. About how many times do you grab a container from the dock?

MR. DONKERSLOOT: About 120 on that barge.

MR. SLOTTEE: That's how many containers were put on the barge?

MR. DONKERSLOOT: About, yeah.

MR. SLOTTEE: How long does it – about how many containers do you grab in say an hour?

MR. DONKERSLOOT: Twenty-five.

MR. SLOTTEE: Okay. Is it a pretty regular – like a pretty – like you're pretty steady in grabbing containers?

MR. DONKERSLOOT: Right. It's all uniform, yeah.

MR. SLOTTEE: Okay. So it would be every uhm maybe every couple minutes or --

MR. DONKERSLOOT: Yeah, every 2-3 minutes - right.

MR. SLOTTEE: Okay. That's kind of what was happening on the day of Joseph's accident?

MR. DONKERSLOOT: That's what we'd been doing the whole time, yeah.

MR. SLOTTEE: Okay. Did you look at the area where he fell after Joseph got pulled up out of the – underneath the dock?

MR. DONKERSLOOT: Yeah. We had to work around it to get him up and out from underneath the dock.

MR. SLOTTEE: Okay. Did you notice anything unusual about that area?

MR. DONKERSLOOT: No. It's – the one picture I took of the freight end of the safety line was the most unusual thing but it's not uncommon.

MR. SLOTTEE: Okay. But did you notice that when you actually – when you were working around that area after the accident?

MR. DONKERSLOOT: Uh, I don't understand.

MR. DONKERSLOOT: He was supposed to be tying down chains with trim buckles and shackles.

MR. SLOTTEE: Okay. So tying down the containers – like the stack of three containers that you were putting up?

MR. DONKERSLOOT: Right. We hang chains from the containers, stack the containers, and then they attach turn buckles and tighten the turnbuckles.

MR. SLOTTEE: Okay. Have you ever done that before?

MR. DONKERSLOOT: Yeah.

MR. SLOTTEE: You have to bend down a lot to do it?

MR. DONKERSLOOT: Yeah, it's manual labor.

MR. SLOTTEE: Did you ever – did you tell people when you were about to pick up a container?

MR. DONKERSLOOT: No.

MR. SLOTTEE: Did you already give - do you remember the names of the lighterage crew – the people that are on the lighterage crew of the *Baranof*

END OF TAPE.


I, Margaret Ellen McGurk, do hereby attest and confirm that the above-transcribed deposition of Joseph Abruska is a true and accurate transcription from the original VHS videotape, which was taken by Christopher J. Slottee.

Date this 16th day of August 2005.

_Margaret Ellen McGurk_
Margaret Ellen McGurk