NEIL T. O'DONNELL, ESQ.
CHRISTOPHER J. SLOTTEE, ESQ.
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

COPY RECEIVED
JAN 04 2006
BAUER MOYNIHAN & JOHNSON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND VESSEL LEASING ) <br> COMPANY, LLC and NAKNEK ) <br> BARGE, LLC ) <br> ) <br> Defendants. ) <br> _____) | Case No. A04-209 CV (JKS) |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES (DATED 12/21/05)**

Pursuant to Federal Rule of Civil Procedure 26(e)(1), Plaintiff Joseph Abruska hereby supplements his previous Disclosures.

B.   DOCUMENTS

ABRUSKA 1000872-875:   Claim Payment History.

ABRUSKA 1000876 – 1000887:   Medical Billing Records, ANMC.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

EXHIBIT 4 PG 1/6

DATED this 21st day of December, 2005.

                                      ATKINSON, CONWAY & GAGNON
                                      Attorneys for Joseph Abruska

                                  By_____
                                        Christopher J. Slottee
                                        ABA #0211055

I certify that on December 21, 2005, a copy of the foregoing document was sent to the following attorneys or parties of record by:

    ( ✓ ) Mail
    (   ) Facsimile
    (   ) Hand Delivery

Thomas G. Waller
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
        Christopher Slottee

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's Supplemental Disclosures (12/21/05)
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 2
82368/7407.1

EXHIBIT 4    PG 2/6

Page 1 of 4
11/1/05 15:57

## Claim Payment History

Insured: Northland Holdings, Inc.
Policy: 1S0300268   DOL 8/24/03
SEH00209160 Abruska, Joseph

| Inv/Rcp Ref | Chk Nbr | Chk Date | From | Thru | Billed | Amount | Payee / Rcpt Payer | Cat | Type | Ext | Description | Trn Date | Tran Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1782624 | 790246 | 09/25/03 | 08/27/03 | | 96.00 | 96.00 | Poth Investigations, Inc. | A | ALC | SU | | 09/24/03 | Payment |
| 1789879 | 796802 | 10/28/03 | 10/19/03 | 11/01/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 10/28/03 | Payment |
| 1830852 | 817039 | 02/18/04 | 02/08/04 | 02/21/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 02/18/04 | Payment |
| 1810467 | 807491 | 12/22/03 | 12/14/03 | 12/27/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 12/22/03 | Payment |
| 1851769 | 824587 | 04/01/04 | 03/21/04 | 03/23/04 | 150.00 | 150.00 | Abruska, Joseph D. | I | TTD | TT | | 04/01/04 | Payment |
| 1776609 | 788692 | 09/16/03 | 09/07/03 | 09/20/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 09/16/03 | Payment |
| 1816382 | 809440 | 01/05/04 | 12/28/03 | 01/10/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 01/05/04 | Payment |
| 1779059 | 791187 | 09/30/03 | 09/21/03 | 10/04/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 09/30/03 | Payment |
| 1836530 | 819219 | 03/02/04 | 02/22/04 | 03/06/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 03/02/04 | Payment |
| 1820202 | 811906 | 01/19/04 | 01/11/04 | 01/24/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 01/19/04 | Payment |
| 1775829 | 787106 | 09/05/03 | 08/24/03 | 09/06/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 09/05/03 | Payment |
| 1784636 | 794228 | 10/13/03 | 10/05/03 | 10/18/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 10/13/03 | Payment |
| 1800617 | 801759 | 11/24/03 | 11/16/03 | 11/29/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 11/24/03 | Payment |
| 1795068 | 799705 | 11/11/03 | 11/02/03 | 11/15/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 11/11/03 | Payment |
| 1825093 | 814643 | 02/04/04 | 01/25/04 | 02/07/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 02/04/04 | Payment |
| 1840477 | 821720 | 03/16/04 | 03/07/04 | 03/20/04 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 03/16/04 | Payment |
| 1805292 | 804571 | 12/08/03 | 11/30/03 | 12/13/03 | 700.00 | 700.00 | Abruska, Joseph D. | I | TTD | TT | | 12/08/03 | Payment |
| 1894313 | 843192 | 08/06/04 | 06/28/04 | | 130.00 | 130.00 | Alaska Urological Associates | M | MED | MD | Med#20040804-LF-E1-22 | 08/06/04 | Payment |
| 1897633 | 844008 | 08/13/04 | 06/29/04 | | 1,800.00 | 1,800.00 | Impartial Medical Opinions | M | OTH | IM | | 08/12/04 | Payment |
| 1905255 | 846190 | 10/15/04 | 09/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 31-04246-001-0900 | 09/07/04 | Payment |
| 1889151 | 838266 | 08/16/04 | 07/16/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04198-003-2700 | 07/20/04 | Payment |
| 1861149 | 829255 | 04/29/04 | 02/29/04 | | 109.00 | 109.00 | Northwest Medical | M | OTH | ME | Med#20040427-PD-E1-6 | 04/29/04 | Payment |
| 1862560 | 829909 | 05/04/04 | 09/05/03 | 03/29/04 | 800.00 | 218.00 | Northwest Medical | M | OTH | ME | Med#20040430-JM-E1-53 | 05/04/04 | Payment |
| 1889149 | 838266 | 08/16/04 | 07/16/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04198-003-2600 | 07/20/04 | Payment |
| 1860539 | 828878 | 04/27/04 | 03/25/04 | | 134.54 | 134.54 | Geneva Woods Health Care | M | OTH | ME | Med#20040423-PD-E1-26 | 04/27/04 | Payment |
| 1860857 | 828694 | 04/26/04 | 03/22/04 | 03/23/04 | 63.72 | 63.72 | Best Western Barratt Inn | M | OTH | MM | Folio #: 25318 | 04/26/04 | Payment |
| 1841462 | 818735 | 04/14/04 | 03/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04063-001-2400 | 03/04/04 | Payment |
| 1851559 | 818735 | 04/14/04 | 03/30/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 2D-04090-001-0000 | 03/31/04 | Payment |
| 1851568 | 818735 | 04/14/04 | 03/30/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04090-001-1800 | 03/31/04 | Payment |
| 1841892 | 818735 | 04/14/04 | 03/04/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04064-001-0600 | 03/05/04 | Payment |
| 1949472 | 859758 | 01/12/05 | 09/05/03 | 10/29/03 | 464.55 | 394.00 | Northwest Medical | M | OTH | ME | Med#20031216-AW-E1-45 | 01/12/05 | Payment |
| 2012318 | 873191 | 07/26/05 | 06/01/05 | | 156.94 | 137.62 | Geneva Woods Health Care Services | M | MED | RX | Med#20050721-DB-E1-123 | 07/26/05 | Payment |
| 1862085 | 824370 | 05/21/04 | 04/28/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04119-001-1300 | 04/29/04 | Payment |
| 1861260 | 824370 | 05/21/04 | 04/26/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04115-001-3600 | 04/27/04 | Payment |
| 1899773 | 845123 | 08/24/04 | 03/23/04 | | 172.00 | 172.00 | Alaska Native Medical Center | M | INP | HO | Med#20040820-LF-E1-29 | 08/24/04 | Payment |

**Claim Payment History**

Insured: Northland Holdings, Inc.
Policy: 1S030268   DOL 8/24/03
SE000209160 Abruska, Joseph

| Inv/Rcp Ref | Chk Nbr | Chk Date | From | Thru | Billed | Amount | Payee / Rcpt Payer | Cat | Type | Exp | Description | Trn Date | Tran Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1868226 | 832733 | 05/24/04 | 08/24/03 | 09/03/03 | 19,241.78 | 19,241.78 | Alaska Native Medical Center | M | INP | HO | Med#20040518-JM-E1-42 | 05/21/04 | Payment |
| 1850276 | 824265 | 03/31/04 | 09/03/03 | | 110.00 | 102.45 | Alaska Native Medical Center | M | MED | MD | Med#20040329-PD-E1-162 | 03/31/04 | Payment |
| 1850265 | 824260 | 03/31/04 | 08/24/03 | | 1,338.00 | 1,197.00 | Bristol Bay Area Health Corporation | M | MED | MD | Med#20040329-PD-E1-154 | 03/31/04 | Payment |
| 1863589 | 829686 | 06/17/04 | 05/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04122-002-3400 | 05/04/04 | Payment |
| 1903972 | 846740 | 09/07/04 | 06/28/04 | | 140.77 | 122.49 | Geneva Woods Health Care Services | M | MED | RX | Med#20040901-LF-E1-51 | 09/07/04 | Payment |
| 1849282 | 823741 | 03/29/04 | 09/01/03 | 03/31/04 | 632.00 | 632.00 | Abruska, Joseph D. | M | OTH | MM | Rent at Housing Authority | 03/29/04 | Payment |
| 1849282 | 823741 | 03/29/04 | 02/06/04 | | 30.00 | 30.00 | Abruska, Joseph D. | M | OTH | MM | Taxi fare | 03/29/04 | Payment |
| 1816543 | 808041 | 12/24/03 | 08/24/03 | | 291.00 | 291.00 | Abruska, Joseph D. | M | OTH | MM | Ticket to Anchorage for L. Rawson | 12/24/03 | Payment |
| 1830779 | 814106 | 03/12/04 | 02/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04034-001-2700 | 02/04/04 | Payment |
| 1837021 | 814106 | 03/12/04 | 02/18/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04049-005-7300 | 02/20/04 | Payment |
| 1830767 | 814106 | 03/12/04 | 02/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04034-001-9200 | 02/04/04 | Payment |
| 1830766 | 814106 | 03/12/04 | 02/03/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04034-001-9100 | 02/04/04 | Payment |
| 1830100 | 814106 | 03/12/04 | 02/02/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04031-002-5000 | 02/03/04 | Payment |
| 1840771 | 819898 | 03/05/04 | 08/24/03 | | 7,190.00 | 5,346.58 | Alaska Native Medical Center | M | MED | MD | Med#20040303-PD-E1-77 | 03/05/04 | Payment |
| 1840774 | 819900 | 03/05/04 | 01/16/04 | | 110.00 | 110.00 | Alaska Urological Assoc. Apc | M | MED | MD | Med#20040303-LF-E1-70 | 03/05/04 | Payment |
| 1840743 | 819885 | 03/05/04 | 08/25/03 | | 199.00 | 199.00 | Alaska Native Medical Center | M | MED | MD | Med#20040303-LF-E1-63 | 03/05/04 | Payment |
| 1840741 | 819884 | 03/05/04 | 08/25/03 | | 56.00 | 56.00 | Alaska Native Medical Center | M | MED | MD | Med#20040303-LF-E1-62 | 03/05/04 | Payment |
| 1840459 | 819649 | 03/04/04 | 01/29/04 | | 109.00 | 109.00 | Northwest Medical | M | OTH | MS | Med#20040302-PD-E1-16 | 03/04/04 | Payment |
| 1841335 | 819558 | 03/03/04 | 01/15/04 | 01/16/04 | 138.89 | 138.89 | Best Western Barratt Inn | M | OTH | MM | Folio #: 15297 | 03/03/04 | Payment |
| 1841335 | 819558 | 03/03/04 | 12/19/03 | | 78.84 | 78.84 | Best Western Barratt Inn | M | OTH | MM | Folio #: 10560 | 03/03/04 | Payment |
| 1841180 | 819515 | 03/03/04 | 10/18/03 | 11/05/03 | 1,718.42 | 1,718.42 | Ravenwoods Consulting Group | M | OTH | ER | Invoice No: 1008 | 03/03/04 | Payment |
| 1797373 | 798010 | 11/03/03 | 10/06/03 | 10/09/03 | 268.72 | 268.72 | Best Western Barratt Inn | M | OTH | MM | Folio #: R5703A-1 | 11/01/03 | Payment |
| 1835672 | 817529 | 02/20/04 | 01/21/04 | 01/30/04 | 560.00 | 560.00 | Sandra Bryan Physical Therapy | M | MED | PH | Med#20040217-LF-E1-87 | 02/20/04 | Payment |
| 1790358 | 794418 | 10/14/03 | 10/03/03 | | 430.50 | 430.50 | Frontier Travel | M | OTH | MM | Claimant travel charge | 10/14/03 | Payment |
| 1819582 | 808949 | 02/12/04 | 12/31/03 | | 127.90 | 127.90 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03365-002-2100 | 01/05/04 | Payment |
| 1780681 | 789485 | 09/22/03 | 09/04/03 | 09/06/03 | 630.00 | 630.00 | Dimond Center Hotel | M | OTH | MM | Folio #14085 | 09/21/03 | Payment |
| 1830307 V | 814386 | 02/04/04 | 01/15/04 | 01/17/04 | | (505.00) | Frontier Travel | M | OTH | MM | 154079 | 02/11/04 | Void |
| 1949471 | 859757 | 01/12/05 | 11/29/03 | | 109.00 | 79.00 | Northwest Medical | M | OTH | ME | Med#20031216-AW-E1-23 | 01/12/05 | Payment |
| 1850264 | 824259 | 03/31/04 | 08/24/03 | | 476.00 | 476.00 | Bristol Bay Area Health Corporation | M | INP | HO | Med#20040329-PD-E1-153 | 03/31/04 | Payment |
| 1851286 | 824055 | 03/31/04 | 03/16/04 | 03/23/04 | 425.00 | 425.00 | Frontier Travel | M | OTH | MM | 155347 Itinerary Invoice | 03/31/04 | Payment |
| 1869686 | 829686 | 06/17/04 | 05/20/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 20-04140-001-0500 | 05/21/04 | Payment |
| 1807516 | 802954 | 01/14/04 | 11/26/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 20-03330-001-0900 | 12/01/03 | Payment |
| 1827421 | 813096 | 01/26/04 | 08/24/03 | 09/06/03 | 390.00 | 390.00 | Abruska, Joseph D. | M | OTH | MM | Kimberly Savo Plane Ticket | 01/26/04 | Payment |
| R 59219 | 266476 | 04/12/04 | | | | (1,817.26) | First Health Group Corp.* (MBR) | M | OTH | MB | | 05/12/04 | Credit |

```
11/03/2005 13:35 FAX 18668819264           SEABRIGHT INSURANCE
```

Page 3 of 4
11/1/05 15:57

## Claim Payment History

Insured: Northland Holdings, Inc.
Policy: 1S0300268   DOL 8/24/03
SE000209160 Abruska, Joseph

| Inv/Rcp Ref | Chk Nbr | Chk Date | From | Thru | Billed | Amount | Payee / Rcpt Payer | Cat | Type | Exp | Description | Trn Date | Tran Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1882148 | 837899 | 06/30/04 | 06/27/04 | 06/29/04 | 401.50 | 401.50 | Frontier Travel | M | OTH | MM | Travel | 06/29/04 | Payment |
| 1895402 | 842289 | 09/17/04 | 08/05/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04218-001-1800 | 08/06/04 | Payment |
| 1829139 | 813895 | 01/30/04 | 08/24/03 | 09/06/03 | 420.00 | 420.00 | Abruska, Joseph D. | M | OTH | MM | Rental car | 01/30/04 | Payment |
| 1829175 | 814264 | 02/03/04 | 01/16/04 | | 279.39 | 279.39 | Geneva Woods Health Care Services | M | MED | MD | Med#20040130-LF-E1-60 | 02/03/04 | Payment |
| 1817325 | 802954 | 01/14/04 | 12/23/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03357-002-5700 | 12/24/03 | Payment |
| 1815165 | 802954 | 01/14/04 | 12/17/03 | | 79.26 | 79.26 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03351-002-4400 | 12/18/03 | Payment |
| 1815121 | 802954 | 01/14/04 | 12/17/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03351-002-2000 | 12/18/03 | Payment |
| 1815119 | 802954 | 01/14/04 | 12/17/03 | | 19.41 | 19.41 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03351-002-1900 | 12/18/03 | Payment |
| 1812687 | 802954 | 01/14/04 | 12/11/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03345-001-5200 | 12/12/03 | Payment |
| 1812686 | 802954 | 01/14/04 | 12/11/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03345-001-5100 | 12/12/03 | Payment |
| 1810070 | 802954 | 01/14/04 | 12/05/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 31-03338-001-1100 | 12/08/03 | Payment |
| 1809545 | 802954 | 01/14/04 | 12/04/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03338-001-6900 | 12/05/03 | Payment |
| 1822259 | 810454 | 01/12/04 | 12/18/03 | 12/20/03 | 505.00 | 505.00 | Frontier Travel | M | OTH | MM | Acct. No: 5636303 | 01/10/04 | Payment |
| 1822258 | 810453 | 01/12/04 | 11/03/03 | 11/05/03 | 505.00 | 505.00 | Frontier Travel | M | OTH | MM | Acct. No: 5636303 | 01/10/04 | Payment |
| 1822245 | 810440 | 01/12/04 | 09/08/03 | 10/07/03 | 1,234.44 | 1,234.44 | Ravenwoods Consulting Group | M | OTH | IR | Invoice No: 1007 | 01/10/04 | Payment |
| 1822249 | 810444 | 01/12/04 | 12/08/03 | 12/20/03 | 425.00 | 425.00 | Frontier Travel | M | OTH | MM | Acct. No: 5636303 | 01/10/04 | Payment |
| 1822248 | 810443 | 01/12/04 | 10/29/03 | 11/05/03 | 425.00 | 425.00 | Frontier Travel | M | OTH | MM | Acct. No: 5636303 | 01/10/04 | Payment |
| 1851560 | 818735 | 04/14/04 | 03/30/04 | | 31.19 | 31.19 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04090-001-1400 | 03/31/04 | Payment |
| 1829596 | 814578 | 02/04/04 | 08/24/03 | | 70.00 | 60.32 | Alaska Native Medical Center | M | MED | MD | Med#20040202-JM-E1-107 | 02/04/04 | Payment |
| 1816542 | 808040 | 12/24/03 | 09/05/03 | | 41.16 | 41.16 | Abruska, Joseph D. | M | OTH | MM | Clothing | 12/24/03 | Payment |
| 1816542 | 808040 | 12/24/03 | 09/04/03 | 09/05/03 | 54.14 | 54.14 | Abruska, Joseph D. | M | OTH | MM | Meals | 12/24/03 | Payment |
| 1816542 | 808040 | 12/24/03 | 09/06/03 | 09/11/03 | 180.00 | 180.00 | Abruska, Joseph D. | M | OTH | MM | King Flying Service Reciepts of 12/24/03 L. Rawson | 12/24/03 | Payment |
| 1815984 | 807963 | 12/24/03 | 11/04/03 | | 663.00 | 663.00 | Alaska Urological Associates | M | MED | MD | Med#20031222-FF-E1-50 | 12/24/03 | Payment |
| 1829599 | 814579 | 02/04/04 | 08/24/03 | | 69.00 | 54.90 | Alaska Native Medical Center | M | MED | MD | Med#20040202-JM-E1-108 | 02/04/04 | Payment |
| 1813728 | 806813 | 12/18/03 | 11/21/03 | 11/24/03 | 376.00 | 376.00 | Sandra Bryan Physical Therapy | M | MED | PH | Med#20031216-AW-E1-24 | 12/18/03 | Payment |
| 1813787 | 806855 | 12/18/03 | 09/05/03 | 10/29/03 | 464.55 | 70.55 | Northwest Medical | M | OTH | ME | Med#20031216-AW-E1-45 | 12/18/03 | Payment |
| 1813726 | 806811 | 12/18/03 | 11/29/03 | | 109.00 | 30.00 | Northwest Medical | M | OTH | ME | Med#20031216-AW-E1-23 | 12/18/03 | Payment |
| 1814122 | 806574 | 12/17/03 | 08/24/03 | | 9,564.50 | 9,564.50 | Yukon-Kuskokwim Hlth Crp | M | MED | TR | Med#20030923-AW-E1-119 | 12/17/03 | Payment |
| 1797525 | 798061 | 12/12/03 | 10/31/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03304-001-2200 | 11/03/03 | Payment |
| 1797524 | 798061 | 12/12/03 | 10/31/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03304-001-2100 | 11/03/03 | Payment |
| 1797523 | 798061 | 12/12/03 | 10/31/03 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03304-001-2000 | 11/03/03 | Payment |
| 1811647 | 805581 | 12/12/03 | 11/05/03 | | 409.00 | 409.00 | Alaska Imaging Associates | M | MED | RA | Med#20031210-TS-E1-46 | 12/12/03 | Payment |
| 1811646 | 805580 | 12/12/03 | 11/06/03 | | 110.00 | 110.00 | Alaska Urological Associates | M | MED | MD | Med#20031210-TS-E1-45 | 12/12/03 | Payment |
| 1811795 | 805206 | 12/10/03 | 08/25/03 | 09/05/03 | 2,402.94 | 2,402.94 | Ravenwoods Consulting Group | M | OTH | ER | Invoice No: 1002 | 12/10/03 | Payment |
| 1841876 | 818735 | 04/14/04 | 03/04/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04064-001-6000 | 03/05/04 | Payment |

Received 11-03-05 12:23pm  From-18668819264  ABRUSKA 1000874
Page 004
EXHIBIT 4  PG 5/6

Insured: Northland Holdings, Inc.
Policy: 1S0300266   DOL 8/24/03

## Claim Payment History
SE002209160  Abruska, Joseph

Page 4 of 4
11/1/05 15:57

| Inv/Rcp Ref | Chk Nbr | Chk Date | From | Thru | Billed | Amount | Payee / Rcpt Payer | Cat | Type | Exp | Description | Trn Date | Tran Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1808106 | 804347 | 12/08/03 | 11/06/03 | | 97.05 | 71.63 | Geneva Woods Health Care Services | M | MED | RX | Med#20031203-AW -E1-13 | 12/08/03 | Payment |
| 1808117 | 803952 | 12/05/03 | 10/16/03 | 10/31/03 | 779.00 | 779.00 | Sandra Bryan Physical Therapy | M | MED | PH | Med#20031203-AW -E1-23 | 12/05/03 | Payment |
| 1807738 | 803267 | 12/02/03 | 10/30/03 | | 505.00 | 505.00 | Frontier Travel | M | OTH | MM | Invoice No: 153041 | 12/02/03 | Payment |
| 1807737 | 803266 | 12/02/03 | 10/29/03 | | 425.00 | 425.00 | Frontier Travel | M | OTH | MM | Invoice No: 15300 | 12/02/03 | Payment |
| 1806374 | 803090 | 12/01/03 | 11/05/03 | | 684.00 | 684.00 | Alaska Regional Hospital | M | INP | HO | Med#20031125-TS -E1-112 | 12/01/03 | Payment |
| 1806414 | 802369 | 11/26/03 | 11/03/03 | 11/05/03 | 178.72 | 178.72 | Best Western Barratt Inn | M | OTH | MM | Folio #: R57DF80 | 11/25/03 | Payment |
| 1887486 | 840670 | 07/20/03 | 03/23/04 | | 69.00 | 54.90 | Alaska Native Medical Center | M | MED | MD | Med#20040715-TR -E1-146 | 07/20/04 | Payment |
| 1829634 | 814590 | 02/04/04 | 12/19/03 | | 170.00 | 170.00 | Alaska Urological Associates | M | MED | MD | Med#20040202-JM -E1-122 | 02/04/04 | Payment |
| 1787405 | 791269 | 11/04/03 | 10/02/03 | | 1,821.66 | 1,821.66 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-03275-002-0200 | 10/07/03 | Payment |
| 1797375 | 798011 | 11/03/03 | 10/03/03 | 10/06/03 | 510.50 | 510.50 | Frontier Travel | M | OTH | MM | 154078 | 11/01/03 | Payment |
| 1830306 V | 814383 | 02/04/04 | 01/15/04 | 01/17/04 | 425.00 | 425.00 | Frontier Travel | M | OTH | MM | | 02/03/04 | Payment |
| 1796676 | 798121 | 11/03/03 | 09/03/03 | | 315.00 | 315.00 | Northwest Medical | M | OTH | ME | Med#20031030-FF -E1-65 | 11/03/03 | Payment |
| 1796675 | 798120 | 11/03/03 | 08/29/03 | | 110.00 | 110.00 | Northwest Medical | M | OTH | ME | Med#20031030-FF -E1-64 | 11/03/03 | Payment |
| 1796674 | 798119 | 11/03/03 | 08/29/03 | 09/29/03 | 325.00 | 325.00 | Northwest Medical | M | OTH | ME | Med#20031030-FF -E1-63 | 11/03/03 | Payment |
| 1841894 | 818735 | 04/14/04 | 03/04/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04064-001-6300 | 03/05/04 | Payment |
| 1830306 V | 814383 | 02/04/04 | 01/15/04 | 01/17/04 | | (425.00) | Frontier Travel | M | OTH | MM | 154078 | 02/11/04 | Void |
| 1830307 V | 814386 | 02/04/04 | 01/15/04 | 01/17/04 | 505.00 | 505.00 | Frontier Travel | M | OTH | MM | 154079 | 02/03/04 | Payment |
| 1841875 | 818735 | 04/14/04 | 03/04/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 26-04064-001-5900 | 03/05/04 | Payment |
| 1887488 | 840671 | 07/21/04 | 03/23/04 | | 56.00 | 56.00 | Alaska Native Medical Center | M | MED | MD | Med#20040715-TR -E1-147 | 07/20/04 | Payment |
| 1900794 | 842289 | 09/17/04 | 08/23/04 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 20-04234-001-1700 | 08/24/04 | Payment |
| 1779520 | 788977 | 09/18/03 | 09/05/03 | 09/06/03 | 286.00 | 286.00 | Frontier Travel | M | OTH | MM | Travel | 09/17/03 | Payment |
| R 64119 | 301398 | 02/14/05 | | | | (89.87) | First Health Group Corp.* (MBR) | M | OTH | MB | | 03/22/05 | Credit |
| 2013599 | 871927 | 08/12/05 | 07/25/05 | | 4.40 | 4.40 | First Health Group Corp.* (MBR) | M | OTH | MB | EOR 31-05203-001-0000 | 07/26/05 | Payment |
| 2044064 | 877291 | 10/24/05 | 10/16/05 | | 74.52 | 74.52 | Best Western Barratt Inn | M | OTH | MM | FOLIO# 113643/ INV# 29852 | 10/24/05 | Payment |
| | | | | | | **Total 69,607.75** | | | | | | | |

ABRUSKA    1000875

EXHIBIT 4  PG 6/6