Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>         Plaintiff,<br><br>  v.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC; and NORTHLAND SERVICES, INC.,<br><br>         Defendants. | CASE NO. A04-209 CV (JKS) |

### **ORDER GRANTING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**
### **(Proposed)**

THIS MATTER having come on specially before the above-entitled court on defendants' joint Motion for Summary Judgment. The Court has considered defendants' motion, together with the supporting memorandum, declarations and other documents, plaintiff's opposition (and supporting evidence) and defendants' reply. The Court finds there is no genuine issue of material fact on the issue of defendants' liability under § 905(b) of the Longshore Act and that plaintiff's injury has been correctly redressed and compensated by plaintiff's stevedore employer under the Longshore Act.

The Court therefore ORDERS that defendants' Motion for Summary Judgment is granted.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

The Clerk of the Court is directed to forward uncertified copies of this order to counsel of record.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller

_____
Thomas G. Waller
Alaska Bar No. 0109052
Attorneys for Defendants

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

ORDER GRANTING DEFENDANTS' JOINT MOTION
FOR SUMMARY JUDGMENT (proposed)
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -