NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,              )<br>                                              )<br>            Plaintiff,            )<br>                                              )<br>     vs.                                 )<br>                                              )<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC, et al.,         )<br>                                              )<br>            Defendants.        )<br>_____) | Case No. 3:04-cv-209-TMB<br><br>**[PROPOSED] ORDER**<br>**GRANTING PLAINTIFF'S**<br>**RENEWED MOTION FOR**<br>**PARTIAL SUMMARY JUDGMENT** |

The Court, having considered Plaintiff's Renewed Motion for Partial Summary Judgment, any opposition thereto, and being fully advised, HEREBY GRANTS the Motion.  The Baranoff Trader was in violation of 46 C.F.R. § 92.25-5 because it did not have three courses of railings not more than 15 inches apart.

   IT IS SO ORDERED this _____ day of _____, 2006.

                       _____
                       The Honorable Timothy M. Burgess
                       United States District Court Judge

I certify that on May 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By     s/ Christopher J. Slottee
        Christopher J. Slottee