NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | Case No. 3:04-cv-209-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**AFFIDAVIT OF CHRISTOPHER J. SLOTTEE**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss |
| THIRD JUDICIAL DISTRICT | ) |

    Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

    I am counsel for Plaintiff Joseph Abruska in the above entitled action. I make

this affidavit in support of Plaintiff's Renewed Motion for Partial Summary Judgment. I

speak from personal knowledge and am competent to testify. I certify that the following

exhibits are true and accurate copies of the originals:

**Exhibit #1:**    Defendants Northland Vessel Leasing Company, LLC, and Naknek Barge, LLC's Answer to Plaintiff's Complaint, dated November 2, 2004; Plaintiff Joseph Abruska's Complaint, dated September 14, 2004; Defendant Northland Services, Inc.'s, Answer to Plaintiff's Amended Complaint, dated October 24, 2005; Plaintiff Joseph Abruska's Amended Complaint, dated September 21, 2005.

**Exhibit #2:**    Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and Plaintiff Joseph Abruska's First Requests for Admission to Defendant Naknek Barge Lines, LLC, dated December 15, 2004.

**Exhibit #3:**    Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and Plaintiff Joseph Abruska's First Requests for Admission to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004.

**Exhibit #4:**    Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Naknek Barge Lines, LLC, dated December 15, 2004.

**Exhibit #5:**    Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004.

**Exhibit #6:**     Excerpt from W.H. Padie Associates, Inc.'s survey of the Baranoff Trader, dated September 12, 2003, produced in discovery by Defendants Naknek Barge Lines, LLC, and Northland Vessel Leasing Company, LLC, and bates numbered by Plaintiff as 1000106 through 1000107.

**Exhibit #7:**     Court Order, dated June 6, 2005.

**Exhibit #8:**     Excerpts from the deposition of Bill Emory, taken on September 28, 2005.

**Exhibit #9:**     Exhibit 1 to the deposition of Bill Emory, document entitled Incident Investigation – Personal Injury to Joseph Abruska, produced in discovery by Defendants.

**Exhibit #10:**     Excerpt from the deposition of Joseph Abruska, taken on May 26, 2005.

**Exhibit #11:**     Excerpt from the United States Coast Guard Marine Safety Manual, Volume I, Chapter 1.  A complete version of Volume I, United States Coast Guard Marine Safety Manual, is available online at:

http://www.uscg.mil/ccs/cit/cim/directives/cim/cim%5F16000%5F6.pdf

DATED this 3rd day of May, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 3rd day of May, 2006.



_____
Notary Public in and for Alaska
My Commission Expires:  5/19/06

I certify that on May 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:


Thomas G. Waller, Esq.


By _____s/ Christopher J. Slottee_____
        Christopher J. Slottee