# EXHIBITS TO PLAINTIFF JOSEPH ABRUSKA'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

## TABLE OF CONTENTS

| Exhibit No. | Description |
|---|---|
| **Attachment A** | 46 CFR 90.5 |
| **Attachment B** | 46 CFR 92.25 |
| **1** | Defendants Northland Vessel Leasing Company, LLC, and Naknek Barge, LLC's, Answer to Plaintiff's Complaint, dated November 2, 2004 |
| | Plaintiff Joseph Abruska's Complaint, dated September 14, 2004 |
| | Defendant Northland Services, Inc.'s, Answer to Plaintiff's Amended Complaint, dated October 24, 2005 |
| | Plaintiff Joseph Abruska's Amended Complaint, dated September 21, 2005 |
| **2** | Defendant Naknek Barge Lines, LLC's, Responses to Plaintiff's First Requests for Admission, dated January 18, 2005 |
| | Plaintiff Joseph Abruska's First Requests for Admission to Defendant Naknek Barge Lines, LLC, dated December 15, 2004. |
| **3** | Defendant Northland Vessel Leasing Company, LLC's, Responses to Plaintiff's First Requests for Admission, dated January 18, 2005 |
| | Plaintiff Joseph Abruska's First Requests for Admission to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004 |
| **4** | Defendant Naknek Barge Lines, LLC's, Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005 |
| | Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Naknek Barge Lines, LLC, dated December 15, 2004 |

**TABLE OF CONTENTS**

| Exhibit No. | Description |
|---|---|
| 5 | Defendant Northland Vessel Leasing Company, LLC's, Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005 |
|   | Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004 |
| 6 | Excerpt from W.H. Padie Associates, Inc.'s, survey of the Baranoff Trader, dated September 12, 2003, produced in discovery by Defendants Naknek Barge Lines, LLC, and Northland Vessel Leasing Company, LLC, and bates numbered by Plaintiff as 1000106 through 1000107 |
| 7 | Court Order, dated June 6, 2005. |
| 8 | Excerpts from the deposition of Bill Emory, taken on September 28, 2005. |
| 9 | Exhibit 1 to the deposition of Bill Emory, document entitled Incident Investigation – Personal Injury to Joseph Abruska, produced in discovery by Defendants. |
| 10 | Excerpt from the deposition of Joseph Abruska, taken on May 26, 2005 |
| 11 | Excerpt from the United States Coast Guard Marine Safety Manual, Volume I, Chapter 1 |

84285/7407.1