**§ 92.25-1**  46 CFR Ch. I (10-1-04 Edition)

(2) Minor repairs and alterations may be made to the same standard as the original construction.

(b) Vessels of 100 gross tons and over, contracted for prior to March 4, 1915, must meet the following requirements:

(1) Existing structure, arrangements, materials, and facilities, previously approved will be considered satisfactory so long as they are maintained in good condition to the satisfaction of the Officer in Charge, Marine Inspection.

(2) Minor repairs and alterations may be made to the same standard as the original construction, provided that in no case will a greater departure from the standards of §§ 92.20-5 through 92.20-55 be permitted than presently exists.

(c) Vessels of 100 gross tons and over, contracted for on or after March 4, 1915, but prior to January 1, 1941, must meet the following requirements:

(1) Existing structure, arrangements, materials, and facilities, previously approved will be considered satisfactory so long as they are maintained in a suitable condition to the satisfaction of the Officer in Charge, Marine Inspection. Minor repairs and alterations may be made to the same standard as the original construction.

(2) Each vessel, which in the ordinary course of its trade makes a voyage of more than 3 days duration between ports and which carries a crew of 12 or more persons, must be provided with a suitable hospital space for the exclusive use of the sick or injured.

(3) The crew spaces must be securely constructed, properly lighted, heated, drained, ventilated, equipped, located, arranged, and insulated from undue noise, heat, and odors.

(d) Vessels of 100 gross tons and over, contracted for on or after January 1, 1941, but prior to November 19, 1952, must meet the following requirements:

(1) Existing structure, arrangements, materials, and facilities, previously approved will be considered satisfactory so long as they are maintained in a suitable condition to the satisfaction of the Officer in Charge, Marine Inspection. Minor repairs and alterations may be made to the same standard as the original construction.

(2) Washbasins, showers, and bathtubs if substituted for showers, must be equipped with adequate plumbing including hot and cold running water.

(3) Each crewmember must have a separate berth, and berths may not be placed more than 2 high.

(4) Each vessel, which in the ordinary course of its trade makes a voyage of more than 3 days duration between ports and which carries a crew of 12 or more persons, must be provided with a suitable hospital space for the exclusive use of the sick or injured. Berths shall be provided in the ratio of 1 berth for each 12 members of the crew or fraction thereof, but the number of berths need not exceed 6.

(5) The crew spaces must be securely constructed, properly lighted, heated, drained, ventilated, equipped, located, arranged, and insulated from undue noise, heat, and odors.

### Subpart 92.25—Rails and Guards

**§ 92.25-1  Application.**

(a) The provisions of this subpart, with the exception of § 92.25-90, shall apply to all vessels contracted for on or after July 1, 1969. Vessels contracted for prior to July 1, 1969, shall meet the requirements of § 92.25-90.

[CGFR 65-50, 30 FR 16983, Dec. 30, 1965, as amended by CGFR 69-72, 34 FR 17484, Oct. 29, 1969; CGD 80-120, 47 FR 5723, Feb. 8, 1982]

**§ 92.25-5  Where rails required.**

(a) All vessels shall have efficient guard rails or bulwarks on decks and bridges. The height of rails or bulwarks shall be at least 39½ inches from the deck except that where this height would interfere with the normal operation of the vessel, a lesser height may be approved by the Commandant. At exposed peripheries of the freeboard and superstructure decks, the rails shall be in at least three courses, including the top. The opening below the lowest course shall not be more than 9 inches. The courses shall not be more than 15 inches apart. In the case of ships with rounded gunwales the guard rail supports shall be placed on the flat of the deck. On other decks and bridges the rails shall be in at least two courses, including the top, approximately evenly spaced. If it can be shown to the satisfaction of the Officer in Charge, Marine Inspection, that the

**Coast Guard, DHS**                      **Pt. 95**

installation of rails of such height will be unreasonable and impracticable, having regard to the business of the vessel, rails of a lesser height or in some cases grab rails may be accepted and inboard rails may be eliminated if the deck is not generally accessible.

(b) Where it can be shown to the satisfaction of the Commandant that a vessel is engaged exclusively in voyages of a sheltered nature, the provisions of paragraph (a) of this section may be relaxed.

[CGFR 69-72, 34 FR 17484, Oct. 29, 1969, as amended by CGD 80-120, 47 FR 5723, Feb. 8, 1982]

### § 92.25-10  Storm rails.

(a) On vessels in ocean and coastwise service, suitable storm rails shall be installed in all passageways and at the deckhouse sides where persons on board might have normal access. Storm rails shall be installed on both sides of passageways which are 6 feet or more in width.

### § 92.25-15  Guards in dangerous places.

(a) Suitable hand covers, guards, or rails shall be installed in way of all exposed and dangerous places such as gears, machinery, etc.

### § 92.25-90  Vessels contracted for prior to July 1, 1969.

(a) Vessels contracted for prior to July 1, 1969, assigned a deeper load line under part 42 of subchapter E (Load Lines) of this chapter shall have efficient guard rails or bulwarks as required by § 92.25-5. Otherwise, existing structure, arrangements, materials, and facilities previously approved will be considered satisfactory so long as they are maintained in good condition to the satisfaction of the Officer in Charge, Marine Inspection. Minor repairs and alterations may be made to the same standards as the original construction. However, in no case will greater departure from the standards of §§ 92.25-5 through 92.25-15 be permitted than presently exists.

[CGFR 69-72, 34 FR 17484, Oct. 29, 1969, as amended by CGD 80-120, 47 FR 5723, Feb. 8, 1982]

## PART 93—STABILITY

AUTHORITY: 46 U.S.C. 3306, 5115; E.O. 12234, 45 FR 58801, 3 CFR, 1980 Comp., p. 277; 49 CFR 1.46.

### Subpart 93.01—Application

#### § 93.01-1  General.

Each vessel must meet the applicable requirements in subchapter S of this chapter.

[CGD 79-023, 48 FR 51008, Nov. 4, 1983]

## PART 95—FIRE PROTECTION EQUIPMENT

### Subpart 95.01—Application

Sec.
95.01-1  General.
95.01-2  Incorporation by reference.
95.01-5  Equipment installed but not required.

### Subpart 95.05—Fire Detecting and Extinguishing Equipment, Where Required

95.05-1  Fire detecting, manual alarm, and supervised patrol systems.
95.05-5  Fire main system.
95.05-10  Fixed fire extinguishing systems.
95.05-15  Hand portable fire extinguishers and semiportable fire extinguishing systems.

### Subpart 95.10—Fire Main System, Details

95.10-1  Application.
95.10-5  Fire pumps.
95.10-10  Fire hydrants and hose.
95.10-15  Piping.
95.10-90  Installations contracted for prior to May 26, 1965.

### Subpart 95.13—Steam Smothering Systems

95.13-1  Application.

### Subpart 95.15—Carbon Dioxide Extinguishing Systems, Details

95.15-1  Application.
95.15-5  Quantity, pipe sizes, and discharge rates.
95.15-10  Controls.
95.15-15  Piping.
95.15-20  Carbon dioxide storage.
95.15-25  Discharge outlets.
95.15-30  Alarms.
95.15-35  Enclosure openings.
95.15-40  Pressure relief.
95.15-90  Installations contracted for prior to November 19, 1952.