1 Thomas G. Waller
  Alaska Bar No. 0109052
2 BAUER MOYNIHAN & JOHNSON LLP
  2101 4TH Avenue - 24th Floor
3 Seattle, WA 98121
  (206) 443-3400
4
5 Attorneys for Defendants

6
            UNITED STATES DISTRICT COURT
7      FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8 JOSEPH ABRUSKA,

9                    Plaintiff,

10       v.

11 NORTHLAND VESSEL LEASING COMPANY,
   LLC and NAKNEK BARGE, LLC,                CASE NO. A04-209 CV (JKS)
12
                     Defendants.
13

14 DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST

15                    REQUESTS FOR ADMISSION

16

17

18 RESPONSE TO REQUEST FOR ADMISSION NO. 1:    Admit.

19

20 RESPONSE TO REQUEST FOR ADMISSION NO. 2:    Admit.

21

22 RESPONSE TO REQUEST FOR ADMISSION NO. 3:    Admit.

23

24

25

26

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 449-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR
ADMISSION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 2 -

Exhibit 2
Page 1 of 6 Pages

DATED this 18 day of January, 2005.

BAUER MOYNIHAN & JOHNSON LLP

Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants

I declare under penalty of perjury that on January 18, 2005, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the following:

Neil T. O'Donnell            [ ] By Mail
Christopher J. Slottee       [ ] By Hand Delivery
Atkinson, Conway & Gagnon,   [X] By Facsimile
Inc.                         [X] By Air Courier
420 L Street, Suite 500
Anchorage, AK 99501
Tel: 907.276.1700
Fax: 907.272.2082

BAUER MOYNIHAN & JOHNSON LLP

By: Kathy I. Putt

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSION
Abruska / Northland; No. A04-209 CV (JKS)
2 of 2

Exhibit 2
Page 2 of 6 Pages

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC and NAKNEK )<br>BARGE, LLC )<br>)<br>Defendants. )<br>_____) | **PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT NAKNEK BARGE, LLC.**<br><br>Case No. A04-209 cv (JKS) |

Plaintiff Joseph Abruska, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that Defendant Naknek Barge, LLC admit the following requests within thirty ( ) days of the date of service.

**REQUEST FOR ADMISSION #1:** Please admit that are only two courses of railings on the side of the freight barge *Baranoff Trader* in the area where Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 2
Page 3 of 6 Pages

**REQUEST FOR ADMISSION #2:** Please admit that there are more than 15 inches between the two course of railings on the side of the freight barge *Baranoff Trader* in the area where Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

**REQUEST FOR ADMISSION #3:** Please admit that Defendant Naknek Barge, LLC was the owner *pro hac vice* of the freight barge *Baranoff Trader* on August 24, 2003.

**RESPONSE:**

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 4
74460/7407.1

Exhibit 2
Page 4 of 6 Pages

# VERIFICATION

STATE OF _____  )
                                             ) ss.
COUNTY OF _____  )

      I, _____ say on oath or affirm that I am _____ of Defendant Naknek Barge, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Requests for Admissions, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

      DATED this \_\_\_\_\_ day of _____, 2004.

_____
Name

SUBSCRIBED AND SWORN TO before me this \_\_\_\_ day of _____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 4
74460/7407.1

Exhibit 2
Page 5 of 6 Pages

I certify that on December 15, 2004
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

(✓) Mail
( ) Facsimile
( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 2
Page 6 of 6 Pages

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 4
74460/7407.1