1    Thomas G. Waller
     Alaska Bar No. 0109052
2    BAUER MOYNIHAN & JOHNSON LLP
     2101 4TH Avenue - 24th Floor
3    Seattle, WA 98121
     (206) 443-3400
4

5    Attorneys for Defendants

6                 UNITED STATES DISTRICT COURT
7         FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8    JOSEPH ABRUSKA,

9              Plaintiff,

10      v.

11    NORTHLAND VESSEL LEASING COMPANY,
     LLC and NAKNEK BARGE, LLC,        CASE NO. A04-209 CV (JKS)
12
             Defendants.

13    DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST

14         INTERROGATORIES AND REQUESTS FOR PRODUCTION

15    TO:    Plaintiff, above-named; and

16
     TO:    Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's
17    counsel

18                      **Interrogatories**

19

20    ANSWER TO INTERROGATORY NO. 1:      The BARANOF TRADER is equipped

21    with two courses of safety wire because a third course of wire is not required and was therefore

22    never installed.

23

24    ANSWER TO INTERROGATORY NO. 2:      OBJECTION. Overly broad. Not

25    reasonably calculated to lead to the discovery of admissible evidence.

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4-

Exhibit 4

Page 1 of 14 Pages

ANSWER TO INTERROGATORY NO. 3:    See response to No. 2, above.

ANSWER TO INTERROGATORY NO. 4:    Naknek Barge Lines believes, but has
not confirmed, that one or more of its employees may have been aboard the barge on the incident
date. The identities of personnel working aboard the barge but not employed by Naknek Barge
Lines are not known. This request will be supplemented with the names of Naknek Barge Lines
personnel, if any, working aboard the barge.

ANSWER TO INTERROGATORY NO. 5:    Defendant Naknek Barge Lines has no
information responsive to this request.

ANSWER TO INTERROGATORY NO. 6:    Two safety wires. Distance between
wires is approximately 17½".

**Requests for Production**

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:    OBJECTION. Overly
broad. Unduly burdensome. Vague. Without waiver of objection, see attached documents and
surveys. See also, Initial Disclosures.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:    OBJECTION. Work
product. Attorney-client privilege. Self-critical analysis privilege. Without waiver of objections,
see attached Incident Investigation performed by Northland Services, Inc. and forwarded to
Naknek Barge Lines.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4-

Exhibit 4
Page 2 of 14 Page

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:    Defendant Naknek Barge Lines has located no documents responsive to this request.  Discovery continues.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:    OBJECTION.  Work product.  Attorney-client privilege.  Self-critical analysis privilege.  Defendant Naknek Barge Lines has no non-privileged documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:    OBJECTION.  The agreement between defendants contains trade secrets and other proprietary and confidential information not subject to general discovery disclosure.  Without waiver of objections, the agreement will be produced -- with redactions -- upon execution of an agreed protective order or other arrangements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:    Defendant Naknek Barge Lines has no documents responsive to this request.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4-

Exhibit 4

Page 3 of 4 Pages

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:     Defendant Naknek

Barge Lines took no photographs.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11:     The barge does not

maintain a log book.

DATED this ___18___ day of January, 2005.

BAUER MOYNIHAN & JOHNSON LLP


Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants

I declare under penalty of perjury that on January ___18___, 2005, I caused to be served in
the manner indicated below a true and accurate copy of the foregoing document upon the
following:

Neil T. O'Donnell                    [ ] By Mail
Christopher J. Slottee               [ ] By Hand Delivery
Atkinson, Conway & Gagnon,           [X] By Facsimile
Inc.                                 [X] By Air Courier
420 L Street, Suite 500
Anchorage, AK  99501
Tel: 907.276.1700
Fax: 907.272.2082


BAUER MOYNIHAN & JOHNSON LLP


By: Kathy I. Putt

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION                                    Exhibit ___4___
Abruska / Northland; No. A04-209 CV (JKS)
- 4 of 4-                                              Page _4_ of _14_ Page

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

COPY RECEIVED

DEC 2 0 20

BAUER MOYNIHAN & JOHNSON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NAKNEK BARGE, LLC AND ANSWERS** |
| Plaintiff, | ) | |
| vs. | ) | |
| NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC | ) | Case No.  A04-209 CV (JKS) |
| Defendants. | ) | |

Plaintiff, by and through his attorneys of record, Atkinson, Conway &

Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the

following interrogatories to Defendant Naknek Barge, LLC to be answered in writing,

under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents,

investigators, servants and employees of Defendant Naknek Barge, LLC.  These

interrogatories are deemed to be continuing, and in the event information is received by

Defendant Naknek Barge, LLC subsequent to answers being made, this information must

be presented forthwith in answer form and served on counsel for Plaintiff.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit  4
Page 5 of 14 Page

**INTEROGGATORY NO. 1:**    Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**
PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 2:**    Please list the name and type of each barge owned, leased, or otherwise operated by Defendant Naknek Barge, LLC.

**RESPONSE:**
PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 3:**    Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 4:**    Please list the name, address, and telephone number of every individual working on the freight barge *Baranoff Trader* on August 24, 2003.    PLEASE SEE
ATTACHED

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*, Case No. A04-209 CV (JKS)
Page 2 of 5
74367/7407.1

Page 6 of 14 Page

**INTEROGGATORY NO. 5:**    Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Naknek Barge, LLC, specifying the date of injury, the type of injury, and the circumstances of the injury.

**RESPONSE:**    PLEASE SEE ATTACHED

**INTEROGGATORY NO. 6:**    Please state the number of courses of rails located on the side of the freight barge *Baranoff Trader* in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:**    PLEASE SEE ATTACHED

DATED this 15ᵗʰ day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74367/7407.1

Exhibit 4
Page 7 of 14 Pages

# VERIFICATION

STATE OF _____  )
                                              ) ss.
COUNTY OF _____  )

I, _____ say on oath or affirm that I am
_____ of Defendant Naknek Barge, LLC and am
authorized to act on behalf of said corporation; that I have read the foregoing
Responses to Interrogatories, know the contents thereof and believe the same to be true
and correct to the best of my knowledge, information and belief.

DATED this _____ day of _____, 2004.

_____

_____
Name

SUBSCRIBED AND SWORN TO before me this _____ day of
_____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74367/7407.1

Page _8_ of _14_ Page

I certify that on December __15__, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

      (  ✓ ) Mail
      (   ) Facsimile
      (   ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PlTf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al;* Case No. A04-209 CV (JKS)
Page 5 of 5
74367/7407.1

Exhibit 4
age 9 of 14 Page

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | **PLAINTIFF'S FIRST SET OF** |
| | ) | **INTERROGATORIES TO** |
| Plaintiff, | ) | **DEFENDANT NAKNEK BARGE,** |
| | ) | **LLC** |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC and NAKNEK | ) | |
| BARGE, LLC | ) | Case No.  A04-209 CV (JKS) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorneys of record, Atkinson, Conway &

Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the

following interrogatories to Defendant Naknek Barge, LLC to be answered in writing,

under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents,

investigators, servants and employees of Defendant Naknek Barge, LLC.  These

interrogatories are deemed to be continuing, and in the event information is received by

Defendant Naknek Barge, LLC subsequent to answers being made, this information must

be presented forthwith in answer form and served on counsel for Plaintiff.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit  4

Page 10 of 14 Pages

**INTEROGGATORY NO. 1:**    Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**

**INTEROGGATORY NO. 2:**    Please list the name and type of each barge owned, leased, or otherwise operated by Defendant Naknek Barge, LLC.

**RESPONSE:**

**INTEROGGATORY NO. 3:**    Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:**

**INTEROGGATORY NO. 4:**    Please list the name, address, and telephone number of every individual working on the freight barge *Baranoff Trader* on August 24, 2003.

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74367/7407.1

Exhibit ___4___

Page __11__ of __14__ Pages

INTEROGGATORY NO. 5:    Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Naknek Barge, LLC, specifying the date of injury, the type of injury, and the circumstances of the injury.

RESPONSE:

INTEROGGATORY NO. 6:    Please state the number of courses of rails located on the side of the freight barge *Baranoff Trader* in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

RESPONSE:

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74367/7407.1

Page 12 of 14 Pages

# VERIFICATION

STATE OF _____ )
                                                          ) ss.
COUNTY OF _____ )

I, _____ say on oath or affirm that I am
_____ of Defendant Naknek Barge, LLC and am
authorized to act on behalf of said corporation; that I have read the foregoing
Responses to Interrogatories, know the contents thereof and believe the same to be true
and correct to the best of my knowledge, information and belief.

DATED this _____ day of _____, 2004.

_____

_____
Name

SUBSCRIBED AND SWORN TO before me this _____ day of
_____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74367/7407.1



I certify that on December __15__, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

    ( ✓ ) Mail
    ( ) Facsimile
    ( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
        Jo McClain

LAW OFFICES
ATKINSON. CONWAY
& GAGNON. INC.
420 L STREET
SUITE 500
ANCHORAGE. ALASKA
99501-1959
TELEPHONE 276-1700
FACSIMILE 272-2082

PltPs First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 5
74367/7407.1

Page 14 of 14 Page