Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,

    Plaintiff,

v.

NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC,

    Defendants.

CASE NO. A04-209 CV (JKS)

**DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION**

TO:    Plaintiff, above-named; and

TO:    Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's counsel

**Interrogatories**

ANSWER TO INTERROGATORY NO. 1:    The BARANOF TRADER is equipped with two courses of safety wire because a third course of wire is not required and was therefore never installed.

ANSWER TO INTERROGATORY NO. 2:    OBJECTION. Overly broad. Not reasonably calculated to lead to the discovery of admissible evidence.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4-

Exhibit 5
Page 1 of 14 Pages

ANSWER TO INTERROGATORY NO. 3:    See response to No. 2, above.

ANSWER TO INTERROGATORY NO. 4:    Defendant Northland Vessel Leasing has no information concerning activities aboard the barge on the incident date.

ANSWER TO INTERROGATORY NO. 5:    Defendant Northland Vessel Leasing has no information responsive to this request.

ANSWER TO INTERROGATORY NO. 6:    Two safety wires. Distance between wires is approximately 17½".

### Requests for Production

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:    OBJECTION. Work product. Attorney-client privilege. Self-critical analysis privilege. Without waiver of objections, see Northland Services Incident Investigation produced by Naknek Barge Lines.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:    Defendant Northland Vessel Leasing has located no documents responsive to this request. Discovery continues.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4-

Exhibit 5
Page 2 of 14 Pages

RESPONSE TO REQUEST FOR PRODUCTION NO. 5: OBJECTION. Work product. Attorney-client privilege. Defendant Northland Vessel Leasing has no non-privileged documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6: OBJECTION. The agreement between defendants contains trade secrets and other proprietary and confidential information not subject to general discovery disclosure. Without waiver of objections, the agreement will be produced -- with redactions -- upon execution of an agreed protective order or other arrangements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7: Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8: Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9: Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10: Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11: Defendant Northland Vessel Leasing has no documents responsive to this request.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4 -

Exhibit 5
Page 3 of 14 Pages

DATED this 18 day of January, 2005.

BAUER MOYNIHAN & JOHNSON LLP

_____
Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants

I declare under penalty of perjury that on January 18, 2005, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the following:

Neil T. O'Donnell
Christopher J. Slottee
Atkinson, Conway & Gagnon, Inc.
420 L Street, Suite 500
Anchorage, AK 99501
Tel: 907.276.1700
Fax: 907.272.2082

[ ] By Mail
[ ] By Hand Delivery
[X] By Facsimile
[X] By Air Courier

BAUER MOYNIHAN & JOHNSON LLP

_____
By: Kathy I. Putt

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 4 of 4-

Exhibit 5
Page 4 of 14 Pages

COPY RECEIVED
DEC 2 0 2004
BAUER MOYNIHAN & JOHNSON LLP

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>   Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC<br><br>   Defendants. | PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC<br><br>AND ANSWERS<br><br>Case No. A04-209 CV (JKS) |

   Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Defendant Northland Vessel Leasing Company, LLC to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

   These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Defendant Northland Vessel Leasing Company, LLC. These interrogatories are deemed to be continuing, and in the event information is received by Defendant Northland Vessel Leasing Company, LLC subsequent to answers

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082



ORIGINAL

Page 5 of 14

being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

**INTEROGGATORY NO. 1:** Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:** PLEASE SEE ATTACHED

**INTEROGGATORY NO. 2:** Please state the name and type of each barge owned by Defendant Northland Vessel Leasing Company, LLC as of August 24, 2003.

**RESPONSE:** PLEASE SEE ATTACHED

**INTEROGGATORY NO. 3:** Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:** PLEASE SEE ATTACHED

**INTEROGGATORY NO. 4:** Please list the name, address, and telephone number of every individual working on the *Baranoff Trader* on August 24, 2003.

**RESPONSE:** PLEASE SEE ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74366/7407.1

Exhibit 5

Page 6 of 14 Pages

**INTEROGGATORY NO. 5:** Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Northland Vessel Leasing Company, LLC, specifying the date of injury, the type of injury, and the circumstances of the cause of the injury.

**RESPONSE:** PLEASE SEE ATTACHED

**INTEROGGATORY NO. 6:** Please state the number of courses of rails located on the side of the freight barge Baranoff Trader in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:** PLEASE SEE ATTACHED

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74366/7407.1

Exhibit 5
Page 2 of 14 Pages

# VERIFICATION

STATE OF _____  )
                             ) ss.
COUNTY OF _____ )

I, _____ say on oath or affirm that I am _____ of Defendant Northland Vessel Leasing Company, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Interrogatories, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

DATED this \_\_\_\_ day of _____, 2004.

_____
Name

SUBSCRIBED AND SWORN TO before me this \_\_\_\_ day of _____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74366/7407.1

EXHIBIT 5
Page 8 of 14 Pages

I certify that on December **15**, 2004, a copy of the foregoing document was sent to the following attorneys or parties of record by:

(✓) Mail
( ) Facsimile
( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 5
74366/7407.1

Exhibit 5
Page 9 of 14 Pages

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING<br>COMPANY, LLC and NAKNEK<br>BARGE, LLC<br><br>    Defendants. | **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC**<br><br>Case No. A04-209 CV (JKS) |

Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Defendant Northland Vessel Leasing Company, LLC to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Defendant Northland Vessel Leasing Company, LLC. These interrogatories are deemed to be continuing, and in the event information is received by Defendant Northland Vessel Leasing Company, LLC subsequent to answers

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 5
Page 10 of 14 Pages

being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

**INTEROGGATORY NO. 1:** Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**

**INTEROGGATORY NO. 2:** Please state the name and type of each barge owned by Defendant Northland Vessel Leasing Company, LLC as of August 24, 2003.

**RESPONSE:**

**INTEROGGATORY NO. 3:** Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:**

**INTEROGGATORY NO. 4:** Please list the name, address, and telephone number of every individual working on the *Baranoff Trader* on August 24, 2003.

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74366/7407.1

Exhibit 5
Page 11 of 14 Page

**INTEROGGATORY NO. 5:** Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Northland Vessel Leasing Company, LLC, specifying the date of injury, the type of injury, and the circumstances of the cause of the injury.

**RESPONSE:**

**INTEROGGATORY NO. 6:** Please state the number of courses of rails located on the side of the freight barge Baranoff Trader in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:**

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74366/7407.1


# VERIFICATION

STATE OF _____ )
                                     ) ss.
COUNTY OF _____ )

I, _____ say on oath or affirm that I am _____ of Defendant Northland Vessel Leasing Company, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Interrogatories, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

DATED this _____ day of _____, 2004.

_____

_____
Name

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74366/7407.1



Exhibit 5

Page 13 of 14 Pages

I certify that on December 15, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

( ✓ ) Mail
( ) Facsimile
( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 5
74366/7407.1