

# W.H. Padie Associates, Inc.
Marine Surveyors & Consultants

---

Date: September 12, 2003  
Page: One

Case No.: 2003-2780  
Deck Barge "Baranof Trader"

### THIS IS TO CERTIFY

that the undersigned Surveyor at this port did at the request of Naknek Barge Lines L.L.C., P.O. Box 3874, Seattle, WA 98124-3874 and on behalf of the parties concerned, survey the welded steel:

> Deck Barge "Baranof Trader"  
> 1410 I.T.C. Gross Tons  
> of Seattle, Washington  
> Owners: Northland Vessel leasing  
> Operators: Naknek Barge Lines L.L.C.  
> Charters: Dunlap Towing

for the purposes of ascertaining the condition of the barge for "on charter" purposes.

On September 12, 2003 and subsequent dates, the attending Surveyor proceeded to Pier 115, Seattle, Washington and where the vessel lay afloat, port side to the dock and at Vancouver Shipyard on Pimberton Street, North Vancouver, Canada where vessel was on dry-dock for general maintenance, cleaning the deck and lashing pockets and upon examination the following conditions were found:

CONSTRUCTION OF BARGE "BARANOF TRADER"  
Official Number            635 398  
Built                      May, 1981 at Tacoma, Washington  
                           by Zidell Marine Corp.  
                           Hull        635-398  
Length [overall]           230 feet  
Length [registered]        230 feet  
Breadth molded             60 feet  
Depth                      15 feet  
I.T.C. Gross Tonnage       1410  
Freeboard                  2,969 feet  
L.L. Draft                 12,125 feet

Exhibit 6  
Page 1 of 2 Pages

NVLC    1000106

---

"In accepting this report it is agreed that the extent of the obligation of W. H. Padie Associates, Inc. with respect thereto is limited to furnishing a Surveyor believed to be competent, and in the making of this report the Surveyor is acting on behalf of the person requesting the same, and no liability shall attach to W. H. Padie Associates, Inc. for the accuracy thereof."

Mail: P.O. Box 1611, Mercer Island, WA 98040    Office: (206) 933-9280    Fax: (206) 933-9280    Mobile: (206) 669-4155

Date: September 12, 2003  
Page: Two  

Case No.: 2003-2780  
Deck Barge "Baranof Trader"

### PREVIOUSLY DRY-DOCKED

The barge was last dry-docked December 2001, and is presently on dry-dock for A.B.S. September 16, 2003. Next dry-docking for both Coast Guard and A.B.S. will be December 2006.

### INTENDED SERVICE

The vessel reportedly is intended to engage in service as a deck cargo barge in the waters of Puget Sound, the Pacific Ocean and Alaska.

### CLASSIFICATION AND LOAD LINE

The barge is classed by the American Bureau of Shipping and has a valid load line certificate 8123101-6 and expires 31 January 2008.

### FLAG AND CREW

The vessel is of United States registry.  
The barge is unmanned.  
Port of Registry:   Seattle, Washington

### DOCUMENTATION [Document Tube on Breakwater, Port Side]

| CERTIFICATE | YES/NO | EXPIRATION DATE | NOTES |
|---|---|---|---|
| Cert. of Documentation | Yes | December 2003 | |
| U.S.C.G. Cert. of Insp. | Yes | September 2005 | |
| A.B.S. Load Line Cert. | Yes | 31 January 2008 | 8123101-6 |
| Stability Letter | Yes | | Not sighted |
| C.O.F.R. | Yes | | Not sighted |
| Int'l Tonnage Cert. | Yes | | |
| A.B.S. Classed | Yes | | |
| A.B.S. Load Line | Yes | | |
| U.S.C.G. Inspected | Yes | | |

Classification:   American Bureau of Shipping

Exhibit 6  
Page 2 of 2 Pages

NVLC   1000107