### Incident Investigation – Personal Injury to Joseph Abruska
### Naknek Alaska

#### Introduction

On August 24th 2003 at approximately 5:15 AM, Joseph D. Abruska fell from the barge *Baranof Trader*, which was berthed alongside Naknek City Dock. Joseph fell towards the dock. He became pinned between the barge and the dock, suffering crush injuries, which included a fractured femur in his right leg and a fractured pelvis. He did not fall into the water; he was able to climb onto a "I beam" that formed part of the wharf structure. Emergency services personnel, assisted by Northland employees, were able to recover Joseph from the beam. Joseph was a casual employee, who had commenced work with Northland Services about two hours prior to the accident. Joseph had no previous barge loading or lashing experience. (This was his first shift)

The purpose of this investigation is to determine the "root cause" of this accident and, to propose corrective actions and/or changes to operating procedures, and/or equipment, which will ensure there are no recurrences or similar incidents in the future.

To ascertain the facts leading up to this accident the following Northland Services employees were interviewed:

- Bill Emory and Luke Donkersloot both of whom were involved in cargo operations at the time of the accident but did not witness the accident. However, both men participated in the recovery of Joseph from the I Beam.
- Joseph Abruska, by telephone on August 25th and also on August 27th at the Alaska Native Medical Center, Anchorage.

#### Operational Status

At the time of this accident the barge *Baranof Trader* was berthed alongside Naknek City Dock. Containers of canned salmon were being loaded onto the barge by forklift, using the pass/pass method. A forklift was operating on the deck




1

of the barge. The barge was about half loaded at the time and containers were stacked three and four high. Joseph and three other Northland employees were, progressively, lashing containers to the deck of the barge in preparation for the sea passage to Seattle. The lashers were working independently of each other with one man working on each side forward, and one man working on each side aft.

It was dark at the time and it had been raining earlier in the shift. The deck of the barge was wet. Floodlights on the dock provided lighting.

It was approximately half tide, HW 1:19 AM; LW 8:09 AM, range of tide 14.4 feet.

### Accident Description

While lashing containers outboard on the port side, aft, on the barge *Baranof Trader*, Joseph slipped, losing his footing, and fell through the wire safety lines. He was able to grab one of the lines with both hands and hang on to it. This prevented him from falling into the water but the barge moved towards the dock wedging him momentarily between the barge and a fender pile. As the barge moved away from the pile he managed to extricate himself from this position and lower himself down to a I beam, which was approximately four feet below the deck level of the barge. Joseph did not remember exactly how he lost his footing but he stated that the barge was moving as containers were being loaded aboard and that he could have lost his footing due to this movement. Also the deck edge of the barge is rounded. He was reaching down to put a shackle on a chain; this task required him to be in a kneeling or crouching position at the time of the accident.

Exhibit 9
Page 2 of 6 Pages
2



*Picture 1, showing the area on the Baranof Trader where Joseph Abruska was working at the time of the accident*

## Working Area

The area where Joseph was working (walkway) was restricted. There is approximately 18 inches of space between the container stack and the side of the barge. The area was encumbered with a tank vent pipe, a fuel hose

3

Exhibit 9
Page 3 of 6 Pages

connection and a spill containment tray and the barge is constructed with a rounded gun whale. The lower safety line, although connected to vertical stanchions, was loose and did not provide an effective barrier.
(See Picture 1 above)

Joseph was carrying a radio and this fact enabled a prompt response following the accident. Bill Emory, Northlands' Manager who was also carrying a radio at the time was alerted by an unusual transmission sound. Bill used his radio and called immediately to ascertain if any of the operations crew was in trouble. Joseph answered, using his radio, giving a brief description of the accident and giving his location. Joseph was found lying disabled on the beam.

### Medical Evacuation

Bill Emory made a 911 call and emergency services responded promptly. Both the fire chief and police chief were present. EMT personnel, together with Northland employees, recovered Joseph from the beam. He was transferred to Naknek clinic where the extent of his injuries was determined. Upon determination of his injuries the decision was made to evacuate him to Anchorage for specialized medical treatment. Joseph was admitted to the Alaska Native Medical Center later on Sunday August 24th.

### Joseph Abruska

Joseph is almost 19 years old, birth date October 11 1984. His work experience prior to commencement with Northland on August 24th 2003 included 3 months as a supervisor at Naknek Boys and Girls Club and 2 months as a laborer with the Naknek City Dock. Joseph had no experience in stevedoring or cargo operations and he had not worked on a barge before.
Joseph is making a good recovery but his injuries include a fractured femur and fractured pelvis. Doctors advise that he will be confined to a wheelchair for 6 weeks.

Exhibit 9
Page 4 of 6 Pages
4

**Contributing Factors**

There are a number of factors, which contributed to this accident. These factors are listed below.

**Inexperience** – Joseph, who had limited work experience, was placed in a hazardous situation during a busy cargo operation at night. He was then allowed to work almost unsupervised. Inexperience and the absence of effective supervision are considered to be <u>major contributing factors</u>.

**Induction** – The absence of a comprehensive work place induction, according to Joseph, he had been told by Bill Emory that there were hazards to watch out for and to be careful.

**Safety Lines** - Inadequate and improperly secured safety lines (See Picture 1 and Picture 3) this is considered to be a <u>major contributing factor</u>. Joseph was able to fall through the safety lines due to the lower line being slack.

**Darkness/Lighting** – Floodlights on the dock provided lighting and as it was dark at the time lighting must be considered as a factor, which contributed to this accident.

**Weather** – Decks were wet and slippery, it had rained earlier in the morning and may have been raining at the time of the accident.

**Working Unsupervised** – There were 4 lashers on the barge at the time of the accident but each man was working independently. Joseph should have been working under direct supervision from an experienced hand.

**Personal Protective Equipment** – A hard hat and a reflective vest were being worn, however a PFD was not. Although it cannot be claimed that a PFD would have prevented this accident, the wearing of such, may have mitigated the overall extent of injuries. Footwear was considered to be adequate.

**Trip Hazards** – Several trip hazards exist in what is already a restricted working area. Trip hazards were not designated by Hi-visibility or white paint.

**Labor Shortage in Naknek** – The Naknek workforce was short handed and under pressure to load the barges *Baranof Trader* and *Bering Trader*. The

Exhibit 9
Page 5 of 6 Pages

5

pressure of operations necessitated the hiring of casual labor to meet the time lines required.

**Other Factors**
- Failure to follow Northland Services pre – hire procedure
- Inadequate scheduling of labor
- Employee Training
- End of season pressure

**Corrective Actions**

- Strict Adherence to Northland Services, Inc. employee pre hire procedure
- Development of a port specific induction procedure for all new employees including casual employees.
- Review of supervision requirements for new employees
- Staged work arrangements for new employees – Do not start new employees on the night shift or let them work unsupervised.
- All barges to be checked to make sure safety lines are adequate.
- All trip hazards to be identified and marked with paint
- PPE to include mandatory wearing of a PFD whenever employees are working on a barge in Alaska
- Basic Safety Training for NSI managers

Exhibit 9

Page 6 of 6 Pages

6