Page 1

1               IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF ALASKA AT ANCHORAGE

2

3    JOSEPH ABRUSKA,                          )
                                              )
4              Plaintiff,                      )
                                              )
5       vs.                                    )
                                              )
6    NORTHLAND VESSEL LEASING COMPANY,         )
     LLC, and NAKNEK BARGE, LLC,               )
7                                              )
               Defendants.                     )
8    _____)

     Case No. A04-209 CV (JKS)

9

10

11

12    _____

      DEPOSITION OF JOSEPH DENNIS ABRUSKA, II

13    _____

14

15

16              Pages 1 - 199, Inclusive

17              Thursday, May 26, 2005

18                   8:52 a.m.

19

20

              Taken by Attorneys for Defendants
21                        at
         Atkinson, Conway & Gagnon, Inc.
22          420 L Street, Suite 500
            Anchorage, Alaska  99501

23

24

25

Exhibit 10

Page 1 of 4 Pages

Page 2

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2

        For the Plaintiff:
 3
           Christopher J. Slottee and Neil T. O'Donnell
 4         Atkinson, Conway & Gagnon, Inc.
           420 L Street, Suite 500
 5         Anchorage, Alaska  99501
           (907)276-1700
 6

 7
        For the Defendants:
 8
           Thomas G. Waller
 9         BAUER MOYNIHAN & JOHNSON LLP
           2101 4th Avenue - 24th Floor
10         Seattle, Washington  98121
           (206)443-3400
11

12
        Court Reporter:
13
           Gail Ruth Peckham, RPR
14         Registered Professional Reporter
           PACIFIC RIM REPORTING
15         711 M Street, Suite 4
           Anchorage, Alaska  99501
16         (907) 272-4383

17

18

19

20

21

22

23

24

25
```

Exhibit 10

Page 2 of 4 Pages

Page 3

```
 1                          I-N-D-E-X

 2

 3    EXAMINATION BY                                    PAGE

 4

          Mr. Waller                                      4
 5        Mr. Slottee                                   196

 6

 7    EXHIBITS

 8

 9    1    Typewritten list (1 pg)                       52

10    2    Color photograph (1 pg)                      159

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 10

Page 3 of 4 Pages

Page 164

1    A.  I went off to the left.
2    Q.  Your left side?
3    A.  Yes.  My left side, towards the water, over
4  the bottom one, right over the top of that.
5    Q.  Did you realize how close you were to the
6  wires at the time, or was it too dark?
7    A.  Well, there's not much room, anyway, you're
8  pretty much up against those.
9    Q.  Were you holding onto the wires at the time
10  you were bending over?
11    A.  I couldn't say.
12    Q.  Do you know whether you went under the
13  bottom course of wire, through the two courses, or
14  over the top?
15    A.  I went over the bottom course of wire.
16    Q.  Sideways or backwards?
17    A.  Kind of sideways.
18    Q.  Off to your left side?
19    A.  Yes, off to my left side.
20    Q.  And you don't know what precipitated your
21  loss of balance; is that safe to say?
22    A.  Yes.
23    Q.  Did you grab the wire, at some point?
24    A.  Yes.  After I rolled over the wire, I
25  managed to grab the cable, safety wire.

Page 165

1    Q.  Is it the top one you grabbed or the
2  bottom?
3    A.  The bottom one, the one I rolled over.
4    Q.  And did that support you?
5    A.  When I was holding on?
6    Q.  Right.
7    A.  After I fell over?
8    Q.  Right.
9    A.  Yes.
10    Q.  So you were hanging onto that?
11    A.  Yes.
12    Q.  With one hand or two hands?
13    A.  At first, one hand was the one that caught
14  me, and then I switched over to two.
15    Q.  Were you in the process of pulling yourself
16  back up?  Or what happened next?
17    A.  Yes.  I tried to pull myself back up onto
18  the deck of the barge, and tried to call for help.
19    Q.  Okay.
20    A.  But I didn't have my hands free, for the
21  radio.
22    Q.  And at some point, did the barge move in
23  and squeeze you against one of the pilings?
24    A.  Yes.
25    Q.  And was it a piling?

Page 166

1    A.  Yes.
2    Q.  Like a cylindrical piling?
3    A.  Yes, big, big wooden piling.
4    Q.  Was it a single piling or group of pilings?
5    A.  Single piling.
6    Q.  Do you know what the diameter of that was?
7    A.  No, I couldn't tell you.
8    Q.  And what happened was, is that the barge,
9  you think, just through some sort of movement,
10  drifted over to the piling and pinched you between
11  there?
12    A.  Yes.
13    Q.  And that obviously caused enough level of
14  discomfort, or whatever you want to call it, that you
15  released your hands and dropped down?
16    A.  No.  I released my hands, while the barge
17  was pinning me.  And then, after it was going back
18  out, I grabbed back on, moved over, turned around,
19  and grabbed onto an I-beam.
20    Q.  Say that last part, again, a little slower.
21    A.  After it pinned me, then I grabbed back on
22  and scooted myself over and grabbed onto an I-beam.
23    Q.  You walked your hands along the wire?
24    A.  Yeah, a little bit.  I didn't have to move
25  too far, just to get out of the way of the piling.

Page 167

1    Q.  Okay.  And what was the I-beam connected
2  to?
3    A.  It's a support for the dock.  They're all
4  connected to each other, to the dock, and then goes
5  down into the pilings.
6    Q.  Was it a horizontal I-beam?
7    A.  There's a horizontal, and a vertical one
8  that comes up from the horizontal.
9    Q.  Okay.
10    A.  And so the vertical one kind of slants up.
11    Q.  Okay.
12    A.  And that's the one I grabbed onto.
13    Q.  The one that slants up?
14    A.  Yes, the I-beam that slants.
15    Q.  And then lowered yourself down to the
16  horizontal one?
17    A.  Yes.
18    Q.  And then that was the time you got on the
19  radio and called somebody?
20    A.  Yes.
21    Q.  Did you notice, prior to your accident,
22  whether there was one course of wire or two course of
23  wire?
24    A.  The top and the bottom one?
25    Q.  Right.

44 (Pages 164 to 167)

Exhibit 10

Page 4 of 4 Pages