MARINE SAFETY MANUAL

VOLUME I

TABLE OF CONTENTS

CHAPTER 1.   MARINE SAFETY PROGRAM
   Section   1.A   Philosophy Of The Marine Safety Program
   Section   1.B   Marine Safety Manual (MSM)
   Section   1.C   Commercial Vessel Safety (CVS) Program
   Section   1.D   Port And Environmental Safety (PES) Program
   Section   1.E   Marine Environmental Response (MER) Program
   Section   1.F   Coast Guard In-House Compliance With Environmental Law
   Section   1.G   Marine Pollution Financial Responsibility And Compensation Program
   Section   1.H   Waterways Management (WWM) Program
   Section   1.I   Navigation Safety Program
   Section   1.J   Coast Guard Recreational Boating Safety (RBS) Program
   Section   1.K   Civil Penalty Hearing Officer Program

CHAPTER 2.   AUTHORITY AND PERFORMANCE STANDARDS FOR MARINE SAFETY ACTIVITIES
   Section   2.A   Sources Of Authority
   Section   2.B   Enabling Authorities For The Captain Of The Port (COTP), Officer In Charge, Marine Inspection (OCMI), And On-Scene Coordinator (OSC)
   Section   2.C   Specific Authorities For Requiring Coast Guard Inspection And Licensed Or Certificated Personnel On Vessels
   Section   2.D   Major Legislative Authorities For The Marine Environmental Protection (MEP) Program
   Section   2.E   Specific Authority For The Port Safety And Security (PSS) Program
   Section   2.F   Specific Authority For The Bridge Administration (BA) Program
   Section   2.G   Specific Authority For The Recreational Boating Safety (RBS) Program
   Section   2.H   Grants Of Authority
   Section   2.I   Lines Of Authority
   Section   2.J   Port Safety And Security (PSS) And Marine Environmental Protection (MEP) Mission Performance Standards (BEING DEVELOPED)
   Section   2.K   Authority For Commercial Vessel Safety (CVS) Performance Standards (BEING DEVELOPED)
   Section   2.L   Authority For Maritime Defense Zone (MDZ)
   Section   2.M   Authority For Exemptions And Waivers

Exhibit 11
Page 1 of 10 Pages

MARINE SAFETY MANUAL

VOLUME I

TABLE OF CONTENTS

```
    Section  2.N   Appeals
    Section  2.O   MSIS (BEING DEVELOPED)

CHAPTER 3.   MARINE SAFETY ORGANIZATION
    Section  3.A   Headquarters
    Section  3.B   Field
    Section  3.C   Program Billets And Positions

CHAPTER 4.   LAW ENFORCEMENT
    Section  4.A   Enforcement Perspective And Scope
    Section  4.B   Enforcement Objectives And Principles
    Section  4.C   Definitions
    Section  4.D   Enforcement Policy
    Section  4.E   Intragovernmental And International
                   Enforcement Coordination

CHAPTER 5.   CIVIL PENALTY VIOLATIONS AND CRIMINAL OFFENSES
    Section  5.A   General Violation Case Procedures
    Section  5.B   Penalty Assessment Under The FWPCA
    Section  5.C   Publication Of Marine Safety Civil Penalty
                   And Other Enforcement Actions

CHAPTER 6.   PERSONNEL MANAGEMENT
    Section  6.A   Basic Management Concerns
    Section  6.B   Assignment And Employment Of Personnel
    Section  6.C   Marine Safety Apparel
    Section  6.D   Use Of CG Reserve Resources
    Section  6.E   Off-Duty Employment Of Marine Safety
                   Personnel
    Section  6.F   Temporary Additional Duty For Overseas
                   Inspectors

CHAPTER 7.   PROFESSIONAL TRAINING AND QUALIFICATION
    Section  7.A   General Requirements For
                   Marine Safety Professional Training And Qualification
    Section  7.B   Management Of The Marine Safety Training And
                   Qualification Program
    Section  7.C   Career Development Paths And Patterns
    Section  7.D   Qualification In Marine Safety Programs
    Section  7.E   On-The-Job Training (OJT)
    Section  7.F   Professional Resident Courses
```

Exhibit 11
Page 2 of 10 Pages

MARINE SAFETY MANUAL

VOLUME I

TABLE OF CONTENTS

Section 7.G    Nonresident Training Administered By Marine
               Safety Commands
Section 7.H    Training With The Marine Industry
Section 7.I    Postgraduate Training
Section 7.J    Reserve Training
Section 7.K    Procedures For Maintaining Professional
               Credentials

CHAPTER 8.    MATERIEL MANAGEMENT

Section 8.A    Materiel Administration
Section 8.B    Unit Logistics
Section 8.C    Safety Equipment And Protective Clothing
Section 8.D    Vehicles And Small Boats
Section 8.E    Firefighting Equipment
Section 8.F    Pollution Control Equipment
Section 8.G    Coast Guard Employment Of Civilian Aircraft

CHAPTER 9.    MISCELLANEOUS ADMINISTRATIVE CONCERNS

Section 9.A    Regulatory Development
Section 9.B    Coast Guard Adoption Of Codes And Standards
Section 9.C    Public Access To Information
Section 9.D    Public Affairs Management

CHAPTER 10.   OCUPATIONAL HEALTH AND SAFETY PROGRAMS

Section 10.A   Policy
Section 10.B   Organization And Responsibilities
Section 10.C   Risk Management
Section 10.D   Risk Assessment
Section 10.E   Controlling Hazards
Section 10.F   Training
Section 10.G   Occupational Medical Monitoring
               Program (OMMP)
Section 10.H   Records
Section 10.I   Program Audits
Section 10.J   References

CHAPTER 11.   EXTERNAL RELATIONS

Section 11.A   Interagency Relations
Section 11.B   International Activities
Section 11.C   Great Lakes Pilotage
Section 11.D   Joint Marine Pollution Contingency Plans

CH-13
Exhibit 11
Page 3 of 10 Pages

MARINE SAFETY MANUAL

VOLUME I

TABLE OF CONTENTS

| | |
|---|---|
| Section 11.E | Relationships With The Marine Safety Industry |
| Section 11.F | Federal/State Boating Safety Relations |

CHAPTER 12.   INFORMATION AND DATA SYSTEMS

| | |
|---|---|
| Section 12.A | Purpose And Responsibilities |
| Section 12.B | Major G-M Information Systems |
| Section 12.C | Pollution And Chemical Hazards Response Information Systems |
| Section 12.D | Other Coast Guard Information Systems |
| Section 12.E | Headquarters And Unit Files |
| Section 12.F | MISLE Data Entry Procedures |
| Section 12.G | MISLE Sections |
| Section 12.H | MISLE Data Entry And Activities Action Standards |
| Section 12.I | Relevant Laws, Regulations And Policies |

CHAPTER 13.   REPORTS AND CORRESPONDENCE

| | |
|---|---|
| Section 13.A | Administrative Standards |
| Section 13.B | Reports |
| Section 13.C | Forms |
| Section 13.D | Marine Safety Records |
| Section 13.E | Vessel Case/Project Standard Subject Heading Notice |

Exhibit 11
Page 4 of 10 Pages

MARINE SAFETY MANUAL

CHAPTER 1. MARINE SAFETY PROGRAM

CONTENTS

| SECTION | | PAGE |
|---|---|---|
| 1.A. | Philosophy Of The Marine Safety Program | 1-1 |
| 1.A.1. | Historical Objectives | 1-1 |
| 1.A.1.a. | Origin Of The Program | 1-1 |
| 1.A.1.b. | Origin Of The Marine Safety Office (MSO) | 1-1 |
| 1.A.2. | Operational Intent | 1-1 |
| 1.A.3. | Personnel Intent | 1-2 |
| 1.B. | Marine Safety Manual (MSM) | 1-2 |
| 1.B.1. | Effective Use Of The MSM | 1-2 |
| 1.B.2. | Publications And Directives Affected | 1-2 |
| 1.B.3. | MSM Structure | 1-3 |
| 1.B.3.a. | Volumes | 1-3 |
| 1.B.3.b. | Format | 1-3 |
| 1.B.4. | Headquarters Control | 1-4 |
| 1.B.5. | Amendment Process | 1-4 |
| 1.B.6. | Distribution | 1-4 |
| 1.B.7. | Unit Accountability | 1-4 |
| 1.B.8. | Public Availability | 1-4 |
| 1.C. | Commercial Vessel Safety (CVS) Program | 1-5 |
| 1.C.1. | Objective | 1-5 |
| 1.C.2. | Program Premises | 1-5 |
| 1.C.3. | Historical Development | 1-5 |
| 1.C.3.a. | Initial Federal Activities | 1-5 |
| 1.C.3.b. | Steamboat Inspection Service | 1-6 |
| 1.C.3.c. | Twentieth-Century Developments | 1-6 |
| 1.C.3.d. | Extensions Of Federal Laws | 1-6 |
| 1.C.3.e. | Limited Regulation Of Vessels | 1-7 |
| 1.C.3.f. | Codification Of Title 46 | 1-8 |
| 1.C.3.g. | Oversight Efforts | 1-8 |
| 1.C.4. | Regulatory Standards | 1-8 |
| 1.C.4.a. | Regulations For Specific Vessel Types | 1-8 |
| 1.C.4.b. | Regulations With General Applicability | 1-9 |
| 1.C.4.c. | Other Regulations | 1-9 |
| 1.C.5. | Types Of Inspections | 1-10 |
| 1.C.6. | Other CVS Activities | 1-10 |
| 1.C.6.a. | Plan Approval | 1-10 |
| 1.C.6.b. | Regulation Of Manning Standards And Crew Qualification | 1-10 |
| 1.C.6.b.(1) | Licensed Officers | 1-11 |
| 1.C.6.b.(2) | Unlicensed Personnel | 1-11 |
| 1.C.6.c. | Marine Investigations | 1-11 |
| 1.C.7. | CVS Program Standards | 1-12 |
| 1.C.7.a. | Interrelation Of Programs | 1-12 |
| 1.C.7.b. | Specific CVS Standards | 1-12 |
| 1.C.7.c. | Marine Safety Information System (MSIS) | 1-13 |

Exhibit 11

Page 5 of 10 Pages

MARINE SAFETY MANUAL

CONTENTS

| SECTION | | PAGE |
|---|---|---|
| 1.C.8. | Program Organization | 1-14 |
| 1.C.8.a. | Headquarters Organization | 1-14 |
| 1.C.8.b. | Field Organization | 1-15 |
| 1.C.8.b.(1) | Unit Structures | 1-15 |
| 1.C.8.b.(2) | Field Administrators | 1-15 |
| 1:C.8.b.(3) | Technical Support | 1-15 |
| | | |
| 1.D. | Port And Environmental Safety (PES) Program | 1-15 |
| 1.D.1. | Objectives | 1-15 |
| 1.D.2. | PES Program Goals | 1-16 |
| 1.D.3. | Historical Development | 1-16 |
| 1.D.4. | Elements Of The PES Program | 1-16 |
| 1.D.4.a. | PES Enforcement Activities | 1-16 |
| 1.D.4.b. | Port Security Activities | 1-19 |
| 1.D.5. | Program Evaluation And Management | 1-20 |
| 1.D.5.a. | Marine Safety Information System (MSIS) | 1-20 |
| 1.D.5.a.(1) | Background | 1-20 |
| 1.D.5.a.(2) | Port Safety Module | 1-20 |
| 1.D.5.a.(3) | Marine Pollution Product Set | 1-21 |
| 1.D.5.b. | PES/MER Quarterly Activities Reports (QAR's) (TO BE DEVELOPED) | 1-21 |
| 1.D.5.c. | Long-Range Forecast For U.S. Ports And Waterways | 1-21 |
| | | |
| 1.E. | Marine Environmental Response (MER) Program | 1-22 |
| 1.E.1. | Background | 1-22 |
| 1.E.2. | Program Activities | 1-23 |
| 1.E.3. | Pollution Response Activities | 1-23 |
| 1.E.4. | Response Oversight | 1-23 |
| 1.E.5. | International Conventions | 1-24 |
| 1.E.6. | Program Enforcement Provisions | 1-24 |
| 1.E.7. | Penalty Provisions | 1-24 |
| | | |
| 1.F. | Coast Guard In-House Compliance With Environmental Law | 1-25 |
| | | |
| 1.G. | Marine Pollution Financial Responsibility And Compensation Activity | 1-25 |
| 1.G.1. | Philosophy | 1-25 |
| 1.G.2. | Objective | 1-26 |
| 1.G.3. | Certificates Of Financial Responsibility (COFR's) | 1-26 |
| 1.G.4. | Coast Guard/U.S. Customs Service Enforcement | 1-26 |
| 1.G.5. | Regulations | 1-27 |
| 1.G.6. | Financial Responsibility Benefits | 1-27 |
| | | |
| 1.H. | Waterways Management (WWM) Program | 1-28 |
| 1.H.1. | Program Objective | 1-28 |
| 1.H.2. | Vessel Traffic Services (VTS) | 1-28 |
| 1.H.3. | Regulatory Activities | 1-28 |

Exhibit 11

Page 6 of 10 Pages

MARINE SAFETY MANUAL

CONTENTS

| SECTION | | PAGE |
|---|---|---|
| 1.I. | Navigation Safety Program | 1-29 |
| 1.I.1. | Program Organization | 1-29 |
| 1.I.2. | Headquarters Activities | 1-29 |
| 1.I.2.a. | Program Control | 1-29 |
| 1.I.2.b. | Bridge Administration | 1-29 |
| 1.I.2.c. | Radio Aids (RA) To Navigation | 1-30 |
| 1.I.2.d. | Short Range Aids (SFA) | 1-30 |
| 1.I.2.e. | Engineering Support | 1-31 |
| 1.J. | Coast Guard Recreational Boating Safety Program | 1-31 |
| 1.J.1. | Purpose | 1-31 |
| 1.J.2. | Penalty Assessment Procedures | 1-32 |
| 1.J.2.a. | Hearing Officer's Actions | 1-32 |
| 1.J.2.b. | Implementation | 1-32 |
| 1.J.2.b.(1) | Civil Penalties | 1-32 |
| 1.J.2.b.(2) | Criminal Penalties | 1-32 |
| 1.J.2.b.(3) | Official Warnings | 1-33 |
| 1.J.2.b.(4) | Training Courses | 1-33 |
| 1.J.3. | Investigations Of Boating Casualties | 1-33 |
| 1.J.3.a. | Coast Guard Investigation | 1-33 |
| 1.J.3.b. | Field Investigations | 1-33 |
| 1.J.3.c. | Training | 1-34 |
| 1.K. | Civil Penalty Hearing Officer Program | 1-34 |
| 1.K.1. | Reporting | 1-34 |
| 1.K.2. | Responsibility | 1-34 |
| 1.K.3. | Policy | 1-34 |

Exhibit 11
Page 7 of 10 Pages

MARINE SAFETY MANUAL

CHAPTER 1.  MARINE SAFETY PROGRAM

A.  Philosophy Of The Marine Safety Program.

    1.  Historical Objectives.

        a.  Origin Of The Program.  In the early 1800's, Congress was reluctant to address "marine safety" issues with regard to the steamboat industry.  Only after a long series of marine incidents, involving heavy losses of life and property, did Congress enact legislation and create a federal organization, the Steamboat Inspection Service, to preserve and protect the public from preventable marine incidents.  The preservation of life in the aftermath of a marine incident was carried out by federal search and rescue forces; the protection aspect (before-the-fact) was handled by federal agencies involved with maritime law enforcement and aids to navigation.  The Coast Guard's current marine safety programs still retain the overall philosophical objectives of the historical preservation and protection programs.  As a result of myriad statues and regulations affecting the marine environment and the marine industry, several distinct programs concerned with marine safety and related issues have evolved:  Commercial Vessel Safety (CVS), Port and Environmental Safety (PES), Marine Environmental Response (MER), Waterways Management (WWM), Recreational Boating Safety (RBS), and Bridge Administration (BA).

        b.  Origin Of The Marine Safety Office (MSO).  In 1972, the Commandant decided to consolidate CVS, PES/MER/WWM, BA, and RBS investigative activities in the field under the MSO structure.  The previous segregation of review and response activities result in well meant, but fragmented, "marine safety" policies tending to focus on symptoms rather than causes of marine casualties and incidents.  Under consolidation, attention is better focused on preventing marine casualties and incidents through appropriate legislation and regulations, coordinated field efforts to implement requirements, and education of the maritime public.  In 1982, the policy concerning the investigation of recreational boating fatalities was changed to reflect that only those accidents which were inadequately investigated by the state, as determined by the Commandant or the district commander, would be investigated by investigations departments of MSO's/marine inspection offices (MIO's).  States are considered the primary investigative authority for all boating accidents as provided by 33 CFR 174.103.

    2.  Operational Intent.  While Congress provided the Coast Guard with certain specific powers and constraints to enforce marine related laws and regulations, different approaches to enforcement have evolved as a result of the variances between various statues.  For example, CVS Program objectives can be met by withholding a Certificate of Inspection (COI) from a vessel that does not comply with the safety standards prescribed by laws and regulations, or by withholding a license or merchant mariner's document (MMD) from any person who does not comply with the requirements of appropriate federal laws and regulations.  The PES Program, on the

Exhibit 11

Page 8 of 10 Pages

MARINE SAFETY MANUAL

1.A.2. (cont'd) other hand, has no issuance of licenses or documents, nor "before-the-fact" inspection and certification of potential pollution sources, except for certain vessels and liquid bulk facilities. Originally, the enforcement concept for PES was one of "crime and punishment." Since the program's inception, emphasis has shifted from punishment to <u>prevention</u> because, ultimately, the only true protection from pollution incidents comes from preventing them. The PES Program focuses upon port facilities and merchant shipping.

    3. <u>Personnel Intent</u>  Today, all personnel assigned to CVS, PES/MER/WWM Program funded billets can be referred to as "marine safety" personnel. It is the Commandant's goal that such personnel eventually be well trained in <u>all</u> aspects of marine safety. This is not the goal during the <u>first</u> MSO tour, an assignment where an individual should develop expertise in one program before expanding. It is recognized that not all personnel will have the same level of experience in all aspects of "marine safety," regardless of rank or grade, because the term encompasses not only marine safety functions (e.g., marine inspection, pollution investigation), but others that are of an operational nature. The Commandant has determined that the public will be served best by consolidated administration of marine safety activities and a <u>positive</u> approach to training and diversification of unit personnel. An "us" and "them" attitude or the notion that an MSO has a "captain of the port (COTP) side" distinct in importance from a "marine inspection office (MIO) side" is counterproductive and should be discouraged by unit managers.

B. <u>Marine Safety Manual (MSM)</u>. The MSM is the primary policy and procedural statement for the marine safety programs of the Coast Guard. Published for the use of all Coast Guard marine safety and industry personnel, it prescribes the essential functions which must be performed to attain the overall objectives of the CVS and PES/MER/WWM Programs and certain investigative functions of the RBS Program. The MSM should be used as a guide for consistent and uniform administration of marine safety activities, without undue hampering of independent action and judgment by marine safety personnel.

    1. <u>Effective Use Of The MSM</u>. District commanders and unit commanding officers (CO's) shall ensure that they and their personnel are familiar with the provisions of this manual. This is particularly important in view of the large amount of new and revised policy contained in this manual. The MSM must be used in concert with appropriate marine safety laws and regulations. In any case of apparent conflict between provisions of this manual and any statue or regulation, the legal requirements shall be observed. Commandant (G-MP) should be informed of the conflict so that the matter can be resolved. In case of conflict between provisions of this manual and conventional practice, the appropriate Headquarters staff element should also be contacted for resolution of any doubt.

    2. <u>Publications And Directives Affected</u>. The MSM has superseded the following publications:

        a. Merchant marine safety Manual (CG-203);

Exhibit 11
Page 9 of 10 Pages

MARINE SAFETY MANUAL

    b. Reporting Requirements For Hearings, Depositions, Statements, Marine Boards of Investigation, and Conferences (CG-203-1);

    c. Port Security Manual (CG-299);

    d. Classified Supplement to the Port Safety/Security Manual (CG-299-1);

    e. Boating Accident Investigator's Manual (CG-472); and

    f. MSM (CG-495).

    In addition, separately issued Instructions and Notices are incorporated in this manual periodically. Each transmittal notice should be consulted for specific information.

3. <u>MSM Structure</u>.

    a. <u>Volumes</u>. The MSM consists of 11 volumes. The material in these volumes has been arranged generally to coincide with the functional activities of a district commander and a marine safety unit. These functional activities can be found in the Organization Manual, Commandant Instruction (COMDTINST) M5400.7D (Series), and the Organization Manual For Field Units, CG-229-1. As the MSM volumes are consolidated and reprinted, they will appear as follows:

| | | |
|---|---|---|
| I | Administration and Management | COMDTINST M16000.6 |
| II | Materiel Inspection | COMDTINST M16000.7 |
| III | Marine Industry Personnel | COMDTINST M16000.8 |
| IV | Technical | COMDTINST M16000.9 |
| V | Investigations | COMDTINST M16000.10 |
| VI | Ports and Waterways Activities | COMDTINST M16000.11 |
| VII | Port Security | COMDTINST M16000.12 |
| VIII | The Special Interest Vessel (SIV) Program (CONFIDENTIAL) | COMDTINST M16000.13 |
| IX | Marine Environmental Protection | COMDTINST M16000.14 |
| X | Interagency Agreements And Acronyms | COMDTINST M16000.15 |

Exhibit 11

Page 10 of 10 Pages