NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | Case No. 3:04-cv-209-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **GRANTING PLAINTIFF'S FIRST** |
| | ) | **MOTION TO COMPEL** |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having considered Plaintiff's First Motion to Compel, any

opposition thereto, and being fully advised, HEREBY GRANTS the Motion.  The

Defendants shall respond fully, completely and without objection to Plaintiff's Requests

for Production and Interrogatories dated August 31, 2005.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on May 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:


Thomas G. Waller, Esq.



By _____s/ Christopher J. Slottee_____
        Christopher J. Slottee