NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,              ) | Case No. 3:04-cv-209-TMB |
| )  | |
| Plaintiff,       ) | |
| ) | |
| vs.                                 ) | |
| ) | |
| NORTHLAND VESSEL LEASING  ) | |
| COMPANY, LLC, et al.,     ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

**<u>AFFIDAVIT OF CHRISTOPHER J. SLOTTEE</u>**

STATE OF ALASKA            )
                                             ) ss
THIRD JUDICIAL DISTRICT   )

  Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

  I am counsel for Plaintiff Joseph Abruska in the above entitled action. I make this affidavit in support of Plaintiff's Motion to Compel. I speak from personal knowledge

and am competent to testify.  I certify that the following exhibits are true and accurate copies of the originals:

**Exhibit #1:**     Defendant Naknek Barges Lines, LLC's Responses to Plaintiff's First Interrogatories and Requests for Production.

**Exhibit #2:**     Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Interrogatories and Requests for Production.

**Exhibit #3:**     Exhibit 1 to the deposition of Luke Donkersloot, document entitled Incident Investigation – Personal Injury to Joseph Abruska, produced in discovery by Defendants.

**Exhibit #4:**     Excerpt from the deposition of Luke Donkersloot.

**Exhibit #5:**     Expert report of Leo Naekel.

**Exhibit #6:**     Defendant Naknek Barges Lines, LLC's Responses to Plaintiff's Request for Production and Interrogatories, dated August 31, 2006.

**Exhibit #7:**     Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's Request for Production and Interrogatories, dated August 31, 2006.

**Exhibit #8:**     Excerpt from the Fleet Time Charter between Naknek Barge Lines, LLC and Northland Services, Inc.

**Exhibit #9:**     Excerpt from the Fleet Bare Boat Charter between Northland Vessel Leasing Company and Naknek Barges Lines, LLC.

**Exhibit #10:**     E-mails produced in discovery by Defendants.

Exhibit #11:   2004 Biennial Report filed with the State of Alaska by Northland Vessel Leasing Company, LLC.

Exhibit #12:   2005 Biennial Report filed with the State of Alaska by Northland Services.

DATED this 3rd day of May, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 3rd day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 5/19/06

I certify that on May 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By   s/ Christopher J. Slottee
     Christopher J. Slottee