# EXHIBITS TO PLAINTIFF'S FIRST MOTION TO COMPEL

## TABLE OF CONTENTS

| Exhibit No. | Description |
|---|---|
| 1 | Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Interrogatories and Requests for Production, dated January 18, 2005 |
|  | Plaintiff's First Set of Interrogatories to Defendant Naknek Barge, LLC, dated December 15, 2004 |
| 2 | Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Interrogatories and Requests for Production, dated January 18, 2005 |
|  | Plaintiff's First Set of Interrogatories to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004 |
| 3 | Incident Investigation – Personal Injury to Joseph Abruska Naknek Alaska |
| 4 | Portion of Video Deposition of Luke Donkersloot dated July 19, 2005 |
| 5 | Report of Leo C. Naekel, Evaluations and Opinions of Longshore Workplace Safety, Barge Industry Operations, and Regulatory Safety Standard and Rule Application, dated February 21, 2006 |
| 6 | Plaintiff's Requests for Production and Interrogatories to Naknek Barge, LLC, dated August 31, 2005 |
|  | (Answers to) Requests for Production to Naknek Barge Lines, LLC, dated October 3, 2005 |
| 7 | Plaintiff's Requests for Production and Interrogatories to Northland Vessel Leasing Company, LLC, dated August 31, 2005 |
|  | (Answers to) Requests for Production to Northland Vessel Leasing Company, LLC |
| 8 | Fleet Time Charter Between Naknek Barge Lines, LLC, Demise Charterer and Northland Services, Inc., Time Charterer, dated May 10, 2000. |

## TABLE OF CONTENTS

| Exhibit No. | Description |
|---|---|
| 9 | Fleet Bareboat Charterer Between Northland Vessel Leasing Company, Owner, and Naknek Barge Lines, LLC, Demise Charterer, dated May 10, 2000. |
| 10 | E-mails to/from Tom Lampman and Rheagan Sparks dated August 25 through August 29, 2003 |
| 11 | Northland Marine Services, Inc. Business and Professional Corporation 2005 Biennial Report, dated January 6, 2005 |
| 12 | Northland Vessel Leasing Company 2004 Biennial Report, filed with the State of Alaska March 8, 2004 |

84449/7407.1