Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,

      Plaintiff,

v.

NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC,

      Defendants.

CASE NO. A04-209 CV (JKS)

## DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

TO: Plaintiff, above-named; and

TO: Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's counsel

### Interrogatories

**ANSWER TO INTERROGATORY NO. 1:** The BARANOF TRADER is equipped with two courses of safety wire because a third course of wire is not required and was therefore never installed.

**ANSWER TO INTERROGATORY NO. 2:** OBJECTION. Overly broad. Not reasonably calculated to lead to the discovery of admissible evidence.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

ANSWER TO INTERROGATORY NO. 3:   See response to No. 2, above.

ANSWER TO INTERROGATORY NO. 4:   Naknek Barge Lines believes, but has not confirmed, that one or more of its employees may have been aboard the barge on the incident date. The identities of personnel working aboard the barge but not employed by Naknek Barge Lines are not known. This request will be supplemented with the names of Naknek Barge Lines personnel, if any, working aboard the barge.

ANSWER TO INTERROGATORY NO. 5:   Defendant Naknek Barge Lines has no information responsive to this request.

ANSWER TO INTERROGATORY NO. 6:   Two safety wires. Distance between wires is approximately 17½".

### Requests for Production

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:   OBJECTION. Overly broad. Unduly burdensome. Vague. Without waiver of objection, see attached documents and surveys. See also, Initial Disclosures.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:   OBJECTION. Work product. Attorney-client privilege. Self-critical analysis privilege. Without waiver of objections, see attached Incident Investigation performed by Northland Services, Inc. and forwarded to Naknek Barge Lines.

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4-

Page 2 of 9

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:   Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:   Defendant Naknek Barge Lines has located no documents responsive to this request. Discovery continues.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:   OBJECTION. Work product. Attorney-client privilege. Self-critical analysis privilege. Defendant Naknek Barge Lines has no non-privileged documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:   OBJECTION. The agreement between defendants contains trade secrets and other proprietary and confidential information not subject to general discovery disclosure. Without waiver of objections, the agreement will be produced -- with redactions -- upon execution of an agreed protective order or other arrangements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:   Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:   Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:   Defendant Naknek Barge Lines has no documents responsive to this request.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:** Defendant Naknek Barge Lines took no photographs.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:** The barge does not maintain a log book.

DATED this 18 day of January, 2005.

BAUER MOYNIHAN & JOHNSON LLP

Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants

I declare under penalty of perjury that on January 18, 2005, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the following:

Neil T. O'Donnell  [ ] By Mail
Christopher J. Slottee  [ ] By Hand Delivery
Atkinson, Conway & Gagnon, Inc.  [X] By Facsimile
420 L Street, Suite 500  [X] By Air Courier
Anchorage, AK 99501
Tel: 907.276.1700
Fax: 907.272.2082

BAUER MOYNIHAN & JOHNSON LLP

By: Kathy I. Putt

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 4 of 4 -

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

COPY RECEIVED
DEC 2 0 20
BAUER MOYNIHAN & JOHNSON LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC<br><br>    Defendants. | **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NAKNEK BARGE, LLC AND ANSWERS**<br><br>Case No. A04-209 CV (JKS) |

Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Defendant Naknek Barge, LLC to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Defendant Naknek Barge, LLC. These interrogatories are deemed to be continuing, and in the event information is received by Defendant Naknek Barge, LLC subsequent to answers being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

**INTEROGGATORY NO. 1:** Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**   PLEASE SEE ATTACHED

**INTEROGGATORY NO. 2:** Please list the name and type of each barge owned, leased, or otherwise operated by Defendant Naknek Barge, LLC.

**RESPONSE:**   PLEASE SEE ATTACHED

**INTEROGGATORY NO. 3:** Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:**   PLEASE SEE ATTACHED

**INTEROGGATORY NO. 4:** Please list the name, address, and telephone number of every individual working on the freight barge *Baranoff Trader* on August 24, 2003.

**RESPONSE:**   PLEASE SEE ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1999
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74367/7407.1

**INTEROGGATORY NO. 5:** Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Naknek Barge, LLC, specifying the date of injury, the type of injury, and the circumstances of the injury.

**RESPONSE:**  PLEASE SEE ATTACHED

**INTEROGGATORY NO. 6:** Please state the number of courses of rails located on the side of the freight barge *Baranoff Trader* in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:**  PLEASE SEE ATTACHED

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 5
74367/7407.1

# VERIFICATION

STATE OF _____ )
) ss.
COUNTY OF _____ )

I, _____ say on oath or affirm that I am _____ of Defendant Naknek Barge, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Interrogatories, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

DATED this \_\_\_\_\_ day of _____, 2004.

_____
Name

SUBSCRIBED AND SWORN TO before me this \_\_\_\_ day of _____, 2004.

_____
Notary Public in and for _____
My Commission Expires: _____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74367/7407.1

Exhibit 1
8  9

I certify that on December 15, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

( ✓ ) Mail
( ) Facsimile
( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITF's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 5
74367/7407.1

Exhibit 1
Page 9 of 9