```
1                UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF ALASKA
3  JOSEPH ABRUSKA,            )
                              )
4           Plaintiff,        )          ORIGINAL
                              )
5      vs.                    )
                              )
6  NORTHLAND VESSEL LEASING   )
   COMPANY, LLC, and          )
7  NAKNEK BARGE, LLC,         )
                              )
8           Defendants.       )
                              )
9  Case No. A04-0209-CV (JKS)
10
11
         -----------------------------------------------
12        PORTION OF VIDEO DEPOSITION OF LUKE DONKERSLOOT
         -----------------------------------------------
13
                        Pages 1 - 80
14
                   Tuesday, July 19, 2005
15
                         8:52 a.m.
16
17
18
19
20
21
           Taken and Recorded by Counsel for Plaintiff
22                       Joseph Abruska
                              at
23                Bristol Bay Borough Building
                         Naknek, Alaska
24
25
```

Exhibit 4
Page 1 of 5 Pages

PACIFIC RIM REPORTING   907/272-4383

www.courtreportersalaska.com

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2   For Plaintiff:

 3   CHRISTOPHER J. SLOTTEE
     ATKINSON, CONWAY & GAGNON
 4   420 L Street, Suite 500
     Anchorage, Alaska   99501-1989
 5   (907) 276-1700

 6


 7   For Defendants:

 8   THOMAS WALLER
     BAUER, MOYNIHAN & JOHNSON, LLP
 9   2101 Fourth Avenue, Suite 2400
     Seattle, Washington   98121
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 4
Page 2 of 5 Pages

```
 1                         I-N-D-E-X

 2   EXAMINATION BY                              PAGE

 3       Mr. Slottee                              4

 4

 5   EXHIBITS                                    PAGE

 6     1   "Incident Investigation - Personal     6
           Injury to Joseph Abruska"
 7
       2   Color photograph of fall area         63
 8
       3   Color photograph of fall area         63
 9         with male present

10     4   Frayed safety line                    65

11     5   Baranof Trader half-round             65
```

Exhibit 4
Page 3 of 5 Pages

```
 1      happened, when the conversation occurred?
 2  A   Not really.  I think it was in the morning. I'm not
 3      positive, though.
 4  Q   Morning of the accident?
 5  A   No, it was one of the days after.
 6  Q   But within a week or so of that?
 7  A   I think so.
 8  Q   And were -- did Ben Burns just talk to you separately, or
 9      was anybody else present?
10  A   No, there -- there was just two of us.
11  Q   Okay.  Did you talk to Bill Emory about the accident at
12      all?
13  A   Yeah, we were both there.
14  Q   Okay.  What did he say, Bill Emory?
15  A   I don't know.  I talk to him all the time.
16  Q   Okay.
17  A   Nothing out of the ordinary.
18  Q   Do you remember what you said to him about the accident?
19  A   No.
20  Q   Do you remember what you said to Ben Burns about the
21      accident?
22  A   No.
23  Q   Did anybody else from Northland ever follow up with you
24      after that initial phone call from Ben Burns?
25  A   Follow up with what?
```

Exhibit 4
Page 4 of 5

1  A    We were -- everybody was aware of it.  We'd been working
2       the barge.  It wasn't particularly loose.  It wasn't
3       tight, but it wasn't -- it was still workable.
4  Q    Okay.  So everyone was aware, that was who?
5  A    The barge crew.
6  Q    Okay.  Do you remember who was working on the night -- or
7       when Joseph had his accident?
8  A    Jim Metz and a couple other of the tugboaters.
9  Q    Anybody else?
10 A    I was, and Joe.
11 Q    Joseph and then you?
12 A    Uh-huh (affirmative), on the barge.
13 Q    So maybe about five people working on the barge?
14 A    Including myself.
15 Q    Why were the -- do tugboaters normally work on the barges
16      on unloading them?
17 A    Securing and unsecuring cargo.
18 Q    So everyone, which would include Jim Metz, a couple of
19      the other tugboaters, and you were aware of the lower
20      wire railing, that being loose?
21 A    I'm not sure if they were.  We'd been working that barge
22      all summer.
23 Q    Okay.
24 A    And it was -- had been that way all the time.
25 Q    Okay.  When was the first time you started working on the