Leo C. Naekel   Phone 425.743.0524   Dated : 02-21-06
16632 1 st Ave S E
Bothell, WA 98012

Evaluations and Opinions of Longshore Workplace
Safety, Barge Industry Operations, and Regulatory
Safety Standard and Rule Application.

Barge BARANOF TRADER Issues.

Section A. Was the Barge reasonably safe for expert and experienced longshoremen?
Yes, as follows.
1) A two (2) wire Safety Hand Rail System was in place. The wires appear to
Be Dead Ended with a turnbuckle for adjustment at each 90 degree turn, and
At the Port and Stbd loading Key, and at the forward Breakwater/Spray
Shield. (See Exhibit 4).
The loading key is an approximate 40' opening, either side, Port or Stbd
Where the safety hand rail fence is removed or laid down to facilitate
Cargo loading or unloading, and is replaced when completed.
The Dead Ending is important to maintain taut fence wires when a section,
Such as the key is removed of laid down. The middle wire was also Dead
Ended at each mooring cleat to allow room for safe mooring operations,
And still maintain the ability to adjust the fence wires in way of stretching
Or damage.

2) The walkway between the wood wear deck coaming and the gunwale is
Clear, except for the lashing pad eyes welded approximately 3" outboard
Of the wear deck coaming and typically 8' apart, leaving a 15" clear
Walkway. (see exhibit 7)

3) While tank vents, valves, and manhole covers do obstruct a walkway total
Clear path, they generally do not pose an obstruction to lashing or unlashing
Because lashing to a vent or a manhole cover is not an acceptable strength
Wise option. There is ample walkway space either side of a vent, for a man to
pass by, and only a stepping hazard over a manhole cover.

4) The wood wear deck appears to be well maintained, clear of lashing gear, but
With pad eye holes that can be tripping or ankle twisting hazards in the dark..
Pad eye holes in the deck are required to lash the inboard side of containers
Under certain stowage requirements. (Room to work Industry Standards,
Barge safety maintenance, and Federal Safety Rules a addressed in the
Following four (4) sections.

Section B) Was there sufficient room, (approximately 17" to 18")between containers and the
Perimeter Safety Hand Rail Wire?

Page 1

Exhibit 5
1 of 5

Section B)
Continued.
1) Normal walking in a 16" or 18" wide walkway poses no problem, except In way of fuel tank vents, where the vent normally only takes up 1/3 of the Walkway space. Although moving past a vent can be close, it poses no problem Due to the vent height at approximate upper leg height you need only to turn Sideways to pass by. (Exhibit 8)

2) There is sufficient room for an experienced longshoremen to perform lashing Work.
   a) Normal position to attach turnbuckle to longlink lashing chain is in a Standing upright position.
   b) Normal position to attach the lower turnbuckle shackle to the deck pad Eye is crouching or kneeling on one knee which places the workers hip Or low back area at he same height as the mid course (18") perimeter Safety wire.
   c) Normal position to tighten or loosen the turnbuckle is the same Crouching or kneeling position, then two (2) hands, one (1) at he top Eye to the turnbuckle to prevent turning, and one (1) hand with a Turning bar approximately 18" long, inserted thru the center of the Turnbuckle mid section.
   d) Vents and valves are normally not in the way, as there is a 7' to 8' Space between pad eyes, with adequate room in the walkway either Side of a vent or on top of manhole cover.
   e) Mooring cleats in way of a pad eye are only a space problem if the Mooring line is flaked out, or wrapped on a cleat, which the worker Must move.

Section C) Was the perimeter two(2) wire system similar to what is encountered on other Barges? Is the two (2) wire system the industry standard? Is the two (2) wire System a sound safety mechanism to prevent longshoremen from falling Overboard?

1) The two (2) wire system is similar to what I have encountered on the Lower 48 west coast, and most port in Alaska, over 30 years. The only 3 wire system I have encountered is on a B. P (British Petroleum) Combination Deck Cargo/tank barge at Prudhoe Bay. B. P. has raised All of its safety standards to surpass OSHA and USCG laws/rules.

2) The reason that the two (2) wire system is predominate in the Industry are OSHA Safety Laws, CFR 29, part 1918.53, 1918.36, and 1918.37, that require barges to have, (ie: Employers to provide) a taut handline or Reasonable grab rail. Specific requirements are taut wire perimeter Handline handrail, minimum 36" high to a maximun of 42" high with a Midwire approximately 18" above the deck.. (see exhibit 9, 10, 13 ) OSHA Engineering, ANSI testing, and Industry input is required During the rule making process, and prior to Final Rules, Standards.

Exhibit 5
Page 2 of 5

Section C) 2) Continued.  And Laws. Due to these Safety Regulations the two (2) wire system is Standard within the Industry.

   3) INSPECTIONS; Inspected-Certificated Barges are inspected by three (3) Regulatory Agencies; USCG (Coast Guard), ABS (American Bureau of Shipping), and OSHA (Occupational Safety and Health Administration, Dept of Labor.

USCG inspects Barges afloat yearly, called a COI. Items inspected are navigation lights, deck fixtures such as safety hand rails, deck plating., vents and valves, sideshell where visible, and barge hull internals. If all items are correct a new COI is issued for an additional year. USCG also does complete Drydock Inspection every 5 years.
USCG 46 CFR 92.25(a) requires a 3 wire safety hand rail system on Ocean Deck Cargo Barges, where as 46CFR 32.02(a) exempts Unmanned Tank Barges, Therefore at a COI inspection of a Unmanned Combination Deck Cargo/Tank Barge is exempt and 46 CFR 92.25(a) does not apply. (see exhibit 12)

ABS inspections are generally timed to coinside with USCG.

OSHA inspections are random and scheduled by OSHA personell to coinside with cargo operations on barges at loading unloading berths or terminals. All cargo equipment, and safety equipment aboard the barge, as well safety fixtures affixed to the barge are inspected. Cargo equipment is generally forklifts tophandlers, cranes, and or motorized manlifts. Equipment and Safety gear are generally equipment ramps personnel ramps, manhole manway opening guards, safety fence hand rail systems, fall protection and life rings. PPE; safety glasses, hard hats, visibility vests, PFD work vests, dnd safety shoes.

   4) In my opinion the two wire hand rail safety system is sound. Having worked Within the confines of a two wire safety hand rail system for 30 years, and knowing the OSHA engineering and field testing, plus Industry wide Hearings conducted prior to implementation as law, gives me confidence in the safety provided

Section D) Who is responsible for and to ensure safety for longshoremen, the longshore Employer, or the vessel owner?

   1) Barge Safety, and Barge Safety Maintenance responsibility within the Barging industry falls to the Stevedoring Company that employs the longshoremen. The Stevedoring Co. is by law responsible for longshoremen safety aboard a vessel, regulated by OSHA on a vessel, and shoreside

Exhibit 5
Page 3 of 5 Pages

Section D) 1)
Continued
    regulated by A State Safety Agency, under the Federal Longshore and Harbor Workers Compensation Act.

) The Stevedoring Co employs the longshoremen as cargo handlers, receiving, Preparing, loading, stowing within Hazardous cargo guidelines. The Stevedoring is also responsible for the barge trim and list for safe towage, Cargo Surveys, which includes barge tow gear inspections, and Cargo lashings.
Vessel Owners; generally Bareboat Charter a vessel to a Barge-Cargo Operating Co. In some cases the owner furnishes just the bare hull. In most cases the barge is outfitted with a breakwater/spray shield, navigation lights, tow bridle, wood wear deck and perimeter safety fence, as part of the Bareboat Charter Agreement, either as special outfitting for a special project, or from a previous charter.

3) The Operating (Chartering) Co. generally outfits the barge at a shipyard, or Outfitting yard to the specifications required by the service the barge will be performing, including items required by various regulating agencies.
The Barge Operating Co generally contracts with a towing co which furnishes a tug to tow the barge from Port A to Port B, and contracts with a Stevedoring Co which provides the longshore labor, cargo handling equipment, and expertise to load and unload barges. The Barge Operating Co generally maintains it's own sales force, office personnel, Cargo rating, accounting, and provides hull and cargo insurance.

The Stevedoring Co. is generally the entity contracted to provide Barge Safety Maintenance, because they have the equipment and expertise to provide the Service at a loading terminal and at a remote outport loading or unloading Berth.

Section E) Do longshoremen work around obstacles such as tank vents, catch basins, Containments on a routine basis?

1) Longshoremen can and do routinely work around various obstacles such as tank Vents, loading manifolds, single valves, catch basins, mooring cleats, and oversize cargo. Vents and loading valve manifolds generally only take up $1/3^{rd}$ of a walkway, allowing adequate room to move past. Routine work is performed near or around vents and such obstacles because the work is adjacent to not on or in. Lashing rails, pad eyes, "D" rings are located adjacent to vents, containments, and manhole covers to: a) keep vents free of lashing chains that could apply bending forces, and binding forces on the vent operation, b) to keep manhole covers free to enable removal and or replacement, c) to allow adequate room to hook up and tighten of loosen a turnbuckle, d) lashing need to be accessible in the worst weather conditions such as ice, snow, wind, rain. Therefore, lashings are a planned by layout to

Exhibit 5
Page 4 of 5 Pages

Section E) 1) Continued.

Be accessible even though in constricted areas such as barge perimeter Walkways. As long there is room to walk around or stoop under cargo, there is Room for an experienced lonshoremen to work safely.

Barge motion caused by surge alongside a dock in an area of huge tidal swings Is a hazard that experienced longshoremen work with routinely, on a daily basis. Longshoremen must continuously monitor and tighten loose mooring lines, and loosen tight mooring lines to control the barge surge. Additionally. Forklift, tophandler operators add to the barge motion while accelerating and braking.

End of Issues.

Summary: Barge cargo operations can be hazardous

Due to cargo dimensions, i.e; heavy, oversized, (long wide high) barge deck layout Must be flexible, but remain within safety regulations, trim list and center of gravity Specifications for a particular barge.

Experienced lonshoremen with proper safety outfitting, tools, and PPE can and do Work safely.

*[signature: Leo C Naekel]*

Exhibit 5
Page 5 of 5 Pages