NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
cjs@acglaw.com

COPY RECEIVED

SEP - 2 2005

BAUER MOYNIHAN & JOHNSON LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC<br><br>       Defendants. | **PLAINTIFF'S REQUESTS FOR PRODUCTION AND INTERROGATORIES TO NAKNEK BARGE, LLC DATED AUGUST 31, 2005**<br><br>Case No. A04-209 cv (JKS) |

## REQUESTS FOR PRODUCTION

Plaintiff Joseph Abruska, by and through his attorneys, Atkinson, Conway & Gagnon, pursuant to the Federal Rules of Civil Procedure, requests that Defendant Naknek Barge, LLC (hereinafter Naknek Barge) produce for inspection and copying, at the offices of the attorneys for Plaintiff, no later than thirty (30) days from the date of service hereof, the following documents or things which are in its possession, custody or control.

LAW OFFICES
ATKINSON. CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE. ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 6
Page 1 of 26 Pages

"Document" means any writing or other form of record in any medium, including, but not limited to, contracts, agreements, books, letters, post cards, memoranda, telegrams, handwritten notes, invoices, purchase orders, receipts, checks, periodicals, circulars, notices, pamphlets, statements, reports, records, studies, telephone reports, correspondence, diaries, note pads, desk calendars, interoffice and personal interviews, minutes, interoffice communications, schedules, electronic records, data sheets, data processing cards, tape and disc recordings, questionnaires, in whatever form (e.g., printed, typed, longhand, shorthand, on paper, tape cards, ribbon microfilm, film or other form), or any nonidentical copy (whether different from the original because of notes made upon such copy or otherwise), however and by whomever produced or reproduced. "Document" specifically includes computer records, electronic data, and other storage systems from which information can be obtained and translated, if necessary, by respondent through detection and retrieval devices, into reasonably usable form.

If any requested item is not produced within the time allowed, please identify and describe all such items and state the facts which support the objection or other reason for nonproduction.

If you have refused to produce documents and/or materials because of claimed objections based on attorney-client privilege, the work product doctrine, preparation in anticipation of litigation, or any other objection, please describe whether or

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 16
80168/7407.1

not such requested materials exist, and describe, in general, the nature of such materials or items that exist which you are not producing.

This request is a continuing request and applies to all of the requested items now in Defendant's control or which may come into Defendant's control at any time up to and including the date of trial. You are obligated to seasonably supplement or amend your answers to these discovery requests in accordance with the Civil Rules.

The term "Northland Vessel Leasing" refers to the defendant Northland Vessel Leasing Company, LLC, in whatever corporate form it currently is or was in the past. The term "Naknek Barge" refers to the defendant Naknek Barge, LLC, in whatever corporate form it currently is or was in the past. The term "Northland Holdings" refers to the entity known as Northland Holdings, Inc., in whatever corporate form it currently is or was in the past. The term "Northland Services" refers to the entity known as Northland Services, Inc., in whatever corporate form it currently is or was in the past.

**REQUEST FOR PRODUCTION 1:**    Please produce a copy of your articles of incorporation, articles of organization, and/or certificate of formation.

**RESPONSE:**                    PLEASE SEE
                                 ATTACHED

**REQUEST FOR PRODUCTION 2:**    Please produce a copy of any amendments to your articles of incorporation, articles of organization, and/or certificate of formation.

                                 PLEASE SEE
                                 ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 16
80168/7407.1

Exhibit 6
Page 3 of 26 Pages

RESPONSE:

**REQUEST FOR PRODUCTION 3:**    Please produce a copy of your

operating agreement, bylaws, and/or limited liability company agreement.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 4:**    Please produce a copy of any

amendments to your operating agreement, bylaws, and/or limited liability company

agreement.

RESPONSE:                                    PLEASE SEE
                                             ATTACHED

**REQUEST FOR PRODUCTION 5:**    Please produce a copy of any

document listing the names of your members and/or stockholders for the year 2003.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 6:**    Please produce a copy of any

document listing the names of your managers, officers, and/or board of directors for the

year 2003.

RESPONSE:                                    PLEASE SEE
                                             ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 16
80168/7407.1

Exhibit 6
Page 4 of 26 Pages

**REQUEST FOR PRODUCTION 7:**    Please produce a copy of all minutes of any meeting of your board of directors, officers, managers, stockholders, and/or members that was held during 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 8:**    Please produce any document listing the names and job titles of all employees of Naknek Barge in 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 9:**    Please produce any document listing the names and job titles of all officers, directors, and/or managers of Naknek Barge in 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 10:**    Please produce copies of any financial statements for the years 2003, 2004, and 2005.

**RESPONSE:**

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 5 of 16
80168/7407.1

Exhibit ___6___
Page __5__ of _26_ Pages

**REQUEST FOR PRODUCTION 11:**  Please produce copies of any document describing and/or listing any financial contribution made to Naknek Barge by any member, manager, officer, and/or director in the past three years.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 12:**  Please produce a copy of Naknek Barge's corporate book from 2003, 2004, and 2005.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 13:**  Please produce copies of any documents relating to the formation of Naknek Barge.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 14:**  Please produce copies of any documents relating to the formation of Northland Services.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 15:**  Please produce copies of any documents relating to the formation of Northland Holdings.

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 6 of 16
80168/7407.1

Exhibit 6
Page 6 of 26 Pages

**RESPONSE:**    PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 16:**    Please produce copies of any documents relating to the purchase of any stock, securities, or other interest in Naknek Barge by Northland Vessel Leasing, Northland Services, or Northland Holdings, and/or any stockholders, members, owners, directors, officers, or employees of Northland Vessel Leasing, Northland Services, or Northland Holdings.

**RESPONSE:**    PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 17:**    Please produce copies of any documents relating to the purchase of the freight barge Baranoff Trader.

**RESPONSE:**    PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 18:**    Please produce copies of any documents relating to the purchase of stock, securities, or any other interest in Northland Vessel Leasing by Naknek Barges Lines, Northland Services, or Northland Holdings, and/or any stockholders, members, owners, directors, officers, or employees of Northland Vessel Leasing, Northland Services, or Northland Holdings.

**RESPONSE:**    PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 7 of 16
80168/7407.1

Exhibit 6
Page 7 of 26 Pages

**REQUEST FOR PRODUCTION 19:**  Please produce copies of any insurance policies under which Naknek Barges Lines and Northland Services are joint insureds, including but not limited to (a) automobile policies, (b) property loss policies, (c) umbrella policies, and (d) general liability policies.

   **RESPONSE:**

   PLEASE SEE
   ATTACHED

**REQUEST FOR PRODUCTION 20:**  Please produce copies of any insurance policies under which Naknek Barges Lines and Northland Holdings are joint insureds, including but not limited to (a) automobile policies, ( b) property loss policies, (c) umbrella policies, and (d) general liability policies.

   **RESPONSE:**

   PLEASE SEE
   ATTACHED

**REQUEST FOR PRODUCTION 21:**  Please produce copies of any insurance policies under which Naknek Barges Lines and Northland Vessel Leasing are joint insureds, including but not limited to (a) automobile policies, ( b) property loss policies, (c) umbrella policies, and (d) general liability policies.

   **RESPONSE:**

   PLEASE SEE
   ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 8 of 16
80168/7407.1

Exhibit  6
Page  8  of  26  Pages

**REQUEST FOR PRODUCTION 22:**  Please produce copies of all orders, reports, memoranda, instructions, or correspondence sent by any officer, director, manager, member, or employee of Northland Services, to any officer, director, manager, member or employee of Naknek Barge, regarding the freight barge Baranoff Trader.

      **RESPONSE:**

                 PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 23:**  Please produce copies of all orders, reports, memoranda, instructions, or correspondence sent by any officer, director, manager, member, or employee of Naknek Barge, to any officer, director, manager, member or employee of Northland Services, regarding the freight barge Baranoff Trader.

      **RESPONSE:**

                 PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 24:**  Please produce copies of all orders, reports, memoranda, instructions, or correspondence sent by any officer, director, manager, or employee of Northland Vessel Leasing, to any officer, director, manager or member or employee of Naknek Barge, regarding the freight barge Baranoff Trader.

      **RESPONSE:**         PLEASE SEE ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 9 of 16
80168/7407.1

Exhibit 6
Page 9 of 26 Pages

**REQUEST FOR PRODUCTION 25:**  Please produce copies of all orders, reports, memoranda, instructions, or correspondence sent by any officer, director, manager, member, or employee of Naknek Barge, to any officer, director, manager, member or employee of Northland Vessel Leasing, regarding the freight barge Baranoff Trader.

   **RESPONSE:**          PLEASE SEE
                          ATTACHED

**REQUEST FOR PRODUCTION 26:**  Please produce copies of any document listing the addresses of all offices used by Naknek Barge.

   **RESPONSE:**          PLEASE SEE
                          ATTACHED

**REQUEST FOR PRODUCTION 27:**  Please produce copies of any report filed with Secretary of State of the State of Washington within the past three years.

   **RESPONSE:**          PLEASE SEE
                          ATTACHED

**REQUEST FOR PRODUCTION 28:**  Please produce copies of any report filed with the Division of Corporations of the State of Delaware within the past three years.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 10 of 16
80168/7407.1

Exhibit   6
Page 10 of 26

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 29:**  Please produce copies of any report filed with Department of Commerce of the State of Alaska within the past three years.

RESPONSE:    PLEASE SEE
ATTACHED

## INTERROGATORIES

Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Naknek Barge to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Naknek Barge.  These interrogatories are deemed to be continuing, and in the event information is received by Naknek Barge subsequent to answers being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

The term "Northland Vessel Leasing" refers to the defendant Northland Vessel Leasing Company, LLC, in whatever corporate form it currently is or was in the past.  The term "Naknek Barge" refers to the defendant Naknek Barge, LLC, in whatever

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 11 of 16
80168/7407.1

Exhibit 6
Page 11 of 26 pages

corporate form it currently is or was in the past. The term "Northland Holdings" refers to the entity known as Northland Holdings, Inc., in whatever corporate form it currently is or was in the past. The term "Northland Services" refers to the entity known as Northland Services, Inc., in whatever corporate form it currently is or was in the past.

**INTERROGATORY NO. 1.**    If any officer, director, manager, or employee of Naknek Barge ever received any salary, fee, or other compensation from Northland Vessel Leasing while working for Northland Vessel Leasing, please state the name and address of the person, the reason for the compensation, and the date the compensation was paid.

**RESPONSE:**    PLEASE SEE ATTACHED

**INTERROGATORY NO. 2.**    If any officer, director, manager, or employee of Northland Vessel Leasing ever received any salary, fee, or other compensation from Naknek Barge while working for Northland Vessel Leasing, please state the name and address of the person, the reason for the compensation, and the date the compensation was paid.

**RESPONSE:**    PLEASE SEE ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 12 of 16
80168/7407.1

Exhibit 6
Page 12 of 26 Pages

**INTERROGATORY NO. 3.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who, in August of 2003, was employed at the same time by both Naknek Barge and Northland Services.

   **RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 4.**    Please list all individuals and/or entities, including their percentage of ownership who, in August of 2003, were stockholders and/or members of both Naknek Barge and Northland Services.

   **RESPONSE:**

PLEASE SEE

**INTERROGATORY NO. 5.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who, in August of 2003, was employed at the same time by both Naknek Barge and Northland Vessel Leasing.

   **RESPONSE:**    PLEASE SEE
ATTACHED

**INTERROGATORY NO. 6.**    Please list all individuals and/or entities, including their percentage of ownership who, in August of 2003, were stockholders and/or members of both Naknek Barge and Northland Vessel Leasing.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 13 of 16
80168/7407.1

Exhibit 6
Page 13 of 26 Pages

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 7.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who was employed in any way by Naknek Barge in August of 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 8.**    Please list the names and percentage of ownership of all individuals and/or entities who were shareholders and/or members of Naknek Barge in August of 2003.

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTERROGATORY NO. 9.**    Please list the names and percentage of ownership of all individuals and/or entities who are currently shareholders and/or members of Naknek Barge.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 10.**    Please state the names of the individuals and/or entities that formed Naknek Barge.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 14 of 16
80168/7407.1



Exhibit 6
Page 14 of 26 Pages

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTERROGATORY NO. 11.**    If Naknek Barge has ever used for its own

benefit property owned by Northland Vessel Leasing or Northland Services, please list

the date, time of use, type of property used, the amount paid for the property, and the

purpose the property was used for.  The term property includes machinery, raw materials,

money, employees, or any other asset owned, leased, held, or employed by Northland

Vessel Leasing or Northland Services.

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTERROGATORY NO. 12.**    If Naknek Barge has ever had a common bank

account with Northland Vessel Leasing or Northland Services, please list the type,

location, and purpose of the common bank account.

**RESPONSE:**    PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 15 of 16
80168/7407.1

Exhibit 6
Page 15 of 26 Pages

DATED this 31st day of August, 2005.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

I certify that on August 31, 2005,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:
    ( ) Mail
    ( ) Facsimile
    ( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Naknek Barge, LLC Dated August 31, 2005
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 16 of 16
80168/7407.1

Exhibit 6
Page 16 of 26 Pages

## <u>Requests for Production to Naknek Barge Lines, LLC</u>

<u>Request for Production No. 1</u>:  Articles of incorporation, articles of organization and/or certificate of incorporation.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 2</u>:  Amendments to articles of incorporation, articles of organization and/or certificate of incorporation.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 3</u>:  Operating agreements, bylaws and/or limited liability company agreements.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 4</u>:  Amendments to operating agreements, bylaws and/or limited liability company agreements.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 5</u>:  Any document listing the names of your members and/or stockholders for year 2003.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, Naknek Barge Lines had no members or stockholders having any involvement in the subject incident.*

<u>Request for Production No. 6</u>:  Any document listing the names of your managers, officers and/or board of directors for 2003.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, Naknek Barge Lines had no managers having any involvement in the subject incident.*

Exhibit __6__

Page 17 of 26 Pages

1

<u>Request for Production No. 7</u>: All minutes of meetings of board of directors, officers, managers, stockholders, and/or members held in 2003.

> *<u>OBJECTION</u>. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 8</u>: Any document listing the names and job titles of all employees of Naknek Barge Lines in 2003.

> *<u>OBJECTION</u>. The documents requested are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 9</u>: Any document listing names and job titles of all officers, directors and/or managers of Naknek Barge Lines in 2003.

> *<u>OBJECTION</u>. The documents requested are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 10</u>: Any financial statements for years 2003, 2004 and 2005.

> *<u>OBJECTION</u>. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 11</u>: Any document describing and/or listing any financial contribution made to Naknek Barge Lines by any member, manager, officer and/or director in past 3 years.

> *<u>OBJECTION</u>. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 12</u>: Naknek Barge Lines's corporate book for years 2003, 2004 and 2005.

> *<u>OBJECTION</u>. Vague. Further, Naknek Barge Lines' "corporate book(s)" contain confidential information and is not reasonably calculated to lead to the discovery of admissible information.*

<u>Request for Production No. 13</u>: Any document relating to formation of Naknek Barge Lines.

> *<u>OBJECTION</u>. Overly broad. Unduly burdensome. The documents requested also contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*



Exhibit _6_

Page 18 of 26 Pages

Request for Production No. 14:  Any document relating to formation of Northland Services.

> *OBJECTION. The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the request for Northland Services formational documents is not properly directed to Naknek Barge Lines, a separate and distinct business entity.*

Request for Production No. 15:  Any documents relating to the formation of Northland Holdings.

> *OBJECTION. The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the request for Northland Holdings formational documents is not properly directed to Naknek Barge Lines, a separate and distinct business entity.*

Request for Production No. 16:  Any documents relating to the purchase of any stock, securities, or other interest in Naknek Barge Lines by Northland Vessel Leasing, Northland Services or Northland Holdings.

> *OBJECTION. The documents requested (if existing) are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 17:  Any documents relating to the purchase of the freight barge BARANOF TRADER.

> *Naknek Barge Lines has no responsive documents.*

Request for Production No. 18:  Any documents relating to purchase of stock, securities or any other interest in Northland Vessel Leasing by Naknek Barge Lines, Northland Services or Northland Holdings.

> *OBJECTION. The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 19:  Any insurance policies under which Naknek Barge Lines and Northland Services are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

> *OBJECTION. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant insurance information has previously been disclosed.*

Exhibit __6__

Page __19__ of __26__ Pages

3

Request for Production No. 20:  Any insurance policies under which Naknek Barge Lines and Northland Holdings are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

> *OBJECTION.  The documents requested are not reasonably calculated to lead to the discovery of admissible information.  Without waiver of objections, relevant insurance information has previously been disclosed.*

Request for Production No. 21:  Any insurance policies under which Naknek Barge Lines and Northland Vessel Leasing are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

> *OBJECTION.  The documents requested are not reasonably calculated to lead to the discovery of admissible information.  Without waiver of objections, relevant insurance information has previously been disclosed.*

Request for Production No. 22:  All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Northland Services to any officer, director, manager, member or employee of Naknek Barge Lines re: BARANOF TRADER.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*

Request for Production No. 23:  All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Naknek Barge Lines to any officer, director, manager, member or employee of Northland Services re: BARANOF TRADER.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*



Exhibit __6__

Page 20 of 26 pages

Request for Production No. 24:  All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Northland Vessel Leasing to any officer, director, manager, member or employee of Naknek Barge Lines re: BARANOF TRADER.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*

Request for Production No. 25:  All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Naknek Barge Lines to any officer, director, manager, member or employee of Northland Vessel Leasing re: BARANOF TRADER.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*

Request for Production No. 26:  Any document listing the addresses of all offices used by Naknek Barge Lines.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 27:  Any report filed with the Sec. of State of the State of Washington within the past three years.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Request for Production No. 28:  Any report filed with the Division of Corporations of State of Delaware within the past three years.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Exhibit ___6___

Page 21 of 26 Pages

Request for Production No. 29: Any report filed with the Department of Commerce of State of Alaska within the past three years.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Exhibit Le
Page 22 of 26 Pages

## Interrogatories to Naknek Barge Lines, LLC

Interrogatory No. 1: If any officer, director, manager or employee of Naknek Barge Lines ever received any salary, fee or other compensation from Northland Vessel Leasing while working for Northland Vessel Leasing, state the name and address of each person, the reason for the compensation and the date the compensation was paid.

> *OBJECTION. Vague. Naknek Barge Lines is not aware of the names of Northland Vessel Leasing employees who received compensation from Northland Vessel Leasing.*

Interrogatory No. 2: If any officer, director, manager or employee of Northland Vessel Leasing ever received any salary, fee or other compensation from Naknek Barge Lines while working for Northland Vessel Leasing, state the name and address of each person, the reason for the compensation and the date the compensation was paid.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Interrogatory No. 3: Names, job titles, addresses, phone numbers and dates of employment for every person employed by both Naknek Barge Lines and Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services employee information is not information properly requested of Naknek Barge Lines.*

Interrogatory No. 4: All persons and/or entities and percentage of ownership who were stockholders and/or members of both Naknek Barge Lines and Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, ownership interest in Northland Services is not information properly requested of Naknek Barge Lines.*

Interrogatory No. 5: Names, job titles, addresses, phone numbers and dates of employment for every person employed by both Naknek Barge Lines and Northland Vessel Leasing in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, employee information regarding Northland Vessel Leasing is not information properly requested of Naknek Barge Lines. .*

Exhibit 6
Page 23 of 26 Pages

7

Interrogatory No. 6: All persons and/or entities and percentage of ownership who were stockholders and/or members of both Naknek Barge Lines and Northland Vessel Leasing in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, ownership interest in Northland Vessel Leasing is not information properly requested of Naknek Barge Lines.*

Interrogatory No. 7: Names, job titles, addresses, phone numbers and dates of employment for every person employed by Naknek Barge Lines in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, the Naknek Barge Lines personnel with information relevant to the claim have previously been identified.*

Interrogatory No. 8: Names and percentages of ownership of all persons and/or entities who were shareholders and/or members of Naknek Barge Lines in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Interrogatory No. 9: Names and percentages of ownership of all persons and/or entities currently shareholders and/or members of Naknek Barge Lines.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Interrogatory No. 10: State the names of persons and/or entities that formed Naknek Barge Lines.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Interrogatory No. 11: If Naknek Barge Lines has ever used for its own benefit property owned by Northland Vessel Leasing or Northland Services state the date, time of use, type of property used, amount paid for the property and purpose of use (incl. machinery, raw material, money, employees, or any other asset owned, leased, held or employed by Northland Vessel Leasing or Northland Services).

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, charter documents previously identified in discovery evidence the use by Naknek Barge Lines of a barge owned by Northland Vessel Leasing.*

Exhibit 6
Page 24 of 26 Pages

Interrogatory No. 12:  If Naknek Barge Lines has ever had a common bank account with Northland Vessel Leasing or Northland Services list type, location and purpose of the common bank account.

*Naknek Barge Lines has never shared a common bank account with other entities.*

Exhibit __6__
Page 25 of 26 Pages

CERTIFICATE OF SERVICE

I declare under penalty of perjury that on October ___3___, 2005, I caused to
be served in the manner indicated below a true and accurate copy of the
foregoing document upon the following:

Neil T. O'Donnell                        [✓] By Mail
Christopher J. Slottee                   [ ] By Hand Delivery
Atkinson, Conway & Gagnon,               [ ] By Facsimile
Inc.                                     [ ] By Air Courier
420 L Street, Suite 500                  [✓] By E-Mail
Anchorage, AK  99501
Tel:  907.276.1700
Fax:  907.272.2082


BAUER MOYNIHAN & JOHNSON LLP


By:  Jason F. Nelson

Exhibit __6__
Page 26 of 26 Pages