NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
cjs@acglaw.com

COPY RECEIVED

SEP - 2 2005

BAUER MOYNIHAN & JOHNSON LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUESTS FOR** |
| | ) | **PRODUCTION AND** |
| vs. | ) | **INTERROGATORIES TO** |
| | ) | **NORTHLAND VESSEL LEASING** |
| NORTHLAND VESSEL LEASING | ) | **COMPANY, LLC DATED** |
| COMPANY, LLC and NAKNEK | ) | **AUGUST 31, 2005** |
| BARGE, LLC | ) | |
| | ) | Case No. A04-209 cv (JKS) |
| Defendants. | ) | |
| | ) | |

## REQUESTS FOR PRODUCTION

Plaintiff Joseph Abruska, by and through his attorneys, Atkinson, Conway & Gagnon, pursuant to the Federal Rules of Civil Procedure, requests that Defendant Northland Vessel Leasing Company, LLC (hereinafter Northland Vessel Leasing) produce for inspection and copying, at the offices of the attorneys for Plaintiff, no later than thirty (30) days from the date of service hereof, the following documents or things which are in its possession, custody or control.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
Page 1 of 31 Pages

"Document" means any writing or other form of record in any medium, including, but not limited to, contracts, agreements, books, letters, post cards, memoranda, telegrams, handwritten notes, invoices, purchase orders, receipts, checks, periodicals, circulars, notices, pamphlets, statements, reports, records, studies, telephone reports, correspondence, diaries, note pads, desk calendars, interoffice and personal interviews, minutes, interoffice communications, schedules, electronic records, data sheets, data processing cards, tape and disc recordings, questionnaires, in whatever form (e.g., printed, typed, longhand, shorthand, on paper, tape cards, ribbon microfilm, film or other form), or any nonidentical copy (whether different from the original because of notes made upon such copy or otherwise), however and by whomever produced or reproduced. "Document" specifically includes computer records, electronic data, and other storage systems from which information can be obtained and translated, if necessary, by respondent through detection and retrieval devices, into reasonably usable form.

If any requested item is not produced within the time allowed, please identify and describe all such items and state the facts which support the objection or other reason for nonproduction.

If you have refused to produce documents and/or materials because of claimed objections based on attorney-client privilege, the work product doctrine, preparation in anticipation of litigation, or any other objection, please describe whether or

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1969
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
Page 2 of 31 Pages

not such requested materials exist, and describe, in general, the nature of such materials or items that exist which you are not producing.

This request is a continuing request and applies to all of the requested items now in Defendant's control or which may come into Defendant's control at any time up to and including the date of trial. You are obligated to seasonably supplement or amend your answers to these discovery requests in accordance with the Civil Rules.

The term "Northland Vessel Leasing" refers to the defendant Northland Vessel Leasing Company, LLC, in whatever corporate form it currently is or was in the past. The term "Naknek Barge" refers to the defendant Naknek Barge, LLC, in whatever corporate form it currently is or was in the past. The term "Northland Holdings" refers to the entity known as Northland Holdings, Inc., in whatever corporate form it currently is or was in the past. The term "Northland Services" refers to the entity known as Northland Services, Inc., in whatever corporate form it currently is or was in the past.

**REQUEST FOR PRODUCTION 1:**    Please produce a copy of your articles of incorporation, articles of organization, and/or certificate of formation.

**RESPONSE:**    PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 2:**    Please produce a copy of any amendments to your articles of incorporation, articles of organization, and/or certificate of formation.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit    7
Page  3  of  31  Pages

**RESPONSE:**    PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 3:**    Please produce a copy of your

operating agreement, bylaws, and/or limited liability company agreement.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 4:**    Please produce a copy of any

amendments to your operating agreement, bylaws, and/or limited liability company

agreement.

**RESPONSE:**    PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 5:**    Please produce a copy of any

document listing the names of your members and/or stockholders for the year 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON. CONWAY
& GAGNON. INC.
420 L STREET
SUITE 500
ANCHORAGE. ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
Page 4 of 31

**REQUEST FOR PRODUCTION 6:**    Please produce a copy of any document listing the names of your managers, officers, and/or board of directors for the year 2003.

      **RESPONSE:**    PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 7:**    Please produce a copy of all minutes of any meeting of your board of directors, officers, managers, stockholders, and/or members that was held during 2003.

      **RESPONSE:**

PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 8:**    Please produce any document listing the names and job titles of all employees of Northland Vessel Leasing in 2003.

      **RESPONSE:**    PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 9:**    Please produce any document listing the names and job titles of all officers, directors, and/or managers of Northland Vessel Leasing in 2003.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC. ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 5 of 20
80167/7407.1

Exhibit __7__
Page __5__ of __31__ Page

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 10:**  Please produce copies of any

financial statements for the years 2003, 2004, and 2005.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 11:**  Please produce copies of any

document describing and/or listing any financial contribution made to Northland Vessel

Leasing by any member, manager, officer, and/or director in the past three years.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 12:**  Please produce a copy of

Northland Vessel Leasing's corporate book from 2003, 2004, and 2005

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 13:**  Please produce copies of any

documents relating to the formation of Northland Vessel Leasing.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
6 of 31

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 14:**   Please produce copies of any documents relating to the formation of Northland Services.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 15:**   Please produce copies of any documents relating to the formation of Northland Holdings.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 16:**   Please produce copies of any documents relating to the purchase of any stock, securities, or other interest in Northland Vessel Leasing by Northland Services or Northland Holdings.

RESPONSE:

PLEASE SEE

**REQUEST FOR PRODUCTION 17:**   Please produce copies of any documents relating to the purchase of the freight barge Baranoff Trader.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
Page 7 of 31 Pages

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 18:**   Please produce copies of any

documents relating to the purchase of stock, securities, or any other interest in Northland

Services by Northland Vessel Leasing or Northland Holdings.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 19:**   Please produce copies of any

insurance policies under which Northland Vessel Leasing and Northland Services are

joint insureds, including but not limited to (a) automobile policies, (b) property loss

policies, (c) umbrella policies, and (d) general liability policies.

**RESPONSE:**

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 20:**   Please produce copies of any

insurance policies under which Northland Vessel Leasing and Northland Holdings are

joint insureds, including but not limited to (a) automobile policies, (b) property loss

policies, (c) umbrella policies, and (d) general liability policies.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 8 of 20
80167/7407.1

Exhibit 7
Page 8 of 31

RESPONSE:



**REQUEST FOR PRODUCTION 21:**   Please produce copies of any

insurance policies under which Northland Vessel Leasing and Naknek Barge are joint

insureds, including but not limited to (a) automobile policies, (b) property loss policies, (c)

umbrella policies, and (d) general liability policies.

RESPONSE:

**REQUEST FOR PRODUCTION 22:**   Please produce copies of all

orders, reports, memoranda, instructions, or correspondence sent by any officer, director,

manager, member, or employee of Northland Services to any officer, director, manager,

member or employee of Northland Vessel Leasing, regarding the freight barge Baranoff

Trader.

RESPONSE:

**REQUEST FOR PRODUCTION 23:**   Please produce copies of all

orders, reports, memoranda, instructions, or correspondence sent by any officer, director,

manager, member, or employee of Northland Vessel Leasing to any officer, director,

LAW OFFICES
ATKINSON. CONWAY
& GAGNON. INC.
420 L STREET
SUITE 500
ANCHORAGE. ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

manager, member or employee of Northland Services, regarding the freight barge

Baranoff Trader.

      **RESPONSE:**

             PLEASE SEE
              ATTACHED

      **REQUEST FOR PRODUCTION 24:** Please produce copies of all

orders, reports, memoranda, instructions, or correspondence sent by any officer, director,

manager, member, or employee of Northland Services, to any officer, director, manager,

member or employee of Naknek Barge, regarding the freight barge Baranoff Trader.

      **RESPONSE:**

             PLEASE SEE
              ATTACHED

      **REQUEST FOR PRODUCTION 25:** Please produce copies of all

orders, reports, memoranda, instructions, or correspondence sent by any officer, director,

manager, member, or employee of Naknek Barge, to any officer, director, manager,

member or employee of Northland Services, regarding the freight barge Baranoff Trader.

      **RESPONSE:**

             PLEASE SEE
              ATTACHED

      **REQUEST FOR PRODUCTION 26:** Please produce copies of all

documents relating to the purchase of Northland Services, Inc. by its management team

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

and founding owners.  The purchase that this request refers to is the purchase described

in the article attached as Attachment A to this Request for Production.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 27:**  Please produce copies of any

document listing the addresses of all offices used by Northland Vessel Leasing.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 28:**  Please produce copies of any

documents listing the addresses of all offices used by Northland Services.

RESPONSE:

PLEASE SEE
ATTACHED

**REQUEST FOR PRODUCTION 29:**  Please produce copies of any

report filed with Secretary of State of the State of Washington within the past three years.

RESPONSE:

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 11 of 20
80167/7407.1

**REQUEST FOR PRODUCTION 30:**  Please produce copies of any report filed with the Division of Corporations of the State of Delaware within the past three years

        **RESPONSE:**      PLEASE SEE ATTACHED

**REQUEST FOR PRODUCTION 31:**  Please produce copies of any report filed with Department of Commerce of the State of Alaska within the past three years.

        **RESPONSE:**      PLEASE SEE ATTACHED

## INTERROGATORIES

Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Northland Vessel Leasing to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Northland Vessel Leasing.  These interrogatories are deemed to be continuing, and in the event information is received by Northland

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

7
12 31

Vessel Leasing subsequent to answers being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

The term "Northland Vessel Leasing" refers to the defendant Northland Vessel Leasing Company, LLC, in whatever corporate form it currently is or was in the past. The term "Naknek Barge" refers to the defendant Naknek Barge, LLC, in whatever corporate form it currently is or was in the past. The term "Northland Holdings" refers to the entity known as Northland Holdings, Inc., in whatever corporate form it currently is or was in the past. The term "Northland Services" refers to the entity known as Northland Services, Inc., in whatever corporate form it currently is or was in the past.

**INTERROGATORY NO. 1.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who, during August of 2003, was employed at the same time by both Northland Vessel Leasing and Northland Services.

**RESPONSE:**    PLEASE SEE ATTACHED

**INTERROGATORY NO. 2.**    Please list all individuals and/or entities, including their percentage of ownership who, during August of 2003, were stockholders and/or members of both Northland Vessel Leasing and Northland Services.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 3.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who, during August of 2003, was employed at the same time by both Northland Vessel Leasing and Naknek Barge.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 4.**    Please list all individuals and/or entities, including their percentage of ownership who, during August of 2003, were stockholders and/or members of both Northland Vessel Leasing and Naknek Barge.

**RESPONSE:**

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 7
Page 14 of 31 Pages

**INTERROGATORY NO. 5.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who was employed in any way by Northland Vessel Leasing during August of 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 6.**    Please list the names, job titles, addresses, phone numbers and dates of employment for every individual who was employed in any way by Northland Services during August of 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 7.**    Please list the names and percentage of ownership of all individuals and/or entities who were shareholders and/or members of Northland Vessel Leasing in August of 2003.

**RESPONSE:**

PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 15 of 20
80167/7407.1

Exhibit  7
15   31

**INTERROGATORY NO. 8.** Please list the names and percentage of ownership of all individuals and/or entities who are currently shareholders and/or members of Northland Vessel Leasing.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 9.** If any officer, director, manager, or employee of Northland Vessel Leasing ever received any salary, fee, or other compensation from Northland Services while working for Northland Vessel Leasing, please state the name and address of the person, the reason for the compensation, and the date the compensation was paid.

**RESPONSE:** PLEASE SEE
ATTACHED

**INTERROGATORY NO. 10.** If any officer, director, manager, or employee of Northland Services ever received any salary, fee, or other compensation from Northland Vessel Leasing while working for Northland Services, please state the name and address of the person, the reason for the compensation, and the date the compensation was paid.

LAW OFFICES
ATKINSON. CONWAY
& GAGNON. INC.
420 L STREET
SUITE 500
ANCHORAGE. ALASKA
99501 - 1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 16 of 20
80167/7407.1

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 11.**    Please state the names of the

individuals and/or entities that formed Northland Vessel Leasing.

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 12.**    Please state the names of the

individuals and/or entities that formed Northland Services.

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 13.**    Please list the names and percentage of

ownership of all individuals and/or entities who are currently shareholders and/or

members of Northland Services.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 17 of 20
80167/7407.1

Exhibit ___7___
Page 17 of 31 Pages

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 14.**    Please list the names and percentage of ownership of all individuals and/or entities who were shareholders and/or members of Northland Services in August of 2003.

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 15.**    Please list the names, job titles, addresses, phone numbers, and dates of employment for every individual who was employed in any way by Northland Services during August of 2003.

RESPONSE:

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 16.**    If Northland Vessel Leasing has ever used for its own benefit property owned by Northland Holdings, Northland Services, or Naknek Barge, please list the date, time of use, type of property used, the amount paid for

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 18 of 20
80167/7407.1

Page 18 of 31 Pages

the property, and the purpose the property was used for. The term property includes
machinery, raw materials, money, employees, or any other asset owned, leased, held, or
employed by Northland Holdings, Northland Services, or Naknek Barge.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTERROGATORY NO. 17.** If Northland Vessel Leasing has ever
had a common bank account with Northland Holdings, Northland Services, or Naknek
Barge, please list the type, location, and purpose of the common bank account.

**RESPONSE:**

PLEASE SEE
ATTACHED

DATED this 31st day of August, 2005.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____

Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 19 of 20
80167/7407.1

Exhibit 7
Page 19 of 31 Pages

I certify that on August 31, 2005,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:
    ( ) Mail
    ( ) Facsimile
    ( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
    Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's RFP And INT's To Northland Vessel Leasing Company, LLC Dated August 31, 2005
*ABRUSKA V. NORTHLAND VESSEL LEASING COMPANY, LLC, ET. AL.*; CASE NO. A04-209 CV (JKS)
Page 20 of 20
80167/7407.1

Exhibit 7
Page 20 of 31 Pages

**INSIDE ALASKA BUSINESS**

## TRANSPORTATION

# Northland Buys Back Barge Freight Service

The management team and founding owners of Northland Services Inc., in partnership with Endeavour Capital, have completed a management buyout of the Seattle-based common carrier and contract barge freight service company that provides service between Seattle and destinations in Alaska and Hawaii.

Jim Haagen and Jim Dunlap of Seattle, Mick Leitz of Portland, Ore., and L.C. Campbell of Wrangell founded Northland Services in 1977. In 1997, they sold Northland to Booth Creek Holdings, owned by George Gillett. In 2000, Adsteam Marine Limited of Australia joined Booth Creek as the majority co-owner by purchasing the controlling interest in Northland.

Northland Chief Executive Tom Martin, together with Barry Hachler, senior vice president and CFO, Shawn Bohnert, executive vice president, and 11 other Northland employees purchased the marine freight company from Adsteam and Booth Creek, bringing ownership back to the Northwest. Terms of the transaction were not disclosed.

"Our customers depend on us for essential freight service from Seattle to more than 125 destinations throughout Alaska and across the Pacific to ports throughout Hawaii. And, we've proven that we have the experience and capability to meet these demanding requirements," said Martin, Northland's president and CEO. "Now, with local management owning the company, the continued dedication of our more than 300 employees and the support of Endeavour Capital and our team of regional investors, we have significantly strengthened our ability to meet our customers' unique transportation requirements."



ATTACHMENT A

Exhibit 7
Page 21 of 31

# Requests for Production to Northland Vessel Leasing Company, LLC

Request for Production No. 1: Articles of incorporation, articles of organization and/or certificate of incorporation.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 2: Amendments to articles of incorporation, articles of organization and/or certificate of incorporation.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 3: Operating agreements, bylaws and/or limited liability company agreements.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 4: Amendments to operating agreements, bylaws and/or limited liability company agreements.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 5: Any document listing the names of your members and/or stockholders for year 2003.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, Northland Vessel Leasing had no managers having any involvement in the subject incident.*

Request for Production No. 6: Any document listing the names of your managers, officers and/or board of directors for 2003.

> *OBJECTION. The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, Northland Vessel Leasing had no managers having any involvement in the subject incident.*

7

22  31

Request for Production No. 7:  All minutes of meetings of board of directors, officers, managers, stockholders, and/or members held in 2003.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 8:  Any document listing the names and job titles of all employees of Northland Vessel Leasing in 2003.

> *OBJECTION.  The documents requested are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 9:  Any document listing names and job titles of all officers, directors and/or managers of Northland Vessel Leasing in 2003.

> *OBJECTION.  The documents requested are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 10:  Any financial statements for years 2003, 2004 and 2005.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 11:  Any document describing and/or listing any financial contribution made to Northland Vessel Leasing by any member, manager, officer and/or director in past 3 years.

> *OBJECTION.  The documents requested contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 12:  Northland Vessel Leasing's corporate book for years 2003, 2004 and 2005.

> *OBJECTION.  Vague.  Further, Northland Vessel Leasing's "corporate book(s)" contain confidential information and is not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 13:  Any document relating to formation of Northland Vessel Leasing.

> *OBJECTION.  Overly broad.  Unduly burdensome. The documents requested also contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

7
EXHIBIT
23  31

Request for Production No. 14:  Any document relating to formation of Northland Services.

> *OBJECTION.  The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.  Without waiver of objections, the request for Northland Services formational documents is not properly directed to Northland Vessel Leasing, a separate and distinct business entity.*

Request for Production No. 15:  Any documents relating to the formation of Northland Holdings.

> *OBJECTION.  The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.  Without waiver of objections, the request for Northland Holdings formational documents is not properly directed to Northland Vessel Leasing, a separate and distinct business entity.*

Request for Production No. 16:  Any documents relating to the purchase of any stock, securities, or other interest in Northland Vessel Leasing by Northland Services or Northland Holdings.

> *OBJECTION.  The documents requested (if existing) are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 17:  Any documents relating to the purchase of the freight barge BARANOF TRADER.

> *OBJECTION.  Overly broad.  Unduly burdensome.  The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, Northland Vessel Leasing is searching for vessel purchase documentation.*

Request for Production No. 18:  Any documents relating to purchase of stock, securities or any other interest in Northland Services by Northland Vessel Leasing or Northland Holdings.

> *OBJECTION.  The documents requested are presumed to contain confidential information and are not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 19:  Any insurance policies under which Northland Vessel Leasing and Northland Services are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

Exhibit _____7_____

Page __24__ of __31__ Pages

*OBJECTION. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant insurance information has previously been disclosed.*

Request for Production No. 20: Any insurance policies under which Northland Vessel Leasing and Northland Holdings are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

*OBJECTION. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant insurance information has previously been disclosed.*

Request for Production No. 21: Any insurance policies under which Northland Vessel Leasing and Naknek Barge Lines are joint insureds, including but not limited to (a) auto policies; (b) property loss properties; (c) umbrella policies and (d) general liability policies.

*OBJECTION. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant insurance information has previously been disclosed.*

Request for Production No. 22: All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Northland Services to any officer, director, manager, member or employee of Northland Vessel Leasing re: BARANOF TRADER.

*OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*

Request for Production No. 23: All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Northland Vessel Leasing to any officer, director, manager, member or employee of Northland Services re: BARANOF TRADER.

*OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, relevant communications have previously been disclosed.*

Request for Production No. 24: All orders, reports, memos, instructions or correspondence sent by any officer, director, manager, member or employee of Northland

Exhibit 7
Page 25 of 31 Pages

4

Services to any officer, director, manager, member or employee of Naknek Barge Lines
re: BARANOF TRADER.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are
> not reasonably calculated to lead to the discovery of admissible information.
> Without waiver of objections, communications between Northland Services and
> Naknek Barge personnel are not properly directed to Northland Vessel Leasing.*

Request for Production No. 25:  All orders, reports, memos, instructions or
correspondence sent by any officer, director, manager, member or employee of Naknek
Barge Lines to any officer, director, manager, member or employee of Northland
Services re: BARANOF TRADER.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are
> not reasonably calculated to lead to the discovery of admissible information.
> Without waiver of objections, communications between Northland Services and
> Naknek Barge personnel are not properly directed to Northland Vessel Leasing.*

Request for Production No. 26:  All documents relating to the purchase of Northland
Services by its management team and founding owners.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are
> not reasonably calculated to lead to the discovery of admissible information.
> Without waiver of objections, the information requested is not properly directed
> to Northland Vessel Leasing Company.*

Request for Production No. 27:  Any document listing the addresses of all offices used by
Northland Vessel Leasing.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are
> not reasonably calculated to lead to the discovery of admissible information.*

Request for Production No. 28:  Any documents listing the addresses of all offices used
by Northland Services.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are
> not reasonably calculated to lead to the discovery of admissible information.
> Without waiver of objections, the information requested is not properly directed
> to Northland Vessel Leasing Company.*

Exhibit 7
Page 26 of 31 Pages

Request for Production No. 29: Any report filed with the Sec. of State of the State of Washington within the past three years.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Request for Production No. 30: Any report filed with the Division of Corporations of State of Delaware within the past three years.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Request for Production No. 31: Any report filed with the Department of Commerce of State of Alaska within the past three years.

> *OBJECTION. Overly broad. Unduly burdensome. The documents requested are not reasonably calculated to lead to the discovery of admissible information. Without waiver of objections, the information requested is a matter of public record.*

Exhibit ___7___

Page 27 of 31 Pages

## Interrogatories to Northland Vessel Leasing Company, LLC

Interrogatory No. 1: Names, job titles, addresses, phone numbers and dates of employment for every person employed by both Northland Vessel Leasing and Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services employee information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 2: All persons and/or entities and percentage of ownership who were stockholders and/or members of both Northland Vessel Leasing and Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, ownership interest in Northland Services is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 3: Names, job titles, addresses, phone numbers and dates of employment for every person employed by both Northland Vessel Leasing and Naknek Barge Lines in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Naknek Barge Lines employee information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 4: All persons and/or entities and percentage of ownership who were stockholders and/or members of both Northland Vessel Leasing and Naknek Barge Lines in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, ownership interest in Naknek Barge Lines is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 5: Names, job titles, addresses, phone numbers and dates of employment for every person employed by Northland Vessel Leasing in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Exhibit 7
Page 28 of 31 Pages

<u>Interrogatory No. 6</u>: Names, job titles, addresses, phone numbers and dates of employment for every person employed by Northland Services in August 2003.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services employee data is not information properly requested of Northland Vessel Leasing.*

<u>Interrogatory No. 7</u>: Names and percentages of ownership of all persons and/or entities who were shareholders and/or members of Northland Vessel Leasing in August 2003.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

<u>Interrogatory No. 8</u>: Names and percentages of ownership of all persons and/or entities currently shareholders and/or members of Northland Vessel Leasing.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

<u>Interrogatory No. 9</u>: If any officer, director, manager or employee of Northland Vessel Leasing ever received any salary, fee or other compensation from Northland Services while working for Northland Vessel Leasing, state the name and address of each person, the reason for the compensation and the date the compensation was paid.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, payments (if any) from Northland Services to Northland Vessel Services personnel is not information properly requested of Northland Vessel Leasing.*

<u>Interrogatory No. 10</u>: If any officer, director, manager or employee of Northland Services ever received any salary, fee or other compensation from Northland Vessel Leasing while working for Northland Services, state the name and address of each person, the reason for the compensation and the date the compensation was paid.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

<u>Interrogatory No. 11</u>: State the names of persons and/or entities that formed Northland Vessel Leasing.

> *<u>OBJECTION</u>. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Exhibit ___7___

Page __29__ 31

Interrogatory No. 12: State the names of persons and/or entities that formed Northland Services.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services formational information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 13: List names and percentages of ownership of all individuals and/or entities who are currently shareholders and/or members of Northland Services.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services ownership information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 14: List names and percentages of ownership of all individuals and/or entities who were shareholders and/or members of Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services ownership information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 15: Names, job titles, addresses, phone numbers and dates of employment of all employees of Northland Services in August 2003.

> *OBJECTION. The information requested is not reasonably calculated to lead to the discovery of admissible information. Without waiver of objection, Northland Services employee information is not information properly requested of Northland Vessel Leasing.*

Interrogatory No. 16: If Northland Vessel Leasing has ever used for its own benefit property owned by Northland Holdings, Northland Services or Naknek Barge Lines, state the date, time of use, type of property used, amount paid for the property and purpose of use (incl. machinery, raw material, money, employees, or any other asset owned, leased, held or employed by Northland Holdings, Northland Services or Naknek Barge Lines).

> *OBJECTION. Vague. Overly broad. The information requested is not reasonably calculated to lead to the discovery of admissible information.*

Exhibit    7

Page 30 of 31 Pages

<u>Interrogatory No. 17</u>:  If Northland Vessel Leasing has ever had a common bank account with Northland Holdings, Northland Services or Naknek Barge Lines, list type, location and purpose of the common bank account.

*Northland Vessel Leasing has never shared a common bank account with other entities.*

Exhibit ____ 7

Page 31 of 31 Pages