RECEIVED
BY MAIL

FEB 03 2005

ATKINSON, CONWAY
& GAGNON, INC.

# FLEET TIME CHARTER

BETWEEN

## NAKNEK BARGE LINES, LLC,
### DEMISE CHARTERER

AND

## NORTHLAND SERVICES, INC.
### TIME CHARTERER

DATED: May 10, 2000

Exhibit 8
Page 1 of 2

NVLC    1000765

1   IN WITNESS WHEREOF, the parties have caused this Time Charter to be duly executed as of the
2   10th day of May, 2000.
3
4
5   WITNESS:
6
7
8
9                                               By: _____
10  _____               Name: William F. DeFree Jr.
11                                              Title: Manager
12
13
14  WITNESS:
15
16
17
18                                              By: _____
19  _____               Name: BARRY L. HACHLER
20                                              Title: SENIOR VICE PRESIDENT,
21                                                     CHIEF FINANCIAL OFFICER
                                                       AND SECRETARY

Exhibit E
Page 2 of 2

Naknek Barge Lines, LLC
Fleet Time Charter

-29-

NVLC   1000795