# FLEET

# BAREBOAT CHARTER

Covering the Vessels on
the Attached Schedule I

_____

BETWEEN

## NORTHLAND VESSEL LEASING COMPANY,
OWNER

*AND*

## NAKNEK BARGE LINES, LLC
DEMISE CHARTERER

DATED: May 10, 2000

FLEET BAREBOAT CHARTER

Exhibit 9

Page 1 of 2 Pages

1
2   IN WITNESS WHEREOF, the parties have caused this Charter to be duly executed as of the
3   _10th_ day of _May_____, _2000_.
4
5
6   WITNESS:
7
8
9   _[signature]_
10
11
12
13
14  WITNESS:
15
16
17  _[signature]_
18
19
20

By: _[signature]_
Name: __BARRY L. HACHLER__
Title: _____SENIOR VICE PRESIDENT,_____
CHIEF FINANCIAL OFFICER
AND SECRETARY

By: _[signature]_
Name: _Julian F. DePree, Jr._
Title: _Manager_

Northland Vessel Leasing Company
Fleet Bareboat Charter

- 22 -

Exhibit 9
Page 2 of 2