## Rheagan Sparks

To:       Tom.Lampman@eig.com
Cc:       Ben Burns; Barry Hachler; Mike Clevenger; Sonal Collins; Steve.Wiper@eig.com
Subject:  RE: Joseph Abruska

Tom -

Thanks for the update. His mother lives in Anchorage and his father has flown in from Spokane. I expect they will be visiting Joseph shortly if they haven't already. We understand that he does not live with either parent, but has been living with a girlfriend and/or his aunt in Naknek. Not sure who he'll stay with when he's discharged - the mother's residence would seem to make the most sense, but we'll see what they work out.

We are continuing to investigate and will want to discuss the case with Steve next week when Barry is back in town and our internal investigation is complete. Meanwhile, I appreciate you and Steve keeping me in the loop.

Rheagan Sparks
Northland Holdings, Inc.
Corporate Risk Manager
P.O. Box 24527
Seattle, WA 98124
(206) 892-2551 PH
(206) 508-7605 FX

-----Original Message-----
From: Tom.Lampman@eig.com [mailto:Tom.Lampman@eig.com]
Sent: Tuesday, August 26, 2003 9:12 AM
To: Rheagan Sparks
Cc: Ben Burns; Barry Hachler; Mike Clevenger; Sonal Collins; Steve.Wiper@eig.com
Subject: RE: Joseph Abruska

I believe his parents and some other family members are here in town. If I understood Joseph correctly, his parents were here coincidentally. I did not see them, but when Debbie (the nurse case manager I assigned) visited him there were a number of family members present.

Joseph will likely be discharged from the hospital this week. He has a sacral fracture in addition to his leg injury. The attending physician is a Dr. Manion. He told Debbie that Joseph will be completely non weight bearing for six weeks, i.e. he will be in a wheelchair. I will work with Debbie locally to make sure he gets taken care of.

"Rheagan Sparks" <rsparks@northlandservices.com> on

        To:   <Tom.Lampman@eig.com>
        cc:   "Ben Burns" <bburns@northlandservices.com>, "Barry Hachler"
              <bhachler@northlandservices.com>, "Mike Clevenger"
              <mclevenger@northlandservices.com>, "Sonal Collins"
              <scollins@northlandservices.com>, <Steve.Wiper@eig.com>
        From: "Rheagan Sparks" <rsparks@northlandservices.com>

        Date:    08/25/03 04:22 PM
        Subject:                                  RE: Joseph Abruska

Exhibit 10
Page 1 of 4 pages

1

Thanks Tom. I've talked to Barry as well. We are tracking down Joseph's family. NSI will pay their travel and hotel bills if they are able to go to Anchorage to visit him.

I will look forward to your e-mail with full details based on your investigation so far tomorrow. Thank you.

Rheagan Sparks
Northland Holdings, Inc.
Corporate Risk Manager
P.O. Box 24527
Seattle, WA 98124
(206) 892-2551 PH
(206) 508-7605 FX


-----Original Message-----
From: Tom.Lampman@eig.com [mailto:Tom.Lampman@eig.com]
Sent: Monday, August 25, 2003 3:40 PM
To: Rheagan Sparks
Cc: Ben Burns; Barry Hachler; Mike Clevenger; Sonal Collins; Steve.Wiper@eig.com
Subject: RE: Joseph Abruska


I left two voice mails for Barry but unfortunately he had not been able to retrieve them by the time I went to the hospital. I did reach him just now (3:30 your time), and filled him in on what we know so far. We'll have more detailed information tomorrow. We discussed the fact that Joseph's parents apparently live in Spokane, and the possibility of encouraging him to go there to recuperate. We'll just need to wait for the dust to settle a bit before a plan can be finalized.

"Rheagan Sparks" <rsparks@northlandservices.com> on


      To:    <Tom.Lampman@eig.com>

    cc:    <Steve.Wiper@eig.com>, "Ben Burns"
<bburns@northlandservices.com>, "Mike Clevenger"
        <mclevenger@northlandservices.com>, "Sonal Collins"

        <scollins@northlandservices.com>, "Barry Hachler"
<bhachler@northlandservices.com>
        From:   "Rheagan Sparks" <rsparks@northlandservices.com>


        Date:   08/25/03 09:47 AM

        Subject:
RE: Joseph Abruska




Tom -

2

Thanks for the update. I've received an incomplete incident report that I will fax to Steve now so that you guys can get a formal claim file started, etc. I will fax further incident and employment detail to Steve as it arrives here.

Barry's cell phone is (206) 915-3950. He'll be arriving in Anchorage around 10:30 your time. You should be able to get hold of him on the cell shortly after that.

Ben Burns, our Safety Manager, will conduct our in-house investigation of the accident. I will pass along his findings when complete.

Meanwhile, Sonal will be your primary contact here as respects the document processing for the claim, however, I would like to be kept in the loop on any updated information either as respects Abruska's condition, or your strategy for handling his case. Thank you!

Rheagan Sparks
Northland Holdings, Inc.
Corporate Risk Manager
P.O. Box 24527
Seattle, WA 98124
(206) 892-2551 PH
(206) 508-7605 FX


-----Original Message-----
From: Tom.Lampman@eig.com [mailto:Tom.Lampman@eig.com]
Sent: Monday, August 25, 2003 9:29 AM
To: Rheagan Sparks; dcredit@mail.intracorp.com
Cc: Steve.Wiper@eig.com
Subject: Joseph Abruska


Rheagan, thanks for the prompt notice of this claim. Steve and I have talked, and with his agreement I have assigned a local nurse case manager to assist us in gathering information and coordinating care. Her name is Debbie Credit - we work with her a lot here and she does a great job for us.

I spoke with Debbie about our concern over quality of care issues at the Alaska Native Medical Center. She made several points that we will want to consider before pushing too hard for a transfer to another facility: Her experience with ANMC is not bad when it comes to initial care for traumatic injuries. The difficulties with that health care system tend to arise later in the process; He will not necessarily have a better attending surgeon if we do get him transferred; It may not be medically appropriate to transfer him at this time; If he is Native and accustomed to getting his care in that system, he may not want to move. I'd suggest we assess the need for a transfer after we have more information.

I'd be happy to visit Mr. Abruska today. You mentioned Barry is in Anchorage. He can call me at my direct line, 273-2808. Is there a number I can try for him?

Steve, if you'd like to fax me a copy of your card, I'll let the claimant know you are the guy to talk to with questions about benefits. Please also copy me with the injury report and I'll pass it on to Debbie as well.

DISCLAIMER:

3

## Rheagan Sparks

**To:** Tom.Lampman@eig.com
**Cc:** Ben Burns; Barry Hachler
**Subject:** RE: Abruska

Thanks Tom - will stand by for confirmation of what is going on one way or the other.    RS

-----Original Message-----
From: Tom.Lampman@eig.com [mailto:Tom.Lampman@eig.com]
Sent: Friday, August 29, 2003 4:04 PM
To: Rheagan Sparks
Cc: Steve.Wiper@eig.com
Subject: Abruska

Rheagan, since you and Ben called about an hour ago, I've been on the phone
trying to figure out what's happening. I could not get any cooperation
from anyone at the hospital, but finally did reach our nurse case manager.
She will get the straight dope and let us know. She was doubtful that Joe
was really being discharged, since she had talked with the floor nurse late
this morning and confirmed that there was no plan for discharge today. Our
expectation was that he would be there at least through the holiday
weekend. If there has been a drastic change, discharge could be o.k. as
long as it is only locally and not travelling to Naknek. In any case
Debbie is working on getting it sorted out with the hospital. We'll update
you as soon as we know more.

tom

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or, the sender's employer, or the employer's parent company, affiliates or subsidiaries.

1

Exhibit 10
Page 4 of 4 Pages