

**State of Alaska**
**Department of Commerce, Community and Economic Development**
**Corporations, Business and Professional Licensing**
PO Box 110808
Juneau, AK 99811-0808

```
AK Entity #: 60850F
Date Filed: 01/31/2005 08:00 AM
State of Alaska
Department of Commerce
```

## Business and Professional Corporations
## 2005 Biennial Report
For the period ending December 31, 2004

Alaska Entity # 60850F

Entity Name: NORTHLAND MARINE SERVICES, INC.

Entity Mailing Address:

Name and Address of Registered Agent:
RICHARD E WELSH
3000 LORE RD, # 14
ANCHORAGE, AK 99507

Physical Address of Agent if mailing Address is a PO Box or Mail Stop:

☐ Check this box if there are no changes to the entity information listed below:

| Title | Name | Mailing Address | City, State, Zip | if Director | % Shares Held | if alien affiliate |
|---|---|---|---|---|---|---|
| President | THOMAS F MARTIN | 110 PREFONTAINE PL S STE 600 | SEATTLE WA 98104 | ☑ | | ☐ |
| Vice President | BARRY L HACHLER | 110 PREFONTAINE PL S STE 600 | SEATTLE WA 98104 | ☑ | | ☐ |
| Secretary | BARRY L HACHLER | 110 PREFONTAINE PL S STE 600 | SEATTLE WA 98104 | ☑ | | ☐ |
| Treasurer | BARRY L HACHLER | 110 PREFONTAINE PL S STE 600 | SEATTLE WA 98104 | ☑ | | ☐ |
| Director | THOMAS F MARTIN | 110 PREFONTAINE PL S STE 600 | SEATTLE WA 98104 | ☑ | | ☐ |

Please note that this report may not be filed for the record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president can not be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issues shares.

Enter any changes to the officer/director information listed above:

| Title | Name | Mailing Address | City, State, Zip | if Director | % Shares Held | if alien affiliate |
|---|---|---|---|---|---|---|
| President | Thomas F Martin | PO Box 24527 | Seattle, WA 98124 | ☑ | | ☐ |
| Vice President | Barry L Hachler | PO Box 24527 | Seattle, WA 98124 | ☑ | | ☐ |
| Secretary | G. Shawn Bohnert | PO Box 24527 | Seattle, WA 98124 | ☑ | | ☐ |
| Treasurer | Barry L. Hachler | PO Box 24527 | Seattle, WA 98124 | ☑ | | ☐ |
| Director | Thomas F Martin | P.O. Box 24527 | Seattle, WA 98124 | ☑ | | ☐ |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 1/2 X 11 sheet of paper.
This report is public information. Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling (603) 271-3244 or visit our website at http://www.dced.state.ak.us/bsc/corps.htm

| State of Domicile | Washington | | | | |
|---|---|---|---|---|---|
| Total Number of Authorized Shares | 1500 | Class: | Common | Series: | |
| Description of Business Activities in Alaska | FREIGHT TRANSPORT | | | NAICS Code | 0 |

Date: 1/6/05
Signature: [signature]
Title: S.R. V.P./CFO

This report is due on January 2nd and must be received with the applicable fees in U.S. dollars.

Domestic Entity - $100.00
If postmarked after February 1, 2005 - $137.50

Foreign
If pos...

State of Alaska
Foreign Biennial Report 1 Page(s)

Mail the completed report and the applicable fees to the address listed at the top of this form.

08-590 Revised 06/04 alh

Exhibit 11
Page 1 of 1 Pages

T0503440056