STATE OF ALASKA
# 2004
BIENNIAL REPORT
For the period ending December 31, 2003

*Filed for Record
State of Alaska
MAR 08 2004
Department of Community
and Economic Development*

File Number: 69640 F

Name of Entity: **NORTHLAND VESSEL LEASING COMPANY**

Mailing Address of Entity: ~~110 PREFONTAINE PL S STE 600 SEATTLE, WA 98104~~  P.O Box 24527

Name and Mailing Address of Registered Agent:
C T CORPORATION SYSTEM
NORTHLAND VESSEL LEASING COMPANY
801 W 10TH ST STE 300
JUNEAU AK 99801

Physical Address of Agent if Mailing Address is a PO Box or Mail Stop:

Please note that this report may not be filed for record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Title | Name | Mailing Address | City, State Zip | ☑ if Director | % Shares Held | ☑ if Alien Affiliate |
|---|---|---|---|---|---|---|
| President | *See attached list* | PO BOX 24527 | SEATTLE, WA 98124 | | | |
| Vice President | | PO BOX 24527 | SEATTLE, WA 98124 | | | |
| Secretary | | PO BOX 24527 | SEATTLE, WA 98124 | | | |
| Treasurer | | PO BOX 24527 | SEATTLE, WA 98124 | | | |
| Director | | PO BOX 24527 | SEATTLE, WA 98124 | | | |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 ½" X 11" sheet of paper.
This report is public information. Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling 907-465-2530 or visit our website at www.corprations.alaska.gov

| State of Domicile | DELAWARE | | | | |
|---|---|---|---|---|---|
| Total Number of Authorized Shares | 1000 | Class: | C | Series | |
| Description of Business Activities of the Corporation in Alaska | ANY LAWFUL | | | | |
| Primary SIC Code | 6700 | | | | |

Date _____  Signature: *Thomas Stewart*  Title: PRESIDENT

This report must be received with the applicable fees.

| Domestic Entity - $100 | Foreign Entity (State of Domicile not Alaska) - $200 |
|---|---|
| If postmarked after February 1, 2004 -137.50 | If post marked after February 1, 2004 - 247.50 |

Mail the completed report and the applicable fees to: State of Alaska
Corporation Section
PO Box 110808
Juneau, AK 99811-0808

RECEIVED
MAR 08 2004
DCED CORPORATIONS
JUNEAU

Revised 11-2003 alh

## NORTHLAND VESSEL LEASING CO.

| Directors | Officers | |
|---|---|---|
| Thomas F. Martin | George N. Gillett Jr. | Chairman of the Board |
| Barry L. Hachler | Thomas F. Martin | President |
| Larry K. Stauffer | Larry K. Stauffer | Senior Vice President |
| Richard G.B. Burns | Barry L. Hachler | Senior Vice President, Chief Financial Officer & Secretary |
| David Grbin | | |
| Shawn Bohnert | Shawn Bohnert | Assistant Secretary |
| | William D. Northey | Assistant Secretary |

Exhibit 12
Page 2 of 2