NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | |
| | ) | Case No. 3:04-cv-209-TMB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated May 8, 2006, the parties hereby submit the

following status report.

**A.    Nature of the Case**

**1.    Lead attorneys on the case:**

Plaintiff:      Neil T. O'Donnell, Atkinson, Conway & Gagnon
            Christopher J. Slottee, Atkinson, Conway & Gagnon

Defendants:   Thomas G. Waller, Bauer Moynihan & Johnson

2.   **Basis for federal jurisdiction:**

The jurisdiction of this Court arises under and by virtue of the admiralty and maritime jurisdiction of 28 U.S.C. § 1333(1) and this is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

3.   **Nature of the claims asserted in the complaint and any counterclaims:**

In August 2003 Plaintiff was working as a longshoreman on-board the freight barge Baranof Trader in Naknek, Alaska.  Plaintiff fell over the side of the Baranof Trader.  Plaintiff suffered multiple injuries as a result.

Plaintiff is asserting a claim pursuant to 33 U.S.C. § 905(b) of the Longshoreman and Harbor Workers' Compensation Act against Northland Vessel Leasing Company, LLC, as owner of the Baranof Trader; Naknek Barge, LLC, as the owner *pro hac vice* of the Baranof Trader; and Northland Services, Inc., as time charterer of the Baranof Trader.

Defendants have not asserted any counterclaims.

4.   **Name of any party that has not been served and the nature of the non-service:**

None.

5.   **Principal legal issues:**

The nature of the Defendants' duties under 33 U.S.C. § 905(b).

Whether the Baranof Trader violated federal regulations by not having three courses of railings around its periphery.

The Defendants assert that another legal issue is whether and to what extent Plaintiff's employer is at fault in its employer capacity.

6.   **Principal factual issues:**

What caused and/or contributed to Plaintiff's fall.

The extent and nature of Plaintiff's injuries.

**B.    Discovery**

    **1.    Brief description of completed discovery and any remaining discovery:**

With the exception of a pending motion to compel and the discovery related thereto, discovery has been completed.  The parties have taken depositions of the Plaintiff, the Plaintiff's doctors, the Plaintiff's ex-girlfriend, the Defendants' expert, and two employees of Northland Services, Inc.

    **2.    Brief description of any pending motions and anticipated motions:**

Plaintiff has filed a Renewed Motion for Partial Summary Judgment seeking a declaration that the Baranof Trader violated Coast Guard regulations by not having three courses of railings.  Briefing has not been completed on this motion.

Plaintiff has filed a Motion to Compel seeking the production of documents and information relating to the corporate structure of the Defendants.  Briefing has not been completed on this motion.

Defendants have filed a Motion for Summary Judgment seeking to dismiss all of Plaintiff's claims.  Briefing has not been completed on this motion.

    **3.    Brief description of any previously entered rulings on substantive issues:**

Early in the case, Plaintiff filed a Motion for Partial Summary Judgment seeking a declaration that the Baranof Trader violated Coast Guard regulations by not having three courses of railings.  Judge Singleton denied Plaintiff's Motion.

Plaintiff has renewed this Motion for Partial Summary Judgment based on discovery obtained subsequent to Judge Singleton's Order.

    **4.    Any previously filed status reports:**

None.

**C.    Trial**

    **1.    If trial is anticipated, how long will trial take, and whether a jury is requested.**

Trial is expected to take 4 days.

As this Court's jurisdiction is based on the Court's admiralty and maritime jurisdiction, there will be no jury trial.

**D.    Settlement**

**1.    Status of any settlement discussions and whether the parties request a settlement conference.**

Plaintiff submitted a written settlement offer on February 21, 2006.  No settlement negotiations have resulted from this offer.

Plaintiff requests a settlement conference.

DATED this 19th day of May, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By_____s/ Christopher J. Slottee_____
          Christopher J. Slottee
          420 L Street, Suite 500
          Anchorage, AK 99501
          Phone:  (907) 276-1700
          Fax:  (907) 272-2082
          E-mail:  cjs@acglaw.com
          ABA No. 0211055

I certify that on May 19, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By _____s/ Christopher J. Slottee_____
          Christopher J. Slottee