Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA  98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC,<br><br>        Defendants. | CASE NO. A04-209 CV (JKS) |

**(Proposed) ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

THIS MATTER having come on specially before the above-entitled court on plaintiff's motion to compel discovery.  The Court has considered plaintiff's motion, together with defendants' opposition, plaintiff's reply and the respective affidavits and exhibits of the parties.

THE COURT FINDS that plaintiff did not give defendants proper and sufficient notice, as required by the Federal Rules of Civil Procedure, of any claim for breach of the corporate veil, alter ego theory or other business impropriety; plaintiff's discovery requests to defendants Northland Vessel Leasing and Naknek Barge Lines (as identified in plaintiff's motion) were therefore not reasonably calculated to lead to the discovery of admissible evidence.

THE COURT FINDS FURTHER that defendants have responded fully by way of supplementation to plaintiff's discovery requests and no further responses are required.

IT IS THEREFORE ORDERED that plaintiff's Motion to Compel Discovery is DENIED.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121
(206) 443-3400
FAX (206) 448-9076

(proposed) ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 2 -

The Clerk of the Court is directed to forward uncertified copies of this order to counsel of record.

DATED this _____day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller

_____
Thomas G. Waller
Alaska Bar No. 0109052
Attorneys for Defendants

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

(proposed) ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -