Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC,<br><br>　　　　Defendants. | CASE NO. A04-209 CV (JKS) |

**DECLARATION OF TOM WALLER**

1.  I, Tom Waller, am attorney for defendants and am personally knowledgeable of the subjects below.

2.  I have found Mr. Abruska's two lawyers -- Chris Slottee and Neil O'Donnell -- to have been unusually courteous and professional throughout the litigation. I have exchanged with them hundreds of pages of written discovery. I have personally attended with them depositions in Seattle, Anchorage and Naknek and, via telephone, depositions in Portland and San Diego. Our meetings and discussions have always been courteous and frank. Every letter and email sent and telephone call made by myself or opposing counsel has been returned.

3.  Despite the courteous and open dealings between Messrs. Slottee, O'Donnell and me, I have never been called or personally contacted about the discovery at issue in plaintiff's motion. I have always and still do consider direct person-to-person

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DECLARATION OF TOM WALLER
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4 -

discussion a prerequisite to any discovery motion filed in the federal courts in which I am licensed and regularly practice (Alaska, Washington and Oregon).

4. On September 2, 2005, I received from plaintiff written discovery requests directed to defendants Northland Vessel Leasing and Naknek Barge Lines. Northland Services was not a party at that time, yet many of plaintiff's requests asked for information about Northland Services, Inc. As explained in prior discovery responses and in an earlier declaration by Barry Hachler, the defendant entities -- Northland Vessel Leasing, Naknek Barge Lines and Northland Services -- were and remain separate and distinct business entities.

5. Attached as *Exhibit 1* to this Declaration is a true copy of a letter I wrote to plaintiff's counsel on September 30, 2005. I received no reply to my letter and therefore concluded the matter was resolved.

6. Plaintiff made no request during litigation to take depositions (via 30(b)(6) or otherwise) of corporate representatives or any of the defense entities (e.g., directors, officers, shareholders, members, etc.).

7. Plaintiff sent no written discovery to Northland Services, Inc. at any point in the litigation.

8. Attached as *Exhibit 2* to this Declaration are portions of defendants' responses to "Plaintiff's Interrogatories and Requests for Production dated March 28, 2005."

9. Two months after the February deadline for written discovery -- and over six months after I had asked plaintiff's lawyers to confer if necessary about the earlier discovery requests -- I received a letter from opposing counsel demanding answers to the earlier discovery. Attached as *Exhibit 3* to this Declaration is a true copy of the letter I sent to plaintiff's counsel on April 18, 2006, responding to his earlier letter.

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DECLARATION OF TOM WALLER
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4 -

10. I received no response from plaintiff's counsel to my letter of April 18 until receiving his motion -- via the Court -- on May 3.

11. During the course of discovery, I turned over to plaintiff the names of all persons aboard the barge BARANOF TRADER when plaintiff was injured. Not one of the persons was employed by Northland Vessel Leasing. There has never been any suggestion, argument or evidence from plaintiff or any witnesses tending to suggest the employees aboard the barge were jointly employed or that anyone other than those barge personnel had notice of any conditions aboard the barge.

12. Plaintiff chose not to depose any persons working aboard the barge identified as employees of defendant Naknek Barge Lines.

13. Plaintiff chose not to depose any representatives of defendant Northland Vessel Leasing Company.

14. Attached as *Exhibit 4* to this declaration are supplemental discovery responses I sent to plaintiff contemporaneous with the filing of this Opposition and Declaration. The responses and documents affirm the defense entities were properly licensed, separate and distinct. There was no overlap of employees. There was no corporate disregard. There was and remains no hint of evidence that plaintiff's discovery was reasonably likely to ever lead to the discovery of admissible evidence.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this ___ day of May, 2006, at Seattle, Washington.

_____
Tom Waller

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DECLARATION OF TOM WALLER
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4 -

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on May 22, 2006, I electronically filed the **above document** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Neil T. O'Donnell**: nto@acglaw.com
**Christopher J. Slottee :** cjs@acglaw.com

BAUER MOYNIHAN & JOHNSON LLP

s/Suya Edwards

___________________________

Suya Edwards
E-mail: sedwards@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076