# BAUER MOYNIHAN & JOHNSON LLP
##### Attorneys at Law
2101 Fourth Avenue, Suite 2400, Seattle, Washington 98121  Main Phone 206.443.3400  Facsimile 206.448.9076

September 30, 2005

Christopher J. Slottee
Atkinson, Conway & Gagnon, Inc.
420 L Street, Suite 500
Anchorage, Alaska  99501

Re:   *Abruska vs. Northland Vessel Leasing; Naknek Barge Lines*

Dear Chris,

Attached are the responses of Naknek Barge Lines and Northland Vessel Leasing to Mr. Abruska's most recent discovery requests. You will note -- as you might have expected -- objections to most of the requests.  If you will tell me sometime what information you truly believe is relevant to this §905(b) claim, I will work with my clients to get you what's needed.  For now, it appears things are a bit off-track for an otherwise mostly routine third-party Longshore Act claim.

Very truly yours,

Bauer Moynihan & Johnson LLP

*[signature]*

Thomas G. Waller

Encl.

EXHIBIT ___/___ PG ___/___