Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA, <br><br> Plaintiff, <br><br> v. <br><br> NORTHLAND VESSEL LEASING COMPANY, LLC and NAKNEK BARGE, LLC, <br><br> Defendants. | CASE NO. A04-209 CV (JKS) |

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED MARCH 28, 2005

TO: Plaintiff, above-named; and

TO: Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's counsel

**Interrogatories**

INTERROGATORY NO. 1: Please describe in detail the relationship between Defendant Northland Vessel Leasing, LLC and Northland Services.

ANSWER: At the time of the accident, each was an independent business entity, with separate and distinct business functions; both entities were wholly-owned by Northland Holdings, Inc. See also supplemental disclosure of Fleet Bareboat Charter, attached.

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4-

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

COPY

EXHIBIT 2  PG 1-3

## Requests for Production

REQUEST FOR PRODUCTION NO. 1: Please produce any and all medical records regarding Joseph Abruska that you have received from anyone other than Plaintiff.

RESPONSE: **Objection**. Overly broad, unduly burdensome. Without waiver of objection, defendant Northland Vessel Leasing Company has no medical records other than those already exchanged by the parties in litigation.

REQUEST FOR PRODUCTION NO. 2: Please produce in digital format any and all photographs taken in the course of investigating Plaintiff Joseph Abruska's August 24, 2003 accident o the freight barge *Baranoff Trader*.

RESPONSE: Defendant Northland Vessel Leasing Company had no responsive photographs.

REQUEST FOR PRODUCTION NO. 3: Please produce all contracts or other agreements between Defendant Northland Vessel Leasing, LLC and Northland Services regarding the employment of longshoremen or stevedores applicable to the year 2003.

RESPONSE: Defendant Northland Vessel Leasing Company has no responsive documents.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4-

EXHIBIT 2 PG 2-3

DATED this 29 day of April, 2005.

BAUER MOYNIHAN & JOHNSON LLP

_____
Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants

I declare under penalty of perjury that on April 29, 2005, I caused to be served in the manner indicated below a true and accurate copy of the foregoing document upon the following:

Neil T. O'Donnell  
Christopher J. Slottee  
Atkinson, Conway & Gagnon, Inc.  
420 L Street, Suite 500  
Anchorage, AK  99501  
Tel: 907.276.1700  
Fax: 907.272.2082  

[X] By Mail  
[ ] By Hand Delivery  
[ ] By Facsimile  
[ ] By Air Courier  

BAUER MOYNIHAN & JOHNSON LLP

_____
By: Kathy I. Putt

ATTORNEYS AT LAW  
BAUER MOYNIHAN & JOHNSON LLP  
2101 FOURTH AVENUE  
SUITE 2400  
SEATTLE, WA  98121  
(206) 443-3400  
FAX (206) 448-9076  

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION  
Abruska / Northland; No. A04-209 CV (JKS)  
- 3 of 4-

EXHIBIT 2 PG 3-3