Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHLAND VESSEL LEASING COMPANY,<br>LLC and NAKNEK BARGE, LLC,<br><br>    Defendants. | CASE NO. A04-209 CV (JKS) |

DECLARATION OF BARRY HACHLER

1. I, Barry Hachler, am Senior Vice President and Chief Financial Officer of Northland Services, Inc.

2. In August 2003, I was Senior Vice President and Chief Financial Officer of both Northland Services, Inc. and Northland Vessel Leasing Company. The companies shared common ownership and officers, but were operated as wholly separate and distinct business entities.

3. Northland Services, Inc. is now and was, in 2003, a marine common carrier and specialized barge charterer. It delivered then, as now, freight to destinations throughout Alaska, Hawaii and the West Coast.

4. In August 2003, when plaintiff Joseph Abruska was injured, Northland Vessel Leasing Company was a vessel holding company and owner of the barge BARANOF TRADER. Northland Vessel Leasing Company had no offices, no staff, no employees and no involvement in the operations of any of its vessels. It was a single-purpose holding company; its sole function was

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

to hold title to vessels for demise (bareboat) charter to third parties. In August 2004, the corporation was converted to a limited liability company.

5. In August 2003, the BARANOF TRADER was operating under a bareboat charter to Naknek Barge Lines. Northland Vessel Leasing Company and Naknek Barge Lines were entirely separate entities, with distinct directors, officers, management, employees and ownership.

6. There was also in place in August 2003 a time charter governing the BARANOF TRADER between Naknek Barge Lines (as bareboat charterer) and Northland Services (as time charterer). Northland Services and Naknek Barge Lines were entirely separate entities, with distinct directors, officers, management, employees and ownership.

7. Under the Time Charter, Nakenk Barge Lines had exclusive navigation and control of the BARANOF TRADER (with its tugs and crew) between destinations identified by Northland Services. Personnel employed by Northland Services at its corporate shipping offices in Seattle were responsible for the barge's scheduling, ports of call and cargo booking. Those employees were not involved in the loading, unloading or lashing of cargoes in Naknek.

8. Northland Services also operated as a stevedore in August 2003, with longshoremen who loaded and unloaded barges arriving and departing Naknek. The barge supervisors and longshoremen were employed solely to load and unload the barges. They did not take any part in and had no responsibility for the booking or destinations of cargoes.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 1ST day of May 2006 at Seattle, Washington.

Barry Hachler

DECLARATION OF BARRY HACHLER
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on May 22, 2006, I electronically filed the **above document** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Neil T. O'Donnell:**  nto@acglaw.com
**Christopher J. Slottee :**  cjs@acglaw.com

BAUER MOYNIHAN & JOHNSON LLP

s/Suya Edwards

_____

Suya Edwards
E-mail: sedwards@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DECLARATION OF BARRY HACHLER
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 3 -