02/14/2006

Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,

           Plaintiff,

     v.

NORTHLAND VESSEL LEASING COMPANY,
LLC and NAKNEK BARGE, LLC,         CASE NO. A04-209 CV (JKS)

           Defendants.

DECLARATION OF ED HIERSCHE

1.    I, Ed Hiersche, am employed by Naknek Barge Lines, LLC as General Manager. I have worked in the marine barge industry for 25 years and have worked for Naknek Barge Lines for 5 years.

2.    My work in the barge industry has been almost exclusively with flat-deck cargo barges. I have personally, inspected, maintained and superintended construction of flat-deck cargo barges.

3.    As part of my work with Naknek Barge Lines, I travel to other barge facilities in Seattle and throughout the Northwest and Alaska. I am familiar with most of the general cargo barges operating out of Seattle.

4.    The barge BARANOF TRADER is equipped with two perimeter grab lines that are made up of wire rope and steel post fencing. The grab lines surround most of the deck of the barge and are similar or better (more rugged) to the grab lines I have seen on board virtually every flat-deck cargo barge in Seattle, the Northwest and Alaska. (Oil barges, gravel barges and other types

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

of specialty barges have different types of fencing or rails, designed to accommodate the service of the vessel.)

5.    Flat deck cargo barges (including the BARANOF TRADER) load cargo from the sides and from the stern by way of cargo ramps between the barge and dock.   In order to load and unload cargo, the wire posts supporting the perimeter grab lines are regularly taken down or moved in order to facilitate cargo movement.

6.    The BARANOF TRADER is a U.S. documented vessel and has been issued a Certificate of Inspection by the U.S. Coast Guard.  I have been present during the Coast Guard's inspection process aboard flat-deck barges such as the BARANOF TRADER.  The Coast Guard has never commented or complained about the two-wire system on deck cargo barges.

7.    Attached as Exhibit 1 to this declaration is the BARANOF TRADER's Certificate of Inspection (COI) issued by the U.S. Coast Guard.

8.    The BARANOF TRADER was equipped in September 2000 (when the COI was issued) with two grab lines, or safety wires.  The number and design of the grab lines has not changed since 2000.

9.    Attached as Exhibit 2 is a facsimile communication I received from Coast Guard inspector Hank O'Sullivan.  Mr. O'Sullivan was responding in the facsimile to my request for information about deck rails on flat-deck cargo barges

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this *17* day of February 2005, at Seattle, Washington.

_____
Ed Hiersche

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DECLARATION OF ED HIERSCHE
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on May 22, 2006, I electronically filed the **above document** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Neil T. O'Donnell**:  nto@acglaw.com
**Christopher J. Slottee :**  cjs@acglaw.com

BAUER MOYNIHAN & JOHNSON LLP

s/Suya Edwards
_____

Suya Edwards
E-mail: sedwards@bmjlaw.com

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

DECLARATION OF ED HIERSCHE
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 3 -

| | Certification Date: | 25 Sep 2000 |
| | Expiration Date: | 25 Sep 2005 |
| | IMO Number: | |



**United States of America**
Department of Homeland Security
**United States Coast Guard**

# Certificate of Inspection

| Vessel Name | Official Number | Call Sign | Service |
|---|---|---|---|
| BARANOF TRADER | 635398 | | Freight Barge |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| SEATTLE, WA | Steel | 0 | None |

| Place Built | Delivery Date | Date Keel Laid | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| TACOMA WA, UNITED STATES | 01Jan1981 | 18Aug1980 | R-1410 | R-42 | | R-218.9 I-218.9 |

| Owner | Operator |
|---|---|
| NORTHLAND VESSEL LEASING COMPANY<br>110 PREFONTAINE PL S 600<br>SEATTLE, WA 98104<br>UNITED STATES | NORTHLAND SERVICES INC<br>ATTN TIM KINKOPF     PO BOX 24527<br>SEATTLE, WA 98124 |

**This vessel must be manned with the following licensed and unlicensed personnel. Included in which there must be 0 certified lifeboatmen, 0 certified tankermen, 0 HSC type rating, and 0 GMDSS Operators.**

| | | | |
|---|---|---|---|
| Master | Master & 1st Class Pilot | Radio Officer(s) | Chief Engineer | QMED/Rating |
| Chief Mate | Mate & 1st Class Pilot | Able Seamen/ROANW | 1st Asst. Engr/2nd Engr. | Oilers |
| 2nd Mate/OICNW | Lic. Mate/OICNW | Ordinary Seamen | 2nd Asst. Engr/3rd Engr. | |
| 3rd Mate/OICNW | 1st Class Pilot | Deckhands | 3rd Asst. Engr. | |
| | | | Lic. Engr. | |

In addition, this vessel may carry  0  passengers,  0  other persons in crew,  0  persons in addition to crew, and  no others.  Total persons allowed:  0

Route Permitted and Conditions of Operation:

---Oceans---

THIS CERTIFICATE IS VALID ONLY AS LONG AS THE OPERATING RESTRICTIONS IN THE VESSEL'S CURRENT STABILITY LETTER AND LOAD LINE CERTIFICATE ARE OBSERVED.

---Hull Exams---

| Exam Type | Next Exam | Last Exam | Prior Exam |
|---|---|---|---|
| Drydock | 31Dec2005 | 18Sep2003 | 31Dec2001 |
| Internal structure | 09Dec2005 | 18Sep2003 | 31Dec2001 |

***SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at SEATTLE, WASHINGTON, the Officer in Charge, Marine Inspection, SEAMS certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

| Annual/Periodic/Quarterly Reinspections | | | | This Amended certificate issued by |
|---|---|---|---|---|
| Date | Zone | A/P/Q | Signature | |
| 04Mar2002 | SEAMS | P | Houser, Jill L | JOHN E. VEENTJER, By direction of the<br>Officer in Charge, Marine Inspection<br>Marine Safety Office Puget Sound<br>Inspection Zone |

Exhibit 1, page 1, of 2



Department of Homeland Security
United States Coast Guard

# *Certificate of Inspection*

Page 2 of 3

Certification Date:
25Sep2000

BARANOF TRADER

---

## ---Stability---

Book          Approval Date / 18Oct1981          Office/ SFCMS

## ---Liquid/Gas/Solid Cargo Authority/Conditions---

*Conditions of Carriage*
THIS VESSEL IS AUTHORIZED TO CARRY GRADE D IN PORT AND STBD AFTER RAKE WING TANKS TO A
MAXIMUM CAPACITY OF 100,000 GALLONS AS FUEL FOR THE TOWING VESSEL ONLY DURING OCCASIONAL
LONG VOYAGES.  WHEN NOT CARRYING FUEL DURING OCCASIONAL LONG VOYAGES, TANKS ARE TO BE
EMPTIED OF ALL FUEL.

 A CERTIFIED TANKERMAN OR LICENSED OFFICER IS REQUIRED AS THE PERSON-IN- CHARGE WHEN OIL
TRANSFER OPERATIONS ARE UNDERTAKEN. THE LICENSED OFFICER OR CERTIFICATED TANKERMAN MAY
NOT WORK MORE THAN 15 HOURS IN ANY 24 HOUR PERIOD, OR WORK MORE THAN 36 HOURS IN ANY 72
HOUR PERIOD, EXCEPT IN AN EMERGENCY OR A DRILL. "WORK" INCLUDES ANY DUTIES ASSOCIATED
WITH THE VESSEL WHETHER PERFORMED ON BOARD THE VESSEL OR ONSHORE.

## ---Inspection Status---

*Fuel Tanks*
                    Internal Examinations
Tank ID       Previous          Last              Next
PORT AFTER RAKE WING
              09Dec1998         18Sep2003         31Dec2008
STBD AFTER RAKE WING
              09Dec1998         18Sep2003         09Dec2008

## ---Lifesaving Equipment---

| | Number | Persons | | Required |
|---|---|---|---|---|
| Total Equipment for | | 0 | Life Preservers(Adult) | 0 |
| Lifeboats(Total) | 0 | 0 | Life Preservers(Child) | 0 |
| Lifeboats(Port)* | 0 | 0 | Ring Buoys(Total) | 0 |
| Lifeboats(Starbd)* | 0 | 0 |  With Lights* | 0 |
| Motor Lifeboats* | 0 | 0 |  With Line Attached* | 0 |
| Lifeboats W/Radio* | 0 | 0 |  Other* | 0 |
| Rescue Boats/Platforms | 0 | 0 | Immersion Suits | 0 |
| Inflatable Rafts | 0 | 0 | Portable Lifeboat Radio | 0 |
| Life Floats/Buoyant App | 0 | 0 | Equipped with EPIRB? | No |
| | | | (* included in totals) | |

## ---Certificate Amendments---

*Current Amendment*
Port Amending/ MSO PUGET SOUND          Date Amended/ 18Sep2003
-Remarks-
Completed Credit Drydock Examination & Internal Structural Examination.

1.   Port Amending/ SEAMS          Date Amended/ 31Dec2001
 -Remarks-
Completed credit drydock and internal structural examination. Exhibit __1__, page __2__, of __2__

# USCG MSO
# Portland, Oregon

| | | | |
|---|---|---|---|
| **To:** | Ed Hiersche | **From:** | H. O'Sullivan |
| **Fax:** | (206) 508-7627 | **Pages:** | 1 including cover |
| **Phone:** | (503) 240-9374 FAX 240-9369 | **Date:** | 02/07/2005 |
| **Re:** | Rails and Guards Aboard Unmanned | **CC:** | |
| | Deck Cargo Barges For Ocean Service | | |

**Urgent**    **For Review**    **Please Comment**    **Please Reply**

Good afternoon Ed,

Please note the attached excerpt from Chapter Five of the USCG's Marine Safety Manual, Vol. IV. It is the long standing policy of the U.S. Coast Guard that 46 CFR 98.25 does not apply to unmanned deck cargo barges engaged in Ocean service.

Hank O'Sullivan

Senior Marine Inspector / U.S. Vessel Inspections Dispatcher

Exhibit __2__, page __1__, of __3__

MARINE SAFETY MANUAL

5.B.13.  Tank Barges.  The basic structural fire protection requirement for tank
barges is that the entire cargo deck, including hatch covers, ullage
openings, etc., be of steel or iron construction.  Aboard tank barges, the
use of aluminum hatch covers for dedicated wing and rake voids is
acceptable.

C.  Hull Arrangements And Fittings.

1.  Access And Egress Routes.

a.  Rails And Guards Aboard Unmanned Deck Cargo Barges For Ocean Service.
The rail and guard requirements of 46 CFR 92.25 do not apply to
unmanned deck cargo barges for ocean service.  Like unmanned tank
barges under 46 CFR 32.01-10(a), these vessels are exempt from the
rail and guard requirements.

b.  Use Of Air Ports Aboard Manned Tank Barges.  Aboard a manned tank
barge with six persons or less aboard, air ports shall be accepted as
a second means of escape, provided:

(1)  There is a minimum of one air port for each two persons; and

(2)  The accessibility and arrangement is suitable to the officer in
charge, marine inspection (OCMI).  This includes hand-holds over
the air port on each side of the bulkhead as well as rungs to
reach the air port.  [NOTE:  A vertical ladder with a scuttle is
also acceptable.  If there are more than six persons aboard, air
ports are not an acceptable means of escape, and a suitable means
of escape shall be provided.]

c.  Vertical Ladders.  To provide adequate safety for shipboard personnel,
the specifications for vertical ladders set forth in American National
Standards Institute (ANSI) 14.3 are followed.  These specifications
are found in 46 CFR 108.160.

d.  Vertical Engine Room Escape Ladders Aboard Offshore Supply Vessels
(OSV's).  Most early OSV designs had stacks aft and outboard; this
provided for port and starboard stairways within the stack housing,
with doors opening to the freeboard deck.  More recent designs have
placed stacks forward, thus eliminating an accommodating structure for
a stairway and door on the freeboard deck.  Aboard OSV's where the
installation of a watertight door and stairway for emergency egress
from the engine room is impractical (i.e., no deckhouse or stack
structure exists over the engine room), the following guidelines
should be applied:

(1)  A vertical ladder/deck scuttle is acceptable as a secondary means
of escape from the engine room.  However, the primary means of
escape shall be a stairway.  These two means of escape shall be
located as remote from each other as practicable.

Exhibit ____ 2 , page ____ 2 , of ____ 3



# Naknek Barge Lines L.L.C.

An ISM/ISO 9001 Certified Company

Chief of Inspection Department
ATTN: Hank O'Sullivan
U.S. Coast Guard Station Portland
6767 N. Basin Dr.
Portland, Oregon  97217-3992

Re:   Flat-deck (inspected) cargo barges
      Rails and Guards
      46 CFR § 92.25-5 ("Where rails required.")

Dear Mr. O'Sullivan:

We write to you requesting a letter response concerning 46 CFR § 92-25-5.

Naknek Barge Lines, LLC charters flat-deck cargo barges engaged primarily in the trade between Washington and Alaska. The barges are all unmanned, but do have around their perimeter one, and sometimes two, courses of wire serving as safety lines. As vessels documented and inspected by the U.S. Coast Guard, the barges have been boarded and inspected numerous times by Coast Guard personnel. Neither Naknek Barge Lines nor any barge operator we are aware of has ever been cited for having one or two perimeter wires. We are also aware that Portland-based Zidell Marine and Gunderson Marine continue to deliver flat-deck barges with one and two courses of perimeter wire.

It has always been the understanding of Naknek Barge Lines that 46 CFR § 92.25-5 ("Where rails required.") is applicable only to <u>manned</u> vessels and is therefore not applicable to <u>unmanned</u> barges. It has come to our attention, however, that 92.25-5 and its associated regulations do not clearly indicate the non-applicability of that regulation to unmanned barges.

We would appreciate a letter from your office clarifying that 46 CFR § 92.25-5 is not applicable to unmanned, seagoing, inspected cargo barges.

Thank you.

/s/

6701 Fox Avenue South, Seattle, WA 98108
(206) 658-0222 • Fax (206) 768-1247

Exhibit __2__, page __3__, of __3__