1  Thomas G. Waller
   Alaska Bar No. 0109052
2  BAUER MOYNIHAN & JOHNSON LLP
   2101 4TH Avenue - 24th Floor
3  Seattle, WA  98121
   (206) 443-3400
4
   Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,

        Plaintiff,

  v.

NORTHLAND VESSEL LEASING
COMPANY, LLC and NAKNEK
BARGE, LLC; and NORTHLAND
SERVICES, INC.,

        Defendants.

CASE NO. A04-209 CV (JKS)

### ORDER DENYING PLANTIFF'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT
### (Proposed)

THIS MATTER having come on specially before the above-entitled court on plaintiff's Renewed Motion for Partial Summary Judgment.  The Court has considered plaintiff's motion, and defendants' opposition (and declarations and supporting evidence) and plaintiff's reply.  The Court finds that the BARANOF TRADER was a tank barge at all relevant times and was exempt from all perimeter guard rail requirements.

The Court therefore ORDERS that plaintiff's renewed Motion for Partial Summary Judgment is denied.

The Clerk of the Court is directed to forward uncertified copies of this order to counsel of record.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

ORDER DENYING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT (proposed)
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 2 -

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller

_____
Thomas G. Waller
Alaska Bar No. 0109052
Attorneys for Defendants

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

ORDER DENYING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT (proposed)
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -