## EXHIBITS TO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

| Exhibit No. | Description |
| --- | --- |
| 1 | Joseph Abruska Deposition Excerpts |
| 2 | Exhibit 1 to Deposition of Luke Donkersloot<br>Incident Investigation – Personal Injury to Joseph Abruska |
| 3 | Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and<br><br>Plaintiff Joseph Abruska's First Requests for Admission to Defendant Naknek Barge Lines, LLC, dated December 15, 2004;<br><br>Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and<br><br>Plaintiff Joseph Abruska's First Requests for Admission to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004;<br><br>Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and<br><br>Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Naknek Barge Lines, LLC, dated December 15, 2004;<br><br>Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and<br><br>Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004. |
| 4 | William Emory Deposition Excerpts |
| 5 | Leo Naekel Deposition Excerpts |
| 6 | Christopher Manion, M.D., Deposition Excerpts |

## <u>TABLE OF CONTENTS</u>

| <u>Exhibit No.</u> | <u>Description</u> |
|---|---|
| 7 | John Swanson, M.D., Deposition Excerpts |
| 8 | Alaska Native Medical Center Operative Report prepared by Christopher Manion, M.D. |
| 9 | William Clark, M.D., Deposition Excerpts |
| 10 | Kimberly Savo Deposition Excerpts |
| 11 | Court Order, dated June 6, 2005 |
| 12 | Luke Donkersloot Deposition Excerpts |

84789/7407.1