Page 1

1              IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF ALASKA AT ANCHORAGE

2

3    JOSEPH ABRUSKA,                          )
                                              )
4              Plaintiff,                      )
                                              )
5        vs.                                   )
                                              )
6    NORTHLAND VESSEL LEASING COMPANY,         )
     LLC, and NAKNEK BARGE, LLC,               )
7                                              )
               Defendants.                     )
8    _____)

     Case No. A04-209 CV (JKS)
9

10

11


12
           DEPOSITION OF JOSEPH DENNIS ABRUSKA, II
13

14

15

16              Pages 1 - 199, Inclusive

17              Thursday, May 26, 2005

18                   8:52 a.m.

19

20
           Taken by Attorneys for Defendants
21                          at
           Atkinson, Conway & Gagnon, Inc.
22              420 L Street, Suite 500
              Anchorage, Alaska  99501

23

24

25

Exhibit ___1___
Page _1_ of _21_ Pages

Page 2

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2

      For the Plaintiff:
 3
          Christopher J. Slottee and Neil T. O'Donnell
 4        Atkinson, Conway & Gagnon, Inc.
          420 L Street, Suite 500
 5        Anchorage, Alaska  99501
          (907)276-1700
 6

 7

      For the Defendants:
 8
          Thomas G. Waller
 9        BAUER MOYNIHAN & JOHNSON LLP
          2101 4th Avenue - 24th Floor
10        Seattle, Washington  98121
          (206)443-3400
11

12

      Court Reporter:
13
          Gail Ruth Peckham, RPR
14        Registered Professional Reporter
          PACIFIC RIM REPORTING
15        711 M Street, Suite 4
          Anchorage, Alaska  99501
16        (907) 272-4383

17

18

19

20

21

22

23

24

25
```

Exhibit ____1____

Page _2_ of _21_ Pages

Page 3

1                           I-N-D-E-X

2

3    EXAMINATION BY                              PAGE

4
         Mr. Waller                                4
5        Mr. Slottee                             196

6

7    EXHIBITS

8

9    1     Typewritten list (1 pg)               52

10   2     Color photograph (1 pg)              159

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 1

Page 3 of 21 Pages

Page 12

1    Q.  And they sent you hydrocodone?
2    A.  Yeah, yes.
3    Q.  What's your aunt's name?
4    A.  Eva Nielsen King.
5    Q.  Then you had just called her up and said
6    that I want some sort of medication, and she arranged
7    it for you?
8    A.  Well, I talked to one of the health aides
9    in King Salmon, and she was supposed to have me -- or
10   have them send some out, but I left before they got
11   there.  And then -- so they called back to
12   Dillingham, and my Aunt Eva talked to some of them to
13   get it sent.
14   Q.  Do you have those pills with you today?
15   A.  No, I don't.
16   Q.  How many are left, do you know?
17   A.  I've probably only taken, near, from seven
18   to ten.
19   Q.  In the last couple months?
20   A.  Yes.
21   Q.  When do you take it, the hydrocodone?
22   A.  Whenever I feel my pain level is too much.
23   Q.  And you said you thought the doctor gave
24   you too low of a dose.  So in that respect, do you
25   just take two of them, instead of one?  Or what do

Page 13

1    you do when you think the dosage is too low?
2    A.  Just -- just try a couple.  I think that's
3    the most I've had, is two.  But I usually just try
4    and take one.
5        They didn't seem to work too much,
6    though.
7    Q.  When was the last time you took one of
8    those hydrocodone tablets?  Has it been a month?
9    A.  It's -- it's been around that time, yes.
10   Q.  And that's the most recent medication
11   you've had, related to your accident, was that
12   hydrocodone, in March, probably?
13   A.  Yes.
14   Q.  When, prior to March of 2005, had you had a
15   prescription medication for pain related to your
16   accident, if you can recall?
17   A.  When I got back to Naknek, I went and saw
18   the doctor for that, and they gave me some
19   medication.
20   Q.  That was September of '03?
21   A.  I believe so, yes.
22   Q.  Okay.
23   A.  And I think just the hospital prescribed me
24   some and --
25   Q.  The Naknek hospital or the Anchorage?

Page 14

1    A.  I'm sorry.  The Anchorage hospital.
2    Q.  Okay.
3    A.  And then I went to Naknek and then got some
4    more, because the other stuff they had me on made me
5    uncomfortable, itchy and stuff, and had side effects.
6    Q.  When do you think the last prescription you
7    had was given to you for your pain medication, over
8    in Naknek?  Was it September of 2003?
9    A.  Yes.  It was just that one time there.
10   Q.  Okay.  Just one prescription for pain
11   medication?
12   A.  I believe so, yes.
13   Q.  And when -- I think I do recall something
14   in there where you had some sort of reaction to it.
15   So you changed medications, at that point?
16   A.  Yes.
17   Q.  So you had that one prescription, and then
18   that ran out, and you didn't renew it?
19   A.  No.
20   Q.  Maybe my question wasn't clear.  You just
21   had that one prescription for pain medication, back
22   in September, October of 2003 until March 2005?
23   A.  Oh, yes.
24   Q.  There was also some discussion -- that
25   we'll get into a little bit more later -- about

Page 15

1    erectile dysfunction and then some urological
2    problems you were having.  Are you taking any
3    medication for those problems?
4    A.  For the erectile dysfunction, Cialis.
5    Q.  Okay.
6    A.  But not anymore, for the urological
7    problems.
8    Q.  Let's take those one at a time.
9        When was the first time you were prescribed
10   something for erectile dysfunction?  Was that in the
11   November time period of 2003?
12   A.  I can't really recall.  I think it was my
13   first or second visit to the urologist.  I think my
14   first.
15   Q.  Was that Dr. Clark?
16   A.  Yes.
17   Q.  And he gave you something, but it wasn't
18   Cialis the first time, was it?
19   A.  No.  It was Viagra and Levitra.
20   Q.  Okay.  And at some point you switched over
21   to Cialis?
22   A.  Yes.
23   Q.  And do you recall when that would have
24   been?
25   A.  After they gave me the trial of the Viagra

PACIFIC RIM REPORTING
907-272-4383

Exhibit  1
Page  4  of  21  Pages

Page 16

1  and the Levitra, the appointment right after that. I
2  can't recall when that appointment was.
3      Q.  And how many prescriptions have you had of
4  Cialis, in the last year or two?
5      A.  I think two.
6      Q.  And how many pills do you get each time?
7      A.  About ten.  But he prescribes them 20
8  milligrams instead of ten, so you cut those in half.
9      Q.  So if he gives you ten pills, it's actually
10 20 doses?
11     A.  Yes.
12     Q.  And how many pills are in your jar right
13 now?
14     A.  About three.
15     Q.  And how long do you think you've had that
16 jar or bottle?
17     A.  Seven months, eight months.  I think maybe
18 my last visit to the urologist, Dr. Clark.
19     Q.  When do you take the Cialis?
20     A.  Not -- not too much.  The last time I took
21 it was a couple months ago.
22     Q.  And what is the occasions that you need --
23 that you feel like you need to take Cialis?
24     A.  Whenever I get intimate.
25     Q.  Do you plan ahead, or do you take it close

Page 17

1  in time to when you think you're going to be
2  intimate?
3      A.  Kind of have to plan ahead.
4      Q.  Okay.  Do you live with Kim still?
5      A.  No.
6      Q.  Is she still your girlfriend?
7      A.  No.
8      Q.  When did you break up with her?
9      A.  About three, four months ago.
10     Q.  When you took this, a couple of months ago,
11 was that for an intimate time with Kim, or was it for
12 an intimate time with somebody else?
13     A.  That was with Kim.  She came down for a
14 week.
15     Q.  Down to El Paso to visit -- or --
16     A.  Santa Fe.
17     Q.  -- Santa Fe to visit?
18     A.  Yes.
19     Q.  How long before that had she last visited
20 you, Kim?
21     A.  That was the only time, in April, I
22 believe -- or two months.
23     Q.  That was the first time you had seen her
24 since when?
25     A.  Since November or December.

Page 18

1      Q.  Had you seen her in November or December up
2  in Alaska or down in Santa Fe?
3      A.  Santa Fe.
4      Q.  Okay.  She'd come to visit you back then?
5      A.  She lived there, actually, then.
6      Q.  She was living with you?
7      A.  Yes.
8      Q.  The name you give, the Abruska name, that
9  you live with down there, is that your brother, or
10 who is that?
11     A.  Yes, that was my brother.
12     Q.  Okay.  Do you have a current girlfriend?
13     A.  No.
14     Q.  Did you break up with Kim or did she break
15 up with you?
16     A.  It was kind of mutual.
17     Q.  Just personality differences, or was there
18 anything that triggered it?
19     A.  I couldn't really say.
20     Q.  Was it distance-related, or just you guys
21 went your separate ways?
22     A.  Yeah, about separate ways.
23     Q.  Have you, in the last year, tried to be
24 intimate with anybody without taking Cialis?
25     A.  Yes.  A few times, with Kimberly.

Page 19

1      Q.  And what were the results?
2      A.  I had to take medicine or just stop.  There
3  was no erection involved.
4      Q.  And Cialis would give you immediate
5  results?
6      A.  Yes, within an hour or so.
7      Q.  Okay.  At no time, when you were with Kim,
8  did she ever get pregnant, did she?
9      A.  No.
10     Q.  You were living with her parents prior to
11 the incident, weren't you -- to the accident, August
12 of 2003?
13     A.  Yes.
14     Q.  You were 18 at the time?
15     A.  Yes.
16     Q.  And she was 16?
17     A.  Yes.
18     Q.  During that time period, were you having
19 sexual relations with Kim?
20     A.  Yes.
21     Q.  Do you know how often those would occur?
22     A.  No, I couldn't say.  Not -- not often.
23     Q.  And would it be your testimony that you
24 didn't have any problems with intimacy, at that
25 point?

7 (Pages 16 to 19)

Exhibit ____1____
Page __5__ of _21_ Pages

Page 20

1    A.  **Before my accident, yes.**
2    Q.  Right.  Okay.
3        And only as a result of the accident, it
4    would be your testimony, that -- did you have
5    erectile dysfunction problems?
6        MR. SLOTTEE:  Objection.
7        THE WITNESS:  After the accident.
8    BY MR. WALLER:
9        Q.  Just so I can clear up the record, what was
10   the objection for?
11       MR. SLOTTEE:  You're asking for a medical
12   opinion.
13       MR. WALLER:  Oh, okay.  Fair enough.
14   BY MR. WALLER:
15       Q.  As far as you could tell, any sort of
16   erectile-dysfunction problems that you were having
17   started after the accident?
18       A.  **Yes, after the accident.**
19       Q.  And they didn't exist before, as far as you
20   can recall?
21       A.  **No.**
22       Q.  Have you been with any other girls since
23   Kim -- I may have asked you that -- in the last two
24   years, including recently?
25       A.  **No.**

Page 21

1    Q.  Do you have any plans to see Dr. Clark?
2    A.  **Yes.  Actually, June 1st.**
3    Q.  And that will be the first time you've seen
4    him since when?
5    A.  **I believe last -- sometime last year.**
6    Q.  Are you going to see him over in Naknek, or
7    is he in Anchorage?
8    A.  **No, he's in Anchorage.**
9    Q.  Are you flying back to Naknek, or are you
10   going to stay here until June 1st?
11   A.  **I'm staying here until June 1st.**
12   Q.  Where do you stay when you're in Anchorage?
13   A.  **My grandparents.**
14   Q.  When did you get up here, before today's
15   deposition?
16   A.  **Three days ago.**
17   Q.  Did you fly straight up from Santa Fe?
18   A.  **No.  I drove and flew from Oregon.**
19   Q.  How did you get from Santa Fe to Oregon?
20   A.  **U-Haul.**
21   Q.  Okay.  And who did you go with there?
22   A.  **Just -- I drove by myself.**
23   Q.  And then you flew up from Oregon?
24   A.  **Yes.**
25   Q.  Where did you leave your things at?

Page 22

1    A.  **At a storage unit in Philomath.**
2    Q.  How did you choose that location --
3        (Reporter requested clarification.)
4        THE WITNESS:  Philomath.
5    BY MR. WALLER:
6    Q.  How do you spell that?
7    A.  **P-h-i-l-o-m-a-t-h.**
8    Q.  What part of the state is that in?
9    A.  **That is around Albany.**
10   Q.  Okay.  How did you choose that location to
11   leave your things?
12   A.  **My uncle lives in Alsea, which is right**
13   **outside Philomath.  And so I decided to, instead of**
14   **store them in Portland, to store them in Philomath.**
15   Q.  What was the reason you didn't leave it
16   down in Santa Fe?
17   A.  **Oh.  It was just easier, I guess, to bring**
18   **all my stuff, instead of leaving it there and having**
19   **it sent up later.**
20   Q.  Are you done with Santa Fe?
21   A.  **Yes.**
22   Q.  Are you done with school?
23   A.  **No.  I'm attending school in September, in**
24   **Portland.**
25   Q.  And what's the name of that school going to

Page 23

1    be?
2    A.  **Western Culinary Institute.**
3    Q.  Are you taking any medications for your
4    urological problems?
5    A.  **No, not anymore.**
6    Q.  Do your urological problems, that you had
7    previously, seem to be all taken care of, as far as
8    you can tell?
9    A.  **Yes.  I did stop the medication, and the**
10   **doctor told me that it seems to be better,**
11   **urological, emptying my bladder more.**
12   Q.  Is that Dr. Clark, as well?
13   A.  **Yes.**
14   Q.  And he told you that a year ago, when you
15   saw him last?
16   A.  **Yes.**
17   Q.  And you haven't taken urological medicine
18   since then?
19   A.  **Yes.**
20   Q.  That's correct, what I just said?
21   A.  **Yes.**
22   Q.  What was your problem, urologically -- or
23   whatever term you want to use -- prior to a year ago?
24   A.  **Well, I wasn't emptying my bladder fully,**
25   **so I was prescribed medicine for that.**

8 (Pages 20 to 23)

Exhibit __1__

Page _6_ of _21_ Pages

**Page 24**

1   Q.   And so the problem would be, that you would
2   go to the bathroom, and ten minutes later,
3   you'd have to go again?
4       A.   Yes.
5       Q.   Was there any other problem you were
6   having, or was that it, as far as your urological
7   function, separate from your erectile dysfunction?
8       A.   Those were the -- that was the only problem
9   I had, with that.
10      Q.   And that had been as a result of the
11  accident, as far as you could tell?
12      A.   Yeah, as far as I could tell.
13      Q.   And again, that problem was, that you would
14  go to the bathroom, and a short time later,
15  you'd have to go again, it just wasn't emptying your
16  bladder?
17      A.   Yes.
18      Q.   And what did the medication do for you, so
19  far as you could tell?
20      A.   I can't really remember what it was
21  supposed to do.
22      Q.   But I mean non-medically speaking, it
23  helped you, so you didn't have to be running to the
24  bathroom all the time?
25      A.   Oh, yes.

**Page 25**

1       Q.   Did it do anything else for you?
2       A.   Medically?
3       Q.   Right, as far as you could tell.
4       A.   I don't believe so, no.
5       Q.   At any point after the accident in August
6   of 2003, did you ever have any pain as a result of
7   trying to urinate, or was it just a matter of not
8   being able to empty your bladder?
9       A.   Yes, I couldn't empty my bladder fully.
10      Q.   Then that was the problem?
11      A.   Yes.
12      Q.   Did that cause pain, or was it just
13  inconvenience?
14      A.   No, it was just inconvenience.
15      Q.   And then the other -- tell me if I'm --
16  fair to break this down:  The three problems,
17  generally speaking, that you had as a result of the
18  accident, is that you had some broken bones in your
19  pelvis and your leg; is that correct?
20      A.   Yes.
21      Q.   And then the second problem you had was a
22  urological problem, where you couldn't go to the --
23  you couldn't empty your bladder all the way?
24      A.   Yes.
25      Q.   And then the third problem was the erectile

**Page 26**

1   dysfunction?
2       A.   Yes.
3       Q.   Okay.  Is it your feeling, or do you know,
4   that your erectile dysfunction is still an issue, or
5   do you think that's done?
6       A.   I'd have to say it's still an issue.
7       Q.   And Dr. Clark is the only person you've
8   seen for that?
9       A.   Yes.
10      Q.   The urological problems were done as of
11  about a year ago, or whenever you last saw Dr. Clark?
12      A.   When I first saw him, he did tests.  But
13  since then, it's -- it hasn't been a problem.
14      Q.   Not since he -- not since you first saw
15  him?
16      A.   Since I last saw him.
17      Q.   Since you last saw him.
18      A.   Sorry.
19      Q.   As you sit here today, how would you
20  characterize how your leg and pelvic area is feeling,
21  if it's feeling anything?
22      A.   Right now, just sort of sore, my upper leg.
23  It happens in the morning.
24      Q.   Where at in your upper leg?
25      A.   Just the whole upper side.

**Page 27**

1       Q.   Your upper front thigh area?
2       A.   Yeah.  Yes.  I'm sorry.
3       Q.   Is it right by the pelvis, or is it halfway
4   down, or where is it at in your thigh?
5       A.   It's a little down from the pelvis.
6       Q.   Okay.  And that happens every morning, or
7   once in a while, or how would you characterize how
8   often that occurs?
9       A.   It happens often in the morning.
10      Q.   And it's just -- it's a soreness in your
11  upper leg?
12      A.   Yes.
13      Q.   And does it go away by noon, or what is the
14  time line of the soreness?
15      A.   It's -- it's erratic, so it's not like a
16  schedule; it doesn't -- it doesn't hurt often, all
17  the time.  Like, it just happens.  It goes away
18  sometimes earlier, then, and stay later, or...
19      Q.   That seems to be the pain issues that
20  you're still having.  And that is, that once in a
21  while, or some level of erratic frequency, as you
22  say, there's a soreness in your leg in the morning
23  when you wake up?
24      A.   Sorry.  Could you...
25      Q.   It wasn't that good of a question.

9 (Pages 24 to 27)

Exhibit ___1___

Page _7_ of _21_ Pages

Page 28

1    I'm trying to figure out when you're
2  feeling this pain. And as you've explain it --
3  correct me if I'm wrong -- it happens sometimes in
4  the morning, in your upper leg, where it's a
5  soreness?
6    **A.  It could be any time during the day,**
7  **especially towards the night, too. It could be**
8  **anywhere from my knee up to around my upper thigh.**
9  **But it varies.**
10   Q.  And how do you explain it better than that?
11  Is it once a week? Is it twice a week? Is it once a
12  month?
13   **A.  It's off and on, pretty frequently, every**
14  **day, and the pain level will vary, and what I can do**
15  **will vary. But every day.**
16   Q.  Is it worse at certain times a day?
17   **A.  Generally, around night, it will get worse.**
18  **But it doesn't -- it's not just then. It just**
19  **happens erratically, I guess.**
20   Q.  And how would you explain this pain or
21  soreness? And why don't we identify it first. Is it
22  a soreness or is it a pain?
23   **A.  That -- that also varies, too. There's**
24  **soreness and the pain, especially in the side of my**
25  **hip, and my knee, that's the pain. And the soreness**

Page 29

1  **is around the upper thigh.**
2    Q.  The pain is right on the knee, or above or
3  below it?
4    **A.  On the sides of the knee.**
5    Q.  Both sides?
6    **A.  Mostly the inside.**
7    Q.  And in the upper leg, where is the pain at?
8    **A.  It could be anywhere, from the middle of my**
9  **leg to just the side of my hip.**
10   Q.  And the soreness is just on the front thigh
11  area?
12   **A.  Yes.**
13   Q.  Anyplace else you have pain? Or is that
14  it?
15   **A.  That I can think of, that's -- those are**
16  **the areas that bother me the most.**
17   Q.  When you were at school, what hours were
18  you keeping, when were you studying?
19   **A.  In Santa Fe, I was -- first semester of**
20  **classes started at 10:00, and an hour and a half**
21  **after that, I'd have another class, and then not have**
22  **another class until 5:30 The third class would get**
23  **out at, I think, 1:45, and then a class at 5:30 to**
24  **8:30.**
25   Q.  A three-hour class at night?

Page 30

1    **A.  Yes.**
2    Q.  What would you do in the afternoons?
3    **A.  Between those classes?**
4    Q.  (Nodding head.)
5    **A.  Just go home and do homework or -- that's**
6  **mostly it.**
7    Q.  Were you involved in any sort of regular
8  physical activity, to stay in shape down, in
9  Santa Fe?
10   **A.  No, not -- no.**
11   Q.  Had your doctor told you to be -- try to
12  stay active?
13   **A.  Not that I can recollect.**
14   Q.  So as far as physical activity, it was
15  pretty much none?
16   **A.  Well, I'd go swimming, once in a while, at**
17  **the pool, at the apartments there, and maybe go for a**
18  **walk, once in a while. But that's the extent of it.**
19   Q.  Have you ever engaged in regular physical
20  activity? Or is that something you just don't do?
21   **A.  Off and on, I would.**
22   Q.  What would be an example of that?
23   **A.  I'd go -- go to the weight room or work**
24  **out.**
25   Q.  At what point in life were you doing things

Page 31

1  like that?
2    **A.  Mostly in high school, during P.E.**
3    Q.  Have you ever had a lot of outdoor
4  recreational interests?
5    **A.  Yeah. Soccer, but they didn't offer that**
6  **where I lived. They did, when I was younger. But I**
7  **did like to get out, once in a while, and try and do**
8  **something.**
9    Q.  Up in Naknek?
10   **A.  Yes.**
11   Q.  Like what would that be?
12   **A.  Riding bicycles or four-wheelers, or just**
13  **out walking around the beach area.**
14   Q.  Fresh air?
15   **A.  Yes.**
16   Q.  Did you have a bike in Santa Fe?
17   **A.  No.**
18   Q.  Did you look into getting one, or just no
19  interest?
20   **A.  I was thinking about it, but I didn't pick**
21  **one up.**
22   Q.  Any other type of things you liked to do in
23  Naknek growing up, or does that pretty much explain
24  it, your soccer and walking the beach?
25   **A.  We would go swimming and stuff like that.**

PACIFIC RIM REPORTING
907-272-4383

Exhibit ___1___

Page __8__ of _21_ Pages

Page 40

1    A.  We drove in August.
2    Q.  Take a week or two to get down there?
3    A.  Three days.
4    Q.  Three days.
5        Did you stop anywhere on the way?
6    A.  Just gas stations and --
7    Q.  See the sights?
8    A.  Not too many sights.  We mostly drove at
9    night, so...
10   Q.  Just you and your mom and Kim?
11   A.  No.  Just me, Kimberly and I.
12   Q.  How long did she stay down there, before
13   she came back?
14   A.  From August till November, December, about
15   three months, four months.
16   Q.  And is it your testimony that anytime you
17   wanted to be intimate with Kim, during that three or
18   four months, you'd have to take your erectile
19   dysfunction medication?  Or would it just be
20   sometimes?
21   A.  It was almost every time, we had to -- I
22   had to take it, so I would maintain and get an
23   erection.
24   Q.  Did you tell Kim you were doing that, or
25   did she know?

Page 41

1    A.  She -- she knows.
2    Q.  Are you still friends with Kim?
3    A.  Yes.
4    Q.  Is she living in Naknek now?
5    A.  Yes.
6    Q.  She went back to Naknek last winter, last
7    November, December, and has been there since then?
8    A.  No.  She just went there, after she came
9    down to Santa Fe, because she was in Seattle going to
10   school.
11   Q.  Is she going to go back to school this next
12   fall?
13   A.  Yes.
14   Q.  In Seattle?
15   A.  No, not in Seattle.  In California.
16   Q.  Is she going to be in Naknek this summer,
17   as far as you know?
18   A.  Yes.
19   Q.  You have not been back to Naknek since
20   when?
21   A.  Since I went to Santa Fe.
22   Q.  Last August?
23   A.  Yes.
24   Q.  When do you go there?  When do you head
25   over to Naknek?

Page 42

1    A.  After my appointment on June 1st.
2    Q.  Okay.  Do you have a job lined up, up
3    there?
4    A.  Yes.  At the Port of Bristol Bay.
5    Q.  And what will you be doing?
6    A.  Stevedore work.
7    Q.  Longshore?
8    A.  I don't know if that -- what they call it.
9    Q.  Fair enough.
10       How are you going to spend your days, as
11   far as you know?
12   A.  General maintenance and cargo handling.
13   Q.  Have you done that work before?
14   A.  Yes.  That's what I've been doing for the
15   last two years there.
16   Q.  And who's your boss over there?
17   A.  Joseph Harris.
18   Q.  Same boss as you've had the last couple
19   years?
20   A.  Yeah.  Last year, he was -- Peggy Saia was
21   the boss the first year.
22   Q.  Is Peggy still in Naknek?
23   A.  Yes.
24   Q.  Was Joe working at the port last year, even
25   though Peggy was the boss?

Page 43

1    A.  Yes.
2    Q.  Is Joe your friend, or is he more a boss
3    person?
4    A.  We just mostly see each other at work, not
5    really hang out.
6    Q.  How old is Joe?
7    A.  His fifties.
8    Q.  How about Peggy?
9    A.  About the same, fifties.
10   Q.  And the work you're going to do this summer
11   you think is the same as the work you've done the
12   last couple years?
13   A.  Yes.
14   Q.  You've had two sides of it:  One you said
15   was cargo work, and the other was maintenance.
16   What is the maintenance part of the job?
17   A.  Just cleaning, maintaining the dock
18   grounds.
19   Q.  What are you cleaning and maintaining, when
20   you say the dock grounds?
21   A.  Fish grinder; garbage debris; fix anything
22   that's broken; painting.
23   Q.  What kind of things break that they need
24   you to fix?
25   A.  Signs; fish grinder.

PACIFIC RIM REPORTING
907-272-4383

Exhibit ___1___
Page __9__ of _21_ Pages

Page 44

1   Q.   And then you pick up garbage and debris and
2   things?
3   **A.   Yes.**
4   Q.   What do you paint?
5   **A.   Pretty much almost everything.  Posts and**
6   **boards, and around the dock area, the bull railing.**
7   Q.   Do you have to get on ladders to do any of
8   that painting?
9   **A.   No.  Not usually, no.**
10  Q.   What other things are you -- what kind of
11  machinery are you maintaining or repairing?
12  **A.   Just the fish grinder, there.**
13  Q.   And what does that entail?  What do you
14  have to do to fix a fish grinder?
15  **A.   Well, sometimes it gets clogged.  So**
16  **you have to pull out everything from the grinder and**
17  **clean it out and make sure everything's tight and in**
18  **order.**
19  Q.   You have to be able to walk to do this job,
20  obviously, don't you?
21· **A.   Yes.**
22  Q.   You have to be able to lift things?
23  **A.   Yes.**
24  Q.   What kind of things do you lift in that
25  job?

Page 45

1   **A.   Paint cans; container cones.**
2   Q.   Garbage cans?
3   **A.   Yes.**
4   Q.   Anything else that you're carrying or
5   moving around in that job, before we get to the cargo
6   side of it?
7   **A.   So work equipment, hoses, and just like --**
8   **stuff like that, you know.**
9   Q.   What would be the work equipment?
10  **A.   Like rakes and shovels, and things of that**
11  **nature.**
12  Q.   What are the hoses?  Water hoses, or
13  like --
14  **A.   Yeah, water hoses.**
15  Q.   -- oxyacetylene hoses?
16  **A.   They're pretty big hoses.**
17  Q.   The water hoses?
18  **A.   Yes.**
19  Q.   What other things are you doing, when
20  you're doing this maintenance around the grounds?
21  Besides, obviously, walking, you're carrying some
22  things around, you're painting, and you're repairing,
23  what other things are involved in the maintenance and
24  repair side of things?
25  **A.   I guess that's about it.**

Page 46

1   Q.   Is there any sitting down, or are you
2   pretty busy --
3   **A.   Oh, yeah.**
4   Q.   -- working around the yard?
5   **A.   Yeah, there's -- you sit down when you**
6   **paint.  You kneel down, when you fix the fish**
7   **grinder.**
8   Q.   You have to be down on your hands and
9   knees, when you're painting some of these rails and
10  these other areas?
11  **A.   No, not -- not that far.  So sitting and**
12  **kneeling, I guess.**
13  Q.   What other physical activities are involved
14  in that part of the job?
15  **A.   Lifting, heavy lifting.**
16  Q.   And what would that be?  What were you
17  lifting that's heavy?
18  **A.   Garbage cans, heavy; and some of the other**
19  **equipment, which is office supplies, paper, and...**
20  Q.   What's in the garbage cans that you're
21  lifting?
22  **A.   Just garbage that people throw in there.**
23  Q.   Is it, like fish slurry, and things like
24  that?
25  **A.   No.  Just cans and blocks of wood or...**

Page 47

1   Q.   Those cans are out on the dock?  Or where
2   are they located?
3   **A.   Around the dock.**
4   Q.   And where do you have to move those cans
5   to?
6   **A.   Just into the truck and then drive it to**
7   **the dump.**
8   Q.   You dump the garbage cans into the truck
9   or --
10  **A.   No.  You just lift them up and put them in**
11  **there.**
12  Q.   Is that a pickup truck?
13  **A.   Yes.**
14  Q.   Four-wheel drive?
15  **A.   Yes.**
16  Q.   Is it a full-size truck, like a Ford or
17  something?
18  **A.   Yeah.  It's a Chevy -- regular, normal**
19  **size.**
20  Q.   Normal-size truck?
21  **A.   Yeah.**
22  Q.   Is that something, that -- garbage runs, is
23  that a daily thing, when you're working in the
24  summer?
25  **A.   No, not daily.  Maybe one or two times a**

14 (Pages 44 to 47)

Exhibit ___1___

Page 10 of 21 Pages

Page 48

1   week.
2       Q.  And how many garbage cans would go on the
3   back of that truck, when you make a dump run?
4       A.  About six.
5       Q.  And then you go to the dump by yourself?
6       A.  No, usually with the other stevedore.
7       Q.  How much do those garbage cans weigh?
8       A.  They're actually the 55-gallon drums, cut
9   open, we put in there.  Forty to 65, 75.
10      Q.  Pounds?
11      A.  Yes.
12      Q.  And you lift those up by yourself?
13      A.  Well, if they're not too heavy.  They're
14  not usually too bad.  I usually can get them pretty
15  good myself, or with the other stevedores.
16      Q.  Sometimes they help you; sometimes they
17  don't?
18      A.  Well, they just jump out and grab -- grab
19  whatever, of the garbage cans.
20      Q.  If they're not around, you do it yourself?
21      A.  Yeah.
22      Q.  These are the steel drums, 55-gallon drums?
23      A.  Uh-huh.
24      Q.  That's a yes?  She...
25      A.  Yes.  I'm sorry.

Page 49

1       Q.  What other physical work are you doing, on
2   the maintenance side of that job, over in Bristol
3   Bay?
4       A.  That's pretty much it, I think.
5       Q.  What's the paperwork you're doing?
6       A.  That's in the LCL warehouse, with the
7   shipping and receiving supplies:  Fisherman's gear,
8   and cars and vehicles.
9       Q.  It's kind of an inventory-type job or
10  something?
11      A.  Yes.  Truck work.  Trucks will bring down
12  some stuff, and then there's paperwork for that.
13      Q.  Who's the other -- when you say you would
14  do it with the other stevedore -- you've mentioned
15  Peggy and Joe, as supervisor-type people.  Who's the
16  other stevedore --
17      A.  Well, last summer --
18      Q.  -- last summer?
19      A.  Last summer, I worked with Chris.
20      Q.  Can you remember Chris's last name for us?
21      A.  No.  I'm sorry.
22      Q.  Does he live in Naknek?
23      A.  Yes.  He's there now.
24      Q.  How long did the job last, by the way, last
25  summer?

Page 50

1       A.  Started in late May, early June, and went
2   through August 13th.
3       Q.  Peggy was your boss last year, or Joe was?
4   I'm sorry.
5       A.  Joe was my boss last year, and Peggy was
6   the boss the first year I was there.
7       Q.  And Peggy was your boss, in other words,
8   before your accident at -- with Northland?
9       A.  Yes.
10      Q.  And when you came back last year, this was
11  Joe?
12      A.  Yes.
13      Q.  Was there any restrictions that the doctor,
14  or you, put on your work last year?  Or could you
15  pretty much do everything that was asked of you or
16  expected of you?
17      A.  Yeah, I don't believe I had any
18  restrictions there.
19      Q.  Who was -- well, two years ago, whoever you
20  worked with, as the other stevedore, would have been
21  before your Northland accident, obviously.
22      A.  Yeah.  Bill Regan was the stevedore.
23      Q.  Do you know who you're going to work with
24  this summer?
25      A.  No, I don't.

Page 51

1       Q.  Do you expect Chris to be back, or do you
2   know?
3       A.  I don't believe he's going back, no.
4       Q.  And Joe has told you he's going to be your
5   supervisor this year, again?
6       A.  Yes.
7           (A recess was taken.)
8   BY MR. WALLER:
9       Q.  In one of your records, you went to see a
10  dentist, March of last year.  It said you were taking
11  Sulphatran-something, a medication.  Do you recall
12  what that medication would have been?
13      A.  I believe that's for the allergies, to try
14  to clear up sinuses.
15      Q.  And then, there was a record, after your
16  surgery, that said:  I took 60 Percocet a week, prior
17  to surgery.
18          Your surgery was the day after your
19  accident, wasn't it?
20      A.  Yes.  It was the morning, actually.
21      Q.  The morning of your accident?
22      A.  Yes.
23      Q.  Okay.  Were you taking Percocet, prior to
24  your accident?
25      A.  What's...

PACIFIC RIM REPORTING
907-272-4383

Exhibit _____1_____

Page _11_ of _21_ Pages

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.

JOSEPH ABRUSKA, II
5/26/2005

Page 108

1    Q.  Okay.  We didn't talk earlier about the
2    second part of your job at Bristol Bay, or the Port
3    of Bristol Bay.  And that was, I think you said, the
4    lashing and longshore half of your job; is that
5    correct?
6        A.  Yes.  The stevedoring?
7    Q.  Right.
8        A.  Yes.
9    Q.  In other words, your job at Bristol Bay, as
10   I understand it, for the past few years, has been, A,
11   the maintenance and repair, that we've already talked
12   about, and B, is the longshoring, lashing, stevedore
13   work?
14       **A.  Yes.  And also, the LCL warehouse, too.**
15   Q.  Okay.  Let's talk about those other things.
16   Tell us about what the work is at the LCL warehouse?
17       **A.  That is the main shipping and receiving.**
18   **You run the forklift and take people's equipment and**
19   **send it, or it comes in in container vans, and we**
20   **unload all that.  And then we do the paperwork for**
21   **incoming container vans and trucks.  But mostly, just**
22   **filling up container vans, and paperwork, along those**
23   **lines.**
24   Q.  How do you fill up a container van?
25       **A.  Just with all the merch -- all the people's**

Page 109

1    **belongings that come in, they drop off to us, we**
2    **either fill it with nets, or fishing gear, or cars,**
3    **or whatever they bring in.**
4    Q.  And you'd be physically involved in
5    stuffing the container?
6        **A.  Yes.  It's mostly a forklift job, though, a**
7    **small forklift job.  It's like the smaller things.**
8    **Like we would put stuff, things on pallets, like**
9    **motor bikes, or anything, and then wrap them all up.**
10   **Food product, household products.**
11   Q.  Did you operate these little forklifts?
12       **A.  Yes.  Last season, I did.**
13   Q.  For the first time?
14       **A.  I did it a few times the first season, but**
15   **not too much, just to get started and trained, and**
16   **all that good stuff.**
17   Q.  In 2000 forward, were those eight-hour days
18   you were working at the port?
19       **A.  Yes.  Around those hours, eight hours.**
20   Q.  During those eight hours, what would be a
21   routine, normal day for you?
22       **A.  First, I'd start with the cleaning,**
23   **maintenance of the bathrooms, and then check the fish**
24   **grinder, run ice, check for debris, and check LCL,**
25   **and then just whatever was -- whatever they told us**

Page 110

1    to do that day.
2        Q.  How do you -- what kind of forklift were
3    you operating?
4        **A.  It was just one of those small -- I don't**
5    **know what kind it is or anything, but...**
6        Q.  Was it battery-operated or was it diesel?
7        **A.  No, it's diesel.**
8        Q.  Okay.  How long would you operate those, on
9    a normal day?
10       **A.  Just periodically, for short periods of**
11   **time, to maybe move something or put something in the**
12   **back of the truck.  But not -- not much, except when**
13   **barges came in, then -- or towards the end of fishing**
14   **season, then it was mostly all the time with filling**
15   **containers and stuff.**
16       Q.  Where you'd be operating these forklifts?
17       **A.  Yes.**
18       Q.  Do those forklifts have a clutch?
19       **A.  No.**
20       Q.  Do they have a brake?
21       **A.  Yes.**
22       Q.  Do they have an accelerator?
23       **A.  Yes.**
24       Q.  So you have two pedals?
25       **A.  There's three.  There's a power brake, as**

Page 111

1    well.
2        Q.  Okay.  And they have forward and reverse,
3    through a shifter?
4        **A.  Yes.**
5        Q.  Then, would you be the one that would
6    physically drive these forklifts up into the back of
7    these containers sometimes?
8        **A.  Oh, to pick up the bigger containers?**
9        Q.  The larger containers, right.
10       **A.  No.  I did not operate those.  I operated**
11   **the smaller ones, just for the 5,000 weight limit or**
12   **something.  It's for nets and pallets and things.**
13       Q.  So you'd pick things up with the forks and
14   drive them into the containers to stuff them?
15       **A.  Yes.  Yes.**
16       Q.  And drive them out and get the next load?
17       **A.  Yes.**
18       Q.  Did you do any unloading of the containers,
19   or were they always empty when they came to you?
20       **A.  We also did unloading, as well.  But that's**
21   **all with the forklift, like pallets and merchandise**
22   **and fisherman's gear, pretty much the same stuff we**
23   **send out.**
24       Q.  And then the other part of the job you had
25   up there was the lashing or stevedore work?

30 (Pages 108 to 111)

Exhibit ___1___

Page _12_ of _21_ Pages

Page 112

1  A.  Yes.
2     Q.  Tell me about that work you did at the Port
3  of Bristol Bay last summer.
4     A.  When the barges came in, we'd be at the
5  dock to assist the forklift and crane operator to
6  bring in the container vans.  And we would hook up
7  chains to container vans, or use a top-handler and
8  have the crane lift him up onto the barge or off the
9  barge.  Hook on container cones.  That was mostly
10 when it was pass-pass ramps and all the forklifts
11 work.
12    Q.  Container cones is the -- where you put
13 them in the corner of the container?
14    A.  Yes.
15    Q.  How would you get up there?
16    A.  Well, the forklift would lift it up, or the
17 crane would lift it up, and we'd hook them under the
18 corners.  But they usually had a stand van, which is
19 just a container van.  We climbed up on a ladder and
20 stayed up there, when there was a lot of hooking for
21 the containers, for the crane work.
22    Q.  Would you have to take the lift to take the
23 cone up there and put it in place?
24    A.  Yeah.  You just lift it up.
25    Q.  I mean, it's down on deck, and

Page 113

1  you'd have to take it up there to the corners of the
2  container?
3     A.  Not on the top, but on the bottoms of the
4  containers.  So the forklift would lift them, or the
5  crane.
6     Q.  So you'd take them off the container?
7     A.  Off and on, yes.
8     Q.  How much did those container cone or those
9  corner cones weigh?
10    A.  Ten, 20 pounds; about ten.
11    Q.  I want to get this straight.  The
12 containers sit on the deck of the barge, don't they?
13    A.  Yes.
14    Q.  And there's no corner cone on the bottom?
15    A.  No.
16    Q.  There's a corner cone on the top of it, for
17 the next layer of container, isn't there?
18    A.  Yes.  But they just take -- put the bottom
19 one on, and then, before they put the second one on,
20 we put containers on that one, and then they sit on
21 top.
22    Q.  You put the cone on the one that's being
23 lifted?
24    A.  Yes.
25    Q.  And how do you do that?

Page 114

1     A.  You just -- the forklift lifts them up, and
2  you just stick them in, unless they're locking cones
3  and you have to pull out the pin.
4     Q.  So the top pick will come up and lift up
5  this container.  And while it's being lifted, you
6  sneak around underneath and put the corner cone in?
7     A.  Yes.  There's usually two of us on either
8  side of it, so we just do the two sides there.
9     Q.  You sneak up underneath it, push the cone
10 up and lock it?
11    A.  Well, not underneath it, but -- those --
12 those cones go underneath, though.  Right, yes.
13    Q.  Right.
14       How high is the container off the deck, or
15 the ground, when you're putting those cones in?
16    A.  When they're on pass-pass ramps, we have to
17 stand on the bull rails to stick them up, and you
18 have to extend.  But when the crane lifts it up,
19 it's -- they don't get up very high, probably just a
20 few feet, or chest height.
21    Q.  And that's when you put the cone in?
22    A.  Yes.
23    Q.  And when you're doing pass-pass, how is it
24 different?
25    A.  Because they're sitting on ramps, and then

Page 115

1  they usually use top-handlers, or just the regular
2  forklift.  And before they set it down, they'll keep
3  it elevated, so we can put them on, and you don't
4  have to hang over the dock.  And then they'll move
5  them forward and set them down.  And then the barge
6  forklift will take it off and put it on the deck.
7     Q.  Explain those two different methods of
8  loading again.  One's pass-pass, and the other one is
9  something different.  What do you call the other way
10 to load?
11    A.  It's just a crane operation loading.  I
12 don't know the special name for it.
13    Q.  Okay.  Tell me how that's done.  That's
14 just a short crane?
15    A.  We just clamp the ladders on stand vans and
16 wait until the forklift or the top handler brings a
17 container, or if the barge one takes one off, and
18 climb up there and hook them up, and then let the
19 forklift or let the crane take it away onto the
20 barge.
21    Q.  Okay.  You got ahead of me a bit.  There's
22 a crane located where?  On the deck?
23    A.  On the deck or on the barge.
24    Q.  Okay.  And that's a crawler crane?
25    A.  Yes, I believe so.

31 (Pages 112 to 115)

Exhibit ___1___

Page _13_ of _21_ Pages

Page 116

1    Q.   Okay.  And if it's unloading the barge, do
2    you ever take part in that?
3    **A.   When it comes onto the deck, yes.**
4    Q.   And so they, the crawler crane, will lift
5    up the container and set it on the deck of the barge
6    or set it on the deck of the shore?
7    **A.   Set it on the deck of the shore -- or on**
8    **the dock.**
9    Q.   Would one of your jobs, at that point, be
10   to crawl -- to climb up on a ladder, to get those
11   container cones out of the corners?
12   **A.   To get the hooks out of the corners.  They**
13   **usually take care of the cones on the barge, when**
14   **they're unloading.**
15   Q.   Okay.  And -- what are the hooks in the
16   corners of the crane?
17   **A.   Yes.**
18   Q.   And then the pass-pass method is when
19   they've got a top pick or a large forklift of some
20   kind bringing the containers on and off the dock,
21   driving it?
22   **A.   Yes.**
23   Q.   Okay.  And in those instances, if you're
24   involved in unloading the barge, are you physically
25   up on the barge?

Page 117

1    **A.   No.  We're always on the dock, on the deck**
2    **of the dock.**
3    Q.   Okay.  So when you're on the dock, when the
4    top pick or forklift sets the container down, would
5    you crawl up a ladder and get those corner cones off
6    the container?
7    **A.   No.  There's -- there's usually no cones**
8    **when they bring them over to get them put on the**
9    **barge.**
10   Q.   Okay.  They've already taken them off on
11   the barge?
12   **A.   Yeah.  They have -- when they're loading**
13   **it?**
14   Q.   We're talking unloading right now.
15   **A.   Oh.**
16   Q.   When are the cones removed?
17   **A.   The cones are usually removed when you're**
18   **unloading on the barge, by those -- that crew.**
19   Q.   Okay.
20   **A.   And so it's all clean when it comes up.**
21   Q.   Then, when do you handle the cones, in all
22   these different scenarios?
23   **A.   Just when we're loading on a -- with a**
24   **crane or forklift, when we're loading the barge.**
25   Q.   You'd be down on the dock, and you'd take

Page 118

1    those cones up the ladder and put them on the
2    corners?
3    **A.   No.  No.  We barely ever put them on the**
4    **corners of the top of a container.**
5    Q.   You usually do it on the bottom.  I'm
6    sorry.
7    **A.   Yes.**
8    Q.   And that would be on the ramp?
9    **A.   Yes.**
10   Q.   Okay.  And how many would you do, in a
11   normal day, if they're loaded?
12   **A.   Quite a few, because those barges get**
13   **pretty big.  Sometimes we'd have to use whole**
14   **container or cone bins full.  So we'd do quite a bit.**
15   **I couldn't put a number on that.**
16   Q.   How far were those cone bins from where
17   were you standing?
18   **A.   Well, the small forklifts would come and**
19   **bring them over to where we were standing.**
20   Q.   And then you would reach in, get a cone and
21   put it up there?
22   **A.   Yeah.**
23   Q.   Okay.  Now, you also did lashing on the
24   barge, on the barges at the Port of Bristol Bay?
25   **A.   Lashing?**

Page 119

1    Q.   Steel chains.
2    **A.   Oh, just for boats.  The only time I did**
3    **the lashing was on the barge there.**
4    Q.   With Northland?
5    **A.   Yes.  And then for boats that we'd get**
6    **moving forklifts with the crane.**
7    Q.   You mean boats that are sitting in a
8    cradle?
9    **A.   Yes.**
10   Q.   You would unlash them, or would you lash
11   them?
12   **A.   Both.  At the beginning of the season, we'd**
13   **unlash, and then, towards the end, we'd lash them**
14   **back up.**
15   Q.   And that would require you getting the
16   chains and the turnbuckles and things, either in
17   place or removed, from where they're supposed to be?
18   **A.   Yes.**
19   Q.   And then did you have also a container, or
20   some sort of a crate, that you put all the chain in
21   somewhere?
22   **A.   Yeah.  We had a flat for that.**
23   Q.   You just put the chain on that container
24   flat somewhere?
25   **A.   Uh-huh.  And the forklift would have them,**

32 (Pages 116 to 119)

Exhibit ____1____

Page __14__ of _21_ Pages

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.

JOSEPH ABRUSKA, II
5/26/2005

Page 144

1    join the barge team?
2    A. Yes.
3    Q. And he had never said that before?
4    A. No.
5    Q. And to you, you thought it might just be
6    stepping from the dock up to the barge and working
7    for a different company, now?
8    A. No. Just helping out on the barge, I
9    guess, I would say. I didn't think of it as a big
10   change or anything, if that's what you're asking.
11   Q. Did you take your own -- any of your own
12   gear up there?
13   A. Just my work boots and my clothes, that's
14   it.
15   Q. Okay. And then, at that point, the
16   Northland people took over your supervision?
17   A. I just worked with them. I wouldn't say --
18   they told me what to do, yes, to help on the barge.
19   Q. Did they tell you that you were going to be
20   our payroll now?
21   A. To an extent, yes.
22   Q. Well, you had mentioned earlier that he
23   gave -- they offered a $5 pay raise. Can you --
24   A. Yes.
25   Q. Let's try it this way. You're working down

Page 145

1    on the dock that night, about 2:00 in the morning?
2    A. Uh-huh.
3    Q. When had you gone to work that day, for the
4    port?
5    A. Earlier that night, probably about 11:00,
6    10:00 or 11:00 o'clock.
7    Q. Did you know you would be working that
8    night?
9    A. Yes.
10   Q. So you would have had -- did you sleep
11   during the day, or do you recall whether you did or
12   not?
13   A. No, I don't remember.
14   Q. What had your schedule been? Was it a
15   fairly erratic schedule that summer?
16   A. It always is. Usually, we -- I go in at
17   8:00 in the morning, and then, like if a barge comes
18   later that day, I'll go in. But I can't remember if
19   I went to work that morning.
20   Q. For Bristol Bay?
21   A. Yes.
22   Q. Okay. Do you have a recollection, though,
23   of coming to work at the port that night? Or you
24   don't know whether you had been working all day?
25   A. I don't know if I was working all day. But

Page 146

1    I did get there at night.
2    Q. Get where at night?
3    A. At the Port of Bristol Bay, at night. And
4    so, about ten or eleven o'clock or so, we started on
5    the barge.
6    Q. Before we get there, I'm still not clear
7    about something. You say that you recall starting on
8    the barge at ten or eleven o'clock?
9    A. No, starting -- yes, working on the dock.
10   Q. For the port, though?
11   A. Yes.
12   Q. Okay. You don't know, though, whether you
13   had already been working all day long for the port or
14   not?
15   A. No.
16   Q. As you sit here today?
17   A. Yes, I do not recollect --
18   Q. How would you log in and out at the port?
19   If I wanted to go the Port of Bristol Bay and say: I
20   want see your paperwork -- was it a time card, or
21   what was it?
22   A. Yes. It's a time card.
23   Q. Was it stamped, or just written by hand?
24   A. Write it by hand.
25   Q. Were you pretty good about entering the

Page 147

1    time you started?
2    A. Yes.
3    Q. And the time you left?
4    A. Yes.
5    Q. I mean, that's how you got paid, isn't it?
6    A. Yes.
7    Q. So for some reason, you do recall the barge
8    operations starting around 10:00 or 11:00 that night?
9    A. Around that time, yes.
10   Q. And you just don't remember whether you had
11   already been working at the dock that day?
12   A. No.
13   Q. So 10:00 or 11:00, you're starting to do
14   cargo work on the barge -- or on the dock?
15   A. Yes.
16   Q. And what would that have entailed?
17   A. Since it was pass-pass ramps, all I would
18   be doing was the cones. But I think they might have
19   been empty, or something, and they only needed cones
20   on the first, like four outs -- or they were using
21   chains, most of the time. But I know I wasn't doing
22   much coning for those.
23   Q. What would you have been doing?
24   A. I was just standing there. That's why they
25   came to ask me if I wanted to help with the barge.

39 (Pages 144 to 147)

Exhibit 1
Page 15 of 21 Pages

Page 148

1    Q.  So from 10:00 until 2:00, what would you
2    have been doing?
3        A.  Standing on the dock, getting -- helping
4    out the forklift operators, if they need something,
5    or --
6        Q.  Like what, a cup of coffee?
7        A.  A cup of coffee, a cigarette, if they
8    needed some cones put here, or anything on the dock.
9        Q.  Do you have a recollection of those few
10   hours not doing much?
11       A.  Yes.  I don't remember doing much.
12       Q.  And at about two o'clock, somebody came and
13   said something to you?
14       A.  Yes.
15       Q.  Who was it, and what did they say?
16       A.  Bill Emory, the Northland's operation
17   manager, and Peggy Saia, my boss, at the time.  And
18   they asked if I wanted to make an extra five bucks,
19   work on the barge for the night.
20       Q.  And extra five bucks an hour?
21       A.  Yes.
22           And so I said okay.  They brought me down
23   to the barge, showed me what I was going to be doing.
24   And that's it.
25       Q.  And that was at about 2:00 or 2:30, you

Page 149

1    think?
2        A.  About 2:00 in the morning.
3        Q.  And you were working for about two or three
4    hours before you got hurt?
5        A.  Yes, around that time.
6        Q.  On this Exhibit 1, that your mom put
7    together, you talk about you didn't receive an
8    orientation, you didn't receive any safety training,
9    did not receive a safety handbook, as usually
10   required by OSHA.
11           What significance is that?
12           MR. SLOTTEE:  Objection.
13           THE WITNESS:  I don't know.  Just dangers
14   in the workplace, it could explain those.
15   BY MR. WALLER:
16       Q.  So you think Northland should have given
17   you some instruction?
18       A.  No, they should have just -- no, it's -- I
19   can't honestly say.
20       Q.  Well, do you think Northland should have
21   given you some kind of orientation on how the barge
22   lashing works?
23       A.  I don't know, because we've done some of
24   that -- I've done some of that work, with lashing and
25   stuff.  And so it was probably just their

Page 150

1    understanding I had the knowledge of all that, since
2    I worked at a dock.
3        Q.  Did somebody walk the barge -- did you talk
4    with anybody besides Bill Emory, before you started
5    work, Bill and Peggy?
6        A.  Maybe said hi, to introduce myself to the
7    barge crew.  And they showed me where I would go and
8    in which vicinity I would be working on, on the
9    barge.
10       Q.  And how many people were up there, at the
11   time?
12       A.  Probably about seven, I'd say, five to
13   seven.
14       Q.  And did they steer you towards the stern
15   area, where you ended up getting hurt?
16       A.  Yes.  They told me:  Come over here, and
17   you can start lashing these down.
18       Q.  Had you ever work on the barge before?
19       A.  No.
20       Q.  Or any barge?
21       A.  No.  That was the first time.
22       Q.  And what did you do for two hours,
23   generally, before you got hurt?
24       A.  Just lashing down the containers and
25   securing them to the deck of the barge.

Page 151

1        Q.  Okay.  The barge was going to be sailing,
2    and they needed the containers lashed?
3        A.  Yes.
4        Q.  Did they tell you where the barge was
5    going?
6        A.  No.  It was mostly plunder and empties.
7    They were just moving off somewhere.  I don't know
8    the destination or anything of that nature.
9        Q.  Okay.  So for your lashing, you were using
10   lashing chain?
11       A.  Yes.
12       Q.  Turnbuckles?
13       A.  Yes.
14       Q.  Probably shackles, down into the deck
15   cutouts?
16       A.  Yes.
17       Q.  How would you attach the container end of
18   the chain?
19       A.  Well, the container -- the chain would be
20   hanging down.
21       Q.  It was already on the containers?
22       A.  Yes.
23       Q.  Okay.
24       A.  And I would grab that and put it on the
25   turnbuckle, and then dig out the hole where the pin

40 (Pages 148 to 151)

Exhibit 1
Page 16 of 21 Pages

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.                    JOSEPH ABRUSKA, II
                                                                  5/26/2005

Page 156

1    A.  No.  It's -- I don't know how many square
2  feet that is.
3        I couldn't see the light from where I was
4  standing, coming down off the side or anything.
5    Q.  Well, how many feet away from you was it?
6  I mean, is it 100 feet away?  Because -- I don't mean
7  to be difficult, but I'm not understanding how far
8  away this light was.
9    A.  Yeah, 150 feet, 200 feet away.
10    Q.  But if you stood there and looked, would
11  you have been able to see the light, or were you shown
12  so far that the light was not even visible to you?
13    A.  Yeah, it wasn't visible.  I could see it
14  off to the side, in the water, but -- just like the
15  reflection, but not -- I couldn't see the light.
16    Q.  In other words, if you had looked to where
17  that light was actually stationed, what you would
18  have seen instead was dock?
19    A.  Yes.
20    Q.  And on the other side of that dock, over on
21  the land somewhere, was a light?
22    A.  Yes.
23    Q.  So how would you describe the lighting
24  where you were working?
25    A.  There was no light where I was working.

Page 157

1  It was early morning, so it was pretty -- pretty dim.
2    Q.  Was it dark outside or was it light?
3    A.  It was dark, it was overcast.
4    Q.  Do you know what time sunrise would have
5  been that day?
6    A.  5:30 or so, six o'clock.
7    Q.  So relative to sunrise, was it dark, or was
8  the light starting to come?
9    A.  It was overcast, so it was still -- it was
10  pretty dark.  And it's later in the season, so it
11  would come up later, anyway.
12    Q.  If you had looked down the barge -- or if
13  you can recall looking down the barge, how far could
14  you see before darkness took over?
15    A.  I mean, I could -- I could see.  It just
16  wasn't -- because my eyes adjusted, because of being
17  in the dark so long, the dim light.  So I could see
18  the length of the barge.
19    Q.  How about your work area?  How would you
20  describe the visibility there?
21    A.  It was dim, as well.  It was just like that
22  all around the barge.
23    Q.  Was the only light that you were being
24  provided -- let's put it this way:  The light that
25  you were being provided, was it light from the sun,

Page 158

1  or was the only light you were being provided, at
2  that point, light from that dock?
3    A.  Light from the dock, and then, when the
4  forklift would move around, it had a beacon.  And the
5  light -- but he was working on the other side of the
6  barge, at that time.
7    Q.  It was too early in the day, in other
8  words, for the sun to have made any difference, as
9  far as lighting goes?
10    A.  Yes.  Too -- too early in the morning.
11    Q.  Okay.  So if you could see the other end of
12  the barge, it was because of the shoreside light
13  illuminated that end of the barge?
14    A.  No.  It was because it was also dim, I
15  adjusted, so I could see it vaguely, you know.
16    Q.  Who was your supervisor?
17    A.  For Northland?
18    Q.  Yeah.  When you were on the dock -- or when
19  you were on the barge?
20    A.  I don't know who was the supervisor on the
21  barge.  But Bill Emory is the main operations
22  manager.
23    Q.  These pictures we have, do you recognize
24  who that guy is in the red vest?
25    A.  I met this gentleman on the barge.  I don't

Page 159

1  know who he is.  He's just another stevedore.
2    Q.  You don't know who that is?
3    A.  No.
4    Q.  Do these photos show the area where you
5  were hurt, the ones I'm handing you?
6    A.  (Reviewing.)
7        I guess these would be about where, yes.
8        (Exhibit 2, 3, 4 and 5 marked.)
9  BY MR. WALLER:
10    Q.  Do you recognize what Exhibit 2 is?  Or
11  does that picture make any sense to you, at all?
12    A.  This is a safety cable and --
13    Q.  Do you remember seeing that --
14    A.  No.
15    Q.  -- at any time when you were working?
16    A.  It's too dark.  You can't really -- but I
17  don't recollect making anything out like this.
18    Q.  It would have been too dark to see it?
19    A.  Yes.
20    Q.  Exhibit 3, does anything there mean
21  anything to you?
22    A.  Yeah.  It's about into the end of the barge
23  here.  But I'd have to see it.  It's been so long
24  now.  But that's about the region where I was
25  working.

42 (Pages 156 to 159)

Exhibit ___1___

Page _17_ of _21_ Pages

Page 160

1    Q.  Do you know this -- what would you call
2  this tank, that they show here, in this picture?
3    A.  I don't know.
4    Q.  Do you know if you were working anywhere
5  near that tank?
6    A.  No.  I was on the other side.  It was
7  pretty -- there was no other things, where I was
8  working at the time.
9    Q.  Okay.  Exhibit 3 seems to show the barge on
10  one side and a large bumper or dock, of some kind of
11  structure, on the other, doesn't it?
12    A.  (Reviewing.)
13      Yes.
14    Q.  Do you know what that structure is, in
15  Exhibit 3?
16    A.  I don't, no.
17    Q.  That's not what it looked like, when you
18  were on the barge?
19    A.  No.
20    Q.  Off this side of the barge, there was only
21  water below?
22    A.  Water and the wooden dock pilings.
23    Q.  And there was an I-beam somewhere?
24    A.  Yes.  There's I-beams under the dock.
25    Q.  And that's what you ultimately fell on?

Page 161

1    A.  That's what I grabbed onto, after, to get
2  on something.
3    Q.  Okay.  Exhibit 4 shows the man that you
4  don't know who it is?
5    A.  Yes.
6    Q.  Okay.  And does Exhibit 5 show anything
7  that you'd recognize?
8    A.  No.
9    Q.  You're comfortable that Exhibit 3 shows a
10  tank that you were working a distance away from?  Or
11  do you even remember?
12    A.  I can't recollect if I'd seen that or
13  worked around it.
14    Q.  So you don't know, when you fell, whether
15  you were even close to that tank or not?
16    A.  Not from what I can remember.
17    Q.  Did the tank play any part in your falling?
18  In other words, did you bump into it, or see it, or
19  anything?
20    A.  No.  Where I was, it was -- there was
21  nothing like that.
22    Q.  It was just all barge?
23    A.  Yes.
24    Q.  I'm only going to identify for the
25  deposition 1 and 2, because those are the only things

Page 162

1  that make a difference, for your record, okay?
2      (Reporter affirmed.)
3      MR. O'DONNELL:  I'm not sure how much
4  longer you have.  It's like 12:40.  If you're going
5  to be a while, we might want to take our lunch
6  break.
7      MR. WALLER:  I think we'll probably have
8  to.  Can I just take a couple more minutes, and
9  finish up a couple thoughts, before we take a break?
10      MR. O'DONNELL:  Sure.
11  BY MR. WALLER:
12    Q.  You didn't fill out any paperwork, when you
13  started with Northland that day?
14    A.  No.
15    Q.  Did Mr. Emory come up on the barge with
16  you?
17    A.  Yes.  He -- we went down the barge
18  together.
19    Q.  Did he turn you over to somebody else, or
20  did he -- in other words, did he say:  Go talk to
21  him?  Or how did you know who to talk to?
22    A.  No.  He just had everybody come over, had
23  the introductions, and showed -- showed me what we
24  were doing on the barge.
25    Q.  And that was lashing the containers?

Page 163

1    A.  Yes.
2    Q.  You're related to Mr. Emory, somehow,
3  through family, aren't you?
4    A.  Yes.
5    Q.  What's his relation to you?
6    A.  He's a cousin.
7    Q.  Have you done any family affairs with him
8  since your accident?
9    A.  No.  We never really did anything, just
10  have family dinners and all that stuff.
11    Q.  You never did that?
12    A.  No.  There's -- there was only a few family
13  dinners, once in a while, you know.
14    Q.  Before the accident?
15    A.  Yes.
16    Q.  You don't know what made your foot slip
17  when you fell, do you?  Or did your foot slip?
18    A.  I just remember falling over.  I don't
19  think I slipped, I just kneeled down and tumbled to
20  the side, on my way to pick up a shackle.
21    Q.  Were you working inside the wires or
22  outside the wires?
23    A.  Inside, next to the container vans.
24    Q.  Did you fall headfirst?  Or which direction
25  did you go?

43 (Pages 160 to 163)

Exhibit ___1___

Page _18_ of _21_ Pages

ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.                JOSEPH ABRUSKA, II
                                                                5/26/2005

Page 164

1    A.  I went off to the left.
2    Q.  Your left side?
3    A.  Yes.  My left side, towards the water, over
4  the bottom one, right over the top of that.
5    Q.  Did you realize how close you were to the
6  wires at the time, or was it too dark?
7    A.  Well, there's not much room, anyway, you're
8  pretty much up against those.
9    Q.  Were you holding onto the wires at the time
10  you were bending over?
11    A.  I couldn't say.
12    Q.  Do you know whether you went under the
13  bottom course of wire, through the two courses, or
14  over the top?
15    A.  I went over the bottom course of wire.
16    Q.  Sideways or backwards?
17    A.  Kind of sideways.
18    Q.  Off to your left side?
19    A.  Yes, off to my left side.
20    Q.  And you don't know what precipitated your
21  loss of balance; is that safe to say?
22    A.  Yes.
23    Q.  Did you grab the wire, at some point?
24    A.  Yes.  After I rolled over the wire, I
25  managed to grab the cable, safety wire.

Page 165

1    Q.  Is it the top one you grabbed or the
2  bottom?
3    A.  The bottom one, the one I rolled over.
4    Q.  And did that support you?
5    A.  When I was holding on?
6    Q.  Right.
7    A.  After I fell over?
8    Q.  Right.
9    A.  Yes.
10    Q.  So you were hanging onto that?
11    A.  Yes.
12    Q.  With one hand or two hands?
13    A.  At first, one hand was the one that caught
14  me, and then I switched over to two.
15    Q.  Were you in the process of pulling yourself
16  back up?  Or what happened next?
17    A.  Yes.  I tried to pull myself back up onto
18  the deck of the barge, and tried to call for help.
19    Q.  Okay.
20    A.  But I didn't have my hands free, for the
21  radio.
22    Q.  And at some point, did the barge move in
23  and squeeze you against one of the pilings?
24    A.  Yes.
25    Q.  And was it a piling?

Page 166

1    A.  Yes.
2    Q.  Like a cylindrical piling?
3    A.  Yes, big, big wooden piling.
4    Q.  Was it a single piling or group of pilings?
5    A.  Single piling.
6    Q.  Do you know what the diameter of that was?
7    A.  No, I couldn't tell you.
8    Q.  And what happened was, is that the barge,
9  you think, just through some sort of movement,
10  drifted over to the piling and pinched you between
11  there?
12    A.  Yes.
13    Q.  And that obviously caused enough level of
14  discomfort, or whatever you want to call it, that you
15  released your hands and dropped down?
16    A.  No.  I released my hands, while the barge
17  was pinning me.  And then, after it was going back
18  out, I grabbed back on, moved over, turned around,
19  and grabbed onto an I-beam.
20    Q.  Say that last part, again, a little slower.
21    A.  After it pinned me, then I grabbed back on
22  and scooted myself over and grabbed onto an I-beam.
23    Q.  You walked your hands along the wire?
24    A.  Yeah, a little bit.  I didn't have to move
25  too far, just to get out of the way of the piling.

Page 167

1    Q.  Okay.  And what was the I-beam connected
2  to?
3    A.  It's a support for the dock.  They're all
4  connected to each other, to the dock, and then goes
5  down into the pilings.
6    Q.  Was it a horizontal I-beam?
7    A.  There's a horizontal, and a vertical one
8  that comes up from the horizontal.
9    Q.  Okay.
10    A.  And so the vertical one kind of slants up.
11    Q.  Okay.
12    A.  And that's the one I grabbed onto.
13    Q.  The one that slants up?
14    A.  Yes, the I-beam that slants.
15    Q.  And then lowered yourself down to the
16  horizontal one?
17    A.  Yes.
18    Q.  And then that was the time you got on the
19  radio and called somebody?
20    A.  Yes.
21    Q.  Did you notice, prior to your accident,
22  whether there was one course of wire or two course of
23  wire?
24    A.  The top and the bottom one.
25    Q.  Right.

44 (Pages 164 to 167)

Exhibit  1
Page 19 of 21 Pages

Page 168

1   A. Yes, there was two.
2   Q. Did you see that before the accident or
3   after the accident?
4   A. Well, I was backed up against the top one,
5   so I knew there was the two.
6   Q. Do you know whether that was a common
7   practice, to load those containers up to the edge
8   like that? Or do you have experience, one way or
9   another?
10   A. Well, I've seen them put them pretty close
11   to the edge. But I've never thought about it as a --
12   how it might be to work in those conditions.
13   Q. Who made the decision on how to put those
14   containers on the barge, do you know?
15   A. No. I don't know how that works out.
16   Q. Is it the Bristol Bay people, or is it the
17   Northland people?
18   A. Oh, no. Northland people get the positions
19   of the containers for weight balance and everything.
20   Q. Do some of the containers on that barge go
21   fore and aft, do you recall?
22   A. I don't recall if they were doing that or
23   not.
24   Q. Okay. You just know the ones you were
25   working on were all going sideways?

Page 169

1   A. Yes.
2   MR. WALLER: Why don't we take a break
3   here, and we'll go for a little while after lunch?
4   (A lunch recess was taken.)
5   BY MR. WALLER:
6   Q. You mentioned -- we were talking earlier
7   about some photos. Did you mention that you think
8   your mom has photos of your -- of you after the
9   accident?
10   A. Yes, after; not in the hospital, but after
11   the accident, yes.
12   Q. Where you're at the elders home? Or what
13   do those pictures show?
14   A. Probably -- probably a few in the hospital
15   and out of the hospital. I don't know if I have any,
16   anywhere, of the elders home.
17   Q. Did you and Kim take any pictures on your
18   way from Seattle down to...
19   A. Yes. Yes, we did.
20   Q. Where are those photos located?
21   A. I think Kimberly has them. I'd have to get
22   in touch with her.
23   Q. You took the pictures, or she took them?
24   A. It was kind of both ways. But she has all
25   the photos.

Page 170

1   Q. Do you remember what those photos show?
2   A. Just stops we took, and the landmarks, some
3   in California, and then, just on the way down to
4   Santa Fe, there.
5   Q. Let's go back to your accident, again. Can
6   you describe for me everything that you can recall
7   happening? We kind of jumped here and jumped there.
8   Can you just, in your own words, say, what -- kind
9   of, as you were standing there, and then when you
10   fell, how that came about?
11   A. Okay. I was working on the barge, and had
12   a shackle in my hand to tie the turnbuckle. And I
13   dropped the shackle down and bent down on one of my
14   knees and was picking up the shackle. And then I
15   fell off the side and rolled over the bottom cable.
16   And I was holding on with one hand and then turned
17   around and grabbed it, grabbed the other -- I grabbed
18   the cable with my other hand, as well, and tried
19   pulling myself back up. And the barge started coming
20   in and pinned me against -- against the piling, and
21   proceeded to smash me for about a period of ten
22   seconds, I'd say, and it went back out. I moved over
23   a little ways, to get away from the piling, turned
24   around, grabbed the I-beam and pulled myself to the
25   horizontal I-beam. I sat down and lifted my leg, my

Page 171

1   right leg, up over the I-beam, laid down and radioed
2   for help then.
3   And then Bill Emory came down onto the
4   barge and found me, and then he called -- called the
5   paramedics and family and everything.
6   And do you need me to keep going from
7   there?
8   Q. No. Let me back up a little bit.
9   When you were hanging off the side onto
10   that wire, before the barge closed in, were you able
11   to see the piling behind you?
12   A. No. I turned around right away. And I
13   didn't know there was a piling behind me.
14   Q. You turned around to look behind you?
15   A. No. I turned around, because when I feel,
16   I was facing the dock, a little ways, and swung over
17   to face the barge and try to pull myself up.
18   Q. You mean, when you were holding onto the
19   wires, it was behind you?
20   A. Yes. The dock was behind me; I was facing
21   the barge.
22   Q. Oh, I'm sorry.
23   But you didn't know the piling was behind
24   you, at that point.
25   A. No. No.

45 (Pages 168 to 171)

Exhibit   1
Page 20 of 21 Pages

Page 172

1  Q.  Was it too dark to see the piling?
2  A.  I couldn't say.  Just that I was just
3  trying to get up and get back onto the barge.  So I
4  don't know if -- I didn't know there was a piling
5  behind me, or anything of that nature.
6  Q.  When you went to pick up the shackle that
7  you say you dropped, were you on one knee?
8  A.  Yes.  I was bent down, to pick it up on --
9  I got down on one knee, my -- my right, say.
10  Q.  And then you went off the right side of the
11  barge or the left side of the barge?
12  A.  It was on the left of me.
13  Q.  So you're on your right knee, and you went
14  to the left?
15  A.  Yes.
16  Q.  As far as what made you tip over, you don't
17  know what that was?
18  A.  No, I couldn't say.
19  Q.  Do you think your back went through the
20  wires first, or do you think your feet went through
21  first?
22  A.  It was my upper back that rolled over the
23  bottom wire there.  So my legs and feet followed
24  after that.
25  Q.  Were you wearing a hard hat?

Page 173

1  A.  Yes.
2  Q.  Did your hat fall off?
3  A.  Not until I got on the I-beam and they were
4  coming down to get me, then my hat fell off.
5  Q.  When you moved to that area, for the first
6  time, were you the one that selected which chain to
7  go up at which period of time, which one to lash
8  first and second, and so on?
9  A.  Oh, when I was working in this area?
10  Q.  Right.
11  A.  Yeah.  I just started from the end and
12  started my way up.
13     Is that what you're asking?
14  Q.  I was just trying to decide -- they've sent
15  you into the general area?
16  A.  Uh-huh.
17  Q.  And then they said:  Just start lashing as
18  you go along?
19  A.  Uh-huh.
20  Q.  And you did the inside first?
21  A.  Yes.
22  Q.  The one end of a bunch of -- a number of
23  containers, you did the one end of, which is the
24  inside end?
25  A.  Yes.

Page 174

1  Q.  And then you would move to the outside, and
2  were going to do a number of containers on that side?
3  A.  Yes.
4  Q.  Which was the waterside of the barge?
5  A.  Yes.
6  Q.  And how many containers had you done so
7  far, do you think, before the accident?
8  A.  Anywhere from seven to ten, that I was
9  doing.
10  Q.  Two chains per container?
11  A.  Yes.  And then there was also -- or no --
12  yeah, it's two chains per container, each side.
13  Q.  And so you had started at the far end, at
14  the stern?
15  A.  Uh-huh.
16  Q.  You started forward?
17  A.  Yes.
18  Q.  So you think you were about seven or ten
19  containers forward of the stern?
20  A.  That's -- that's how many there were.  But
21  when I was doing the outside, I was probably about
22  three or four containers.
23  Q.  Three or four containers from the stern?
24  A.  Yes.
25  Q.  Okay.  And those -- all the containers at

Page 175

1  the stern were all sideways, none of those were fore
2  and aft?
3  A.  No.  Yes, they were all sideways.
4  Q.  Had any of the ones that you had done
5  inboard, were any of those fore and aft?
6  A.  No.  All the containers that they put on,
7  on the side I was working on, were all sideways.
8  Q.  Where were you getting the shackles from
9  and the turnbuckles?  Were those already hanging, as
10  well?
11  A.  Those were on a flat.  I had to drag some
12  over and work from there.
13  Q.  Where was the flat located?
14  A.  The flat was about in the middle of the
15  barge, close to the end, here, edge (Indicating).
16  Q.  So as you needed turnbuckles and shackles,
17  you would go to that area of the barge to get them?
18  A.  Yeah.  I would usually grab a few handfuls,
19  at a time, to make the trip less frequently.
20  Q.  Did Bill or anybody, Bill Emory or anybody
21  else from Northland, tell you that there was any sort
22  of need to move things along, because the barge was
23  going to be sailing?
24  A.  Work faster?  Or...
25  Q.  I don't know.  If it would have been

46 (Pages 172 to 175)

Exhibit _____1_____

Page 21 of 21 Pages