1  Thomas G. Waller
   Alaska Bar No. 0109052
2  BAUER MOYNIHAN & JOHNSON LLP
   2101 4TH Avenue - 24th Floor
3  Seattle, WA 98121
   (206) 443-3400
4
5  Attorneys for Defendants
6
7              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF ALASKA AT ANCHORAGE
8  JOSEPH ABRUSKA,
9              Plaintiff,
10     v.
11 NORTHLAND VESSEL LEASING COMPANY,         CASE NO. A04-209 CV (JKS)
   LLC and NAKNEK BARGE, LLC,
12
13              Defendants.

14 __DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST__

15              REQUESTS FOR ADMISSION

16

17

18 RESPONSE TO REQUEST FOR ADMISSION NO. 1:        Admit.

19

20 RESPONSE TO REQUEST FOR ADMISSION NO. 2:        Admit.

21

22 RESPONSE TO REQUEST FOR ADMISSION NO. 3:        Admit.

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR
ADMISSION
Abruska / Northland, No. A04-209 CV (JKS)
- 1 of 2 -

Exhibit  3

Page  1  of 30 Pages

1

2  DATED this _18_ day of January, 2005.

3

4                          BAUER MOYNIHAN & JOHNSON LLP

5

6                          _[signature]_

7                          Thomas G. Waller, Alaska Bar No. 0109052
                           Attorneys for Defendants
8

9  I declare under penalty of perjury that on January _18_, 2005, I caused to be served in

10  the manner indicated below a true and accurate copy of the foregoing document upon the
    following:

11
    Neil T. O'Donnell              [ ] By Mail
12  Christopher J. Slottee          [ ] By Hand Delivery
    Atkinson, Conway & Gagnon,      [ ] By Facsimile
    Inc.                            [X] By Air Courier
13  420 L Street, Suite 500
    Anchorage, AK 99501
14  Tel: 907.276.1700
    Fax: 907.272.2082

15

16  BAUER MOYNIHAN & JOHNSON LLP

17
    _[signature]_
18  By: Kathy I. Putt

19

20
ATTORNEYS AT LAW
21
    BAUER
    MOYNIHAN
22  & JOHNSON LLP

    2101 FOURTH AVENUE
       SUITE 2400
23  SEATTLE, WA  98121

    (206) 443-3400
24  FAX (206) 448-9076

25

26

    DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR
    ADMISSION
    Abruska / Northland; No. A04-209 CV (JKS)
       2 of 2

Exhibit _3_

Page _2_ of _30_ Pages

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | **PLAINTIFF'S FIRST REQUESTS** |
| | ) | **FOR ADMISSION TO** |
| Plaintiff, | ) | **DEFENDANT NAKNEK BARGE,** |
| | ) | **LLC.** |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC and NAKNEK | ) | |
| BARGE, LLC | ) | Case No. A04-209 cv (JKS) |
| | ) | |
| Defendants. | ) | |

Plaintiff Joseph Abruska, by and through his attorneys of record, Atkinson,

Conway & Gagnon, pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests

that Defendant Naknek Barge, LLC admit the following requests within thirty (    days

of the date of service.

**REQUEST FOR ADMISSION #1:**    Please admit that are only two

courses of railings on the side of the freight barge *Baranoff Trader* in the area where

Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit __3__

Page _3_ of _30_ Pages

**REQUEST FOR ADMISSION #2:**    Please admit that there are more than 15 inches between the two course of railings on the side of the freight barge *Baranoff Trader* in the area where Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

**REQUEST FOR ADMISSION #3:**    Please admit that Defendant Naknek Barge, LLC was the owner *pro hac vice* of the freight barge *Baranoff Trader* on August 24, 2003.

**RESPONSE:**

DATED this __15th__ day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By_____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 4
74460/7407.1

Exhibit __3__
Page __4__ of __30__ Pages

# VERIFICATION

STATE OF _____ )
                              ) ss.
COUNTY OF _____ )

      I, _____ say on oath or affirm that I am _____ of Defendant Naknek Barge, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Requests for Admissions, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

      DATED this _____ day of _____, 2004.

_____
                Name

      SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2004.

_____
                Notary Public in and for _____
                My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 4
74460/7407.1

Exhibit ___3___

Page _5_ of _30_ Pages

I certify that on December ___, 2004
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

    ( ) Mail
    ( ) Facsimile
    ( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 4
74460/7407.1

Exhibit ___3___

Page _6_ of _30_ Pages

1  Thomas G. Waller
   Alaska Bar No. 0109052
2  BAUER MOYNIHAN & JOHNSON LLP
   2101 4TH Avenue - 24th Floor
3  Seattle, WA 98121
   (206) 443-3400
4

5  Attorneys for Defendants

6          UNITED STATES DISTRICT COURT
7      FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8  JOSEPH ABRUSKA,

9                    Plaintiff,

10         v.

11  NORTHLAND VESSEL LEASING COMPANY,    CASE NO. A04-209 CV (JKS)
    LLC and NAKNEK BARGE, LLC,
12
                    Defendants.
13
      DEFENDANT NORTHLAND VESSEL LEASING COMPANY LLC'S RESPONSES TO
14
         PLAINTIFF'S FIRST REQUEST FOR ADMISSION
15
    TO:    Plaintiff, above-named; and
16
    TO:    Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's
17  counsel

18

19  RESPONSE TO REQUEST FOR ADMISSION NO. 1:    Admit.

20

21  RESPONSE TO REQUEST FOR ADMISSION NO. 2:    Admit.

22

23  RESPONSE TO REQUEST FOR ADMISSION NO. 3:    Admit.

24

25

26

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST
REQUESTS FOR ADMISSION
Abruska / Northland; No. A04-209 CV (JKS)
1 of 2

Exhibit 3
Page 7 of 30 Pages

1

2

3

4    DATED this ___ day of January, 2005.

5                              BAUER MOYNIHAN & JOHNSON LLP

6

7                              _____

8                              Thomas G. Waller, Alaska Bar No. 0109052
                               Attorneys for Defendants

9

10

11   I declare under penalty of perjury that on January ___, 2005, I caused to be served in
     the manner indicated below a true and accurate copy of the foregoing document upon the
12   following:

13   Neil T. O'Donnell          [ ] By Mail
     Christopher J. Slottee     [ ] By Hand Delivery
14   Atkinson, Conway & Gagnon, [ ] By Facsimile
     Inc.                       [√] By Air Courier
15   420 L Street, Suite 500
     Anchorage, AK  99501
16   Tel: 907.276.1700
     Fax: 907.272.2082

17   BAUER MOYNIHAN & JOHNSON LLP

18

19   _____

20   By: Kathy I. Putt

21

22

23

24

25

26

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO PLAINTIFF'S FIRST
REQUESTS FOR ADMISSION
Alaska / Northland; No. A04-209 CV (JKS)
- 2 of 2 -

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,      ) | **PLAINTIFF'S FIRST REQUESTS** |
|            ) | **FOR ADMISSION TO** |
|     Plaintiff,    ) | **DEFENDANT NORTHLAND** |
|            ) | **VESSEL LEASING COMPANY,** |
|   vs.        ) | **LLC.** |
|            ) | |
| NORTHLAND VESSEL LEASING  ) | |
| COMPANY, LLC and NAKNEK   ) | |
| BARGE, LLC       ) | |
|            ) | Case No. A04-209 cv (JKS) |
|     Defendants.  ) | |
|            ) | |

Plaintiff Joseph Abruska, by and through his attorneys of record, Atkinson,

Conway & Gagnon, pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests

that Defendant Northland Vessel Leasing Company, LLC admit the following requests

within thirty (30) days of the date of service.

**REQUEST FOR ADMISSION #1:**  Please admit that are only two

courses of railings on the side of the freight barge *Baranoff Trader* in the area where

Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 3
Page 9 of 30 Pages

**REQUEST FOR ADMISSION #2:**     Please admit that there are more than 15 inches between the two courses of railings on the side of the freight barge *Baranoff Trader* in the area where Plaintiff Joseph Abruska had his accident on August 24, 2003.

**RESPONSE:**

**REQUEST FOR ADMISSION #3:**     Please admit that Defendant Northland Vessel Leasing Company, LLC was the owner of the freight *barge Baranoff Trader* on August 24, 2003.

**RESPONSE:**

DATED this 15ᵗʰ day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 4
74458/7407.1

Exhibit ___3___

Page 10 of 30 Pages

## VERIFICATION

STATE OF _____    )
                                )
                                ) ss.
COUNTY OF _____     )

    I, _____ say on oath or affirm that I am
_____ of Defendant Northland Vessel Leasing Company,
LLC and am authorized to act on behalf of said corporation; that I have read the
foregoing Responses to Requests for Admissions, know the contents thereof and believe
the same to be true and correct to the best of my knowledge, information and belief.

    DATED this _____ day of _____, 2004.


_____
          Name

    SUBSCRIBED AND SWORN TO before me this _____ day of
_____, 2004.


_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 4
74458/7407.1

Exhibit __3__
Page _11_ of _30_ Pages

I certify that on December __15__, 2004
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

    ( ✓ ) Mail
    ( ) Facsimile
    ( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_Jo McClain_
Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First RFA to Def. Northland Vessel Leasing Company, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 4
74458/7407.1

Exhibit __3__

Page _12_ of _30_ Pages

Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA  98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

JOSEPH ABRUSKA,

           Plaintiff,

    v.

NORTHLAND VESSEL LEASING COMPANY,
LLC and NAKNEK BARGE, LLC,

           Defendants.

CASE NO. A04-209 CV (JKS)

**DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION**

TO:    Plaintiff, above-named; and

TO:    Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's counsel

**Interrogatories**

ANSWER TO INTERROGATORY NO. 1:    The BARANOF TRADER is equipped with two courses of safety wire because a third course of wire is not required and was therefore never installed.

ANSWER TO INTERROGATORY NO. 2:    OBJECTION. Overly broad. Not reasonably calculated to lead to the discovery of admissible evidence.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4-

Exhibit ___3___

Page _13_ of _30_ Pages

ANSWER TO INTERROGATORY NO. 3:    See response to No. 2, above.

ANSWER TO INTERROGATORY NO. 4:    Naknek Barge Lines believes, but has not confirmed, that one or more of its employees may have been aboard the barge on the incident date. The identities of personnel working aboard the barge but not employed by Naknek Barge Lines are not known. This request will be supplemented with the names of Naknek Barge Lines personnel, if any, working aboard the barge.

ANSWER TO INTERROGATORY NO. 5:    Defendant Naknek Barge Lines has no information responsive to this request.

ANSWER TO INTERROGATORY NO. 6:    Two safety wires. Distance between wires is approximately 17½".

**Requests for Production**

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:    OBJECTION. Overly broad. Unduly burdensome. Vague. Without waiver of objection, see attached documents and surveys. See also, Initial Disclosures.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:    OBJECTION. Work product. Attorney-client privilege. Self-critical analysis privilege. Without waiver of objections, see attached Incident Investigation performed by Northland Services, Inc. and forwarded to Naknek Barge Lines.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

Exhibit ___3___

Page __14_ of _30_ Pages

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:    Defendant Naknek Barge Lines has located no documents responsive to this request.  Discovery continues.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:    OBJECTION.  Work product.  Attorney-client privilege.  Self-critical analysis privilege.  Defendant Naknek Barge Lines has no non-privileged documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:    OBJECTION.  The agreement between defendants contains trade secrets and other proprietary and confidential information not subject to general discovery disclosure.  Without waiver of objections, the agreement will be produced -- with redactions -- upon execution of an agreed protective order or other arrangements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:    Defendant Naknek Barge Lines has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:    Defendant Naknek Barge Lines has no documents responsive to this request.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4-

Exhibit ___3___

Page _15_ of _30_ Pages

1    RESPONSE TO REQUEST FOR PRODUCTION NO. 10:    Defendant Naknek

2  Barge Lines took no photographs.

3

4    RESPONSE TO REQUEST FOR PRODUCTION NO. 11:    The barge does not

5  maintain a log book.

6

7

8    DATED this ___ day of January, 2005.

9    BAUER MOYNIHAN & JOHNSON LLP

10

11

12    Thomas G. Waller, Alaska Bar No. 0109052
     Attorneys for Defendants

13

14  I declare under penalty of perjury that on January ___, 2005, I caused to be served in

15  the manner indicated below a true and accurate copy of the foregoing document upon the
    following:

16
    Neil T. O'Donnell                [ ] By Mail
17  Christopher J. Slottee           [ ] By Hand Delivery
    Atkinson, Conway & Gagnon,       [X] By Facsimile
    Inc.                             [X] By Air Courier
18  420 L Street, Suite 500
    Anchorage, AK  99501
19  Tel: 907.276.1700
    Fax: 907.272.2082
20

21  BAUER MOYNIHAN & JOHNSON LLP

22

23  By: Kathy I. Putt

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NAKNEK BARGE LINES, LLC'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES
AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 4 of 4-

Exhibit __3__

Page _16_ of _30_ Pages

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

**COPY RECEIVED**

DEC 2 0 20

**BAUER MOYNIHAN & JOHNSON LLP**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

|  |  |
|---|---|
| JOSEPH ABRUSKA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC and NAKNEK )<br>BARGE, LLC )<br><br>Defendants. )<br>_____ ) | **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT NAKNEK BARGE, LLC AND ANSWERS**<br><br>Case No.  A04-209 CV (JKS) |

Plaintiff, by and through his attorneys of record, Atkinson, Conway & Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the following interrogatories to Defendant Naknek Barge, LLC to be answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents, investigators, servants and employees of Defendant Naknek Barge, LLC.  These interrogatories are deemed to be continuing, and in the event information is received by Defendant Naknek Barge, LLC subsequent to answers being made, this information must be presented forthwith in answer form and served on counsel for Plaintiff.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1999
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit __3__

Page _17_ of _30_ Pages

**INTEROGGATORY NO. 1:**    Please state why, on August 24, 2003, the freight barge *Baranoff Trader* did not have three courses of railings with not more than 15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 2:**    Please list the name and type of each barge owned, leased, or otherwise operated by Defendant Naknek Barge, LLC.

**RESPONSE:**

PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 3:**    Please state which of the barges listed in response to Interrogatory No. 2 have three courses of rails with not more than 15 inches of space between courses.

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 4:**    Please list the name, address, and telephone number of every individual working on the freight barge *Baranoff Trader* on August 24, 2003.

PLEASE SEE
ATTACHED

**RESPONSE:**

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1988
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74367/7407.1

Exhibit __3__

Page _18_ of _30_ Pages

**INTEROGGATORY NO. 5:**    Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Naknek Barge, LLC, specifying the date of injury, the type of injury, and the circumstances of the injury.

**RESPONSE:**    PLEASE SEE
ATTACHED

**INTEROGGATORY NO. 6:**    Please state the number of courses of rails located on the side of the freight barge *Baranoff Trader* in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:**    PLEASE SEE
ATTACHED

DATED this 15th day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74367/7407.1

Exhibit 3

Page 19 of 30 Pages

## VERIFICATION

STATE OF _____ )
                                 ) ss.
COUNTY OF _____ )

I, _____ say on oath or affirm that I am _____ of Defendant Naknek Barge, LLC and am authorized to act on behalf of said corporation; that I have read the foregoing Responses to Interrogatories, know the contents thereof and believe the same to be true and correct to the best of my knowledge, information and belief.

DATED this _____ day of _____, 2004.

_____

_____
Name

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2004.

_____
Notary Public in and for _____
My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 800
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

PITf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74367/7407.1

Exhibit __3__

Page _20_ of _30_ Pages

I certify that on December _13_, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

 ( ⎯ ) Mail
 (   ) Facsimile
 (   ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

_____
   Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INT To Def. Naknek Barge, LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al*; Case No. A04-209 CV (JKS)
Page 5 of 5
74367/7407.1

Exhibit _3_

Page _21_ of _30_ Pages

1 | Thomas G. Waller
Alaska Bar No. 0109052
2 | BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
3 | Seattle, WA 98121
(206) 443-3400
4 |

5 | Attorneys for Defendants

6 |

7 |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

8 | JOSEPH ABRUSKA,

9 |                    Plaintiff,

10 |            v.

11 | NORTHLAND VESSEL LEASING COMPANY,
LLC and NAKNEK BARGE, LLC,                CASE NO. A04-209 CV (JKS)

12 |                    Defendants.

13 |    DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC'S RESPONSES TO

14 |    PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

15 | TO:    Plaintiff, above-named; and

16 |
TO:    Neil T. O'Donnell, Christopher J. Slottee and Atkinson, Conway & Gagnon, Inc., plaintiff's
17 | counsel

18 |                        **Interrogatories**

19 |

20 |    ANSWER TO INTERROGATORY NO. 1:        The BARANOF TRADER is equipped

21 | with two courses of safety wire because a third course of wire is not required and was therefore

22 | never installed.

23 |

24 |    ANSWER TO INTERROGATORY NO. 2:        OBJECTION. Overly broad. Not

25 | reasonably calculated to lead to the discovery of admissible evidence.

26 |

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 1 of 4-

Exhibit   3

Page 22 of 30 Pages

ANSWER TO INTERROGATORY NO. 3:    See response to No. 2, above.

ANSWER TO INTERROGATORY NO. 4:    Defendant Northland Vessel Leasing has no information concerning activities aboard the barge on the incident date.

ANSWER TO INTERROGATORY NO. 5:    Defendant Northland Vessel Leasing has no information responsive to this request.

ANSWER TO INTERROGATORY NO. 6:    Two safety wires. Distance between wires is approximately 17½".

## Requests for Production

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:    OBJECTION. Work product. Attorney-client privilege. Self-critical analysis privilege. Without waiver of objections, see Northland Services Incident Investigation produced by Naknek Barge Lines.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:    Defendant Northland Vessel Leasing has located no documents responsive to this request. Discovery continues.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 2 of 4-

Exhibit _3_

Page _23_ of _30_ Pages

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:    <u>OBJECTION</u>. Work product. Attorney-client privilege. Defendant Northland Vessel Leasing has no non-privileged documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:    <u>OBJECTION</u>. The agreement between defendants contains trade secrets and other proprietary and confidential information not subject to general discovery disclosure. Without waiver of objections, the agreement will be produced -- with redactions -- upon execution of an agreed protective order or other arrangements.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:    Defendant Northland Vessel Leasing has no documents responsive to this request.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11:    Defendant Northland Vessel Leasing has no documents responsive to this request.

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 3 of 4-

Exhibit __3__

Page _24_ of _30_ Pages

1  DATED this ___ day of January, 2005.

2  BAUER MOYNIHAN & JOHNSON LLP

3

4

5  Thomas G. Waller, Alaska Bar No. 0109052

6  Attorneys for Defendants

7  I declare under penalty of perjury that on January ___, 2005, I caused to be served in
the manner indicated below a true and accurate copy of the foregoing document upon the

8  following:

9  Neil T. O'Donnell                    [ ] By Mail
Christopher J. Slottee               [ ] By Hand Delivery
Atkinson, Conway & Gagnon,           [x] By Facsimile
10  Inc.                                 [x] By Air Courier
420 L Street, Suite 500
11  Anchorage, AK  99501
Tel: 907.276.1700
12  Fax: 907.272.2082

13  BAUER MOYNIHAN & JOHNSON LLP

14

15

16  By: Kathy I. Putt

17

18

19

20

21

22

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

DEFENDANT NORTHLAND VESSEL LEASING COMPANY, LLC 'S RESPONSES TO PLAINTIFF'S FIRST
INTERROGATORIES AND REQUESTS FOR PRODUCTION
Abruska / Northland; No. A04-209 CV (JKS)
- 4 of 4-

Exhibit __3__

Page _25_ of _30_ Pages

COPY RECEIVED

DEC 2 0 2004

BAUER MOYNIHAN & JOHNSON LLP

NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | **PLAINTIFF'S FIRST SET OF** |
| | ) | **INTERROGATORIES TO** |
| Plaintiff, | ) | **DEFENDANT NORTHLAND** |
| | ) | **VESSEL LEASING COMPANY,** |
| vs. | ) | **LLC** |
| | ) | **AND ANSWERS** |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC and NAKNEK | ) | |
| BARGE, LLC | ) | |
| | ) | Case No.  A04-209 CV (JKS) |
| Defendants. | ) | |

Plaintiff, by and through his attorneys of record, Atkinson, Conway &

Gagnon, pursuant to Rule 33 of the Federal Rules of Civil Procedure, submits the

following interrogatories to Defendant Northland Vessel Leasing Company, LLC to be

answered in writing, under oath, within thirty (30) days of the date of service hereof.

These interrogatories seek information known to the attorneys, agents,

investigators, servants and employees of Defendant Northland Vessel Leasing Company,

LLC.  These interrogatories are deemed to be continuing, and in the event information is

received by Defendant Northland Vessel Leasing Company, LLC subsequent to answers

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

ORIGINAL

Exhibit  3
Page 26 of 30 Pages

being made, this information must be presented forthwith in answer form and served on

counsel for Plaintiff.

**INTEROGGATORY NO. 1:**     Please state why, on August 24, 2003,

the freight barge *Baranoff Trader* did not have three courses of railings with not more than

15 inches of space between courses as specified by 46 C.F.R. § 92.25-5.

**RESPONSE:**     PLEASE SEE
ATTACHED


**INTEROGGATORY NO. 2:**     Please state the name and type of each

barge owned by Defendant Northland Vessel Leasing Company, LLC as of August 24,

2003.

**RESPONSE:**     PLEASE SEE
ATTACHED


**INTEROGGATORY NO. 3:**     Please state which of the barges listed

in response to Interrogatory No. 2 have three courses of rails with not more than 15

inches of space between courses.

PLEASE SEE
ATTACHED
**RESPONSE:**


**INTEROGGATORY NO. 4:**     Please list the name, address, and

telephone number of every individual working on the *Baranoff Trader* on August 24, 2003.

**RESPONSE:**     PLEASE SEE
ATTACHED

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 2 of 5
74366/7407.1

Exhibit _3_

**INTEROGGATORY NO. 5:**    Please list the name, address, and telephone number of every individual who, at any time, has been injured as a result of falling off a vessel, or falling through guard rails on a vessel, owned or operated by Defendant Northland Vessel Leasing Company, LLC, specifying the date of injury, the type of injury, and the circumstances of the cause of the injury.

**RESPONSE:**    PLEASE SEE ATTACHED

**INTEROGGATORY NO. 6:**    Please state the number of courses of rails located on the side of the freight barge Baranoff Trader in the general area in which Plaintiff Joseph Abruska was injured on August 24, 2003, and the distance, in inches, between those courses of rails.

**RESPONSE:**    PLEASE SEE ATTACHED

DATED this 15ᵗʰ day of December, 2004.

ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska

By _____
    Christopher J. Slottee
    ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501 - 1989
TELEPHONE 276 - 1700
FACSIMILE 272 - 2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 3 of 5
74366/7407.1

Exhibit ___3___

Page _28_ of _30_ Pages

## VERIFICATION

STATE OF _____ )

                                   ) ss.

COUNTY OF _____ )


I, _____ say on oath or affirm that I am

_____ of Defendant Northland Vessel Leasing Company,

LLC and am authorized to act on behalf of said corporation; that I have read the

foregoing Responses to Interrogatories, know the contents thereof and believe the same

to be true and correct to the best of my knowledge, information and belief.


DATED this _____ day of _____, 2004.


_____

_____
           Name

SUBSCRIBED AND SWORN TO before me this _____ day of

_____, 2004.


_____

Notary Public in and for _____

My Commission Expires:_____

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al.*; Case No. A04-209 CV (JKS)
Page 4 of 5
74366/7407.1

Exhibit __3__

Page __29__ of __30__ Pages

I certify that on December _15_, 2004,
a copy of the foregoing document was sent
to the following attorneys or parties
of record by:

( ~~Mail~~
( ) Facsimile
( ) Hand Delivery

James H. Bauer
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

Jo McClain

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1969
TELEPHONE 276-1700
FACSIMILE 272-2082

Pltf's First Set of INTs To Def. Northland Vessel Leasing Co., LLC
*Abruska v. Northland Vessel Leasing Company, LLC, et. al*; Case No. A04-209 CV (JKS)
Page 5 of 5
74366/7407.1

Exhibit __3__

Page _30_ of _30_ Pages