Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

---

JOSEPH ABRUSKA,                     )
                                    )
       Plaintiff,                   )
                                    )
  vs.                               )
                                    )
NORTHLAND VESSEL LEASING            )
COMPANY, LLC and NAKNEK             )
BARGE, LLC,                         )
                                    )
       Defendants.                  )
                                    )

Case No. A04-209 CV (JKS)

---

VIDEOTAPED DEPOSITION OF WILLIAM "BILL" EMORY

---

Pages 1 - 116
Wednesday, September 28, 2005
1:35 P.M.

Taken by Counsel for Plaintiff
at
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, Alaska

Page 2

1                    A-P-P-E-A-R-A-N-C-E-S

2

    For Plaintiff:
3       Christopher J. Slottee
        Neil T. O'Donnell
4       ATKINSON CONWAY & GAGNON, INC.
        420 L Street, Fifth Floor
5       Anchorage, Alaska 99501
        907/276-1700

6

7

    For Defendants:
8       Thomas G. Waller
        BAUER, MOYNIHAN & JOHNSON, LLP
9       2101 Fourth Avenue, Suite 2400
        Seattle, Washington 98121
10      206/443-3400

11

    Also Present:
12      Barry Hachler

13

    Videographer:
14      Martha Enslow
        MEDIA IMPRESSIONS

15

    Court Reporter:
16      Lisa L. Shaffer
        PACIFIC RIM REPORTING
17      711 M Street, Suite 4
        Anchorage, Alaska 99501

18

19

20

21

22

23

24

25

1        I-N-D-E-X

2   EXAMINATION BY                                          PAGE

3     Mr. Slottee                                              5

4     Mr. Waller                                             113

5

6

7

    EXHIBITS                                                PAGE

8
      1   Incident Investigation Report (6 pgs.)             15
9
      2   Photocopy of Color Photograph (1 pg.)              26
10
      3   Photocopy of Color Photograph (1 pg.)              27
11
      4   Color Photograph                                   28
12
      5   Vessel Deployment for 2003 Season and Daily        67
13        Position Report (2 pgs.)

14
      6   Packet of E-mails (9 pgs.)                         82
15
      7   Northland Services, Inc., Incident Reporting       98
16        Notice (1 pg.)

17
      8   Northland Services, Inc., Time Summary for         99
18        S. Franklin (2 pgs.)

19
      9   Northland Services, Inc., Time Summary for         99
20        L. Donkersloot (2 pgs.)

21

22

23

24

25

Page 16

1  Q  Do you remember about how long after Joseph's
2  accident that he contacted you?
3  A  Probably a few days.
4  Q  Was it by telephone or was it in person?
5  A  Telephone.
6  Q  Did he talk to you with Luke Donkersloot
7  present, or did he talk to you separately?
8  A  Separately. He talked to me on the phone. I
9  don't remember if Ben came up after that or not. I
10 don't think so.
11 Q  What did he ask you?
12 A  He just asked for the -- you know, what had
13 happened.
14 Q  Okay. And what did you tell him?
15    MR. WALLER: Objection. Form.
16 A  Can you repeat the question?
17 BY MR. SLOTTEE:
18 Q  What did you tell Ben Burns when he asked you
19 what had happened?
20 A  I told him that we had a guy that had fallen.
21 Q  Did you actually witness the accident?
22 A  No.
23 Q  And what did Ben Burns say to you about the
24 accident?
25 A  I don't understand the question.

Page 17

1  Q  Well, you said Ben Burns called you to ask
2  you about the accident and you told him what had
3  happened.
4  A  That Joseph had fallen, we had taken him to
5  the clinic and he was going to get medevaced. That
6  was the extent of the conversation.
7  Q  And Ben Burns didn't say anything in response
8  to that?
9  A  Not that I remember, no.
10 Q  Do you know what Luke Donkersloot told Ben
11 Burns?
12 A  No.
13 Q  Did anyone else besides Ben Burns from
14 Northland Services follow up with you after the
15 accident?
16 A  No.
17 Q  Have you ever seen any other report
18 referencing the accident?
19 A  Seen what?
20 Q  Any other report or --
21 A  No.
22 Q  Did you have to make a filing with OSHA?
23 A  No, not out of the Naknek office.
24 Q  Now, about how many barges have you worked on
25 for Northland Services?

Page 18

1  A  Several hundred.
2  Q  Are they all similar to the BARANOF TRADER,
3  or are there differences between them?
4     MR. WALLER: Objection. Form.
5  A  Can you repeat the question?
6  BY MR. SLOTTEE:
7  Q  That's actually not a very good question.
8     Have you worked on the BARANOF TRADER?
9  A  Yes.
10 Q  Are you familiar with the BARANOF TRADER?
11 A  Yes.
12 Q  About how many times have you worked on the
13 BARANOF TRADER?
14 A  Countless.
15 Q  Is the BARANOF TRADER -- is it considered a
16 lighterage barge?
17 A  A lighterage barge, yes. It's a 230 barge.
18 It's one of our smaller barges.
19 Q  Okay. A 230 barge, what does that mean?
20 A  230 feet.
21 Q  And that's the length of the barge?
22 A  Yes.
23 Q  And that's one of your -- Northland Services'
24 smaller barges?
25 A  Yeah. Medium size. I mean, we have smaller

Page 19

1  and we have larger.
2  Q  Okay. When was the last time you worked on
3  the BARANOF TRADER?
4  A  Here about six weeks ago, eight weeks ago.
5  Q  And what were you doing then?
6  A  We prepped that barge and used it for
7  southbound sailing with canned salmon. We prepped it
8  in Naknek and it sailed canned salmon out of Alitak.
9  Q  When you say you prepped the barge, what does
10 that entail?
11 A  Put equipment on it, gear, gear flats.
12 Q  What type of equipment would you put on it?
13 A  Forklift.
14 Q  And then gear or gear flats?
15 A  Gear, chains.
16 Q  Now, does the BARANOF TRADER have a set
17 schedule?
18 A  No.
19 Q  How do you know where it is in any -- at any
20 certain time?
21 A  We have a vessel -- a position report that's
22 filled out on a daily basis.
23 Q  And that vessel position report would tell
24 you where the BARANOF TRADER is?
25 A  Uh-huh.

7 (Pages 16 to 19)

Page 20

1  Q  Like, for example, if you want to know where
2  it is today, you could look at that and it would tell
3  you where it is?
4  A  Yes.
5  Q  Would it tell you where it had come from?
6  A  It would have past history.
7  Q  So you could see, let's say, for example, for
8  today it was in X, and then you look at the one
9  tomorrow, if it's in a different location, you can
10 figure out how it went from X to Y, right?
11 A  Yes.
12 Q  Does it have a general schedule, in the sense
13 that it has regular routes?
14 A  No.
15 Q  And were you -- have you worked on the
16 BARANOF TRADER before Joe Abruska's accident?
17 A  Yes.
18 Q  So you're pretty familiar with the BARANOF
19 TRADER?
20 A  Yes.
21 Q  Where are the wire railings located on the
22 BARANOF TRADER?
23     MR. WALLER: Objection. Form.
24 A  Can you repeat the question?
25 ///

Page 21

1  BY MR. SLOTTEE:
2  Q  Okay. Does the BARANOF TRADER have wire
3  railings?
4  A  Yes.
5  Q  Where are they located?
6     MR. WALLER: Objection. Form.
7  BY MR. SLOTTEE:
8  Q  You can answer.
9  A  Would you repeat the question?
10 Q  Where are the railings on the BARANOF TRADER
11 located on the barge?
12 A  On the outboard side.
13 Q  On both sides?
14 A  Yes, sir.
15 Q  Does it run the circumference of the barge?
16 A  Yes, sir.
17 Q  And how many courses of railings are there?
18 A  Two, which is the standard industry [as
19 spoken]. I believe that's what our minimum is, two.
20 Q  Have you ever seen a barge with more than two
21 railings?
22 A  No.
23 Q  Have you ever seen a barge with less than two
24 railings?
25 A  Yes.

Page 22

1  Q  What type of barge would have less than two
2  railings?
3  A  Well, some of our -- a barge that -- you have
4  one line where the tie-up bits are, there will only be
5  one safety line. That's OSHA standard, just to have
6  two lines up. And where the bits are, you can have
7  one line. Because if you have two, it hinders you
8  from tying up the barge.
9  Q  And that's an OSHA standard?
10 A  I believe so, yeah. OSHA spends a lot of
11 time on our barges.
12 Q  Are the courses of wire railings on different
13 barges approximately the same height?
14 A  Yes.
15 Q  Do you know that approximate height?
16 A  I don't remember what it is.
17 Q  Can the posts or stanchions that hold up the
18 wire railings, can they be removed?
19 A  Yes.
20 Q  Have you ever seen them removed?
21 A  Yes.
22 Q  When or why are they removed?
23 A  If we're loading in the key, which is the
24 center of the barge, we remove that safety line so
25 that we can pass containers back and forth, which is

Page 23

1  called a pass-pass operation. So the safety lines are
2  all the time taken down to move cargo back and forth,
3  put back up.
4  Q  Okay. You say that's in the center of the
5  barge?
6  A  Uh-huh.
7  Q  Do you ever take down the wire railings on
8  the ends of the barge?
9  A  No.
10 Q  Or how about further down the side of the
11 barge, so not in the center, but maybe off center?
12 A  No.
13 Q  It's always just in the center?
14 A  Uh-huh.
15    COURT REPORTER: Yes or no, please.
16 A  Yes.
17 BY MR. SLOTTEE:
18 Q  And specifically the BARANOF TRADER, have you
19 seen the wire railings on the BARANOF TRADER taken
20 down?
21 A  In the key.
22 Q  Anywhere else?
23 A  No.
24 Q  And on the date of Joseph's accident, were --
25 the wire railings in the key, were those taken down?

Page 24

1  A  Just in the key.
2  Q  Was that on the same side that Joseph fell
3  over on the --
4  A  Yes.
5  Q  Now, when you take down the -- remove the
6  stanchions and take down the wires, is it all a set,
7  or do you take the wires --
8  A  You just take the wire down, you don't take
9  the poles down.
10  Q  So you leave the actual poles in there, or
11  the stanchions, is that what they're called?
12  A  They're called safety stanchions. The
13  stanchions are not -- there's not a safety stanchion
14  in the center of the key. It's 40 feet without a
15  stanchion.
16  Q  So you're just taking out the --
17  A  The wire.
18  Q  Just kind of threading through the wire to
19  take it out?
20  A  You're just taking them -- undoing the
21  turnbuckle and taking the wire down.
22  Q  Okay. About how much distance is between two
23  safety stanchions?
24  MR. WALLER: Objection. Form.
25  A  Can you repeat the question?

Page 25

1  BY MR. SLOTTEE:
2  Q  Okay. On the BARANOF TRADER, in the key,
3  what is it? Do you know the distance between two
4  stanchions?
5  A  No, I don't.
6  Q  Could you approximate it at all?
7  A  6 feet.
8  Q  And is there a turnbuckle on either side of
9  the stanchion?
10  A  No. At one end, it would be dead end; and on
11  the other end it would be turnbuckle, so you can
12  adjust it and tighten it.
13  Q  Do you have to tighten the safety wires?
14  A  All the time.
15  Q  So you get pretty regular -- strike that.
16  You say all the time. Why would you have to
17  tighten the wire railing?
18  A  They get knocked by freight, the wires get
19  knocked by tugboats assisting or hitting a dock.
20  Numerous scenarios why a safety line would get
21  loosened.
22  Q  Okay. About how loose do they get?
23  A  Sometimes not very loose at all. Other times
24  you might go in and cream a dock and take the whole
25  thing out.

Page 26

1  Q  So it might just be lying on the deck?
2  A  Yeah.
3  Q  And then to tighten it up, you just tighten
4  up the turnbuckle?
5  A  Huh-uh.
6  Q  And then if you wanted to remove the wire
7  railing, you just loosen it and then pull the wire
8  railing off that way?
9  A  Take it off. You can replace safety -- yeah.
10  Q  And that's the same, true, for both the upper
11  and the lower wire?
12  A  Yes.
13  Q  This is a picture I'm going to mark as
14  Exhibit 2. It's one of the pictures in the inspection
15  report.
16  MR. SLOTTEE: Do you want copies of these?
17  MR. WALLER: I'll just look over his
18  shoulder.
19  MR. SLOTTEE: Okay.
20  (Exhibit No. 2 marked.)
21  BY MR. SLOTTEE:
22  Q  Here's the picture on page 3. Did I give you
23  the right one?
24  A  Uh-huh.
25  Q  And the caption of the picture says, "Showing

Page 27

1  the area on the BARANOF TRADER where Joseph Abruska
2  was working at the time of the accident."
3  Now, you didn't take this picture, right?
4  A  No.
5  Q  Do you know who did take this picture?
6  A  No.
7  Q  Does that wire railing look loose?
8  A  Not really, but ...
9  Q  Does it look like there's something wrong
10  with that turnbuckle?
11  A  No.
12  MR. SLOTTEE: Let's mark this as Exhibit 3.
13  (Exhibit No. 3 marked.)
14  BY MR. SLOTTEE:
15  Q  I'm giving you Exhibit 3, which is a picture
16  on page 8 of the inspection report.
17  A  Uh-huh.
18  Q  It has a caption of "Picture 3 lower safety
19  line."
20  Is that how a turnbuckle normally looks?
21  A  Yep. Well, that's just the one end of the
22  turnbuckle. That's a shackle and a cable. You can
23  only see about 3 inches of the turnbuckle.
24  Q  Right. Okay. So the turnbuckle is the
25  portion to the right in the picture, kind of the

Page 32

1  Q  They're both wires, okay.
2     And before you start to load or unload a
3  barge, do you do an inspection of the barge?
4  A  Yeah.
5  Q  Do you look for loose wire railings -- loose
6  safety wires or --
7  A  We do a walk-around, and we're looking at
8  lights and railings.
9  Q  So before you started to load the barge -- or
10 before Northland Services started to load the barge
11 the BARANOF TRADER, there would have been an
12 inspection before?
13 A  Just a quick walk-around.
14 Q  Does the barge master do that?
15 A  Or the captain of the tug.
16 Q  Okay. After Joseph's accident, did you
17 notice any changes to the wire railings or safety
18 wires on the BARANOF TRADER?
19 A  No.
20 Q  But obviously it had been tightened at some
21 point over the last two years, right?
22 A  Can you repeat that?
23 Q  The wire railing has been tightened sometime
24 over the last two years?
25 A  Yeah.

Page 33

1  Q  But you don't know when it was actually
2  tightened?
3  A  No.
4  Q  So is the wire railing that's in Exhibit 2,
5  the lower wire railing, is that a safety wire? Is
6  that what you would consider a safety wire?
7  A  Yes.
8  Q  And the top one is also a safety wire?
9  A  Yes.
10 Q  I've been talking about wire railings. Have
11 you understood me to be referring to that type of
12 safety wire?
13 A  Safety wire.
14 Q  Okay. Now, on the different barges you have
15 worked on, are their layouts different, the layouts of
16 their -- the deck of the barge?
17    MR. WALLER: Objection. Form.
18 A  Can you repeat the question?
19 BY MR. SLOTTEE:
20 Q  Do they all have wire railings in the same
21 place?
22    MR. WALLER: Objection. Form.
23 A  Yes.
24 BY MR. SLOTTEE:
25 Q  Okay. On the BARANOF TRADER, how are the

Page 34

1  containers normally stacked? Are they stacked -- let
2  me clarify.
3  A  You have to be more specific.
4  Q  Are they stacked so they run the length of
5  the ship or they run athwartship?
6  A  It depends on cargo, amount of cargo,
7  destination.
8  Q  So how would the type of cargo change how
9  they're --
10 A  Weight.
11 Q  If it's heavier, how are they -- what effect
12 does that have on how you stack them?
13 A  Marine transportation, the barge has to be
14 trimmed in the water. So the barge has to be
15 balanced, weight and balance.
16 Q  So you have to even out the storage
17 containers across the barge?
18 A  Correct.
19 Q  And then the location where it's being
20 shipped at has an effect on it as well, you said?
21 A  The stowage designation does have an effect
22 on stowage, yes.
23 Q  Okay. How would that affect it?
24 A  Depending on your discharge. Is a crane
25 going to dispatch a barge, is a forklift going to

Page 35

1  discharge the barge.
2  Q  So does it matter like how -- the distance of
3  the trip?
4  A  No.
5  Q  Or just where it's going to end up and how
6  they're going to move the stacks?
7  A  Distance is not a factor.
8  Q  Okay. Now, on the BARANOF TRADER, what type
9  of containers do you use -- what size of containers do
10 they use to -- use on the BARANOF TRADER to --
11 A  We haul 20s and 40s, 20 footer and 40 foot.
12 Q  And depending on which container you use,
13 does that affect how you have to stack them or how
14 their layout is set on the barge?
15 A  How they're stowed, yes.
16 Q  How does that affect it?
17 A  You can't put a 40-foot container on top of a
18 20-foot container.
19 Q  Right. Can you put a 40-foot container on
20 the BARANOF TRADER athwartships?
21 A  Yes.
22 Q  And can you put a 20-foot container
23 athwartships?
24 A  Yes.
25 Q  Can you put a 40-foot container lengthwise?

Page 40

1  Q  When was it supposed to leave that day?
2  A  It was actually supposed to leave the
3  previous day.
4  Q  So you were a day behind or a few hours
5  behind?
6  A  A few hours behind, yeah. It ultimately
7  affects your whole day because of the tides.
8  Q  So you had to leave at a specific time of the
9  day with the tide?
10 A  Yes.
11 Q  At high tide?
12 A  Yes.
13 Q  Do you remember when the high tide was going
14 to be?
15 A  No.
16    High water was 1:19 a.m. on August 24th, so
17 we wouldn't have been able to leave until the next
18 high water.
19 Q  Do you know approximately when that would
20 have been?
21 A  It would be approximately 2:19 a.m. the
22 following day, an hour later.
23 Q  So there's only one time a day that you can
24 leave?
25 A  During certain times of the year, yes.

Page 41

1  Q  And at the time of Joseph's accident, there
2  was only one time?
3  A  One time you can move, yeah.
4  Q  Do you know where the BARANOF TRADER had come
5  from when it -- before it arrived in Naknek?
6  A  I don't remember.
7  Q  And you said before it was going to Seattle?
8  A  Yes.
9  Q  Taking canned salmon?
10 A  Yes. We were loading it to meet up another
11 barge. Tandem tow, two barges.
12 Q  What barge were you meeting?
13 A  The BERING TRADER.
14 Q  Where was it going to meet it?
15 A  In the Naknek River, the Naknek Y.
16 Q  Had the BERING TRADER already been loaded --
17 A  Yes.
18 Q  -- at the Naknek dock?
19 A  I think so. I don't remember if we loaded
20 the BERING TRADER after or before. I don't remember.
21    THE WITNESS: Is that one the one that was on
22 the side? I was trying to remember if we were side by
23 side or not.
24 BY MR. SLOTTEE:
25 Q  Did you ever warn anybody about loose safety

Page 42

1  wires on the BARANOF TRADER at any time?
2  A  Warn?
3  Q  Say, hey -- for example: Hey, watch out,
4  there's a loose safety wire on this side?
5  A  The only person that day would have been
6  Joseph.
7  Q  And did you tell him that at all, or did
8  you --
9  A  I walked Joseph down on the barge, told him
10 what we wanted him to do, lashing containers, stick
11 together and be careful. Watch out for pad-eye holes,
12 watch out for bits.
13 Q  Did you know the wire -- or the safety wire
14 in the area where he fell was loose?
15 A  No.
16 Q  Okay. So let's go over how Joseph got hired.
17 Why did Northland Services have to hire him in the
18 first place?
19 A  We just needed the help.
20 Q  Are you related to Joseph?
21 A  I'm sorry?
22 Q  Are you related to Joseph?
23 A  By marriage.
24 Q  His uncle by marriage?
25 A  No.

Page 43

1  Q  What's your relation?
2  A  My wife -- it's her nephew? Cousin? It's on
3  my wife's side.
4  Q  So did you know Joseph before you hired him?
5  A  Yes.
6  Q  So again, why did you have to hire extra
7  help? Were you missing workers?
8  A  No.
9  Q  Was it just the press of the season?
10 A  We were just shorthanded. I mean, you know,
11 not missing orders, just shorthanded.
12 Q  And when did you hire him?
13 A  Two to three hours before the fall.
14 Q  And Joseph, was Joseph working for the port
15 at the time?
16 A  Yes.
17 Q  And why did you hire Joseph specifically,
18 Joseph as opposed to somebody else?
19 A  Joseph was the one that was getting ready to
20 be released at the dock. They weren't doing anything.
21 So instead of him going home, we offered to put him to
22 work.
23    (Off-the-record discussion.)
24 Q  Had Northland Services ever hired Joseph
25 before?

Page 44

1   A   No.
2   Q   Do you know if Joseph ever worked on a barge
3   before?
4   A   I don't think so.
5   Q   So you hired Joseph, took him down to the
6   dock, took him down to the barge and walked him around
7   the barge?
8   A   Yes, sir.
9   Q   Were they loading at that time, or were
10  they --
11  A   Yes, sir.
12  Q   Okay. You told him what to do?
13  A   Yes, sir. Introduced him to the guys.
14  Q   Who else was working on that day?
15  A   Oh, Jim Metz, I think Lance Muir. I can't
16  remember who the third one was. But we had three guys
17  and Joseph was the fourth, and I can't remember who
18  the third guy was.
19  Q   Was Luke working that day?
20  A   Yeah. But he was driving.
21  Q   He was driving the forklift?
22  A   Right.
23  Q   So Jim Metz, he actually worked -- does he
24  normally work on the tugboat?
25  A   Yes, sir. He's one of our mates.

Page 45

1   Q   And that's a tugboat owned by Northland
2   Services?
3   A   Yes.
4   Q   And what about Lance Muir?
5   A   The same, crew. He's a cook.
6   Q   On the tugboat?
7   A   Yes, sir.
8   Q   And do you remember what tugboat they were
9   working on?
10  A   We had the -- I think it was the POLAR
11  BREEZE.
12  Q   And do members of the tugboats normally work
13  on unloading or loading barges?
14  A   Do what?
15  Q   Would members of the POLAR BREEZE, for
16  example, is it standard --
17  A   Yes.
18  Q   -- operating for them to unload barges?
19  A   Yes.
20  Q   And is it just one tugboat per barge?
21  A   Yes.
22  Q   And Luke Donkersloot, he doesn't work on a
23  tugboat, though, right?
24  A   No.
25  Q   So you told Joseph to stay with other people?

Page 46

1   A   Yes. And I introduced him to the guys, and I
2   explained to the guys that he's a new guy and to stick
3   with him, watch him.
4   Q   So can you describe what Joseph was doing at
5   the -- what you hired him to do? Not the actual
6   accident, but --
7   A   Lashing.
8   Q   Yeah, what is lashing?
9   A   Tying down containers with chains and
10  turnbuckles and using turning bars to tighten them.
11  Q   Does that take more than one person to do?
12  A   Not normally.
13  Q   And all these people -- were Jim Metz and
14  Lance Muir working on lashing too?
15  A   I believe so, yeah.
16  Q   And you told him to be careful of the pad-eye
17  holes?
18  A   Pad-eye holes, chains, the containers coming
19  over your head.
20  Q   Are the pad-eye holes, are those where you
21  lash in the containers?
22  A   I'm sorry?
23  Q   What are the pad-eye holes?
24  A   The pad-eye holes, right there [indicating],
25  all throughout the barge.

Page 47

1   Q   And what are those for?
2   A   Those are for your chain and turnbuckles.
3   That's where you shackle the turnbuckles to the deck.
4   Q   That's where you shackle the turnbuckles, so
5   do you --
6   A   The bottom part of the turnbuckle would go to
7   a pad-eye or a pad-eye or a pad-eye, and then go to
8   the top part of the turnbuckle and goes from the
9   container to the chain. That part of the turnbuckle's
10  on the deck with the shackle, this part of the
11  turnbuckle is chained to a shackle, the chain --
12  single, double, triple -- goes over here.
13  Q   So the pad-eyes are where you -- basically
14  where the containers are lashed down at?
15  A   Uh-huh.
16  Q   The connection point to the barge?
17  A   Yes.
18  Q   Now, the barge was right next to the dock,
19  the Naknek dock, the BARANOF TRADER?
20  A   Yes.
21  Q   Were there bumpers placed between the dock
22  and the barge?
23  A   No. There's fender piling on the dock.
24  Q   Fender pilings, and that's attached to the
25  dock?

14 (Pages 44 to 47)

Page 64

1  A  Yes.
2  Q  Okay. About how much would it cause the
3  barge to move, the forklift?
4  A  I don't know.
5  Q  Now, earlier we had talked about whether or
6  not you could remove the stanchions -- or, actually,
7  the safety wires, because you can remove the safety
8  wires, but you wouldn't remove the stanchions; is that
9  right?
10  A  You can remove the safety wire and you can
11  remove the safety stanchions.
12  Q  But you don't normally remove the safety
13  stanchions?
14  A  Not normally, right.
15  Q  And you said that you normally remove the
16  safety wires in the key, which is the center, right?
17  A  Yes.
18  Q  And then what about in the area where Joseph
19  fell, were those safety wires ever removed?
20  A  No.
21  Q  And when you worked on the BARANOF TRADER or
22  been around the BARANOF TRADER, you've never seen them
23  removed?
24  A  No.
25  Q  Is it typical to do loading and unloading at

Page 65

1  night?
2  A  Yes.
3  Q  About how many different barges would come
4  into the -- say in August of 2003, about how many
5  different barges would come into the Naknek port per
6  week?
7  A  August 2003, per week, maybe one or two.
8  Q  And does that change with the season, because
9  you're at different --
10  A  August is starting to die down, the end of
11  the fishing, yeah.
12  Q  And you just work on Northland barges; is
13  that right?
14  A  I'm sorry?
15  Q  You just work on Northland barges?
16  A  Yes.
17  Q  Is there ever a time when two barges come in
18  at the same time?
19  A  Yes.
20  Q  And do you schedule like which one gets
21  loaded or unloaded first?
22  A  Yes.
23  Q  And do you determine where they go after
24  they're done loading or unloading?
25  A  That's already been predetermined.

Page 66

1  Q  Okay. Who determines that?
2  A  Senior management.
3  Q  Of Northland Services?
4  A  Yes, sir. We come out with a schedule in the
5  spring, and we do our best to stick with it.
6  Q  So Northland Services' manager gives you a
7  spring schedule that says this is approximately what
8  time, for example, the BARANOF TRADER will be in
9  Naknek; is that right?
10  A  Uh-huh, yes.
11  Q  And do they fax that to you, e-mail it to
12  you? Is it a document you pull up on a computer
13  system, or how do you get that schedule?
14  A  That schedule comes out in the spring and is
15  public information.
16  Q  But how do you get it? Like, does it just
17  arrive in your in-box some day?
18  A  Yes.
19  Q  And do you retain copies of those schedules?
20  A  No.
21  Q  You never had to go back and look at a
22  schedule from a previous year?
23  A  No.
24  Q  In this case, have you ever looked -- have
25  you had an opportunity or a reason to look for a

Page 67

1  schedule for the BARANOF TRADER for 2003?
2  A  Repeat the question.
3  Q  Have you ever looked to determine whether or
4  not there's a copy of the schedule for the BARANOF
5  TRADER in 2003?
6  A  I have not.
7  Q  What type of document is it on? Is it --
8  like how long of a document is it?
9  A  It's an Excel spreadsheet that shows our
10  position reports.
11  Q  Okay. But -- so it's like anticipated
12  position reports? Because it's the schedule for the
13  future, right? It's not where they've been, it's
14  where they're going to be?
15  A  The schedule comes out in Excel format and
16  shows our forecasted schedule for the -- let's say the
17  upcoming 2003 season. The position report states
18  where the equipment is at any given time; it's not the
19  schedule. There's two different documents.
20      MR. SLOTTEE: I'm going to mark this as
21  Exhibit 5.
22      (Exhibit No. 5 marked.)
23  BY MR. SLOTTEE:
24  Q  These are documents I received from your --
25  from Mr. Waller. And is that the position report you

**Page 68**

1  were describing before?
2  **A  This is the position report.**
3  Q  Okay. So that tells me where the BARANOF
4  TRADER was for 2003 in August, correct?
5  **A  Yes.**
6  Q  This is not the schedule that you're talking
7  about, though, right?
8  **A  No.**
9  Q  The schedule is a different document?
10 **A  Yes.**
11 Q  Does it look similar to this?
12 **A  No.**
13 Q  What does the schedule document look like? I
14 mean, does it have a line that says BARANOF TRADER?
15 **A  No.**
16 Q  What does it -- how does it differentiate
17 between barges?
18 **A  It doesn't differentiate the barges, it lists**
19 **the schedule, the sailings.**
20 Q  So it says like some barge will be going from
21 point A to point B at some -- at X date?
22 **A  Yes.**
23 Q  But it doesn't say which specific barge?
24 **A  Yes.**
25 Q  Okay. Does it say like what their cargo is

**Page 69**

1  going to be?
2  **A  No.**
3  Q  So, for example, for the upcoming year, for
4  2006, in the spring you'll get a schedule, and you'll
5  know that -- just picking a date -- like June 1st
6  there will be a barge going from Naknek to Dutch
7  Harbor -- just picking random places -- but it won't
8  tell you which barge is on it, which barge is actually
9  going to be doing that trip?
10 **A  Yes.**
11 Q  They just anticipate a trip will happen on
12 that date in those two locations?
13 **A  Yes.**
14 Q  Okay. So Mike Clevenger is your current
15 supervisor -- or current immediate supervisor?
16 **A  He's my immediate supervisor.**
17 Q  Was he your immediate supervisor in August of
18 2003?
19 **A  Yes.**
20 Q  Do you know who his supervisor is?
21 **A  Tom Martin.**
22 Q  And what is his position?
23 **A  President.**
24 Q  Of Northland Services?
25 **A  Yes, sir.**

**Page 70**

1  Q  When was the first time that you worked on
2  the BARANOF TRADER?
3  **A  I don't remember.**
4  Q  Ten years ago? Five years ago?
5  **A  Longer than that.**
6  Q  15 years ago?
7  **A  Probably, maybe.**
8  Q  Was it there when you started working for
9  Northland Services?
10 **A  Yes, sir.**
11 Q  You said you've been working for Northland
12 Services about 18 years?
13 **A  Yes, sir.**
14 Q  Do you understand the difference between
15 Northland Services and Northland Vessel Leasing
16 Company?
17    MR. WALLER: Objection to form.
18 **A  No.**
19 BY MR. SLOTTEE:
20 Q  Have you ever heard of Northland Vessel
21 Leasing Company?
22 **A  No.**
23 Q  Have you ever heard of Naknek Barge Lines?
24 **A  Yes.**
25 Q  Okay. What have you heard about Naknek Barge

**Page 71**

1  Lines?
2  **A  Naknek Barge Lines owns our tugs.**
3  Q  So like the POLAR BREEZE?
4  **A  They're the tugs. They're the tug company.**
5  **The POLAR BREEZE, yes.**
6  Q  To your knowledge, do they have any
7  connection with the barges? For example, do they have
8  any connection with the BARANOF TRADER?
9  **A  Not to my knowledge, I don't -- I don't know.**
10 Q  Do you know who owns Naknek Barge Lines?
11 **A  No, I don't.**
12 Q  Does the name Marine Capital Managment mean
13 anything to you?
14 **A  No.**
15 Q  Does Northland Services, to your knowledge --
16 strike that.
17    To your knowledge, who owns the BARANOF
18 TRADER?
19 **A  I don't know.**
20 Q  But Northland Services operates the BARANOF
21 TRADER?
22 **A  Yes.**
23    MR. WALLER: Objection to form.
24 BY MR. SLOTTEE:
25 Q  Northland Services determines where the

Page 104

1  reask the question?
2  BY MR. SLOTTEE:
3  Q  For example, the POLAR BREEZE is working on
4  the BARANOF TRADER, helping, I'll assume, move the
5  BARANOF TRADER at the time of Joseph's accident. Why
6  was the POLAR BREEZE in particular doing that? Was
7  there -- for example, did you say, We need to have the
8  POLAR BREEZE take the BARANOF TRADER from X to Y?
9  A  No.
10 Q  Did Northland Services' senior management
11 direct that?
12 A  No.
13 Q  Was that preset before in the -- you know, in
14 the proposed schedule?
15 A  No.
16 Q  If I wanted to find out what tugboats were
17 assigned to the BARANOF TRADER at any point in time,
18 is there a way I could figure that out? Would
19 Northland Services have the documents to demonstrate
20 that?
21 A  I don't know.
22 Q  Do you know anybody who would know?
23 A  Not right off the top of my head, no.
24 Q  Who do you think would know?
25    MR. WALLER: Objection. Form.

Page 105

1  A  I don't know.
2  BY MR. SLOTTEE:
3  Q  Does Northland Services have an e-mail
4  retention policy?
5  A  Have a what?
6  Q  An e-mail retention policy?
7  A  Not that I know of.
8  Q  What about any type of document retention
9  policy? Do they tell you to save certain documents?
10 A  Oh, we save our records.
11 Q  Records related to the barge, shipping
12 records?
13 A  Shipping records.
14 Q  Would there be records establishing exactly
15 when a barge went from port A to port B?
16 A  I don't know.
17 Q  Do you know who would know that?
18 A  No, I don't.
19 Q  Are your documents kept in Alaska or are they
20 sent down to Seattle?
21 A  To Seattle.
22 Q  Do you keep any documents in Alaska?
23 A  Shipping. Just -- the only thing we keep in
24 Alaska is the records of the containers, the
25 commodities.

Page 106

1    MR. WALLER: Counsel, you asked about
2  documents from point A to point B. That's Exhibit 5
3  that we just talked about.
4    THE WITNESS: I was going to let him figure
5  that out.
6  BY MR. SLOTTEE:
7  Q  What about records of who is working on a
8  particular barge at a particular time?
9  A  I don't know where you would find that. You
10 see the timecards, but the timecards are generic. We
11 just put areas. Naknek, Bethel, Dutch.
12 Q  Just like Naknek --
13 A  -- Bethel, Dutch, yeah.
14 Q  But if you -- I mean, is it typical that,
15 like, for example, in Naknek you had three Northland
16 Services [as spoken] working there on a specific date,
17 they're likely -- the likely result is that there's a
18 barge in Naknek and they're all working on that barge,
19 right?
20 A  For more -- most likely.
21 Q  Would Northland Services be doing any --
22 personnel be doing anything else? Does -- for
23 example, does Northland Services have any other
24 operations in Naknek, other than barge loading and
25 unloading?

Page 107

1  A  No.
2  Q  Now, we were talking earlier about the
3  stanchions on which the turnbuckles are connected to?
4  A  Uh-huh, yes.
5  Q  And they're just connected to an eyelet,
6  right, that's welded onto the stanchion?
7  A  Yes.
8  Q  Okay. Is there anything -- could you weld
9  another eyelet onto the stanchion. Is there anything
10 preventing that, so you could have three railings
11 going -- or three safety wires going across?
12 A  You could.
13 Q  Is there any practical reason why you
14 wouldn't want to do that?
15    MR. WALLER: Objection. Form.
16 A  Can you repeat the question?
17 BY MR. SLOTTEE:
18 Q  Well, I mean, can you think of any reason why
19 having three wires would be a negative?
20 A  No.
21 Q  Okay. And there's nothing physically
22 preventing that? Like if someone -- if a barge owner
23 said, now I want to have three wires, there's nothing
24 physically preventing them from doing that?
25 A  No.

29 (Pages 104 to 107)

Page 108

1  Q  Would it hinder your -- the operations of
2  loading and unloading the barge, if they were like the
3  other eyelets, in the sense that you could still
4  take -- you know, identical to the other type of
5  safety wires?
6      MR. WALLER: Objection. Form.
7  BY MR. SLOTTEE:
8  Q  Would that impinge upon any of your
9  operations?
10     MR. WALLER: Objection to form.
11 A  Can you ask the question again, please?
12 BY MR. SLOTTEE:
13 Q  Sure.
14    So you have the two safety wires and they're
15 connected by a turnbuckle to a stanchion. And let's
16 say you had a third one, hypothetically. So now you
17 have a stanchion with three safety wires. If they
18 could still be removed, would that impinge or would
19 that negatively affect loading or unloading the barge?
20     MR. WALLER: The same objection. Form.
21 A  I don't know.
22 BY MR. SLOTTEE:
23 Q  Can you think of any reason why it would?
24 A  I don't know.
25 Q  Can you think of any --

Page 109

1      VIDEOGRAPHER: The tape has five minutes.
2      MR. SLOTTEE: Okay. Let's quickly change
3  tapes, just to make sure I don't lose anything.
4      VIDEOGRAPHER: Off record, 3:57 p.m. This is
5  the end of Tape No. 2.
6      (Off the record.)
7      VIDEOGRAPHER: On record, 3:59 p.m. This is
8  the start of Tape No. 3 of the Bill Emory deposition.
9  BY MR. SLOTTEE:
10 Q  Okay. So what, in your opinion, is the
11 purpose of these safety wires?
12 A  It's not my opinion; it's regulation to have
13 two safety wires on unmanned barges. I believe it's
14 an OSHA regulation.
15 Q  Okay. And that's to prevent people from
16 falling over --
17 A  Yes.
18 Q  -- or to help stop them from falling over?
19    And when you're unloading and unloading [as
20 spoken], you take the safety wires down, you unhook
21 them so you can get past them, right?
22 A  In the key only.
23 Q  In the key only, but you don't take them down
24 anywhere else?
25 A  No.

Page 110

1  Q  Do you ever have to pass things in between
2  the safety wires?
3  A  No.
4  Q  The safety wires are relatively narrow in
5  circumference?
6  A  Yeah.
7  Q  Okay. So if you had a third wire railing or
8  a third safety wire in between the two that are
9  already on -- that are required by, as you said, by
10 regulation, what would that -- what effect would that
11 have on unloading and loading a barge, in your
12 opinion?
13 A  None on loading and unloading.
14 Q  Okay. Would it have an effect in any other
15 way?
16 A  Yes.
17 Q  On what, for example?
18 A  Tying up.
19 Q  How would that affect tying up?
20 A  Do you see where the bit is [indicating]?
21 Q  No. What's the bit?
22 A  This is a tie-up bit.
23 Q  Okay. You're referring to this orange --
24 A  That's a tie-up bit. That's where you tie
25 the lines up. Regulation allows us to eliminate the

Page 111

1  second safety wire there, line, so we can tie up the
2  barge. That's the only place on any of the barges
3  that doesn't have a metal wire.
4     To put a third wire in here is going to
5  hinder you tying everywhere else. And it's only
6  required for us to have two.
7  Q  So how would a third -- maybe I'm not
8  following. How would a third wire impinge upon you
9  tying up?
10 A  Okay, right here [indicating], there's not
11 even a second wire, a middle wire, there. There's a
12 reason for that. That's where you tie up.
13    With a middle or a third wire there, you
14 couldn't tie the -- how would you work the line?
15 Q  Okay, I see what you mean. You're referring
16 to this orange --
17 A  I'm referring to the tie-up bit, the line to
18 tie up the barge.
19 Q  Not these two stanchions right here?
20 A  Those are safety stanchions, this is a tie-up
21 bit.
22 Q  Okay. So if the wire was here, though, on
23 the other side, and it wasn't there, would that, in
24 your opinion, have any effect on any operations?
25 A  No.