1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

JOSEPH ABRUSKA,                         )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               ) No. A04-0209 CV (TMB)
                                        )
NORTHLAND VESSEL LEASING COMPANY,       )
LLC and NAKNEK BARGE, LLC,              )
                                        )
            Defendant.                  )

---

Deposition Upon Oral Examination
of
LEO NAEKEL

---

10:00 a.m.

April 27, 2006

2101 Fourth Avenue, Ste. 2400

Seattle, Washington



Valerie L. Seaton, RPR
Court Reporter

MOBURG & ASSOCIATES   1601 Fifth Avenue, Suite 860    Seattle, WA 98101
Court Reporters              206-622-3110             Fax 206-343-2272

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 2 of 16

Abruska vs. Northland        4-27-2006              Leo Naekel

2

1                    APPEARANCES
2
3
4    FOR THE PLAINTIFF:    CHRISTOPHER SLOTTEE
                           Attorney at Law
                           ATKINSON CONWAY & GAGNON
5                          420 L Street
                           Suite 500
6                          Anchorage, Alaska 99501
7
8    FOR THE DEFENDANT:    THOMAS G. WALLER
                           Attorney at Law
                           BAUER MOYNIHAN & JOHNSON
9                          2101 Fourth Avenue
                           Suite 2400
10                         Seattle, Washington 98121
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

1        I N D E X
2
3   EXAMINATION                                    PAGE
4
    BY MR. SLOTTEE: ......................    4, 99
5
    BY MR. WALLER: .......................       95
6
7
    EXHIBITS MARKED                                PAGE
8
9   Exhibit No. 1 .........................        5
10  Exhibit No. 2 .........................       16
11  Exhibit No. 3 .........................       53
12  Exhibit No. 4 .........................       66
13
14
15
16
17
18
19
20
21
22
23
24
25

MOBURG & ASSOCIATES  1601 Fifth Avenue, Suite 860   Seattle, WA 98101
Court Reporters            206-622-3110          Fax 206-343-2272

Exhibit 5
Page 3 of 16 Pages

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 4 of 16

Abruska vs. Northland        4-27-2006                    Leo Naekel

27

```
 1  for example?
 2      A.   That would seem to be correct.
 3      Q.   So that would be -- there would have to be
 4  longshoremen who are not experienced longshoremen,
 5  right?
 6      A.   Yes.
 7      Q.   And on the safety measures on a barge, aren't
 8  they designed so that all longshoremen can safely work?
 9           MR. WALLER:  Objection; form.
10      A.   I would say that is not -- not all people can
11  do all things, so I don't really know how to answer
12  that question.  Would you say the question again?
13      Q.   (BY MR. SLOTTEE)  All right.  Well, let me
14  try to restate it so maybe it's a little more
15  understandable.  There are safety measures designed on
16  a barge, correct?
17      A.   Correct.
18      Q.   And those are designed to protect
19  longshoremen, correct?
20      A.   Yes.
21      Q.   Are they designed to protect all
22  longshoremen?
23      A.   I would say that if you have the correct
24  safety measures according to OSHA and WISHA, they
25  should protect all levels.
```

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 5 of 16

Abruska vs. Northland        4-27-2006                    Leo Naekel

34

    A.    Well, define tight.

    Q.    Well, there's no difference between if it's loose or if it's, like, hanging halfway down?

    A.    No. Halfway down isn't a definition of loose because you would have no holding capacity.

    Q.    Right. So it's better when it's tighter?

    A.    Tighter, but not so tight that the least jar to a post would break it.

    Q.    What type of wires are these safety rails typically made out of?

    A.    Generally, they're three-eighths or half-inch cable.

    Q.    Do you know specifically what type of wires were used on the BARANOF TRADER?

    A.    No, I don't specifically know, but from the photos and from what I could see, they're three-eighths wires.

    Q.    And three-eighths cable wires, they have a pretty strong tensile strength, right?

    A.    I believe they're up in the 3,800 to 4,000 pound breaking strength.

    Q.    Now, you say that the -- you lay down the key, which is the 40-foot area in the middle of the barge, so you can do unloading operations and loading operations, right?

Case 3:04-cv-00209-TMB    Document 48-7    Filed 05/22/2006    Page 6 of 16

Abruska vs. Northland    4-27-2006    Leo Naekel

35

1    A.    Correct.

2    Q.    And in typical cargo operations when you're
3 unloading and loading, you wouldn't take down any other
4 part of a safety round, correct?

5    A.    You wouldn't, that's correct.

6    Q.    Now, in Section 1 on that fourth paragraph,
7 you refer to, quote, The middle wire was also Dead
8 Ended at each mooring cleat to allow room for safe
9 mooring operations." Do you see where I'm seeing that?

10    A.    Okay. Yes.

11    Q.    Okay. Now on the BARANOF TRADER, there are
12 only two wires, correct?

13    A.    Yes.

14    Q.    Top wire and bottom wire?

15    A.    Yes.

16    Q.    And you refer to a middle wire. Are you
17 referring to the bottom wire or the top wire?

18    A.    Yeah, the middle wire being the bottom wire.

19    Q.    Okay. Now, you say that the middle wire was
20 dead ended at each mooring cleat which maintained,
21 quote, the ability to adjust the fence wires in a way
22 of stretching or damage, end quote. So that means the
23 wires were set up in such a way that the lose wires
24 could be tightened, right?

25    A.    Yes.

Exhibit 5
Page 6 of 16 Pages

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 7 of 16

Abruska vs. Northland    4-27-2006                    Leo Naekel

                                                                50

1   probable that you wouldn't be restrained even if it was
2   in mid or upper thigh like you're saying.
3       Q.   (BY MR. SLOTTEE)  Okay.  Same situation:
4   What if the lower wire railing's loose?
5              MR. WALLER:  Objection; form.
6       A.   It would depend upon how loose.
7       Q.   (BY MR. SLOTTEE)  And to stop someone from
8   falling over, it would be better to have the safety
9   wire being tight, correct?
10      A.   Correct.
11      Q.   Now, on Section C you talk about whether or
12  not the perimeter two-wire system is similar to what is
13  encountered on other barges.  And you say that you've
14  seen one other barge with three-wire railings.  Do you
15  know the name of that barge?
16      A.   Yes.
17      Q.   What is the name of that barge?
18      A.   BEAUFORT 21.
19      Q.   Could you spell the first name?
20      A.   B-E-A-U-F-O-R-T.
21      Q.   And that's owned by BP?
22      A.   No.
23      Q.   Who is it owned by?
24      A.   AML.  Alaska Marine Lines.
25      Q.   Did it use to do be owned by BP?

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 8 of 16

Abruska vs. Northland    4-27-2006                    Leo Naekel

51

1    A.   No.

2    Q.   Okay.  In your report you refer to a -- you
3  say, quote, The only 3 wire system I've encountered is
4  on a BP (British Petroleum) Combination Deck Cargo/tank
5  barge at Prudhoe Bay.

6    A.   It was chartered by BP.  It wasn't owned by
7  BP.

8    Q.   Okay.  When did you see that barge?

9    A.   Each year, 2000 through 2005.  In parts of
10 July, August and September of each year.

11   Q.   Did you work on it?

12   A.   No.  Yes.  Yes, I did.  I loaded it with
13 cranes in southbound freight in 2005.

14   Q.   Do you know about how old the barge is?

15   A.   1982 it was built.

16   Q.   Now, did the third wire railing pose a
17 problem with your loading and unloading?

18        MR. WALLER:  Objection; form.

19   Q.   (BY MR. SLOTTEE)  Did the third wire railing
20 pose a problem with your loading?

21   A.   No.

22   Q.   Did it pose a problem with unloading?

23   A.   No.

24   Q.   Did it pose a problem with any other barge
25 operations?

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 9 of 16

Abruska vs. Northland    4-27-2006              Leo Naekel

52

1    A.   Operation of that barge?

2    Q.   Yeah.

3    A.   That, I don't know.

4    Q.   That you know of from -- you worked on it one
5  time and then you --

6    A.   I only loaded it. I didn't tow it, didn't
7  moor it, didn't do anything like that. So my only
8  thing was in the vicinity for four years being moored
9  next to it and then loading it in 2005.

10   Q.   And have you ever heard of any problems
11 caused by the third wire railing system on that barge?

12   A.   No.

13   Q.   So would you agree that's feasible to have a
14 third wire railing on a barge?

15   A.   Yes, it's feasible.

16   Q.   Now, on the next one you say that -- in
17 Section 2 you state that the reason that the two wire
18 system is predominant in the industry are OSHA Safety
19 Laws, C.F.R. 29, part 1918.53, 1918.36 and 1918.37.

20        This is a packet of regulations from -- 29
21 C.F.R. 1918. 35, 29 C.F.R. 1918.41, 29 C.F.R. 1918.37,
22 29 C.F.R. 1918.41 and then 29 C.F.R. 1918.53.

23        MR. WALLER: You're asking us to assume,
24 in other words, that this is all applicable and
25 accurate?

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 10 of 16
Abruska vs. Northland    4-27-2006    Leo Naekel

61

1   Q.   Now, would you agree that having three-wire
2   railings would provide additional safety?
3   A.   Yes.  Four, five and six would be even more.
4   Q.   They would provide additional safety, in
5   part, because it would lessen the chance of falling
6   through wire railings?
7   A.   Yes.
8            MR. WALLER:  Objection; foundation.
9   A.   Where do you stop the redundancy?
10  Q.   (BY MR. SLOTTEE)  Is there anything
11  physically precluding the installation of a third wire
12  railing on a barge such as the BARANOF TRADER?
13  A.   It's possible to do it.
14  Q.   You could attach another dead ender, for
15  example, and then string another wire railing?
16  A.   No.  You would have to remove the middle wire
17  to add another wire so that you had them spaced
18  differently.
19  Q.   Okay.  And the installation of a third wire
20  railing, would it interfere with loading operations?
21  A.   No.
22  Q.   What about, would it interfere with unloading
23  operations?
24  A.   No.
25  Q.   So would you agree that it would be practical

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 11 of 16
Abruska vs. Northland    4-27-2006                    Leo Naekel

62

1  to have three wire railings?
2              MR. WALLER:  Objection; form.
3      A.   No.
4      Q.   (BY MR. SLOTTEE) Why wouldn't it be
5  practical?
6      A.   Well, it's extra cost. It's above and beyond
7  the OSHA standard and hence not required. I mean, you
8  can -- depending upon where you are in the safety
9  issue, you can argue both sides of the case for ever.
10     Q.   But, obviously -- at least, BP, for example,
11 they have three wire railings?
12     A.   BP has very, very stringent standards in
13 every aspect of safety: Their fall protection, their
14 driving, their telephone usage, everything. Because
15 they've had such a bad safety record, they have gone to
16 extreme measures to try and fix their safety record.
17     Q.   And you talked about cost being a reason not
18 to have a third wire railing. To install a third wire
19 railing you would have to, as you said before, you
20 would lower the lower railing, correct?
21     A.   (Witness nods his head up and down.)
22     Q.   And then to install the third one, would you,
23 I guess, weld a turnbuckle to the one stanchion and
24 then run a wire railing?
25     A.   You would have to -- the dead ends, you would

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 12 of 16
Abruska vs. Northland    4-27-2006            Leo Naekel

63

1  have to put a pad eye on there as an anchor point.  Put
2  two pad eyes on as an anchor point.  Intermediate
3  posts, you would have to have two eyes on each
4  intermediate post and then it would require additional
5  wire and an additional turnbuckle on each section, and
6  then the labor to do all that.
7      Q.  Then once you got that installed, the only
8  additional labor would be maintaining and repairing?
9      A.  Yes, that's correct.
10     Q.  Now, also in answering that third question
11 you cite to Exhibit 13.  Will you refer to that?  Do
12 you know where that document came from, Exhibit 13?
13     A.  Tom provided it.
14     Q.  Do you know what it is?
15     A.  According to the letter, it's the foundation
16 for the 1918.35 and 36.
17     Q.  Now, according to Exhibit 13 to your report,
18 1918.35 and 1918.36 address the hazards that
19 longshoremen face when working near open weather deck
20 hatchways or when weather deck rails are removed to
21 conduct cargo operations.  Do you see that?  If you
22 turn to Exhibit 13 of your report and look at the first
23 sentence.
24     A.  Yes, I see that.
25     Q.  Okay.  Now, Joseph wasn't working near a

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 13 of 16

Abruska vs. Northland    4-27-2006                    Leo Naekel

71

1    A.    I did not review any charter agreements in
2  relationship to the BARANOF TRADER. And that's why I
3  used "generally" this is the way it works.
4    Q.    Now, in Section E you say that, quote, As
5  long as there is room to walk around or stoop under
6  cargo, there is room for an experienced longshoreman to
7  work safely, end of quote.
8          Now, it's because of these hazards on a barge
9  and the need to work around them, that is why there are
10 safety measures such as wire railings, correct?
11         MR. WALLER:  Objection; form.
12   A.    Not necessarily, because with an empty barge
13 with nothing on deck, you still need those safety
14 requirements because you could walk out there and fall
15 overboard. So the cargo, I don't think, is the
16 predominant reasoning.
17   Q.    (BY MR. SLOTTEE) You also talk about how the
18 barge movements can -- the barge can move due to tidal
19 conditions and forklift operations, right?
20   A.    Correct.
21   Q.    And, for example, in -- start over. Have you
22 ever worked in Naknek?
23   A.    No. I've been there and had barge operations
24 there, but I wasn't working the barge.
25   Q.    Have you seen the tide in Naknek?

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 14 of 16

Abruska vs. Northland        4-27-2006             Leo Naekel

73

everything getting tight and wrecking your dock.  So it can just float there and it will float away from the dock.  But it's nothing drastic.  It's nothing harsh or anything like that.

Whereas an operating forklift, just by its weight and the fact that you start it moving forward and you break it from it's movements, will cause the barge to bump against the dock or bump fore and aft alongside of a dock.

Q. And so that movement, would that be a reason for having safety wires around the periphery of the barge?

A. It could be, but it's not an ultimate reason for it.  The ultimate reason is you're at an edge and you need to have restraint from falling over that edge whether it moves or whether it doesn't.

Q. You want to protect people from falling over regardless of the reason why they fall over?

A. Yes.

Q. On Section E you say, "lashings are planned by layout to be accessible even though in constricted areas such as barge perimeter walkways.  When you're talking about that layout, is that when the pad eyes are originally installed in the barge?  Is that what you're referring to?

Case 3:04-cv-00209-TMB   Document 48-7   Filed 05/22/2006   Page 15 of 16
Abruska vs. Northland   4-27-2006   Leo Naekel

76

1  towards the dock?
2      A.  Away from the dock or towards the dock or in
3  a fore and aft -- assuming it's moored alongside, it
4  will move in a fore and aft direction of the direction
5  of the tide when there's incoming or outgoing.  You
6  won't get violent movement from the tide action.  You
7  will only get the up and down and then the -- you won't
8  get surge like you will from heavy wave action.
9      Q.  Do you have any opinions related to this case
10 that are not in your report or were not covered in your
11 testimony today?
12     A.  I don't believe so.  The opinions I had was
13 with questions that Tom asked me and I don't have any
14 other.  I have no opinion as to how the accident
15 happened or could have happened or what transpired that
16 -- I don't have enough knowledge of it to stick my foot
17 in my mouth.
18     Q.  Do you plan to do any further work on this
19 case?
20     A.  Only if something comes along that Tom needs
21 or wants.
22     Q.  Has he asked you to do anything at this time?
23     A.  No, other than give this deposition and
24 possible something down the line.  That's all.
25     Q.  That you might testify in trial?

Exhibit K
Page 16 of 16 Pages

```
 1    MR. SLOTTEE:  I have a couple follow-up
 2  questions in response to Mr. Waller's questions.
 3              FURTHER EXAMINATION
 4  BY MR. SLOTTEE:
 5    Q.   You said that wire railings could be damaged
 6  by forklift operations and tugs.  Can they be damaged
 7  in the course of a voyage, say, after things have been
 8  loaded and before everything has been unloaded?
 9    A.   Yes.
10    Q.   And how can they be damaged?
11    A.   Depending on if they can get under a dock
12  during the tide.  You know, if you can surge under a
13  dock, you can have them damaged that way.  If you're
14  fully loaded, the bow and the tug or the tires
15  alongside the tug can hit those posts while they're
16  making up alongside.  And in severe weather conditions
17  that's really nasty, I've seen stanchions come in and
18  flatten down the deck.
19    Q.   And you said that they can be tightened by
20  either tightening the turnbuckle or if that doesn't
21  work then you shorten the wire and cable and tighten it
22  that way?
23    A.   And retighten it with -- yeah.
24    Q.   It would be normal practice to tighten a
25  loose wire railing?
```

66

Abruska vs. Northland    4-27-2006    Leo Naekel

MOBURG & ASSOCIATES    1601 Fifth Avenue, Suite 860    Seattle, WA 98101
Court Reporters                    206-622-3110                Fax 206-343-2272