1            IN THE UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF ALAKSA AT ANCHORAGE

3

4   JOSEPH ABRUSKA,                )
                                   )
5          Plaintiff,              )
                                   )
6          vs.                     ) No. A04-209 cv (JKS)
                                   )
7   NORTHLAND VESSEL LEASING       )
    COMPANY, LLC, and NAKNEK       )
8   BARGE, LLC,                    )
                                   )
9          Defendants.            )

10

11                  DEPOSITION OF

12               JOHN SWANSON, M.D.
         Taken in behalf of Defendants
14                 *     *     *

15               April 4, 2006

16             16001 Quarry Road

17           Lake Oswego, Oregon

18               2:00 p.m.

19

20

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   www.depo.com
     (800) 288-3376

24
     REPORTED BY:   GWEN A. DICKSON, RPR
25   FILE NO.:   A001520



**Page 2**

1    APPEARANCES:

For the Plaintiff:

4    ATKINSON, CONWAY & GAGNON, INC.
5    BY:  NEIL O'DONNELL, ESQ. (Via phone)
     420 L Street, #500
6    Anchorage, Alaska 99501
     (907) 276-1700

7
8    For the Defendant:
9    BAUER MOYNIHAN & JOHNSON
     BY:  THOMAS G. WALLER, ESQ.
10   2101 Fourth Avenue, #2400
     Seattle, WA  98121
11   (206) 443-3400

**Page 3**

1                    INDEX
2    John Swanson, M.D.
3    EXAMINATION BY:              PAGE
4
5    Mr. Waller          4, 46
6    Mr. O'Donnell       28, 48
7
8
9              EXHIBITS
10
11
12   No. 1   CV            4
13   No. 2   IMO report    4

**Page 4**

1                    * * *
2
3              JOHN SWANSON, M.D.
4    called as a witness having first been
5    sworn/affirmed to tell the truth, the whole
6    truth, and nothing but the truth by the
7    Reporter, testifies as follows:
8    (Deposition Exhibit Nos. 1 and 2 marked for
9              identification.)
10             EXAMINATION
11   BY MR. WALLER:
12      Q.  Sir, could you tell us your full name for
13   the record, please?
14      A.  John Walter Swanson.
15      Q.  And what is your profession, sir?
16      A.  I'm an orthopedic surgeon.
17      Q.  I'd like to hand you what I've marked as
18   Exhibit 1.  Can you identify Exhibit 1 for us,
19   please?
20      A.  Exhibit 1 is a copy of my previous CV.
21   It's been revised since this time.
22      Q.  Is there anything significant that you
23   would add to this that would be on your revision?
24      A.  No.  Just some minor bookkeeping type of
25   changes.

**Page 5**

1      Q.  Okay.  I want to spend just a minute on
2    Exhibit 1 if we could, please.
3         Your education is identified as a MD from
4    the University of Iowa, 1970; is that correct?
5      A.  Yes.
6      Q.  Your training is stated to be an internship
7    at Harborview Medical Center in Seattle; is that
8    correct?
9      A.  That was the first part, yes.
10     Q.  What did you do in your internship?  What
11   did that entail?
12     A.  That was the days when we did rotating
13   internships which means that you rotated through a
14   variety of different services:  internal medicine,
15   surgery, orthopedic surgery, radiology, emergency
16   room, neurology.  So we did a variety of different
17   things.
18     Q.  Okay.  You were a resident then at the
19   University of Minnesota and then also at Rancho Los
20   Amigos in California?
21     A.  Right.  My residency was at the University
22   of Minnesota and as part of that I have a six-month
23   rotation at Rancho Los Amigos in Downey,
24   California.
25     Q.  It mentions orthopedic residency; had you

Exhibit  7

Page  2  of  4  Pages

1-800-288-3376

1    A.   Well, it's a pretty big stout bone, yes.
2    Q.   It would take a substantial amount of force
3 to break the femur?
4    A.   Yes.  It usually requires a fall from a
5 height or a motor vehicle accident, something like
6 that, to break the femur.
7    Q.   And why, as an orthopedic surgeon, do you
8 drive a rod or I guess you call it a nail down the
9 inside of the femur rather than simply putting a
10 leg in a cast?
11    A.   Because the muscle forces are very large
12 around the femur, it's hard to get a hold of it
13 with a cast and hard to avoid those deforming
14 forces, so the intramedullary rod was developed
15 actually by the Germans in the Second World War to
16 treat this difficult fracture.
17    Q.   And is having a fractured femur in your
18 experience, treating your patients, a painful
19 experience for them?
20    A.   It's painful when you break it but the
21 advantage of the intramedullary rod is as soon as
22 you put the rod in then the bones no longer move
23 and the pain goes away very quickly.
24    Q.   Certainly to start with the actual force to
25 break your femur, that is a very painful event?

Page 30

1    A.   Yes, it is.
2    Q.   Then obviously when you go through the
3 surgical process but then you have the
4 rehabilitation, the physical therapy, all those
5 events, those are not pain-free experiences, are
6 they?
7    A.   They are not particularly painful
8 fortunately with this.  Obviously it takes some
9 discomfort to stretch the muscles and get
10 everything functioning but it's not a particularly
11 painful; once that rod is in there and if bone is
12 stabilized life is a lot better.
13    Q.   And you were asked some questions about the
14 number of physical therapy visits Joseph had.  Do
15 you know where Joseph Abruska lives in Alaska?  Do
16 you know if he lives in the metropolitan area or
17 does he live out in the bush, do you  know?
18    A.   I knew at the time.  I'd have to go back
19 and look.  It wasn't a question I looked up for
20 this.  I think it's out in the Bristol Bay area.
21    Q.   Do you know that to be a fairly rural area
22 of the state?
23    A.   Yes, it's very rural.  I know a number of
24 people that go up there to fish.
25    Q.   Okay.  Have you also treated patients with

Page 31

1 fractured pelvises, if that's the correct way to
2 say it?
3    A.   Yes.  How about with pelvis fractures.
4 That will work.
5    Q.   Have you treated those conditions?
6    A.   Yes.
7    Q.   And how about that, in your experience are
8 those painful conditions for your patients to
9 undergo those type of fractures?
10    A.   They are painful and they heal fortunately
11 fairly quickly but they are painful.
12    Q.   And you mentioned that Joseph had fractures
13 in the superior pubic ramus and you said something
14 about that being the front of the pelvis.  Could
15 you explain that a little bit more thoroughly?
16    A.   Yes.  He actually has fractures in both
17 superior and inferior pubic rami and these -- in
18 the front of the pelvis there's a bone that comes
19 up from inferior that runs up, if you put your
20 hands right the lower portion of your abdomen you
21 can feel the bone coming together there, and at the
22 top there's a bone that comes down and forms that
23 junction and then from below there's a bone that
24 comes up and forms that junction.  It looks almost
25 like a Lifesaver, you know, with two circles coming

Page 32

1 to meet together if you have two Lifesavers kissing
2 together, and right in your middle in the front is
3 where they kiss together and so both the upper and
4 lower parts of the Lifesaver were broken where they
5 come to meet together on both sides.
6    Q.   That would be four separate fractures?
7    A.   That's correct.
8    Q.   And you apparently, summarizing the August
9 25, 2003 CT scan on page three of your report.
10    A.   On page three of my report is a summary of
11 that report, yes.  Not -- that's not my report of
12 my interpretation, that's my summary of the report.
13    Q.   All right.  Thank you.
14         And it says, referring to the CT report,
15 he, meaning the radiologist, indicated there was
16 some fractures of the left and right superior pubic
17 rami with some comminution and slight offset.  Do
18 you see where I am?
19    A.   Yes, I do see where you are.
20    Q.   What is comminution?
21    A.   Well, that means that there's -- it's not
22 a clean break, you know, whether it's a little
23 fragmentation at the edge of the break.
24    Q.   So there's multiple fracture lines or
25 multiple pieces of bone are broken off?  What is

Page 33

9 (Pages 30 to 33)

Exhibit ___7___

Page _3_ of _4_ Pages

Atkinson-Baker, Inc. Court Reporters

1-800-288-3376

**Page 34**

1 that?
A.   Maybe the best way to say it was that
3 there's chips of bone at the fracture line.  It's
4 not just a straight break.  It's not like you took
5 a saw and cut a piece of wooden dowel.  This would
6 be like taking a piece of chalk and breaking it and
7 how you have fragmentations when you break the
8 chalk.
9    Q.   Okay.  That's what comminution means?
10   A.   Yes.
11   Q.   All right.  There's also a reference here
12 in the same summary to a fracture of the left
13 sacral ala.  Am I pronouncing that right?
14   A.   That's correct.
15   Q.   Where is that?
16   A.   That's in the back.  If you put your hand
17 around, oh, maybe a hands-breadth to the side, on
18 this case the left side of the bumps that go down
19 the middle of your low back on your pelvic area
20 there.  Just above where you put your billfold.
21   Q.   It says the fracture line did extend to
22 slightly involve the left sacroiliac joint.  Do you
23 see that?
24   A.   Yes.
25   Q.   What is the sacroiliac joint?

**Page 35**

1    A.   Well, that's the joint that's between the
2 sacrum, which is attached to the lower part of the
3 spine, and then to the rest of the pelvis, it's
4 like people put their hands on their sides just
5 below where you'd have a love handle and that bone
6 right there is the pelvic wing.  So that's part of
7 the pelvis.
8    Q.   The same summary says there were fractures
9 of the anterior columns bilaterally.  What are the
10 anterior columns?
11   A.   That's part of the pubic rami fractures
12 that goes up the front, that's the superior one
13 that runs up the front and goes up towards the hip.
14   Q.   Okay.  So I'm reading your summary here.
15 It says he indicated there were fractures of the
16 left and right superior pubic rami with some
17 comminution and slight offset.  There were
18 fractures of the anterior columns bilaterally and
19 fractures of the left interior and right inferior
20 pubic rami, essentially undisplaced.
21      Let me stop there.  Are we talking about
22 six fractures or four fractures?
23   A.   That's four fractures.
24   Q.   Which are, in your view, the duplicate
25 references?

**Page 36**

1    A.   That's to the anterior columns and the
2 superior pubic rami fractures.
3    Q.   So you understand there were four fractures
4 in the pelvis.  Correct?
5    A.   That's correct.
6    Q.   And one fracture in the sacral area?
7    A.   The sacral area, yes.
8    Q.   Which of the structures of the pelvis are
9 closest to your genital area?
10   A.   Well, depends on -- probably you'd have to
11 say the inferior pubic ramus as it comes up.
12   Q.   Dr. Swanson, is the only time you've ever
13 seen Joseph Abruska as far as you know the June 29,
14 2004 exam?
15   A.   That's correct.
16   Q.   From your prior testimony you don't recall
17 where the exam occurred; is that correct?
18   A.   I don't recall whether it was done here.
19 Sometimes people come to Portland to see us and
20 sometimes I see people in Anchorage so I don't know
21 where this one was done.  I'd have to go back and
22 look at the schedule to be able to tell you that.
23   Q.   I take it you don't recall what time of day
24 the exam was?
25   A.   No, I don't.

**Page 37**

1    Q.   You were asked some questions about the
2 pain diagram that's attached to your report.  The
3 patient is instructed to fill that out as of the
4 time of the exam.  Correct?
5    A.   That's correct.
6    Q.   And they are not asked to do it for the
7 pains you've experienced over the last three days
8 or week or some other timeframe.  Correct?
9    A.   No.  This is for -- this is a current
10 status issue.
11   Q.   And I take it you don't know whether Joseph
12 had worked that week?
13   A.   I don't recall that I asked him whether he
14 had worked that week or not.  I knew he was working
15 but I don't know about that specific week.
16   Q.   Do you recall anything about Joseph's
17 personality and demeanor, whether he was quiet?
18 Talkative?  Shy?  Things like that.
19   A.   I made no mention of any particular
20 unusual behavior, no.  It was just a normal person.
21   Q.   I mean, do you have enough recollection
22 about him to agree or disagree if I told you he was
23 a very shy person?
24   A.   No, I don't have that information.
25   Q.   Do you presently have an active surgical

10 (Pages 34 to 37)

Atkinson-Baker, Inc. Court Reporters

Exhibit 7
Page 4 of 4 Pages

1-800-288-3376