ABRUSKA,JOSEPH DENNIS II II    #91025                           Operative Report

```
NOTE DATED: 08/28/03 12:17      OPERATIVE REPORT
ADMITTED:  08/24/03 15:20 4W
                                        ABRUSKA, JOSEPH

     Alaska Native Medical Center
                                        HRCN: 09-10-25
          OPERATIVE REPORT
                                        DICT: Chris Manion, M.D.
```

DATE OF BIRTH:

| | |
|---|---|
| PREOPERATIVE DIAGNOSIS: | Right closed midshaft femoral fracture. |
| POSTOPERATIVE DIAGNOSIS: | Same, status post intramedullary rod fixation. |
| OPERATION: | IM rod, right femur. |
| SURGEON: | Chris Manion, M.D. |
| FIRST ASSISTANT: | William A. Paton, M.D. |
| ANESTHESIOLOGIST/ANESTHETIST: | |
| ANESTHESIA: | General endotracheal anesthesia. |

ROOM TIME BEGAN:
ROOM TIME ENDED:

CIRCULATING NURSE:
SCRUB NURSE:
TIME OPERATION BEGAN:
TIME OPERATION ENDED:

| | |
|---|---|
| DRAINS: | None. |
| SPONGE/NEEDLE COUNT: | |
| MATERIAL FORWARDED FOR EXAMINATION: | None |
| ESTIMATED BLOOD LOSS: | Approximately 200 cc. |
| COMPLICATIONS: | None. |
| DATE OF OPERATION: | 8/24/2003. |

INDICATIONS FOR SURGERY: Mr. Abruska is an 18-year-old gentleman who was flown in from Naknek after sustaining a crush injury from a barge versus piling. He sustained a right closed midshaft femur fracture as well as multiple pelvic fractures. He was hemodynamically stable on transport. He presented to the emergency room on 8/24/2003 with evaluation of the above fractures. He was also evaluated by the Trauma Service and was cleared for surgery. It was felt that the patient would best benefit from undergoing intramedullary rod fixation of his right femur fracture. The risks and benefits of the surgical procedure were discussed with the patient as well as the patient's mother, and informed consent was obtained and placed in his chart.

OPERATIVE NOTE: After properly identifying Mr. Abruska in the PACU,

** THIS DOCUMENT CONTINUED ON NEXT PAGE **
                         CHART COPY

ABRUSKA,JOSEPH DENNIS II II    #91025  DOB:10-11-84 Alaska Native Medical Ctr.
Operative Report                                    Printed:09/05/03 10:52

Exhibit 8

Page 1 of 3 Pages

ABRUSKA    1000095

ABRUSKA,JOSEPH DENNIS II II  #91025                    Operative Report

08/28/03 12:17         ** CONTINUED FROM PREVIOUS SCREEN **
the patient was evaluated by Anesthesia and cleared for surgery. The patient was taken to the operating room on 8/24/2003 after general endotracheal anesthesia was administered. The patient was given 1 gm of Ancef and was then transferred to the OSI flat-top table. A bump was placed underneath his right gluteal region, and then his right lower extremity was prepped and draped in the normal sterile fashion. The starting guide wire was then percutaneously placed and checked under both AP and lateral fluoroscopy, and this was advanced to the level of the piriformis fossa. Once the piriformis fossa was identified, we advanced the guide wire down to the level of the lesser trochanter. The opening femur was then utilized to open the proximal femoral canal. This was checked under AP and lateral fluoroscopy. A bulb tipped guide wire was then advanced down to the level of the fracture fragment. Reduction maneuver was then performed, and the guide wire was advanced past the fracture site down to the level of the physeal scar. We then measured the length of our nail requirement. It measured to be 38 cm. We then began with a 9 mm end cutting reamer and advanced with flexible reamers to a final reaming of 13 mm. We had good isthmal bone fit with the 13 mm reamer. We then selected the Zimmer stainless steel cannulated nail, measuring 12 mm x 38 cm. We then placed our exchange tube over the guide wire and placed the smooth tipped guide wire down to past the fracture fragment and then inserted in an antegrade fashion Zimmer 12 x 38 stainless nail. We watched this cross across the fracture site and noted to have excellent reduction of the fracture fragments and then seated this down to the level of the piriformis fossa. Utilizing the guide system, we then placed two proximal interlocking bolts. We then turned our attention to the distal aspect of the rod. Under direct fluoroscopic evaluation, we obtained "perfect circles." We then advanced the 5.0 drill bit across the distal femur through the distal interlocking screw hole. We then placed a fully threaded 5.5 interlocking bolt distally. We noted again to have excellent alignment of our fracture fragment. The hip was stable through a full range of motion. All the wounds were then thoroughly irrigated.

A layered closure was performed with 2-0 Vicryl for subcutaneous tissues, and the skin was closed with staples. Xeroform, 4 x 4's and Cover-Roll were placed on the right lower extremity. The patient was then placed back on the postoperative bed and was awoken from general endotracheal anesthesia and transferred to the PACU in stable condition.

FINDINGS: Displaced midshaft femur fracture on the right, right superior and inferior ramus fracture, left superior and inferior ramus fracture, and left sacral fracture.

PLAN: Postoperatively, the patient will be admitted to the Orthopaedic Service with General Surgery consultation for rule out blunt abdominal trauma. We will obtain a CT scan of his pelvis. He will be touch down weightbearing on his right lower extremity at least and likely on his left lower extremity.

There were no intraoperative or perioperative complications.

            ** THIS DOCUMENT CONTINUED ON NEXT PAGE **
                        CHART COPY

ABRUSKA,JOSEPH DENNIS II II   #91025   DOB:10-11-84 Alaska Native Medical Ctr.
Operative Report                              Printed:09/05/03 10:52

Exhibit 8
Page 2 of 3 Pages

ABRUSKA          1000096

```
ABRUSKA,JOSEPH DENNIS II II    #91025                    Operative Report
_____
08/28/03 12:17           ** CONTINUED FROM PREVIOUS SCREEN **
IMPLANTS:  Zimmer stainless steel nail, 12 x 38 cm, two proximal and
one distal interlocking bolts were placed.
DD: 08/25/03
DT: 08/28/03
TL078/JOB: 200586
CLINIC CODE:
RD:    /   /

            Signed by: /es/ CHRISTOPHER J MANION
                       MD 09/05/03 10:52
```

```
                         CHART COPY
ABRUSKA,JOSEPH DENNIS II II   #91025  DOB:10-11-84 Alaska Native Medical Ctr.
Operative Report                                    Printed:09/05/03 10:52
```

Exhibit 8

Page 3 of 3 Pages

ABRUSKA    1000097