Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

JOSEPH ABRUSKA,    )
                   )
         Plaintiff,)
                   )
    vs.            )
                   )
NORTHLAND VESSEL LEASING )
COMPANY, LLC, et al.,    )
                   )
         Defendants.)
                   )

Case No. A04-0209 CV (JKS)

---

VIDEOTAPE DEPOSITION OF WILLIAM R. CLARK, M.D.

---

TUESDAY, APRIL 11, 2006
7:06 p.m.

Taken by Counsel for Plaintiff
at
ATKINSON, CONWAY & GAGNON
420 L Street
Suite 500
Anchorage, Alaska

Case 3:04-cv-00209-TMB   Document 48-11   Filed 05/22/2006   Page 2 of 14
ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.

WILLIAM CLARK, M.D.
4/11/2006

Page 2

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2
 3
     For Plaintiff
 4
         ATKINSON, CONWAY & GAGNON, INC.
 5       BY:  NEIL T. O'DONNELL
         420 L Street
 6       Suite 500
         Anchorage, Alaska 99501
 7
     For Defendants
 8
         BAUER MOYNIHAN & JOHNSON, LLP
 9       BY:  THOMAS G. WALLER
         2101 Fourth Avenue
10       Suite 2400
         Seattle, Washington 98121
11       (Via telephone)
12   Videographer
13       Eric Baldwin
14   Court Reporter
15       Susan Campbell, CSR (CA)
         PACIFIC RIM REPORTING
16       711 M Street, Suite 4
         Anchorage, Alaska 99501
17
18
19
20
21
22
23
24
25
```

Page 3

1                        I-N-D-E-X
2
3
    EXAMINATION BY                                      PAGE
4
    MR. O'DONNELL                                         5
5
    MR. WALLER                                           73
6
    MR. O'DONNELL                                       109
7
8
    EXHIBITS
9
         1    Medical records - 37 pages                  4
10
         2    Diagram entitled "Cystography" - 1 page    24
11
         3    Diagram entitled "Urethra:  Male" -        26
12            1 page
13       4    Diagram entitled "Innervation of Male      44
              Reproductive Organs:  Schema" - 1 page
14
         5    Patient Information Sheet re Levitra -     53
15            1 page
16       6    Patient Information Sheet re Viagra -      53
              1 page
17
         7    Patient Information Sheet re Cialis -      53
18            1 page
19       8    Handwritten medical record - 2 pages      114
20
21
22
23
24
25

Page 24

1  voiding cystourethrogram. Do you see where I am?
2     A. Correct.
3     Q. All right. And am I correct, this looks
4  like it was read by a Dr. Lester Lewis?
5     A. That's correct.
6     Q. Is he a radiologist?
7     A. He is a radiologist at Alaska Regional
8  Hospital.
9     Q. All right. And this involves injecting the
10 dye into the bladder and then watching that on the
11 x-ray equipment?
12    A. Correct. Sort of an additional test
13 beyond the retrograde urethrogram, which we
14 discussed earlier, looks at primarily just
15 the urethra, a voiding cystourethrogram actually
16 puts dye into the bladder and watches the voiding
17 pattern.
18    Q. Okay. And, you know, I saw this diagram.
19 I'm not sure this is a complete process. But would
20 that illustrate generally where a catheter is placed
21 during this process?
22    A. Yes.
23    MR. WALLER: Okay. Could you mark that
24 Exhibit 2?
25    (Exhibit 2 was marked.)

Page 25

1  BY MR. O'DONNELL:
2     Q. Under Findings here, it says the bladder
3  appears normal. There is no evidence of
4  vesicoureteral reflux.
5     The next paragraph says that there is a
6  focal irregularity of the junction of the prostatic
7  and penile urethra. There's no definite stricture or
8  delayed emptying of the bladder due to this focal
9  irregularity.
10    Could you tell us what a focal irregularity
11 is?
12    A. In the area -- and I don't know if you'll be
13 able to see the diagram. But right at the base of the
14 prostate when we talked about the membranous urethra,
15 it's at the muscular portion right where the blue hits
16 the red at the base of the prostate. And that's
17 actually the membranous urethra area there.
18    So instead of being nice and smooth, there's
19 a bump, essentially. And focal means a very localized
20 or very precise point where there's an irregularity or
21 a bump. There should normally be a nice, smooth tube
22 all the way along. And that would indicate again some
23 of the things that we were talking about, either some
24 partial disruption or some irritation at that level.
25 And that can be from swelling. It could be again from

Page 26

1  a foreign body. It can be from actually a spastic
2  muscle there as well where it's just over- --
3  overreacting.
4     Q. Okay.
5     A. So there's a -- so that's an area that
6  certainly would be an area of interest.
7     MR. O'DONNELL: I may have a better diagram
8  here. Could you mark that?
9     (Exhibit 3 was marked.)
10 BY MR. O'DONNELL:
11    Q. And if you could, if you could just draw an
12 arrow to the junction of the prostatic and penile
13 urethra on there to help us follow that.
14    A. As it -- it actually has the portions of the
15 urethra here on Dr. Netter's pictures. The prostatic
16 urethra is here going through the prostate gland --
17 gland. The membranous urethra is this area that we
18 talked about where the control mechanism is. And
19 the -- the attachment there is that urogenital
20 diagram -- or diaphragm, which has that big muscle
21 that keeps everything from falling out through your
22 pelvis.
23    The bulbous or bulbar urethra involves the
24 area just beyond that, which is where most people
25 think of the -- of the penis basically through the

Page 27

1  area where the scrotum is making a curve. And the
2  remainder of this, we would call the pendulous urethra
3  or the urethra that is normally kind of seen exterior
4  to the pubic bone or pubic symphysis.
5     Q. And where would this focal irregularity be
6  on this diagram?
7     A. It would be in the area of the membranous
8  urethra, in this area right here, which again is a
9  suspect area in a trauma of the sort that would be
10 involved with pelvic or more femur fractures.
11    Q. Okay. All right. Thank you. I guess we
12 can go with that diagram instead of an arrow, given
13 the explanation.
14    The next paragraph reports there are
15 apparent sequelae from pelvic fractures and likely
16 this is a posttraumatic sequelae.
17    Could -- could you interpret that for us?
18    A. Again, this kind of refers to the same thing
19 we were talking about previously is that there are --
20 sequela basically is changes noted in the -- in the
21 bone, which would indicate that there had been trauma
22 to those -- those bones, enough to cause changes in
23 the calcium content, which are visible on x-ray. And
24 they would be very classic for somebody who had a
25 fracture or post-trauma, which would be certainly

Page 28

1  reason for having fractures.
2      The -- again, it basically is a building
3  block, trying to put more information about what might
4  be going on here. And it's establishing a pattern of
5  injury.
6      Q. Okay. And is this relating the pelvic
7  fractures to this urethra issue?
8      A. That's what they're alluding to.
9      Q. All right. That's one of the tests you sent
10 Joseph out for. The next page looks like the
11 retrograde urethrogram. And the findings here, it
12 says there are no evidence of focal stricture or
13 irregularity of the penile urethra. There is no
14 evidence of obstruction or delayed flow of the penile
15 urethra.
16     So am I understanding this, this is the, I
17 guess, distal or farther out from this membranous
18 urethra, there is no problem seen on this test.
19     A. Correct. That would -- basically being
20 essentially a confirmation of the same test with the
21 retrograde urethrogram, based on this diagram again
22 that is listed as Exhibit number 3. When we put fluid
23 the wrong way into this tube to try to distend it to
24 see if there's any scar tissue or narrowing in that
25 area, you have a difficult time in most individuals to

Page 29

1  get it beyond the sphincter. Because normally, this
2  is a closed-off sphincter. And it's strong enough to
3  be able to not let you put much dye the other way.
4      Q. The membranous urethra.
5      A. Right. So basically, that's an evaluation
6  from this level down to see if there's strictures.
7  And you sometimes can miss that narrowing there when
8  you have the voiding portion of this, because it
9  actually is a -- depending on how much bladder
10 pressure you have here, you can certainly develop more
11 pressure by putting fluid from below than you can in
12 some individuals, if it's not a normal bladder in the
13 first place, up above. So you could miss an area down
14 below that really does have a stricture, but it looks
15 normal because there's not enough pressure there.
16     So basically is a confirmation of what we
17 saw in the cystogram and would indicate that there's
18 nothing that looked like it had -- end up causing scar
19 tissue or a closure in that area from the membranous
20 urethra down. It doesn't tell us anything really
21 about anything more towards the bladder. And it's not
22 designed to do that.
23     Q. All right. Thank you. Is this another one
24 of these tests where you're using this
25 radiofluorescent dye, if that's the right term, that

Page 30

1  can be seen on the x-ray?
2      A. It's actually we'll call it radiopaque
3  dye --
4      Q. Radiopaque.
5      A. -- which means that the x-rays go through
6  everything else, but they don't go through that. So
7  it's a way to coat the lining of whatever you're
8  looking at and be able to evaluate sort of the lining
9  of a tube or a hollow structure. And certainly,
10 that's what the urethra and bladder are.
11     Q. Okay. Thank you. The next test, the next
12 page is, I guess, apparently a uroflow test?
13     A. Correct.
14     Q. And could you tell us what that is? How do
15 you conduct that test?
16     A. The -- I'm not talking about this specific
17 one. But the general performance of a uroflow test,
18 it's a method of being more objective -- or more
19 objective measurement of how you pee. In trying to
20 historically ask somebody whether they are peeing well
21 or not peeing well, it's sort of hard to actually
22 compare one's voiding pattern to somebody else's. And
23 what may be fine for one person is certainly not fine
24 for another.
25     And history is one issue. But trying to

Page 31

1  make some sort of an objective measure of how one
2  voids and correlate that as well to whether or not
3  there's likelihood of damage to the bladder is what
4  we've tried to do with the uroflow study.
5      Originally, this was done in a very crude
6  way in using any sort of a measuring beaker. Usually
7  you'd be able to start -- start voiding. You would
8  hold the beaker under your stream for five to ten
9  seconds, then pull it out of -- out of the stream,
10 measure what the volume was and divide it by either
11 five or ten to get how many cc's or how many
12 milliliters per second the bladder was emptying. And
13 kind of relate that to some sort of a standard,
14 whether we picked college kids or whatever.
15     The problems with that are, you know,
16 certainly, it's technically not as reproducible for
17 some people to be able to figure out what ten seconds,
18 what five seconds is, how agile there is, whether they
19 shake the beaker and the beaker leaked or they missed
20 the beaker part of the time or -- or whether they
21 couldn't divide by five or ten. I mean, it was a very
22 crude way to measure. But it certainly was a way to
23 look at it.
24     What we do now is what's called an
25 electronic uroflow, which we think is much more

Page 40

1  coordinated fashion. And it's a demonstration that
2  the -- somehow the coordination in that voiding --
3  that normal voiding pattern is not taking place.
4      Q. Okay. So all those muscle aren't
5  coordinated, the bladder and the two sphincters.
6      A. Essentially, they're not talking together is
7  what it -- what it amounts to.
8      Q. You also state here he does have
9  significantly pulsatile -- is that pronounced
10  correctly?
11      A. Okay. The next sentence down, correct.
12      Q. He does have significantly pulsatile flow
13  with a maximum flow decreased 18.3 with an average of
14  17.7, which I think --
15      A. Is a typographical error. It should be 7.7,
16  as -- as we discussed in the -- in the actual flow
17  study.
18      Q. Okay. And then you go on to talk about the
19  total volume and residual volume. Is there anything
20  there that's significant we haven't already covered?
21      A. No. It's -- with the exception of the -- in
22  my notation there is that the -- the volume of 492 is
23  basically a pretty normal volume for voiding. And
24  even though he is down on his flow, the bladder has
25  not -- is able to compensate for that is what's

Page 41

1  happening.
2      So in a situation such as this, the
3  impression is that in a short term, which is, you
4  know, the months that this has occurred as opposed to
5  having a situation such as this going on for years and
6  years, the bladder sometimes can't compensate for
7  that. It just basically -- it's not able to handle
8  that extra uncoordinated activity. So at this point,
9  you know, he's showing some problems, but the bladder
10  muscle hasn't lost it, so to speak.
11      Q. And layman's terms, is it compensating by
12  taking a longer time to urinate?
13      A. Exactly. And -- and the other factor with
14  the residual urine, it's not able to empty all the
15  way. So, you know, it is -- it is dropping, but --
16      Q. Partially compensating.
17      A. Uh-huh, uh-huh.
18      Q. All right. And at this point you're going
19  to give Joseph a -- it says a trial of alpha blocker
20  utilizing Flomax. Could you tell me what that is and
21  what you hoped that the drug would do for him?
22      A. Well, the sentence before that that actually
23  kind of comes back to that same explanation was what
24  we call functional bladder outlet obstruction, where
25  it's the nerve/muscle interaction that's the problem

Page 42

1  rather than scar tissue or bone or something
2  obstructing as a physical, mechanical obstruction. So
3  I'm assuming that this is something that we could
4  change without doing surgery is the idea.
5      And an alpha blocker is one way to do that.
6  We know that there are different receptors that are
7  present in each of these different muscle fibers in
8  different parts of the bladder and the urinary tract
9  actually from the kidneys on down; that when they --
10  when the nerves are talking to the muscles, they do it
11  through a chemical interaction. And if we can
12  specifically find what muscle is dysfunctional,
13  theoretically, we could design a drug or an agent to
14  either stimulate or block those input and return it to
15  normal.
16      So that's what we're trying to do. And the
17  alpha blocker is -- my assumption is that the problem
18  is at the very base of the bladder. And that area is
19  highly innervated with what we call alpha receptors.
20  And there are 16 subtypes of those. But there are
21  different medications which actually target those
22  specific fibers. And so if we could assume
23  by based -- based on these studies that we've done,
24  both x-rays and history and looking at the urodynamics
25  test, that this is the area that the problem lies,

Page 43

1  then let's try a medication which would try to return
2  that muscle function to normal. And if we could do
3  that, we could change the voiding pattern, take the
4  pressure off the bladder, make everything sort of talk
5  together again is what -- essentially giving it a
6  crutch to make it through.
7      Q. Okay. Your last sentence here says, the
8  patient has had reassurance as well as possible
9  in this pelvic fracture setting. And I guess my
10  question reading this is why did this pelvic fracture
11  setting bear on how much reassurance you could give
12  him?
13      A. Well, we know historically that there are
14  very significant nerves that both impact this very
15  area that we're talking about at the base of the
16  bladder and on this diagram, you can see the proximity
17  of the -- what are called the corporal bodies, the
18  areas for erections to the penis. And those nerves
19  are intimately associated with this area as they
20  pierce that urogenital diaphragm.
21      And as those are torn or partially torn,
22  there's a very significant likelihood of damage which
23  may or may not actually come back. And so any time
24  patients have a significant injury in that area,
25  there's a very significant likelihood that that may

Page 44
1  never come back. And so we try to at least make
2  patients aware that we -- they're dealing with a tough
3  problem. And we certainly try to do everything we
4  can. But sometimes if those nerves are damaged to an
5  extent where they won't come back, then that's
6  something that we need to deal with as well.
7       MR. O'DONNELL: Okay. Let me mark this
8  diagram here. Might help us or not.
9       (Exhibit 4 was marked.)
10 BY MR. O'DONNELL:
11    Q.  Exhibit 4 is another diagram by Dr. Netter.
12 And does this diagram illustrate any of the nerves
13 that are involved in both your urinary function and
14 your erectile function?
15    A.  It does.
16    Q.  Which nerves would those be?
17    A.  Essentially all of them.
18    Q.  Okay.
19    A.  The nerve function to this whole area is a
20 very convoluted combination of nerves. And the nerve
21 tracts in this distal portion of the spinal and --
22 spinal column and sacral plexus are not very
23 consistent in an awful lot of patients. So any --
24 anyplace along here, you can see very significant --
25 or have a very significant impact on voiding, on

Page 45
1  erection function, on sensations.
2       THE REPORTER: What sensations?
3       THE WITNESS: Any -- any injury in any one
4  of these, depending on the individual, can impact
5  erections and voiding function in an individual. So
6  all of these are very potential problems for
7  dysfunction in either one of those areas.
8  BY MR. O'DONNELL:
9     Q.  And there's actually a fair amount of
10 variability --
11    A.  Absolutely.
12    Q.  -- you're saying? Be -- how -- how all the
13 nerves innervate various tissue between people?
14    A.  Very much.
15    Q.  Okay. It looks like the next time you saw
16 Joseph then after November 6, 2003 was in December
17 19th, 2003, which is page 1000936. And I had a couple
18 questions about this visit. And first off, these
19 chart notes seem to have been dictated by Jaime
20 Stevenson?
21    A.  Correct.
22    Q.  Is that a he or a she?
23    A.  It's a she. She's our physician's
24 assistant.
25    Q.  And it also looks like you signed this a few

Page 46
1  days later. Is that your signature at the bottom?
2     A.  Well, I saw the same -- same day. I was
3  there that same day, but this was countersigned
4  that -- that date.
5     Q.  All right. So you would have seen Joseph
6  with Miss Stevenson?
7     A.  I don't think I actually saw him that day,
8  but she -- basically, our PA's discuss the patients
9  with us.
10    Q.  While they're there.
11    A.  While they're there.
12    Q.  Okay.
13    A.  I can't -- usually, if I would have seen him
14 that day, I would have dictated something
15 additionally.
16    Q.  Okay. And I guess the first paragraph here
17 talks about the fact that Joseph was placed on Flomax,
18 but this caused a decrease in blood pressure. And he
19 experienced dizziness and light-headedness. He took
20 it for about three weeks, then stopped at that time.
21       Are those potential side effects from taking
22 this medication?
23    A.  That's the downside of any medical therapy
24 is that there are side effects, which are sometimes
25 intolerable. And lightheadedness -- one of the

Page 47
1  problems with alpha blockers, depending on which of
2  those 16 subtypes you happen to hit, in which in each
3  individual affects more blood pressure. Because these
4  receptors are also found around the renal arteries.
5  And that can significantly impact blood pressure and
6  lead to things like dizziness and lightheadedness or
7  headaches and such.
8        And generally, it's thought that those will
9  kind of decrease over time if the patient's body will
10 adjust to that low blood pressure. But if it doesn't,
11 then there's not many options. You -- you have to
12 change horses.
13    Q.  Okay. Looks like you did --
14    A.  And additionally, it didn't make much -- it
15 didn't make as much difference as we would have liked
16 either, which is even more of a problem. Because you
17 like something, if you're going to pay a price, you
18 ought to have some benefit from it. And it's not
19 giving him the benefit we'd like to have either.
20    Q.  So he's saying really that didn't seem to do
21 much for him either.
22    A.  Right. So he has -- he kind of has what we
23 call the double whammy. He's got not only side
24 effects, but not good effects.
25    Q.  Okay. And the impression at this time was

Page 48

1  functional bladder neck obstruction, which is what
2  we've been talking about.
3     A. Correct.
4     Q. And also erectile dysfunction, which he's
5  continued to report to you.
6     A. Correct.
7     Q. And instead of the Flomax, he's now been
8  prescribed, looks like Uroxatral.
9     A. Correct.
10    Q. Which is a different alpha blocker?
11    A. Again, what each of these companies has
12 tried to do is come up with, because of the
13 variability from one individual to the next, a
14 different combination of those 16, which will affect
15 more bladder and less kidney. And so they're --
16 they're hoping that their drug will cause less of the
17 side effects and more of the good effects based on the
18 individual. And their investors hope they're right.
19    Q. Right.
20    A. So basically, it is another alternative.
21 But it's -- it's trying to essentially do kind of
22 laser-guided bombing, essentially. If you can pick
23 your target and hit the one just exactly right, you're
24 going to basically cause less collateral damage. And
25 whether it's in Iraq or in your urinary tract, you're

Page 49

1  trying to hit the -- do the most specific treatment
2  without causing the other side effects. So that --
3  that's the intent. And this does, in a number of
4  people, have a better overall profile.
5     Q. Okay. In addition to the Uroxatral, looks
6  like here he was given samples of Viagra, Levitra and
7  Cialis for the erectile dysfunction?
8     A. Correct.
9     Q. And I guess, first off, this is
10 approximately four months post-injury. Is there any
11 significance to the timing of it? Do you wait for
12 several months to see whether they recover on their
13 own or is this happenstance or why is he given that at
14 this time?
15    A. Well, number one, you'd like to have sort of
16 an idea of how much nerve damage there is. So one
17 is -- one thing is having those studies done. Because
18 you don't want to do something if it's not an
19 appropriate thing.
20       The second is to see -- and we try to
21 prioritize what is the bigger problem for the
22 patients. And certainly, if you have voiding
23 problems, that's probably in an individual that's gone
24 through all this more of an important symptom to get
25 under control first.

Page 50

1     So basically, we did sort of the baseline
2  hormone testing. Without that being obviously grossly
3  abnormal, try to see if some nerve recovery won't
4  occur on its own. And typically, that is in a kind of
5  four to six-month time period. So it would be in a
6  time period where if you were going to have a little
7  bit more spontaneous recovery, it might be nice to see
8  that without using any of the other medications. At
9  that point if you're not seeing as much recovery as
10 you'd like, you like to start working on that as well.
11 And so that's the thought is at this point.
12    I think it also depends on some of the
13 frustration factor of the individual as well. When
14 they start getting over all the pain of injuries and
15 that sort of thing, all of a sudden you start thinking
16 about other extracurricular activities as well. So it
17 becomes more psychologically important, too.
18    Q. All right. Underneath the description of
19 those three drugs, it says he's receiving samples. It
20 says, we discussed the risk and benefits, especially
21 the rise of priapism, if I'm pronouncing that
22 correctly. What is that?
23    A. Priapism is a prolonged erection, which is
24 painful and usually is beyond the period of four hours
25 or so. Too much of a good thing is not necessarily

Page 51

1  good. So basically, that is a risk, although a very
2  low risk. But it's certainly one of the FDA risks
3  that needs to be mentioned to individuals taking any
4  of these medications.
5     Q. Okay. You know, for someone such as Joseph,
6  who's living in the Bush, what are the risks if you
7  don't have it treated within the recommended time?
8     A. Well, the problem is that you can have a
9  more permanent problem with erectile dysfunction. If
10 those nerves are distended for a time period,
11 generally thought to be beyond four hours, you start
12 to cause more nerve damage or more damage in those
13 blood vessels. So they basically won't respond when
14 you do want them to respond again. So that's the
15 biggest problem is -- is a more permanent damage to
16 the erectile mechanism.
17    Q. Okay. If you do have this condition, do you
18 need to get medical treatment or is it something you
19 can treat on your own?
20    A. You pretty much have to have medical
21 treatment, although there are some people that have
22 tried some medications that may or may not be
23 effective. They haven't really held up very well in
24 trials.
25    Q. So if that -- for example, if that occurred

Page 52

1  to Joseph, he would need to get to some medical
2  facility as soon as possible.
3     A. Correct.
4     Q. And you mentioned these FDA risks. Or let
5  me back up here. It talks about we discussed risk and
6  benefits, especially the risk of priapism. What are
7  the other risks taking this kind of drug generally, or
8  these drugs?
9     A. Probably the only other major risk in a --
10 especially in the general population is the risk of
11 hypotension or very low blood pressures in a patient,
12 especially taking a nitro- -- or nitroglycerin or
13 nitrate-containing compound, which in somebody 19
14 years old is highly unlikely. Those are generally
15 cardiac medications and are utilized in patients that
16 typically have a fair amount of cardiac damage or
17 anginal symptoms.
18    So those would also be discussed. But since
19 he -- number one, he's not taking those. And his risk
20 for having somebody administer him nitroglycerin in
21 the next 20 years is probably pretty low. So that
22 would probably be the other side effect.
23    Other than that, primarily minor things like
24 headaches and itching or -- headache would probably be
25 by far the most common side effect, which also usually

Page 53

1  is self-limited, meaning that once the medication runs
2  out of strength, it basically decreases. And
3  typically, it also goes away after patients have used
4  it several times. So those are certainly some things
5  to discuss, but not usually things that are terribly
6  troublesome.
7     Q. Right. Okay. Let me mark this.
8     Does a patient get, I guess, a Patient
9  Information Sheet with the drug?
10    A. These are all the same thing or what?
11    Q. They're for Viagra --
12    A. Each individual. I see.
13    MR. O'DONNELL: -- Cialis, Levitra. And
14 that's the third one.
15    (Exhibits 5-6 were marked.)
16    THE WITNESS: Correct. They're all in the
17 sample packets, they -- they all have those included
18 in the -- in the sample packets. I can't say verbatim
19 they're this. But they're the FDA-approved Patient
20 Information Sheets and product information sheets that
21 are included in each -- each packet.
22    (Exhibit 7 was marked.)
23 BY MR. O'DONNELL:
24    Q. And we've marked these Patient Information
25 Sheets, one for Viagra, one for Levitra, one for

Page 54

1  Cialis as Exhibits --
2     A. 5, 6 and 7.
3     Q. -- 5, 6 and 7?
4     A. Correct.
5     Q. And they all seem to say that these drugs do
6  not cure erectile dysfunction. I guess would that be
7  true?
8     A. In a curative sense, that's correct.
9     Q. What -- how do they allow someone to obtain
10 an erection, I guess in short version? How do they
11 function?
12    A. Well, they basically function by -- they're
13 called 5 phosphodiesterase inhibitors. So they are
14 enzymes which basically, depending on the injury, are
15 too effective. And essentially, will -- the way
16 erections work, since it's not really a bone that
17 gives you an erection, it's not there all the time,
18 the way it works is by a trapping mechanism of blood
19 flow and essentially opening and closing the gates of
20 a dam or like a -- I grew up on the Mississippi
21 River -- so the lock and dam system of moving a barge
22 through.
23    And if you have an uncoordinated opening and
24 closing of those gates, what's going to happen is the
25 blood is either going to go right through, which is

Page 55

1  typically the problem we see -- it just never is able
2  to close because these enzymes are too efficient.
3  They just -- they are overstimulated. They just keep
4  the locks open.
5     And what these blocking agents do is allow
6  that normal closure to occur over a relatively limited
7  time -- time period to assist your own system to be
8  able to trap -- trap that blood. And they do it in a
9  sense which is -- actually, we call an enzyme pump
10 mechanism. But it's basically a system of kind of
11 checks and balances in that enzyme system. So it
12 basically tips everything over to the favor of being
13 able to keep that blood contained within that lock, if
14 you think of the penis as being the lock where you
15 want the barge to be trapped when it's going upstream.
16    Q. Okay. For example, if you look at
17 Exhibit 5, which I believe is the Viagra, they have on
18 page three some common side effects. They list, as
19 you mentioned first off, headache and they also list
20 flushing, upset stomach, runny -- stuffy or runny
21 nose, urinary tract infection, diarrhea. If I look at
22 these other ones here, they also list under common
23 side effect -- the first one is always headache.
24    A. Correct.
25    Q. They all seem to -- most of them list

Page 56

1  indigestion. Some list back pain, muscle aches.
2     A. Correct.
3     Q. But these are all a collection of obviously
4  not life-threatening, but possible --
5     A. Uncomfortable side effects, correct.
6     Q. Okay. It looks like you next -- your
7  office next saw Joseph on January 16th, 2004, which is
8  page 1000935.
9     A. Correct.
10    Q. And looks like you saw Joseph that day
11 yourself. Starts out by saying the patient has had a
12 trial on the Uroxatral as he had markedly troublesome
13 symptoms from a hypotensive standpoint on his Hytrin,
14 which I assume is the Flomax.
15    A. Hytrin is another one of the main alpha
16 blockers utilized. And I'm not sure -- I think I may
17 have --
18    Q. I see.
19    A. -- had Hytrin with -- what happens is a
20 number of the patients who went to ANMC, especially at
21 that time period, and they had a formulary that did
22 not include Flomax, and so they used a generic
23 substitute, which was Hytrin. And I think his -- my
24 recollection is that we gave him samples of Flomax,
25 but not enough to do for very long.

Page 57

1  They -- we sent a prescription with him.
2  The pharmacy swaps it out for what they have. And --
3  but I can't absolutely tell you. But it is another
4  form of Flomax, essentially. It's a broader spectrum
5  one, though. It has more kind of shotgun versus rifle
6  effect to it.
7     Q. Okay. The next -- next sentence says, the
8  patient has had almost return to normal utilizing the
9  Uroxatral. And you're referring there to his urinary
10 issue?
11    A. Correct.
12    Q. It says he has had a trial on his erectile
13 dysfunction medications and Viagra worked. However,
14 it caused excess headaches and stuffiness. And those
15 would be sort of normal side effects you see in
16 certain people --
17    A. Correct.
18    Q. -- taking this?
19 Patient has tried Cialis, your notes
20 continue, and has had some positive response. But
21 he's wondering whether or not another option would be
22 available. Certainly Levitra would fit -- fit that
23 category.
24 Looks like then you sent him back -- sent
25 him out. And said he could come back in approximately

Page 58

1  six to nine months at that point.
2     A. Correct.
3     Q. And if you go to the prior page, it looks
4  like it says, return visit on June of 2004, which is
5  about ten months post-injury.
6     A. This is page -- which page?
7     Q. 1000934.
8     A. 934. Okay. Correct.
9     Q. And you state here with regard to his
10 urinary problem that he has had virtual total relief
11 of his voiding symptoms now off his Uroxatral. He
12 still has erectile dysfunction. Has had good results
13 from Cialis therapy for his erectile dysfunction.
14 So at this point you're not prescribing any
15 further medication for his urinary issue? That's
16 basically revolved?
17    A. That by his report has resolved. And
18 typically, would be hopefully what would happen in
19 time as some of that resolves. So that -- and
20 typically, would do, and I'm sure I told him as well,
21 is to periodically skip some of the doses on
22 medication to see if his own system has been able to
23 now accomplish what it was supposed to accomplish in
24 the first place without the use of the medication.
25 And our goal is always to have patients on less

Page 59

1  medicine rather than more.
2     Q. Okay. All right. Towards the end of this
3  report, you -- there's a reference to you reassured
4  him that likely nerve return should occur with time.
5  Is that in reference to the erectile dysfunction?
6     A. Well, basically, the idea, if some of the
7  nerves are returning, these nerves are relatively
8  closely related. And so hopefully, if resolution is
9  occurring in one of those that's nearby, that that
10 would occur with the subsequent time as well. And
11 generally, erection function or erectile dysfunction
12 is sort of the last thing to return after a pelvic
13 injury. So that would be sort of our -- our hope,
14 anyway.
15    Q. Right. And then if you go one page before
16 that, which is a chart note dated August 27th, 2004,
17 it's number 1000933. You see that?
18    A. Correct.
19    Q. And it looks like the first sentence says,
20 the films from ANS, which were sent from earlier this
21 year, were reviewed. Are you reviewing the actual
22 films there or radiologist's report? Or I guess I'm
23 trying to figure out what prompted this review at this
24 point and what were you reviewing?
25    A. My hunch is he brought the films with him

Page 60

1  to -- to look over. But I normally wouldn't dictate
2  that. I can't absolutely recall exactly what went on
3  that day. But if I dictated that the films were sent
4  over, I would assume that -- because I always do like
5  to look at the films myself. And I think that I
6  didn't actually get a chance to review anything except
7  the reports previously. And he brought them this
8  time --
9      Q. Okay.
10     A. -- and did look at them. So that's my
11 recollection based on that.
12     Q. If you look at page 1000942, which is a CT
13 radiology report, 942 --
14     A. Correct.
15     Q. And this refers to a fracture of the left
16 superior pubic ramus and the right superior pubic
17 ramus with comminution and slight offset of the pubic
18 symphysis -- symphysis. Fracture of the anterior
19 columns bilaterally. Fractures of the left inferior
20 and right inferior pubic rami are essentially
21 undisplaced. Fracture left sacral ala extending from
22 the anterior cortex to the posterior cortex with
23 minimal offset. Fracture line also extends to involve
24 the left sacroiliac joint.
25         Of those structures which are identified

Page 61

1  here as having fractures, which ones are closest to
2  the nerves that are, I guess, implicated in the
3  erectile process?
4      A. Well, the ones more posterior or towards the
5  back are more likely to be injurious, but any of these
6  could. I mean there's no question they're all very
7  close. So I would say all of them have some
8  likelihood. But the ones back, as demonstrated on
9  this picture with the neurologic findings --
10     Q. Exhibit 4?
11     A. Exhibit 4, correct. (Continuing) -- I would
12 say those would be the more likely. But my expertise
13 in pelvic fractures is not as good as an orthopedic
14 surgeon would be.
15         Okay. The difference for us is any time
16 there's distraction of those bones, because all the
17 musculature in the pelvic floor is very
18 non-distensible, when -- when those platforms are --
19 essentially, it's like a major earthquake occurring
20 and you have shear factors and you have -- those
21 muscles have enough force to break a bone, they can
22 certainly disrupt muscles and nerves that are going
23 through the diaphragm where they're all connected.
24         So an injury for us is going to be possible
25 at any time you have that kind of a major shift

Page 62

1  anyplace in the pelvis.
2      Q. Okay. All right. We go then to June 1st,
3  2005, which is your chart notes for 1000932.
4      A. Correct.
5      Q. And it looks like on this date, June 1st,
6  2005, Joseph was seen primarily by Jaime Stevenson
7  here?
8      A. Correct.
9      Q. And then it looks like you reviewed these
10 notes and signed off on them also.
11     A. Actually, that day I wasn't there.
12 Dr. Strawbridge was actually the supervising
13 physician --
14     Q. I see.
15     A. -- that day so --
16     Q. Okay. Those are his initials there?
17     A. Correct.
18     Q. Okay. And I take it from looking at the
19 file, this is the last time your office saw Joseph?
20     A. Correct.
21     Q. And it says here at the top, he has been off
22 Uroxatral for several months now. Denies any voiding
23 problems. States he's essentially back to normal
24 compared to before his injury.
25         So as far as your office is aware, his

Page 63

1  urinary problem has resolved?
2      A. That's correct.
3      Q. And under Impression/Plan, it says, history
4  of voiding dysfunction, status post pelvic injury,
5  stable. And the second is erectile dysfunction,
6  status post pelvic injury, being maintained with
7  Cialis ten milligrams. I explained that after injury
8  of this sort it is difficult to predict whether or not
9  or when you will regain normal function.
10         And my question is, why is it difficult to
11 predict whether or not or when someone like Joseph
12 would regain normal erectile function?
13     A. Because the extent of injury is very
14 difficult to know. And we just don't have any good
15 measures. As stated earlier, it's almost always the
16 last thing to come back, if indeed it does come back.
17 And if we had a measure of how to determine that kind
18 of recovery -- other than patient's telling us or
19 response to different medications, there's not any
20 good parameter we have.
21         But we do know that patients where we
22 actually knowingly disrupted those nerves, such as in
23 our prostate surgeries or some other things where
24 we're doing cancer surgery, those take three to five
25 years sometimes to return.

18 (Pages 60 to 63)

Page 64

1    And granted, those are in a little bit more
2  controlled settings, because we sort of know which
3  nerves we're hitting a little more precisely at that
4  time and generally how much nerves we're hitting.
5  Even in those situations, we have a very difficult
6  time being able to predict who's going to return how
7  much. And so in a situation where we don't know that,
8  the true extent of injury, it's hard to predict what
9  kind of recovery those patients are going to have.
10    Q. So I take it there's no diagnostic test to
11  go in and check each nerve and figure out which nerve
12  is damaged and the location and --
13    A. The problem there is not -- because of the
14  variability of this, a typical EMG that's done to
15  evaluate neuromuscular problems where we know nerve
16  root and thus and so innervates this muscle bundle, it
17  basically is not at all consistent. And generally,
18  what happens is we see anywhere from three to five or
19  six levels which will be innervating these functions.
20    So even damage to one or two sometimes won't
21  be a problem, but if it's the -- and if it's a
22  component of 20 percent of each one of those nerves is
23  actually a problem and each of those nerve levels, and
24  it can be variable from one side to the other as well,
25  which is -- just makes it very difficult to be able to

Page 65

1  predict that.
2    But -- but it does appear that things like
3  Cialis or various other options seem to hasten that
4  recovery. But still, it's hard to predict whether or
5  not there will be a total recovery or not. And
6  certainly in less than five years, it would be very
7  hard to predict whether things would come back. And
8  somebody 19, theoretically, should have a better
9  chance than somebody who had a prostate cancer surgery
10  at 65 or 70.
11    Q. Okay. So your office has instructed Joseph
12  to come back on a yearly basis now.
13    A. Correct. Unless, you know, he had some
14  other problems that would occur in the interim,
15  certainly.
16    Q. So I think June of 2005 was 22 months
17  post-surgery by my calculation. I think now two
18  months short of another year. So that would be 32
19  months post-injury. What diagnostic effect would the
20  lengthening period between the time of the original
21  injury and assuming he has the present continuing
22  erectile dysfunction, what would that tell you?
23    A. Well, the longer the time from injury
24  without total recovery, the less the likelihood is
25  that it will recover. But -- but I certainly have

Page 66

1  seen patients recover in the three to five-year time
2  period, too. So I think I would be hard pressed to
3  say that it couldn't recover, by any means. But
4  certainly, the farther out you get without recovery,
5  the prognosis for full recovery drops.
6    Q. Okay. So you wouldn't tell Joseph to give
7  up hope.
8    A. Absolutely not, no.
9    Q. On the other hand, could you tell him this
10  will recover and you will get this --
11    A. No.
12    Q. -- function back?
13    A. No. That would be impossible as well.
14    Q. You mentioned age there. Does the
15  prevalence of erectile dysfunction generally increase
16  with age, putting aside any trauma?
17    A. Yes.
18    Q. And if Joseph continues to have this
19  erectile dysfunction and then that gets layered on top
20  of your general aging process, do we know whether
21  Cialis or Viagra will still continue to enable him to
22  obtain a functional erection when he's 40 or 50 or 60?
23    MR. WALLER: Objection. Form.
24    THE WITNESS: We don't have that kind of
25  data available for patients that have been out that

Page 67

1  far using these drugs, that I'm aware of, and even in
2  normal patients, not patients that have had traumatic
3  injury. So I would say that that information is just
4  not available.
5  BY MR. O'DONNELL:
6    Q. And how long have these drugs been out?
7    A. Well, Viagra initially started evaluation in
8  the early -- actually, it was in the mid '80s. But it
9  didn't get FDA approval till 19- -- can't absolutely
10  recall. But it's been approximately ten years that
11  it's been used in any -- any great numbers. The first
12  even several years, it probably wasn't terribly widely
13  utilized.
14    And -- but this kind of data really probably
15  hasn't even started to be collected. And the best
16  data is actually on patients that are postsurgical
17  patients where we actually know the damage, know
18  the -- kind of the injury and so we know some of the
19  medical -- sort of medical additional morbidities, we
20  call them, or diabetes and smoking and all the things
21  we know that do affect it, probably for the past five
22  or six years.
23    So I think we're a good ways away from
24  having 15 or 20-year data on this kind of nerve --
25  longer term nerve injury and nerve recovery. So I --

Page 68

1  I don't think anybody could really objectively give
2  you those numbers.
3      Q. And Viagra was the first of these three
4  drugs that came out?
5      A. Correct.
6      Q. Then it was -- do you recall?
7      A. Then Levitra has been out. It was about two
8  and a half years or so after Viagra got approval. And
9  then the subsequent nine to 12 months, Cialis got
10 approval.
11     Q. And what other options, if any, would Joseph
12 have if these medications became ineffective as he got
13 older?
14     A. Assuming that the FDA never approves any
15 other medication or any other therapy, the step-wise
16 progression of therapy for somebody in Joseph's
17 situation would be to go to what we call a more
18 minimally invasive kind of procedure. Probably the
19 next step would be a medication called MUES, which is
20 delivered in a -- as urethral suppository.
21        Basically, it's a small dissolvable pellet
22 that's placed up the penis by the individual. And
23 usually what happens is you kind of rub the penis
24 between your hands and the medication melts into the
25 tissue. It's a prostaglandin derivative. And will

Page 69

1  subsequently give you an erection more directly from
2  direct exposure to those tissues.
3        If that was not working, you can move on to
4  installation of that same material, prostaglandin,
5  into the erectile tissue itself with an injection,
6  actually like a diabetic.
7      Q. With a needle?
8      A. With a needle. And that's delivered usually
9  into the shaft or the side of the penis each time you
10 want to have an erection. There are four different
11 medications or combinations of medications that are
12 delivered that way. And any one of those would
13 probably be in that next step, either combinations or
14 individual mixtures of those medications.
15        If that's not effective, then a combination
16 of some of the oral agents plus those is sometimes
17 effective.
18        There's also a vacuum erection device or
19 VED, we call it, which is a pump, a vacuum pump that
20 fits over the penis. The pump develops a negative
21 pressure. Usually, it's a hand-held or small
22 battery-operated pump that basically sucks the blood
23 into the penis. And then a restricting band or
24 essentially big rubber band comes off the end of that
25 device at the base of the penis to hold the blood into

Page 70

1  the penis. And that would be another option to allow
2  him to have an erection firm enough for intercourse.
3        At this point that's sort of the gamut of
4  things that are available that are nonsurgical. Then
5  you basically cross the line into different surgical
6  implants, similar to putting artificial hips in or
7  artificial knees or artificial shoulders. And there
8  are a number of those devices which are implantable
9  which would be applicable for somebody in Joseph's
10 situation, if it's not -- if these medical therapies
11 are not working.
12     Q. And how are they actually actuated or how do
13 they work?
14     A. Depends on the device. There's several
15 companies that make them. There are some that are
16 what we call semi-rigid or -- they are erect all the
17 time, but basically are bendable. And you can use
18 various positions to either disguise them or utilize
19 them, depending on the situation. But they're always
20 erect. The nice -- the advantage of those is that
21 there are no mechanical moving parts to break down so
22 that they have a lower failure rate.
23        The second would be devices that have --
24 either a mechanical device which allows that erection
25 to be maintained or brought down in a series of

Page 71

1  ratchets, which are inside these devices. Again,
2  they're primarily erect all the time, but are
3  bendable, depending on which position you want them to
4  be in at whatever time.
5        Then there are a number of devices that are
6  hydraulic that move fluid from one chamber to another,
7  which is much more normal. So using a variety of
8  different pump types, either implanted underneath the
9  belly muscle or in the scrotum, will be able to
10 transfer fluid from the reservoir into the cylinders,
11 which gives you an erection or vice versa, if you
12 don't want the erection. So it's a much more
13 normal-appearing erectile function.
14        And those are the three major types. And
15 depending on insurance coverage and patient desire and
16 patient activity, we use all those.
17     Q. Okay. And --
18        (Telephonic interruption.)
19        THE WITNESS: Yeah. I think that's
20 probably -- turn it off?
21 BY MR. O'DONNELL:
22     Q. Yeah.
23     A. I can just --
24     Q. Want me --
25     A. Yeah. It's in one of those pockets.

Page 116

1  been talking about using Viagra, Levitra, Cialis to
2  obtain an erection for sexual intercourse. Is this
3  medication also used or could it be used in order to
4  masturbate?
5     A.  I'm sure it probably could, yes. Any -- for
6  any instance to -- to be able to have an erection firm
7  enough for intercourse would be an erection firm
8  enough for -- for any kind of sexual activity.
9     Q.  I think we all agree that smoking is not
10 good for you. How common is it for a young male, 18,
11 19, 20, 21 years old to have erectile dysfunction
12 simply from smoking something in the order of seven
13 cigarettes a day?
14    A.  That would be more unusual. It's usually
15 after a longer period of smoking than that.
16 Typically, the -- the admonition we use is the
17 statistic that probably by the time patients are 40 --
18 between 40 and 45, at least 50 percent of those males
19 will have erectile dysfunction. Whether or not that
20 patient's been smoking seven cigarettes a day or been
21 smoking for ten years or 30 years, I -- I can't say
22 that those statistics are really there. But
23 generally, the studies are done with patients more in
24 the 30s to 50 and beyond range. So the assumption
25 would be that they've been smoking longer periods of

Page 117

1  time.
2     Q.  Okay. And how unexpected is it to have
3  erectile dysfunction as a result of trauma severity
4  that would produce multiple pelvis fractures and a
5  femur fracture?
6     A.  That would be much more common.
7     Q.  And would it be accurate to summarize your
8  diagnosis is that Joseph Abruska's erectile
9  dysfunction is neurogenic in origin secondary to his
10 pelvic fractures?
11    A.  It would certainly be consistent with that.
12    Q.  And that's the main cause you've mentioned
13 in your medical records.
14    A.  Correct.
15       MR. O'DONNELL: Okay. That's all the
16 questions I have.
17       MR. WALLER: I have nothing further.
18       THE VIDEOGRAPHER: We'll close the record
19 then at 10:08.
20          (Whereupon, the deposition was
21          concluded at 10:08 p.m.)
22          (Signature pending.)
23
24
25

32 (Pages 116 to 117)