CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOSEPH ABRUSKA,                )
                               )
            Plaintiff,          )
                               )
vs.                            )   Case No.
                               )   3:04-cv-209-TMB
NORTHLAND VESSEL LEASING        )
COMPANY, LLC, et al.,           )
                               )
            Defendants.         )

VIDEOTAPED DEPOSITION OF KIMBERLY SAVO

SAN DIEGO, CALIFORNIA

WEDNESDAY, MARCH 22, 2006

REPORTED BY: VANESSA R. CAPARAS, CSR 12231

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA


   _____
                                   )
   JOSEPH ABRUSKA,                 )
                                   )
              Plaintiff,           )
                                   )
   vs.                             )   Case No.
                                   )   3:04-cv-209-TMB
   NORTHLAND VESSEL LEASING        )
   COMPANY, LLC, et al.,           )
                                   )
              Defendants.          )
   _____)
```

VIDEOTAPED DEPOSITION OF KIMBERLY SAVO,

taken on behalf of the Plaintiff at 4025 Camino del Rio

South, Suite 300, San Diego, California 92108, on

Wednesday, March 22, 2006, at 10:00 a.m., before

Vanessa R. Caparas, CSR No. 12231, Certified Shorthand

Reporter, in and for the County of San Diego, State of

California.

Exhibit 10
Page 2 of 8 Pages

```
 1  APPEARANCES:

 2

 3  For the Plaintiff:

 4
         ATKINSON, CONWAY & GAGNON
 5       BY:  CHRISTOPHER J. SLOTTEE, ESQ.
         420 L Street
 6       Suite 500
         Anchorage, Alaska   99501-1989
 7       (907)276-1700

 8

 9  For the Defendant:

10
         BAUER, MOYNIHAN & JOHNSON, LLP
11       BY:  THOMAS G. WALLER, ESQ.
         2101 Fourth Avenue
12       Suite 2400
         Seattle, Washington   98121
13       (206)443-3400

14

15  Videographer:

16
         Grant Meisenholder
17

18

19

20

21

22

23

24

25
```

SCHULER COURT REPORTING - 858.518.1619                3

Exhibit 10
Page 3 of 8 Pages

```
 1                          I N D E X

 2

 3   WITNESS:  KIMBERLY SAVO

 4

 5   EXAMINATION                                          PAGE

 6   BY MR. SLOTTEE                                       6, 49

 7   BY MR. WALLER                                        27

 8

 9

10

11                        E X H I B I T S

12

13   NO.                                                  PAGE

14

15                        (None offered.)
```

| | | |
|---|---|---|
| 1 | mean, he could run but not for very long. | 10:38:27 |
| 2 | Q.   And you said Joseph was outgoing before the | 10:38:35 |
| 3 | accident. Was he less outgoing after the accident? | 10:38:38 |
| 4 | A.   Kind of. He just wasn't in as a good mood. | 10:38:44 |
| 5 | He was just kind of depressed all the time. | 10:38:49 |
| 6 | Q.   Before the accident were you physically | 10:39:00 |
| 7 | intimate with Joseph? | 10:39:04 |
| 8 | A.   Yes. | 10:39:09 |
| 9 | Q.   Did Joseph have any problems obtaining an | 10:39:09 |
| 10 | erection before the accident? | 10:39:14 |
| 11 | A.   No. | 10:39:14 |
| 12 | Q.   And can you estimate how often before the | 10:39:15 |
| 13 | accident you and Joseph were physically intimate? | 10:39:16 |
| 14 | Like, kind of on a frequency basis, I guess. | 10:39:18 |
| 15 | A.   Probably four or five times a week. | 10:39:28 |
| 16 | Q.   And after the accident in August of 2003, did | 10:39:34 |
| 17 | Joseph -- was Joseph unable to obtain an erection? | 10:39:39 |
| 18 | A.   Yes. Unless he used, like, medication. | 10:39:45 |
| 19 | Q.   That would be like Viagra or Cialis or | 10:39:47 |
| 20 | something like that? | 10:39:49 |
| 21 | A.   That's correct. | 10:39:51 |
| 22 | Q.   How long did it take for the pill to take | 10:39:52 |
| 23 | effect? | 10:39:56 |
| 24 | A.   It just depends. Sometimes it was like | 10:40:01 |
| 25 | really fast; sometimes it wouldn't work at all. | 10:40:03 |

| | | |
|---|---|---|
| 1 | Q. Sometimes he would take a pill and just | 10:40:11 |
| 2 | nothing would happen? | 10:40:12 |
| 3 | A. Well, not -- just sometimes. It just depends | 10:40:14 |
| 4 | on the medication. | 10:40:16 |
| 5 | Q. And did your -- your kind of physical | 10:40:21 |
| 6 | relationship with Joseph, did the frequency decrease | 10:40:24 |
| 7 | after the accident? | 10:40:27 |
| 8 | A. Yes. | 10:40:29 |
| 9 | Q. What did it go down to? | 10:40:30 |
| 10 | A. Maybe, like, once a week. | 10:40:34 |
| 11 | Q. So after the accident was Joseph ever able to | 10:40:43 |
| 12 | obtain an erection without taking a pill? | 10:40:46 |
| 13 | MR. WALLER: Objection; foundation. | 10:40:52 |
| 14 | BY MR. SLOTTEE: | 10:40:52 |
| 15 | Q. Okay. Let me restate that. | 10:40:52 |
| 16 | Were you ever able to see Joseph obtain an | 10:40:52 |
| 17 | erection without taking a pill? | 10:40:55 |
| 18 | A. I don't know. | 10:40:58 |
| 19 | Q. Did it appear to you that Joseph was bothered | 10:41:03 |
| 20 | by the fact that he had to take a pill to obtain an | 10:41:06 |
| 21 | erection? | 10:41:09 |
| 22 | A. Yes. | 10:41:10 |
| 23 | Q. And why did that -- why do you think that | 10:41:10 |
| 24 | bothered Joseph? | 10:41:14 |
| 25 | A. Probably because when you see Viagra | 10:41:15 |

| | | |
|---|---|---|
| 1 | commercials, it's, like, for old men. Just to be that | 10:41:15 |
| 2 | age and... | 10:41:21 |
| 3 | Q. How old was Joseph at the time of the | 10:41:23 |
| 4 | accident? | 10:41:26 |
| 5 | A. 18 or 19. | 10:41:33 |
| 6 | Q. Regardless he was -- | 10:41:35 |
| 7 | A. Very young. | 10:41:38 |
| 8 | Q. -- specific age, he was young? Right? He | 10:41:39 |
| 9 | was in his early twenties, late teens? | 10:41:42 |
| 10 | A. Yeah. | 10:41:46 |
| 11 | Q. And did the fact that Joseph had to take a | 10:41:51 |
| 12 | pill, did that bother you at all? | 10:41:56 |
| 13 | A. Kind of because everything had to be planned | 10:42:01 |
| 14 | and... | 10:42:04 |
| 15 | Q. So it made it harder for your relationship to | 10:42:05 |
| 16 | be spontaneous? | 10:42:08 |
| 17 | A. Yeah. | 10:42:10 |
| 18 | Q. And would you and Joseph plan on your, like, | 10:42:10 |
| 19 | when you wanted to have sex? | 10:42:14 |
| 20 | A. I don't know. | 10:42:19 |
| 21 | Q. Now, did you eventually -- you're living in | 10:42:37 |
| 22 | California right now; right? | 10:42:41 |
| 23 | A. That's correct. | 10:42:43 |
| 24 | Q. And did you move to Arizona -- or sorry, New | 10:42:45 |
| 25 | Mexico with Joseph for a time? | 10:42:50 |

SCHULER COURT REPORTING - 858.518.1619                      23

Exhibit 10
Page 7 of 8 Pages

| | | |
|---|---|---|
| 1 | after taking some pain medication? | 10:46:13 |
| 2 | A. Yeah. | 10:46:16 |
| 3 | Q. Did Joseph ever express any frustration with | 10:46:33 |
| 4 | his injuries after the accident? | 10:46:37 |
| 5 | A. Yeah, I think, you know, that it was harder | 10:46:44 |
| 6 | to work and harder to run. And he wasn't sure if he | 10:46:46 |
| 7 | was going to be able to go back to work at the dock | 10:46:50 |
| 8 | after that. | 10:47:00 |
| 9 | Q. I'm just going through my notes right now to | 10:47:12 |
| 10 | make sure I covered everything I wanted to cover. | 10:47:18 |
| 11 | You said that some -- when -- when Joseph | 10:47:33 |
| 12 | took the pill, sometimes it happened right away and | 10:47:35 |
| 13 | sometimes it took awhile. If it took awhile, how long | 10:47:38 |
| 14 | would it take for it to take effect? | 10:47:40 |
| 15 | A. It really just depends. Like I said, | 10:47:45 |
| 16 | sometimes it didn't work at all, sometimes an hour. | 10:47:47 |
| 17 | You know, it was very random. | 10:47:51 |
| 18 | Q. And if it didn't work at all, would Joseph | 10:47:56 |
| 19 | take another pill or would you have to kind of put it | 10:47:59 |
| 20 | off for the night? | 10:48:03 |
| 21 | A. I'm not sure. | 10:48:09 |
| 22 | Q. Okay. And I guess -- actually, that's going | 10:48:12 |
| 23 | to be all my questions at this time. | 10:48:17 |
| 24 | MR. WALLER: I have a few follow-up. | 10:48:20 |
| 25 | /// | 10:48:23 |

SCHULER COURT REPORTING - 858.518.1619

26

Exhibit 10
Page 8 of 8 Pages