```
 1                    UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF ALASKA

 3   JOSEPH ABRUSKA,              )
                                  )
 4             Plaintiff,         )         ORIGINAL
                                  )
 5        vs.                     )
                                  )
 6   NORTHLAND VESSEL LEASING     )
     COMPANY, LLC, and            )
 7   NAKNEK BARGE, LLC,           )
                                  )
 8             Defendants.        )
                                  )
 9   Case No. A04-0209-CV (JKS)

10

11
     ------------------------------------------------------------
12       PORTION OF VIDEO DEPOSITION OF LUKE DONKERSLOOT
     ------------------------------------------------------------
13
                           Pages 1 - 80
14
                       Tuesday, July 19, 2005
15
                             8:52 a.m.
16

17

18

19

20

21
             Taken and Recorded by Counsel for Plaintiff
22                         Joseph Abruska
                                at
23                   Bristol Bay Borough Building
                          Naknek, Alaska
24

25                                              Exhibit  12
                                                Page 1 of 5 Pages
```

PACIFIC RIM REPORTING   907/272-4383

www.courtreportersalaska.com

```
 1                    A-P-P-E-A-R-A-N-C-E-S

 2  For Plaintiff:

 3  CHRISTOPHER J. SLOTTEE
    ATKINSON, CONWAY & GAGNON
 4  420 L Street, Suite 500
    Anchorage, Alaska  99501-1989
 5  (907) 276-1700

 6


 7  For Defendants:

 8  THOMAS WALLER
    BAUER, MOYNIHAN & JOHNSON, LLP
 9  2101 Fourth Avenue, Suite 2400
    Seattle, Washington  98121
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit 12

Page 2 of 5 Pages

```
 1                        I-N-D-E-X

 2  EXAMINATION BY                              PAGE

 3      Mr. Slottee                              4

 4

 5  EXHIBITS                                    PAGE

 6   1  "Incident Investigation - Personal       6
        Injury to Joseph Abruska"
 7
     2  Color photograph of fall area           63
 8
     3  Color photograph of fall area           63
 9      with male present

10   4  Frayed safety line                      65

11   5  Baranof Trader half-round               65
```

Exhibit 12
Page 3 of 5 Pages

```
 1  Q   Okay.  Do you know -- remember how -- like how much off
 2      the deck of the barge the lower wire railing was?
 3  A   Not exactly, but a foot and a half, I could guess.
 4  Q   Okay.  So then maybe about -- is it three feet between
 5      the --
 6  A   No.
 7  Q   About how many feet between them?
 8  A   Less than two.
 9  Q   Less than two.  Could you fall -- could you -- I mean, I
10      guess, without really struggling to get underneath the
11      lower wire railing, could you follow -- fall underneath a
12      wire railing, the lower wire railing?
13          MR. WALLER:  Objection, form and foundation.
14          THE WITNESS:  You could -- I think it's possible.
15  BY MR. SLOTTEE:
16  Q   It's physically possible to go underneath the lower wire
17      railing?
18  A   (Indiscernible) go over the top of the upper railing --
19      wire.  It just all depends.
20  Q   And a body could fit between the wire railings?
21          MR. WALLER:  Objection, form.
22          THE WITNESS:  Yeah.
23  Q   Did you ever notice that lower wire railing on the
24      Baranof Trader in the area where Joseph fell was loose
25      before his accident?
```

Exhibit 12

Page 4 of 5 Pages

```
 1  A    We were -- everybody was aware of it.  We'd been working
 2       the barge.  It wasn't particularly loose.  It wasn't
 3       tight, but it wasn't -- it was still workable.
 4  Q    Okay.  So everyone was aware, that was who?
 5  A    The barge crew.
 6  Q    Okay.  Do you remember who was working on the night -- or
 7       when Joseph had his accident?
 8  A    Jim Metz and a couple other of the tugboaters.
 9  Q    Anybody else?
10  A    I was, and Joe.
11  Q    Joseph and then you?
12  A    Uh-huh (affirmative), on the barge.
13  Q    So maybe about five people working on the barge?
14  A    Including myself.
15  Q    Why were the -- do tugboaters normally work on the barges
16       on unloading them?
17  A    Securing and unsecuring cargo.
18  Q    So everyone, which would include Jim Metz, a couple of
19       the other tugboaters, and you were aware of the lower
20       wire railing, that being loose?
21  A    I'm not sure if they were.  We'd been working that barge
22       all summer.
23  Q    Okay.
24  A    And it was -- had been that way all the time.
25  Q    Okay.  When was the first time you started working on the
```

Exhibit 12

Page 5 of 5 Pages