NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,              )<br>                              )<br>        Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br>NORTHLAND VESSEL LEASING      )<br>COMPANY, LLC, et al.,         )<br>                              )<br>        Defendants.           )<br>_____) | Case No. 3:04-cv-209-TMB |

### [PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

The Court, having considered Defendants' Joint Motion for Summary Judgment, Plaintiff's Opposition, and being fully advised, HEREBY DENIES the Motion.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on May 22, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By     <u>s/ Christopher J. Slottee</u>
        Christopher J. Slottee

[PROPOSED] ORDER DENYING DEFENDANTS'
JOINT MOTION FOR SUMMARY JUDGMENT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2 of 2
84770/7407.1