NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) | Case No. 3:04-cv-209-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTHLAND VESSEL LEASING ) | |
| COMPANY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### AFFIDAVIT OF CHRISTOPHER J. SLOTTEE

STATE OF ALASKA          )
                         ) ss
THIRD JUDICIAL DISTRICT  )

       Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

       I am counsel for Plaintiff Joseph Abruska in the above-entitled action. I make this affidavit in support of Plaintiff's Opposition to Defendants' Joint Motion for Summary

Judgment. I speak from personal knowledge and am competent to testify. I certify that the following exhibits are true and accurate copies of the originals:

**Exhibit #1:** Excerpts from the deposition of Joseph Abruska.

**Exhibit #2:** Exhibit 1 to the deposition of Luke Donkersloot, document entitled Incident Investigation – Personal Injury to Joseph Abruska, produced in discovery by Defendants.

**Exhibit #3:** Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and Plaintiff Joseph Abruska's First Requests for Admission to Defendant Naknek Barge Lines, LLC, dated December 15, 2004; Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Requests for Admission, dated January 18, 2005; and Plaintiff Joseph Abruska's First Requests for Admission to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004; Defendant Naknek Barge Lines, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Naknek Barge Lines, LLC, dated December 15, 2004; Defendant Northland Vessel Leasing Company, LLC's Responses to Plaintiff's First Set of Interrogatories, dated January 18, 2005; and Plaintiff Joseph Abruska's First Set of Interrogatories to Defendant Northland Vessel Leasing Company, LLC, dated December 15, 2004.

**Exhibit #4:** Excerpts from the deposition of William Emory.

**Exhibit #5:** Excerpts from the deposition of Leo Naekel.

| | |
|---|---|
| <u>Exhibit #6:</u> | Excerpts from the deposition of Christopher Manion, M.D. |
| <u>Exhibit #7:</u> | Excerpts from the deposition of John Swanson, M.D. |
| <u>Exhibit #8:</u> | Alaska Native Medical Center Operative Report prepared by Christopher Manion, M.D. |
| <u>Exhibit #9:</u> | Excerpts from the deposition of William Clark, M.D. |
| <u>Exhibit #10:</u> | Excerpts from the deposition of Kimberly Savo. |
| <u>Exhibit #11:</u> | Court Order, dated June 6, 2005. |
| <u>Exhibit #12:</u> | Excerpts from the deposition of Luke Donkersloot. |

DATED this 22nd day of May, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 22nd day of May, 2006.

OFFICIAL SEAL
State of Alaska
BETH L. VELKOVITZ
NOTARY PUBLIC

_____
Beth L. Velkovitz
Notary Public in and for Alaska
My Commission Expires: 12/13/09

I certify that on May 22, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By   s/ Christopher J. Slottee
     Christopher J. Slottee

AFFIDAVIT OF CHRISTOPHER J. SLOTTEE
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 3 of 3
84769/7407.1