NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC, et al., )<br>)<br>Defendants. )<br>_____) | **AFFIDAVIT OF JOSEPH ABRUSKA**<br><br><br><br><br><br>Case No. 3:04-cv-209-TMB |

STATE OF ALASKA            )
                          ) ss
THIRD JUDICIAL DISTRICT    )

       Joseph Abruska, being first duly sworn upon his oath, deposes and says:

       1.    I am the plaintiff in this action and can speak from personal knowledge.

       2.    I worked for the Port of Bristol Bay on the Naknek Dock for most of the year before my accident in August of 2003. My duties included working closely with the crews that loaded and unloaded barges; operating forklifts; climbing up and

down docks and shipping containers; unslinging cargo; and lashing down ships that were placed in cradles on the dock.

3. Before working at the Naknek Dock, I had also worked as a commercial fisherman for several seasons.

DATED this 19th day of May, 2006.

_____
Joseph Abruska

SUBSCRIBED AND SWORN TO before me this 19th day of May, 2006.

_____
Beth Velkovitz
Notary Public in and for Alaska
My Commission Expires: 12/13/09

OFFICIAL SEAL
State of Alaska
BETH L. VELKOVITZ
NOTARY PUBLIC

I certify that on May 22, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By   s/ Christopher J. Slottee
     Christopher J. Slottee

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Affidavit of Joseph Abruska
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2 of 2
84748/7407.1