Page 1

1           IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF ALASKA AT ANCHORAGE
3  _____
   JOSEPH ABRUSKA,                     )
4                                      )
                Plaintiff,             )
5                                      )
       vs.                             )
6                                      )
   NORTHLAND VESSEL LEASING            )
7  COMPANY, LLC and NAKNEK             )
   BARGE, LLC,                         )
8                                      )
                Defendants.            )
9  _____)
   Case No. A04-209 CV (JKS)
10

11
   _____
12
          VIDEOTAPED DEPOSITION OF WILLIAM "BILL" EMORY
13 _____

14
                    Pages 1 - 116
15            Wednesday, September 28, 2005
                       1:35 P.M.
16
              Taken by Counsel for Plaintiff
17                         at
                Atkinson, Conway & Gagnon
18              420 L Street, Suite 500
                    Anchorage, Alaska
19

20

21

22

23

24

25

Page 104

1 reask the question?
2 BY MR. SLOTTEE:
3    Q   For example, the POLAR BREEZE is working on
4 the BARANOF TRADER, helping, I'll assume, move the
5 BARANOF TRADER at the time of Joseph's accident. Why
6 was the POLAR BREEZE in particular doing that? Was
7 there -- for example, did you say, We need to have the
8 POLAR BREEZE take the BARANOF TRADER from X to Y?
9    A   No.
10   Q   Did Northland Services' senior management
11 direct that?
12   A   No.
13   Q   Was that preset before in the -- you know, in
14 the proposed schedule?
15   A   No.
16   Q   If I wanted to find out what tugboats were
17 assigned to the BARANOF TRADER at any point in time,
18 is there a way I could figure that out? Would
19 Northland Services have the documents to demonstrate
20 that?
21   A   I don't know.
22   Q   Do you know anybody who would know?
23   A   Not right off the top of my head, no.
24   Q   Who do you think would know?
25       MR. WALLER: Objection. Form.

Page 105

1    A   I don't know.
2 BY MR. SLOTTEE:
3    Q   Does Northland Services have an e-mail
4 retention policy?
5    A   Have a what?
6    Q   An e-mail retention policy?
7    A   Not that I know of.
8    Q   What about any type of document retention
9 policy? Do they tell you to save certain documents?
10   A   Oh, we save our records.
11   Q   Records related to the barge, shipping
12 records?
13   A   Shipping records.
14   Q   Would there be records establishing exactly
15 when a barge went from port A to port B?
16   A   I don't know.
17   Q   Do you know who would know that?
18   A   No, I don't.
19   Q   Are your documents kept in Alaska or are they
20 sent down to Seattle?
21   A   To Seattle.
22   Q   Do you keep any documents in Alaska?
23   A   Shipping. Just -- the only thing we keep in
24 Alaska is the records of the containers, the
25 commodities.

Page 106

1       MR. WALLER: Counsel, you asked about
2 documents from point A to point B. That's Exhibit 5
3 that we just talked about.
4       THE WITNESS: I was going to let him figure
5 that out.
6 BY MR. SLOTTEE:
7    Q   What about records of who is working on a
8 particular barge at a particular time?
9    A   I don't know where you would find that. You
10 see the timecards, but the timecards are generic. We
11 just put areas. Naknek, Bethel, Dutch.
12   Q   Just like Naknek --
13   A   -- Bethel, Dutch, yeah.
14   Q   But if you -- I mean, is it typical that,
15 like, for example, in Naknek you had three Northland
16 Services [as spoken] working there on a specific date,
17 they're likely -- the likely result is that there's a
18 barge in Naknek and they're all working on that barge,
19 right?
20   A   For more -- most likely.
21   Q   Would Northland Services be doing any --
22 personnel be doing anything else? Does -- for
23 example, does Northland Services have any other
24 operations in Naknek, other than barge loading and
25 unloading?

Page 107

1    A   No.
2    Q   Now, we were talking earlier about the
3 stanchions on which the turnbuckles are connected to?
4    A   Uh-huh, yes.
5    Q   And they're just connected to an eyelet,
6 right, that's welded onto the stanchion?
7    A   Yes.
8    Q   Okay. Is there anything -- could you weld
9 another eyelet onto the stanchion. Is there anything
10 preventing that, so you could have three railings
11 going -- or three safety wires going across?
12   A   You could.
13   Q   Is there any practical reason why you
14 wouldn't want to do that?
15       MR. WALLER: Objection. Form.
16   A   Can you repeat the question?
17 BY MR. SLOTTEE:
18   Q   Well, I mean, can you think of any reason why
19 having three wires would be a negative?
20   A   No.
21   Q   Okay. And there's nothing physically
22 preventing that? Like if someone -- if a barge owner
23 said, now I want to have three wires, there's nothing
24 physically preventing them from doing that?
25   A   No.

Page 108

1  Q   Would it hinder your -- the operations of
2  loading and unloading the barge, if they were like the
3  other eyelets, in the sense that you could still
4  take -- you know, identical to the other type of
5  safety wires?
6       MR. WALLER:  Objection.  Form.
7  BY MR. SLOTTEE:
8  Q   Would that impinge upon any of your
9  operations?
10      MR. WALLER:  Objection to form.
11 A   Can you ask the question again, please?
12 BY MR. SLOTTEE:
13 Q   Sure.
14      So you have the two safety wires and they're
15 connected by a turnbuckle to a stanchion.  And let's
16 say you had a third one, hypothetically.  So now you
17 have a stanchion with three safety wires.  If they
18 could still be removed, would that impinge or would
19 that negatively affect loading or unloading the barge?
20      MR. WALLER:  The same objection.  Form.
21 A   I don't know.
22 BY MR. SLOTTEE:
23 Q   Can you think of any reason why it would?
24 A   I don't know.
25 Q   Can you think of any --

Page 109

1       VIDEOGRAPHER:  The tape has five minutes.
2       MR. SLOTTEE:  Okay.  Let's quickly change
3  tapes, just to make sure I don't lose anything.
4       VIDEOGRAPHER:  Off record, 3:57 p.m.  This is
5  the end of Tape No. 2.
6       (Off the record.)
7       VIDEOGRAPHER:  On record, 3:59 p.m.  This is
8  the start of Tape No. 3 of the Bill Emory deposition.
9  BY MR. SLOTTEE:
10 Q   Okay.  So what, in your opinion, is the
11 purpose of these safety wires?
12 A   It's not my opinion; it's regulation to have
13 two safety wires on unmanned barges.  I believe it's
14 an OSHA regulation.
15 Q   Okay.  And that's to prevent people from
16 falling over --
17 A   Yes.
18 Q   -- or to help stop them from falling over?
19      And when you're unloading and unloading [as
20 spoken], you take the safety wires down, you unhook
21 them so you can get past them, right?
22 A   In the key only.
23 Q   In the key only, but you don't take them down
24 anywhere else?
25 A   No.

Page 110

1  Q   Do you ever have to pass things in between
2  the safety wires?
3  A   No.
4  Q   The safety wires are relatively narrow in
5  circumference?
6  A   Yeah.
7  Q   Okay.  So if you had a third wire railing or
8  a third safety wire in between the two that are
9  already on -- that are required by, as you said, by
10 regulation, what would that -- what effect would that
11 have on unloading and loading a barge, in your
12 opinion?
13 A   None on loading and unloading.
14 Q   Okay.  Would it have an effect in any other
15 way?
16 A   Yes.
17 Q   On what, for example?
18 A   Tying up.
19 Q   How would that affect tying up?
20 A   Do you see where the bit is [indicating]?
21 Q   No.  What's the bit?
22 A   This is a tie-up bit.
23 Q   Okay.  You're referring to this orange --
24 A   That's a tie-up bit.  That's where you tie
25 the lines up.  Regulation allows us to eliminate the

Page 111

1  second safety wire there, line, so we can tie up the
2  barge.  That's the only place on any of the barges
3  that doesn't have a metal wire.
4       To put a third wire in here is going to
5  hinder you tying everywhere else.  And it's only
6  required for us to have two.
7  Q   So how would a third -- maybe I'm not
8  following.  How would a third wire impinge upon you
9  tying up?
10 A   Okay, right here [indicating], there's not
11 even a second wire, a middle wire, there.  There's a
12 reason for that.  That's where you tie up.
13      With a middle or a third wire there, you
14 couldn't tie the -- how would you work the line?
15 Q   Okay, I see what you mean.  You're referring
16 to this orange --
17 A   I'm referring to the tie-up bit, the line to
18 tie up the barge.
19 Q   Not these two stanchions right here?
20 A   Those are safety stanchions, this is a tie-up
21 bit.
22 Q   Okay.  So if the wire was here, though, on
23 the other side, and it wasn't there, would that, in
24 your opinion, have any effect on any operations?
25 A   No.

Page 112

```
 1   Q   Now, have you had contact with Joseph
 2  after -- since the accident?  I mean, aside from when
 3  you saw him in the clinic.
 4   A   No.  "Hi."
 5   Q   He's still working at the port?
 6   A   He's working at the port.
 7   Q   So you see him around the port?
 8   A   Yeah.  He went back to work right away.
 9   Q   And did you see him in the hospital?
10   A   Nope.
11   Q   Let me just check my notes.
12       Are there any other barge companies working
13  like out of Naknek or in that area?  Northland
14  Services is the primary one?
15   A   Crowley comes in.
16   Q   They do fuel?
17   A   Yes.
18   Q   Does Northland Services transport any fuel?
19   A   No.
20   Q   Now, going back to prior accidents, I mean, I
21  can understand your desire not to want to -- not to
22  talk about it, but maybe I can narrow it down for you,
23  just because prior accidents can be relevant --
24   A   I'm not talking about it.
25   Q   -- corporate accident history can be
```

Page 113

```
 1  relevant, so let me --
 2   A   I'm not talking about it.
 3   Q   Okay.  Well, let me ask you some just general
 4  questions.
 5   A   I'm not talking about it.
 6   Q   Okay.  Have you ever heard or seen of someone
 7  falling over the side of a barge, of a Northland
 8  Services barge?
 9   A   No.
10   Q   Okay.  Have you ever heard or seen of anybody
11  have any accidents involving safety railings of a
12  barge --
13   A   No.
14   Q   -- a Northland Services barge?
15       Have you ever heard or seen of any accidents
16  similar to -- strike that.
17       MR. SLOTTEE:  Okay.  I think that's all I
18  have.
19       MR. WALLER:  I just have two follow-up.
20           EXAMINATION
21  BY MR. WALLER:
22   Q   You said that Crowley occasionally came into
23  the Naknek facility.  Did you work on the Crowley
24  barges?
25   A   No.
```

Page 114

```
 1   Q   Does Northland unload those barges?
 2   A   What's that?
 3   Q   Does Northland unload those barges?
 4   A   No, not the Crowley barges.
 5   Q   When the Naknek crew was on the barge,
 6  including the BARANOF TRADER, who's in charge of the
 7  Naknek crew when it's lashing and loading?
 8   A   Naknek, the Naknek Northland crew or Naknek
 9  Barge Lines?
10   Q   The Naknek Barge Lines crew, when they're
11  lashing and unlashing, who's in charge of those
12  people?
13   A   Northland's in charge the whole time.
14       MR. WALLER:  Okay.  That's all I have.
15       VIDEOGRAPHER:  Off record, 4:06 p.m.  This is
16  the end of the deposition.
17       (Signature reserved.)
18           -oOo-
```



Exhibit 3
Page 4 of 4 Pages