```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3  JOSEPH ABRUSKA,            )
                               )
 4          Plaintiff,         )
                               )              ORIGINAL
 5      vs.                    )
                               )
 6  NORTHLAND VESSEL LEASING   )
    COMPANY, LLC, and          )
 7  NAKNEK BARGE, LLC,         )
                               )
 8          Defendants.        )
                               )
 9  Case No. A04-0209-CV (JKS)

10

11

12   ------------------------------------------------------
        PORTION OF VIDEO DEPOSITION OF LUKE DONKERSLOOT
13   ------------------------------------------------------

14                        Pages 1 - 80

15                   Tuesday, July 19, 2005

16                          8:52 a.m.

17

18

19

20

21
            Taken and Recorded by Counsel for Plaintiff
22                        Joseph Abruska
                              at
23                Bristol Bay Borough Building
                        Naknek, Alaska
24

25
```

PACIFIC RIM REPORTING   907/272-4383

www.courtreportersalaska.com

```
 1  A    Uh-huh (affirmative).
 2  Q    And then they stay -- do they stay at -- do you know, do
 3       they stay on the barge when they're in the other
 4       villages?
 5  A    They're usually not -- they're not there for very long,
 6       and then they come back.
 7  Q    Okay.  Is that a pretty common practice with these
 8       smaller barges that are going up to the native villages?
 9       Do you see a lot of people putting these bunkhouse
10       containers onto the barges?
11  A    No.  It's -- we're the only barge company out here that
12       moves any kind of freight, so it's -- I don't know of
13       anybody else doing it.
14  Q    Are there any other barge companies out here?
15  A    Not that do freight.
16  Q    What do they generally do?
17  A    Fuel.
18  Q    Does the Baranof Trader haul any fuel at all?
19  A    It has, but just for company use.
20  Q    Okay.  So just like a -- smaller tanks or what type of
21       tanks would they haul?
22  A    Inside the hull.
23  Q    Oh, inside the hull?
24  A    Yeah.
25  Q    Okay.  Does it do that very often?
```

```
 1  A    Unh-unh (negative).
 2  Q    Is there a Coast Guard office here in Naknek?
 3  A    I don't know.  I don't think so.
 4  Q    You ever seen any Coast Guard personnel on the Baranof
 5       Trader?
 6  A    No, not that I recall.
 7  Q    Okay.  Do Coast Guard personnel ever come down to inspect
 8       Northland barges?
 9  A    That's the company's responsibility.  We do our own
10       inspections; it's regulatory.
11  Q    And then you submit the reports to --
12  A    Right.  It's --
13  Q    -- the Coast Guard?
14  A    Every barge has documents.
15  Q    Have you seen these inspection reports for the Baranof
16       Trader?
17  A    Uh-huh (affirmative).
18  Q    What do they generally look like?
19  A    I don't know.  There's a whole sheaf of them.
20  Q    Where are they located at?
21  A    On the barge.
22  Q    They're stored on the barge?
23  A    Yeah.
24  (End of audio side 2 of 3)
25  Q    And how often are they inspected by the -- by Northland?
```