Case 3:04-cv-00209-TMB   Document 56-6   Filed 06/02/2006   Page 1 of 6

Abruska vs. Northland     4-27-2006              Leo Naekel

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

JOSEPH ABRUSKA,            )
                           )
        Plaintiff,         )
                           )
   vs.                     ) No. A04-0209 CV (TMB)
                           )
NORTHLAND VESSEL LEASING COMPANY, )
LLC and NAKNEK BARGE, LLC, )
                           )
        Defendant.         )

---

Deposition Upon Oral Examination
of
LEO NAEKEL

---

10:00 a.m.

April 27, 2006

2101 Fourth Avenue, Ste. 2400

Seattle, Washington

COPY

Valerie L. Seaton, RPR
Court Reporter



Case 3:04-cv-00209-TMB   Document 56-6   Filed 06/02/2006   Page 2 of 6

Abruska vs. Northland      4-27-2006                Leo Naekel

51

1     A.   No.

2     Q.   Okay.  In your report you refer to a -- you
3 say, quote, The only 3 wire system I've encountered is
4 on a BP (British Petroleum) Combination Deck Cargo/tank
5 barge at Prudhoe Bay.

6     A.   It was chartered by BP.  It wasn't owned by
7 BP.

8     Q.   Okay.  When did you see that barge?

9     A.   Each year, 2000 through 2005.  In parts of
10 July, August and September of each year.

11    Q.   Did you work on it?

12    A.   No.  Yes.  Yes, I did.  I loaded it with
13 cranes in southbound freight in 2005.

14    Q.   Do you know about how old the barge is?

15    A.   1982 it was built.

16    Q.   Now, did the third wire railing pose a
17 problem with your loading and unloading?

18         MR. WALLER:  Objection; form.

19    Q.   (BY MR. SLOTTEE)  Did the third wire railing
20 pose a problem with your loading?

21    A.   No.

22    Q.   Did it pose a problem with unloading?

23    A.   No.

24    Q.   Did it pose a problem with any other barge
25 operations?

Case 3:04-cv-00209-TMB    Document 56-6    Filed 06/02/2006    Page 3 of 6

Abruska vs. Northland        4-27-2006              Leo Naekel

52

1     A.    Operation of that barge?

2     Q.    Yeah.

3     A.    That, I don't know.

4     Q.    That you know of from -- you worked on it one
5  time and then you --

6     A.    I only loaded it.  I didn't tow it, didn't
7  moor it, didn't do anything like that.  So my only
8  thing was in the vicinity for four years being moored
9  next to it and then loading it in 2005.

10    Q.    And have you ever heard of any problems
11 caused by the third wire railing system on that barge?

12    A.    No.

13    Q.    So would you agree that's feasible to have a
14 third wire railing on a barge?

15    A.    Yes, it's feasible.

16    Q.    Now, on the next one you say that -- in
17 Section 2 you state that the reason that the two wire
18 system is predominant in the industry are OSHA Safety
19 Laws, C.F.R. 29, part 1918.53, 1918.36 and 1918.37.

20          This is a packet of regulations from -- 29
21 C.F.R. 1918. 35, 29 C.F.R. 1918.41, 29 C.F.R. 1918.37,
22 29 C.F.R. 1918.41 and then 29 C.F.R. 1918.53.

23          MR. WALLER:  You're asking us to assume,
24 in other words, that this is all applicable and
25 accurate?

Case 3:04-cv-00209-TMB   Document 56-6   Filed 06/02/2006   Page 4 of 6

Abruska vs. Northland     4-27-2006           Leo Naekel

61

1    Q.   Now, would you agree that having three-wire
2  railings would provide additional safety?
3    A.   Yes.  Four, five and six would be even more.
4    Q.   They would provide additional safety, in
5  part, because it would lessen the chance of falling
6  through wire railings?
7    A.   Yes.
8         MR. WALLER:  Objection; foundation.
9    A.   Where do you stop the redundancy?
10   Q.   (BY MR. SLOTTEE)  Is there anything
11 physically precluding the installation of a third wire
12 railing on a barge such as the BARANOF TRADER?
13   A.   It's possible to do it.
14   Q.   You could attach another dead ender, for
15 example, and then string another wire railing?
16   A.   No.  You would have to remove the middle wire
17 to add another wire so that you had them spaced
18 differently.
19   Q.   Okay.  And the installation of a third wire
20 railing, would it interfere with loading operations?
21   A.   No.
22   Q.   What about, would it interfere with unloading
23 operations?
24   A.   No.
25   Q.   So would you agree that it would be practical

Case 3:04-cv-00209-TMB    Document 56-6    Filed 06/02/2006    Page 5 of 6

Abruska vs. Northland        4-27-2006                Leo Naekel

62

1  to have three wire railings?
2          MR. WALLER:  Objection; form.
3      A.    No.
4      Q.    (BY MR. SLOTTEE)  Why wouldn't it be
5  practical?
6      A.    Well, it's extra cost.  It's above and beyond
7  the OSHA standard and hence not required.  I mean, you
8  can -- depending upon where you are in the safety
9  issue, you can argue both sides of the case for ever.
10     Q.    But, obviously -- at least, BP, for example,
11 they have three wire railings?
12     A.    BP has very, very stringent standards in
13 every aspect of safety:  Their fall protection, their
14 driving, their telephone usage, everything.  Because
15 they've had such a bad safety record, they have gone to
16 extreme measures to try and fix their safety record.
17     Q.    And you talked about cost being a reason not
18 to have a third wire railing.  To install a third wire
19 railing you would have to, as you said before, you
20 would lower the lower railing, correct?
21     A.    (Witness nods his head up and down.)
22     Q.    And then to install the third one, would you,
23 I guess, weld a turnbuckle to the one stanchion and
24 then run a wire railing?
25     A.    You would have to -- the dead ends, you would

Case 3:04-cv-00209-TMB   Document 56-6   Filed 06/02/2006   Page 6 of 6

Abruska vs. Northland        4-27-2006              Leo Naekel

63

1  have to put a pad eye on there as an anchor point.  Put
2  two pad eyes on as an anchor point.  Intermediate
3  posts, you would have to have two eyes on each
4  intermediate post and then it would require additional
5  wire and an additional turnbuckle on each section, and
6  then the labor to do all that.
7       Q.   Then once you got that installed, the only
8  additional labor would be maintaining and repairing?
9       A.   Yes, that's correct.
10      Q.   Now, also in answering that third question
11 you cite to Exhibit 13.  Will you refer to that?  Do
12 you know where that document came from, Exhibit 13?
13      A.   Tom provided it.
14      Q.   Do you know what it is?
15      A.   According to the letter, it's the foundation
16 for the 1918.35 and 36.
17      Q.   Now, according to Exhibit 13 to your report,
18 1918.35 and 1918.36 address the hazards that
19 longshoremen face when working near open weather deck
20 hatchways or when weather deck rails are removed to
21 conduct cargo operations.  Do you see that?  If you
22 turn to Exhibit 13 of your report and look at the first
23 sentence.
24      A.   Yes, I see that.
25      Q.   Okay.  Now, Joseph wasn't working near a