NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>   Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC, et al.,<br><br>   Defendants. | Case No. 3:04-cv-209-TMB |

### AFFIDAVIT OF CHRISTOPHER J. SLOTTEE

STATE OF ALASKA   )
          ) ss
THIRD JUDICIAL DISTRICT )

  Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

  I am counsel for Plaintiff Joseph Abruska in the above-entitled action. I make this affidavit in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Renewed Motion for Summary Judgment. I speak from personal knowledge and am

competent to testify. I certify that the following exhibits are true and accurate copies of the originals:

<u>Exhibit #1:</u>  Table 30.01-5(d) found at 46 C.F.R. § 30.01-5.

<u>Exhibit #2:</u>  Table 90.05-1(a) found at 46 C.F.R. § 90.05-1.

<u>Exhibit #3:</u>  Excerpts from the deposition of Bill Emory.

<u>Exhibit #4:</u>  Excerpts from the deposition of Luke Donkersloot.

<u>Exhibit #5:</u>  Excerpts from the deposition of Leo Naekel.

DATED this 2nd day of June, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 2nd day of June, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 3-13-09

I certify that on June 2, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By      s/ Christopher J. Slottee
             Christopher J. Slottee

AFFIDAVIT OF CHRISTOPHER J. SLOTTEE
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2 of 2
84976/7407.1