UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOSEPH ABRUSKA   v.   NORTHLAND VESSEL LEASING CO., LLC. *ET AL*

HONORABLE TIMOTHY M. BURGESS

DATE: August 14, 2006                                            CASE NO. 3:04-cv-00209-TMB

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **Re: Motion at Docket 36**

      At Docket 36 Plaintiff has moved for an order compelling defendants to respond to certain discovery requests. A review of the moving papers reveals that Plaintiff has not complied with the requirements of D.Ak. LR 37.1(a).

      IT IS THEREFORE ORDERED THAT, on or before **September 1, 2006**, Plaintiff must comply with the provisions of D.Ak. LR 37.1(a). If applicable, in lieu of the requirement of D.Ak. LR 37.1(a)(2), counsel for Plaintiff may file a declaration stating the efforts made to confer and prepare the Certificate of Good Faith, D.Ak. Local Civil Form 37.1. If Plaintiff does not timely comply with this order, the motion at Docket 36 will be dismissed without further notice or hearing.

[~3191302.wpd]{Rev. 07/04}