NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 3:04-cv-209-TMB<br><br>**L.R. 34.7 GOOD FAITH**<br>**CERTIFICATE** |

After the Court's order dated August 15, 2006, counsel for Plaintiff and Defendants conferred by telephone to determine if resolution of the outstanding discovery issues presented by Plaintiff's First Motion to Compel could be resolved. The parties were unable to resolve the outstanding discovery issues.

DATED this 31st day of August, 2006.

        ATKINSON, CONWAY & GAGNON
        Attorneys for Joseph Abruska

By     s/ Christopher J. Slottee
    Christopher J. Slottee
    420 L Street, Suite 500
    Anchorage, AK 99501
    Phone: (907) 276-1700
    Fax: (907) 272-2082
    E-mail: cjs@acglaw.com
    ABA No. 0211055

I certify that on August 31, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By    s/ Christopher J. Slottee
    Christopher J. Slottee