```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  JOSEPH ABRUSKA         vs.     NORTHLAND VESSEL LEASING CO., LLC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:04-cv-00209-TMB

DEPUTY CLERK/RECORDER: ELISA SINGLETON

APPEARANCES:    PLAINTIFF:     NEIL O'DONNELL

                DEFENDANT:     THOMAS WALLER

PROCEEDINGS: ORAL ARGUMENT ON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (DKT 28)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

Arguments heard.

At 10:31 a.m. court recessed until 10:35 a.m.

Arguments continued.

Court heard: Motion for Summary Judgment (docket 28) taken **UNDER ADVISEMENT**.  Written ruling to issue.

Court and counsel heard re exhibits to be filed after the court proceeding.  Plaintiff counsel to electronically file exhibits; courtesy copy provided to the court.

At 11:15 a.m. court adjourned.

DATE: October 2, 2006   DEPUTY CLERK'S INITIALS:     ES