Attachment 1 to Abruska's Notice of Filing
Original Photographic Prints



8. 25. 2003