

Attachment 3 to Abruska's Notice of Filing
Original Photographic Prints