



**Attachment 5 to Abruska's Notice of Filing
Original Photographic Prints**



**Attachment 5 to Abruska's Notice of Filing**
**Original Photographic Prints**

