NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | Case No. 3:04-cv-209-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### NOTICE OF FILING ORIGINAL PHOTOGRAPHIC PRINTS

Joseph Abruska, through his attorneys, Atkinson, Conway & Gagnon, hereby files original photographic prints (rather than electronically scanned and filed copies) of the photographs contained in "Incident Investigation" previously marked Exhibit 2 to Abruska's Opposition to Defendants' Motion for Summary Judgment (marked here as Attachments 1 – 4) and a photocopy and photographic print of the photograph marked as Exhibit 4 to the Deposition of William Emory, deposition pages

28-29, Defendants' Summary Judgment Exhibit 1, Page 4.  (marked here as Attachment 5).

   DATED this 2nd day of October, 2006.

            ATKINSON, CONWAY & GAGNON
            Attorneys for Joseph Abruska

           By_____s/Neil T. O'Donnell_____
            Neil T. O'Donnell
            420 L Street, Suite 500
            Anchorage, AK 99501
            Phone:  (907) 276-1700
            Fax:  (907) 272-2082
            E-mail:  nto@acglaw.com
            ABA No. 8306049

I certify that on October 2, 2006,
a copy of the foregoing document was served
on the following attorneys or parties
of record by:

  ( ) Mail
  ( ) Facsimile
  (X) Hand Delivery

Thomas G. Waller, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

  _____s/Neil T. O'Donnell_____

I certify that on October 3, 2006,
a copy of the foregoing document was served
electronically on the following attorneys of record:

Thomas G. Waller, Esq.

  _____s/Neil T. O'Donnell_____

NOTICE OF FILING ORIGINAL PHOTOGRAPHIC PRINTS
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2
86838/7407.1