

Attachment 1 to Abruska's Notice of Filing
Original Photographic Prints