

Attachment 2 to Abruska's Notice of Filing
Original Photographic Prints