

Attachment 3 to Abruska's Notice of Filing Original Photographic Prints