Attachment 4 to Abruska's Notice of Filing
Original Photographic Prints

