


**Attachment 5 to Abruska's Notice of Filing
Original Photographic Prints**

Page 1 of 3



Attachment 5 to Abruska's Notice of Filing
Original Photographic Prints



Attachment 5 to Abruska's Notice of Filing
Original Photographic Prints