NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND VESSEL LEASING ) <br> COMPANY, LLC, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:04-cv-209-TMB |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
MATERIAL REGARDING LOWER SAFETY RAILING HEIGHT**

Plaintiff Joseph Abruska hereby moves to file additional material regarding Defendants' Motion for Summary Judgment (Docket #28).  The purpose of this filing is to clarify the Court's questions at oral argument on October 2, 2006, regarding what height the lower safety wire on the barge Baranof Trader should have been at if taut.  This supplemental material is hereby lodged with the Court.

DATED this 3rd day of October, 2006.

        ATKINSON, CONWAY & GAGNON
        Attorneys for Joseph Abruska

By     s/Neil T. O'Donnell
    Neil T. O'Donnell
    420 L Street, Suite 500
    Anchorage, AK 99501
    Phone: (907) 276-1700
    Fax: (907) 272-2082
    E-mail: nto@acglaw.com
    ABA No. 0211055

I certify that on October 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By     s/Neil T. O'Donnell