NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | Case No. 3:04-cv-209-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING COMPANY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL REGARDING LOWER SAFETY RAILING HEIGHT**

Plaintiff Joseph Abruska having moved for leave to file supplemental material regarding the height of the lower safty railing, and the Court having been advised of the basis of the motion,

      IT IS HEREBY ORDERED that the motion is granted.

      DATED this \_\_\_\_\_ day of _____, 2006.

 

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

I certify that on October 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By       s/Neil T. O'Donnell

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE SUPPLEMENTAL MATERIAL REGARDING
LOWER SAFETY RAILING HEIGHT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2
86865/7407.1