NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND VESSEL LEASING ) <br> COMPANY, LLC, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:04-cv-209-TMB |

**PLAINTIFF'S SUPPLEMENTAL MATERIAL REGARDING
LOWER SAFETY RAILING HEIGHT**

At oral argument the Court asked what the height of the lower safety wire on the barge Baranof Trader should have been if taut. The Court also stated that it thought the lower safety wire should have been 9" above the deck.

The 9" figure is the height the lower railing is supposed to be <u>if the barge had a **three-wire system**</u> as specified in 46 CFR § 92.25-5(a) ("The opening below the

lowest course shall not be more than 9 inches.")[1]  In its August 17, 2006, Order, the Court ruled that the Baranof Trader was not required to have a three-wire system.

The lower railing on the <u>two-wire</u> system actually present on the Baranof Trader – **if taut** – has an approximately 18" opening below the lower wire.  As the undersigned counsel noted at oral argument, this fact is reflected in the report of defense expert Leo Naekel.  To understand his testimony, what counsel have been calling the bottom or lower wire, Mr. Naekel calls the "mid-course" or "mid-wire."[2]  Mr. Naekel states in his report:

> Normal position to attach the lower turnbuckle shackle to the deck pad eye is crouching or kneeling on one knee which places the workers hip or low back area **at the same height as the mid course (18") perimeter safety wire**. . . . Specific requirements are <u>a taut wire perimeter handline handrail</u>, minimum 36" high to a maximum of 42" high **with a midwire approximately 18" above the deck**.

(Ex. 1, p. 2, to Affidavit of Leo Naekel, emphasis added).  Likewise, when a representative of the undersigned counsel inspected the Baranof Trader on September 14, 2005, the lower wire safety wire was taut and approximately 18" above the side of the barge.  (Affidavit of Rhonda Gerharz and photos attached thereto).

---

[1] A copy of that regulation is found at Attachment B, p. 2, to Abruska's 5/3/06 Renewed Motion for Summary Judgment.

[2] Q: And you refer to a middle wire.  Are you referring to the bottom wire or the top wire?  A. Yeah, the middle wire being the bottom wire.  (Abruska Ex. 5, p. 6, Naekel Depo. p. 35).

PLAINTIFF'S SUPPLEMENTAL MATERIAL REGARDING
LOWER SAFETY RAILING HEIGHT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2
86860/7407.1

Finally, defense expert Leo Naekel specifically testified that if the safety wire was in the vicinity of the hips (where it would be with someone kneeling and with a taut lower safety wire) the wire <u>would</u> restrain someone who lost their balance.

> Q. But if you were kneeling and then you fell to the outboard side, then that's where the safety wires are, right?
>
> A. Correct.
>
> Q. And you would be able to fall between the safety wire?
>
> MR. WALLER: Objection; form.
>
> A. **<u>I don't think you would because your hips would be in the vicinity of the bottom middle second wire and that would restrain you</u>** and, depending upon how far you were bending over, your shoulders may be in the vicinity of the top wire.

(Abruska Ex. 13, p. 2 (attached hereto), Naekel Depo. pp. 48-49, emphasis added). Joseph, however, was not restrained by the lower safety wire while kneeling to pick up a shackle bolt because – as concluded by Northland Services itself – "the lower safety line, although connected to vertical stanchions, was loose <u>and did not provide an effective barrier</u>." (Abruska Ex. 2, p. 4, emphasis added). As a result, Joseph "rolled over" the loose lower safety wire. (Abruska Ex. 1, pp. 19, 20, Depo. pp. 164, 170).

DATED this 3rd day of October, 2006.

    ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By    s/Neil T. O'Donnell
    Neil T. O'Donnell
    420 L Street, Suite 500
    Anchorage, AK 99501
    Phone: (907) 276-1700
    Fax: (907) 272-2082
    E-mail: nto@acglaw.com
    ABA No. 8306049

I certify that on October 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By    s/Neil T. O'Donnell