

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

JOSEPH ABRUSKA,                        )
                                       )
            Plaintiff,                 )
                                       )
    vs.                                ) No. A04-0209 CV (TMB)
                                       )
NORTHLAND VESSEL LEASING COMPANY,      )
LLC and NAKNEK BARGE, LLC,             )
                                       )
            Defendant.                 )

---

Deposition Upon Oral Examination
of
LEO NAEKEL

---

10:00 a.m.

April 27, 2006

2101 Fourth Avenue, Ste. 2400

Seattle, Washington



Valerie L. Seaton, RPR        **Exhibit 13**
Court Reporter                **Page 1 of 3**



Case 3:04-cv-00209-TMB   Document 67-2   Filed 10/03/2006   Page 2 of 3

Abruska vs. Northland    4-27-2006           Leo Naekel

48

1  I'm just going from what I've seen, what I observed and
2  what I have done myself.
3      Q.  So you haven't investigated whether or not
4  your center of gravity is higher when you're kneeling
5  as opposed to when you're standing?
6      A.  I can figure out that my center of gravity is
7  way higher when I'm standing than when I'm kneeling,
8  but I don't necessarily engineer the exact numbers and
9  facts to tell you how much more or how much less.
10     Q.  But you still think that you would be more
11 stable when you're kneeling as opposed to when you're
12 standing?
13     A.  As stable.
14     Q.  Now, if someone was kneeling and they are
15 attaching a shackle to the pad eye, if they fell
16 inboard they are stopped by the container, right?
17     A.  You can't fall inboard.
18     Q.  Right, because the container is right there.
19     A.  You're leaning against it.
20     Q.  So when you're trying to shackle, you will be
21 leaning against the container or immediately adjacent
22 to the container?
23     A.  Yes, leaning against it.
24     Q.  But if you were kneeling and then you fell to
25 the outboard side, then that's where the safety wires

Case 3:04-cv-00209-TMB   Document 67-2   Filed 10/03/2006   Page 3 of 3

Abruska vs. Northland          4-27-2006                Leo Naekel

49

1  are, right?

2      A.   Correct.

3      Q.   And you would be able to fall between the
4  safety wires?

5           MR. WALLER:  Objection; form.

6      A.   I don't think you would because your hips
7  would be in the vicinity of the bottom middle second
8  wire and that would restrain you and, depending upon
9  how far you were bending over, your shoulders may be in
10 the vicinity of the top wire.

11     Q.   (BY MR. SLOTTEE)  What if the bottom wire
12 wasn't at your hips but was below your hips, say, at
13 the top of your thigh?

14          MR. WALLER:  Objection; form.

15     Q.   (BY MR. SLOTTEE)  Or right below your
16 buttocks?

17          MR. WALLER:  Objection; form.  What's
18 the whole question here?  You asked him "what if."

19     Q.   (BY MR. SLOTTEE)  Someone is kneeling to
20 attach -- to latch into a pad eye and they fall to the
21 outboard side and the wire railing is not at your hip
22 but at, let's say, the bottom of your buttocks, would
23 it be possible to fall between the two wire railings?

24          MR. WALLER:  Objection; form.

25     A.   Anything's possible, but I don't think it's