NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone:  (907) 276-1700
Fax:  (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) | Case No. 3:04-cv-209-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTHLAND VESSEL LEASING ) | |
| COMPANY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**AFFIDAVIT OF RHONDA GERHARZ**

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

        Rhonda Gerharz, being first duly sworn upon her oath, deposes and says:

        1.    I am a paralegal with the law firm of Atkinson, Conway & Gagnon.

2. I photographed and measured the safety wires and various other features of the barge Baranof Trader on September 14, 2005, at Terminal 115, a Northland Services facility, in Seattle, Washington.

3. As shown in the attached two photographs I took that day (documents Abruska 1000519 and Abruska 1000521, marked Exhibits 1 and 2 to this Affidavit), the wire safety railings on the barge were taut when I inspected the barge. As also apparent from the attached photographs, there was an approximately 18" opening beneath the lower safety wire.

4. I also took, on September 14, 2005, the photograph marked Exhibit 4 to the deposition of Bill Emory, which photograph was recently submitted to the Court as Attachment 5 to Abruska's Notice of Filing Original Photographic Prints.

DATED this 3rd day of October, 2006.

_____
RHONDA GERHARZ

SUBSCRIBED AND SWORN TO before me this 3rd day of October, 2006.

OFFICIAL SEAL
State of Alaska
BETH L. VELKOVITZ
NOTARY PUBLIC

Beth Velkovitz
Notary Public in and for Alaska
My Commission Expires: 12/13/09

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

AFFIDAVIT OF RHONDA GERHARZ
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2
86862/7407.1

I certify that on October 3, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By      s/Neil T. O'Donnell

AFFIDAVIT OF RHONDA GERHARZ
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2
86862/7407.1