



ABRUSKA 1000519