IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>                Plaintiff,<br>   vs.<br><br>NORTHLAND VESSEL LEASING CO., LLC; NAKNEK BARGE, LLC; AND NORTHLAND SERVICES, INC.,<br><br>                Defendants. | Case No. 3:04-CV-00209-TMB<br><br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

    ___    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_    **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint be, and it hereby is, **DISMISSED**, with prejudice; Plaintiff to take nothing by way thereof, and judgment is hereby entered thereon in favor of Defendants.

Defendants to recover from Plaintiff costs in the amount of $_____.

APPROVED:

    s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| October 10, 2006 | s/ Ida Romack |
| Date | IDA ROMACK, Clerk |

*Costs, if any, to be awarded in accordance with* FED. R. CIV. P. *54(d) and* D. AK. LR *54.1*