NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC, NAKNEK BARGE, LLC, and NORTHLAND SERVICES, INC.,<br><br>        Defendants. | Case No. 3:04-cv-209-TMB |

## NOTICE OF APPEAL

Plaintiff Joseph Abruska hereby gives notice of his timely appeal to the United States Court of Appeals for the Ninth Circuit from the following:

1. The Final Judgment of the U.S. District Court for the District of Alaska dated October 10, 2006, granting final judgment to Defendants;

2. The Memorandum Decision and Order of the U.S. District Court for the District of Alaska dated October 10, 2006, granting Defendants' Motion for Summary Judgment and denying Abruska's Motion to Compel Discovery;

3. Minute Order from Chambers of the U.S. District Court for the District of Alaska dated October 4, 2006, granting with limitations the Plaintiff's Motion for Leave to File Supplemental Material.

4. Order of the U.S. District Court for the District of Alaska dated August 17, 2006, denying Abruska's Renewed Motion for Partial Summary Judgment; and

5. Order of the U.S. District Court for the District of Alaska dated June 6, 2005, denying Abruska's Motion for Partial Summary Judgment.

DATED this 18th day of October, 2006.

        ATKINSON, CONWAY & GAGNON
        Attorneys for Joseph Abruska

By    s/Neil T. O'Donnell
        Neil T. O'Donnell
        420 L Street, Suite 500
        Anchorage, AK 99501
        Phone: (907) 276-1700
        Fax: (907) 272-2082
        E-mail: nto@acglaw.com
        ABA No. 8306049

Page 3

I certify that on October 18, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By _____s/Neil T. O'Donnell_____

NOTICE OF APPEAL
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 3
87033/7407.1