

| USCA DOCKET # (IF KNOWN) |
|---|
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: <br><br> JOSEPH ABRUSKA, <br><br> vs. <br><br> NORTHLAND VESSEL LEASING COMPANY, LLC, NAKNEK BARGE, LLC, and NORTHLAND SERVICES, INC. | DISTRICT: Alaska     JUDGE: Timothy M. Burgess |
|---|---|
| | DISTRICT COURT NUMBER: 3:04-cv-209-TMB |
| | DATE NOTICE OF APPEAL FILED: 10/18/06    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Personal injury claim by longshoreman crushed between barge and dock pursuant to 33 U.S.C. SS 905(b). Court granted summary judgment to Defendants.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether the railings on the barge were in violation of 46 C.F.R. SS 92.25.5 and whether issues of fact precluded summary judgment.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**



**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION | [X] FINAL DECISION OF DISTRICT COURT | [ ] DEFAULT JUDGMENT | [X] DAMAGES: SOUGHT $ not specified  AWARDED $ - 0 - |
| [ ] DIVERSITY | [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | [ ] DISMISSAL/JURISDICTION | [ ] INJUNCTIONS: |
| [ ] OTHER (SPECIFY): | | [ ] DISMISSAL/MERITS | [ ] PRELIMINARY |
| | | [X] SUMMARY JUDGMENT | |
| | [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | [X] JUDGMENT/COURT DECISION | [ ] PERMANENT |
| | | [ ] JUDGMENT/JURY VERDICT | [ ] GRANTED |
| | | [ ] DECLARATORY JUDGMENT | [ ] DENIED |
| | [ ] OTHER (SPECIFY): | [ ] JUDGMENT AS A MATTER OF LAW | [ ] ATTORNEY FEES: SOUGHT $ _____ AWARDED $ _____ |
| | | [ ] OTHER (SPECIFY): | [ ] PENDING |
| | | | [ ] COSTS: $ _____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_   10/18/06
Signature          Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Neil T. O'Donnell

FIRM: Atkinson, Conway & Gagnon

ADDRESS: 420 L Street, Suite 500, Anchorage, AK 99501

E-MAIL: nto@acglaw.com

TELEPHONE: (907) 276-1700

FAX: (907) 272-2082

✶THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✶
✶IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✶