IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHLAND VESSEL LEASING CO.,<br>LLC; NAKNEK BARGE, LLC; AND<br>NORTHLAND SERVICES, INC.,<br><br>　　　　　Defendants. | Case No. 3:04-CV-00209-TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　　　____ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　　__X__ **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that the complaint be, and it hereby is, **DISMISSED**, with prejudice; Plaintiff to take nothing by way thereof, and judgment is hereby entered thereon in favor of Defendants.

Defendants to recover from Plaintiff costs in the amount of $_____.

APPROVED:

_____s/ Timothy M. Burgess_____
**TIMOTHY M. BURGESS**
United States District Judge

October 10, 2006　　　　　　　　　　　　s/ Ida Romack
　　　　　Date　　　　　　　　　　　　　　IDA ROMACK, Clerk

*Costs, if any, to be awarded in accordance with FED. R. CIV. P. 54(d) and D. AK. LR 54.1*