# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JOSEPH ABRUSKA  v.  NORTHLAND VESSEL LEASING, LLC *ET AL*

HONORABLE TIMOTHY M. BURGESS

DATE: October 4, 2006                                CASE NO. 3:04-cv-00209-TMB

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **Re: Motion at Docket No. 66**

At Docket No. 66 Plaintiff Joseph Abruska has moved for leave to submit supplemental materials in response to the Court's inquiry during Oral Argument concerning the height of the lower wire of the two-wire railing installed on the *Baranof Trader*. The Supplemental Materials at Docket No. 68 will be received and considered by the Court solely for the purpose of clarifying that the approximate height of the lower wire of the safety railing from the deck, assuming that the lower wire was taut, was approximately 18 inches. It is not received, nor will it be considered, for any other purpose.

Subject to the foregoing limitation, the motion at Docket No. 66 is GRANTED.

[MO Mtn Dkt 66.wpd](Rev. 07/04)