NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHLAND VESSEL LEASING ) <br> COMPANY, LLC, NAKNEK BARGE, ) <br> LLC, and NORTHLAND SERVICES, ) <br> INC., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:04-cv-209-TMB |

## **REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2, Plaintiff Joseph Abruska hereby notifies the Court of all parties to this action and contact information for their counsel.

| **Plaintiff/Appellant** | **Represented by:** |
|---|---|
| Joseph Abruska | Neil T. O'Donnell<br>Atkinson, Conway & Gagnon<br>420 L Street, Suite 500<br>Anchorage, AK 99501-1989<br>Tele: (907) 276-1700<br>Fax: (907) 272-2082 |
| **Defendants/Appellees** | |
| Northland Vessel Leasing Co., LLC<br>Naknek Barge, LLC<br>Northland Services, Inc. | Thomas G. Waller<br>Bauer Moynihan & Johnson LLP<br>2101 Fourth Avenue, Suite 2400<br>Seattle, WA 98121<br>Tele: (206) 443-3400<br>Fax: (206) 448-9076 |

DATED this 18th day of October, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By  s/Neil T. O'Donnell
Neil T. O'Donnell
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: nto@acglaw.com
ABA No. 8306049

I certify that on October 18, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By  s/Neil T. O'Donnell

REPRESENTATION STATEMENT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 3
87058/7407.1