| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Neil T. O'Donnell | 2. PHONE NUMBER 276-1700 | 3. DATE October 18, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS 420 L Street, Suite 500 | 5. CITY Anchorage | 6. STATE AK | 7. ZIP CODE 99501 |
| 8. CASE NUMBER 3:04-cv-209-TMB | 9. JUDICIAL OFFICIAL Timothy M. Burgess | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/2/06 | 11. TO n/a |
| 12. CASE NAME Abruska v. Northland Vessel Leasing Company | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Anchorage | 14. STATE AK |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) Entire Hearing | 10/2/06 Oral Argument on Defendants' Joint Motion for Summary Judgment |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signed]
19. DATE 10/18/06

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY