Thomas G. Waller
Alaska Bar No. 0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
(206) 443-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>          Plaintiff,<br><br>v.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC, NAKNEK BARGE, LLC, and NORTHLAND SERVICES, INC.,<br><br>          Defendants. | CASE NO. A04-209 CV (TMB) |

NOTICE OF HEARING RE: TAXATION OF COSTS

Hearing Schedule: October 26, 2006 at 9:00 a.m.

Defendants Northland Vessel Leasing Company, LLC, Naknek Barge, LLC, and Northland Services, Inc. submit this Memorandum and attached Bill of Costs pursuant to LR 54.1 and request the Clerk hold a hearing to tax costs accordingly.

I     NATURE OF CASE

This was an action for injuries under the Longshore and Harbor Workers Act § 905(b) and general maritime law brought by a longshoreman against 1) his employer, 2) a vessel owner, and 3) vessel charterer. The case was heard by the Court on defendants' joint motion for summary judgment filed on May 2, 2006 and argued on October 2, 2006. The Court took matters under advisement and issued its decision on October 10, 2006. Judgment was entered "against plaintiff and in favor of defendants" on October 10, 2006. See Memorandum of Decision and Order; and Judgment in a Civil Case.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

## II   DISCUSSION

LR 54(1) provides that the party in whose favor judgment is rendered shall, within ten days after the entry of judgment, file a Motion for Costs. The purpose of the Rule is to provide at least partial indemnification of the expenses incurred in establishing the claim or defense of the prevailing party.

Costs identified in the attached Cost Bill including the following

- <u>Fees of the clerk</u>: $0

- <u>Fees for the service of summons and complaint</u>: $0

- <u>Court reporter fees for all or any part of the transcript necessarily obtained for use in the case</u>: $2690.37

  - 28 USC § 1920(2); <u>Alfex Corp. v. Underwriters Laboratories, Inc.</u>, 914 F.2d 175 (9th Cir. 1990) (costs of depositions incurred for necessary utilization in the defense of an action; expenses incurred in obtaining copies of depositions)

  | | |
  |---|---|
  | Joseph Abruska | $1160.16 |
  | William Emory | $ 235.65 |
  | Christopher Manion, M.D. | $ 109.20 |
  | William Clark, M.D. | $ 272.91 |
  | John Swanson, M.D. | $ 380.25 |
  | Kimberly Savo | $ 195.00 |
  | Leo Naekel | $ 337.20 |

- <u>Fees for witnesses</u>: $ 90.00
  - 28 USC § 1821; LR 54.1(4)(C)(ii)

  | | |
  |---|---|
  | Leo Naekel (liability expert) | $ 45.00 |
  | John Swanson, M.D. (Medical expert) | $ 45.00 |

- <u>Fees for exemplification and copies of papers necessarily obtained for use in case</u>: $ 293.76

  - $261.17:   outside copying
  - $ 32.59:   photographs

- <u>Docket fees under 28 U.S.C. § 1923</u>: $0

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

- <u>Attendance, travel and subsistence fees of witnesses (28 USC § 1821(c)(1); LR 54.1(4)):</u>  $2010.37

  Leo Naekel          $ 510.37
  John Swanson, M.D.  $ 1500.00

- <u>Other costs:</u>  $0

  TOTAL   $5084.50

### III  CONCLUSION

For the reasons stated, defendants ask the Clerk to tax plaintiff for the total amount of costs submitted.

DATED this 18th day of October, 2006.

BAUER MOYNIHAN & JOHNSON LLP

/s/ Thomas G. Waller
_____
Thomas G. Waller, Alaska Bar No. 0109052
Attorneys for Defendants
2101 Fourth Avenue, Suite 2400
Seattle, Washington 98121
Tel: 206-443-3400
Fax: 206-448-9076
E-mail: tgwaller@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

NOTICE OF HEARING RE: TAXATION OF COSTS
Abruska v. Northland; No. A04-209 CV (TMB)
- 3 of 5 -

## VERIFICATION

I, THOMAS G. WALLER, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Further, the costs and expenditures in the attached Exhibit 1 were necessary, proper and actually incurred by defense counsel and/or defendants in defending this action.

DATED this 18th day of October, 2006 at Seattle, Washington.

_____
Thomas G. Waller

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on October 18, 2006 I electronically filed the **above document** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Neil T. O'Donnell**: nto@acglaw.com
**Christopher J. Slottee :** cjs@acglaw.com

BAUER MOYNIHAN & JOHNSON LLP

s/Suya Edwards
_____
Suya Edwards
E-mail: sedwards@bmjlaw.com

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

NOTICE OF HEARING RE: TAXATION OF COSTS
Abruska v. Northland; No. A04-209 CV (TMB)
- 5 of 5 -