600.0104

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**BILL TO:**
Bauer Moynihan & Johnson
2101 Fourth Avenue, 24th Floor
Seattle, WA 98121

**ATTENTION:** T. Waller

## Invoice

| DATE | INVOICE NO. |
|---|---|
| 6/15/2005 | 05-5952 |

**TERMS**
Due on Receipt

**REPORTER:** PECKHAM

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/26/2005 | ABRUSKA v NORTHLAND VESSEL LEASING COMPANY, ET AL.<br>DEPOSITION OF JOSEPH D. ABRUSKA, II<br><br>Attendance fee<br>Original, compression/word index, electronic transcript<br>Exhibits<br>Priority Mail (including subsequent mailing of "Original") | 360.00<br>790.00<br>0.50<br>9.65 |

*Thank you for using Pacific Rim Reporting.*

**Total** $1,160.15

EXHIBIT 1  PG 1-18

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

**COPY RECEIVED**
**OCT 1 8 2005**
**BAUER MOYNIHAN & JOHNSON LLP**

| BILL TO: |
|---|
| Bauer Moynihan & Johnson<br>2101 Fourth Avenue, 24th Floor<br>Seattle, WA 98121 |

| ATTENTION: | T. Waller |
|---|---|

## Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/13/2005 | 05-6491 |

| TERMS |
|---|
| Due on Receipt |

**REPORTER:** SHAFFER

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/28/2005 | ABRUSKA v NORTHLAND VESSEL LEASING, ET AL.<br>DEPOSITION OF WM EMORY<br><br>Compression/word index, electronic transcript<br>Exhibits (scanned) | 228.15<br>7.50 |

OK FOR BMJ TO ADVANCE _JFW_
FILE NO. 6660.0104

*Thank you for using Pacific Rim Reporting.*

**Total** $235.65

EXHIBIT _1_ PG _2-18_

**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW

Vendor:    000039    Pacific Rim Reporting                                **38497**
Check Date:    03/31/06                                                   Check #  38497

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 03/16/2006 | 6000.0104 electronic transcript | 06-7122 | 109.20 | | 109.20 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT _1_  PG 3-18

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

COPY RECEIVED
MAR 2 3 2006
BAUER MOYNIHAN & JOHNSON LLP

## Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/16/2006 | 06-7122 |
| TERMS | |
| Due on Receipt | |

**BILL TO:**
Bauer Moynihan & Johnson
2101 Fourth Avenue, 24th Floor
Seattle, WA 98121

**ATTENTION:** T. Waller

**REPORTER:** BROOKING

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/2/2006 | ABRUSKA v NORTHLAND VESSEL LEASING COMPANY DEPOSITION OF CHRISTOPHER J. MANION, M.D.<br><br>Electronic transcript | 109.20 |

EXHIBIT  1   PG 4-18

**Thank you for using Pacific Rim Reporting.**

**Total** $109.20

OK FOR BMJ TO ADVANCE  TGW
FILE NO. 6000.0104

## BAUER MOYNIHAN & JOHNSON LLP ATTORNEYS AT LAW

Vendor: 000039    Pacific Rim Reporting    **38708**
Check Date: 05/15/06                        Check # 38708

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/21/2006 | 6000.0104 Deposition of William R. Clark, M.D. | 06-7321 | 272.91 | | 272.91 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT __1__ PG 5-18

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

.ephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

COPY RECEIVED

APR 2 6 2006

BAUER MOYNIHAN & JOHNSON LLP

| BILL TO: |
|---|
| Bauer Moynihan & Johnson<br>2101 Fourth Avenue, 24th Floor<br>Seattle, WA 98121 |

| ATTENTION: | T. Waller |
|---|---|

## Invoice

| DATE | INVOICE NO. |
|---|---|
| 4/21/2006 | 06-7321 |
| **TERMS** | |
| Due on Receipt | |

**REPORTER:** CAMPBELL

| DATE TAKEN | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/11/2006 | ABRUSKA v. NORTHLAND VESSEL LEASING COMPANY<br>DEPOSITION OF WILLIAM R. CLARK, M.D.<br><br>Compression/word index, electronic transcript<br>Exhibits<br>Color copies of exhibits<br>Postage | 252.00<br>12.60<br>6.00<br>2.31 |

EXHIBIT 1   PG 6-18

| *Thank you for using Pacific Rim Reporting.* | **Total** | $272.91 |
|---|---|---|

OK FOR BMJ TO ADVANCE   TGW

FILE NO   6000 0104

**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW

| | | | | **38725** |
|---|---|---|---|---|
| Vendor: 000484 | Atkinson-Baker, Inc. | | | |
| Check Date: 05/15/06 | | | | Check # 38725 |

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/05/2006 | 6000.0104 Reporter's transcript of deposition of John Swanson, M.D. taken 04/04/06 | A001520A | 380.25 | | 380.25 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT __1__ PG _7-18_

**Atkinson-Baker, Inc. -- Main Office**
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

484

INVOICE # A001520A
FIRM # 1161441
INVOICE DATE: 4/18/2006
DUE UPON RECEIPT

Thomas G. Waller
Bauer, Moynihan & Johnson
2101 Fourth Avenue
24th Floor
Seattle, WA 98121 2373

Please refer to the Invoice # and your Firm # in any correspondence. Contact Diana Pozo, dpozo@depo.com.

ABI's Federal ID#: 95-4189037

Setting Firm: Bauer, Moynihan & Johnson
Taking Attorney: Thomas G. Waller
Case Name: Joseph Abruska vs Nakneg Barge
Case #: A04-209 cv (JKS)
Claim #:
Insurance Co.:
Insured:
Client's Ref. #1:
Client's Ref. #2:
Adjuster:
Description: Reporter's transcript of the deposition of John Swanson, M.D., taken April 4, 2006.

COPY RECEIVED
MAY 1 2006
BAUER MOYNIHAN & JOHNSON LLP

DOL:

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Medical/Expert | 50.00 | $ 4.50 | $ 225.00 |
| Exhibit Copies (pages) | 15.00 | $ .35 | $ 5.25 |
| Condensed Transcript | 1.00 | $ 12.50 | $ 12.50 |
| E-Transcript | 1.00 | $ 12.50 | $ 12.50 |
| Delivery & Handling | 1.00 | $ 25.00 | $ 25.00 |
| Hourly Rate | 2.00 | $ 50.00 | $ 100.00 |
| OK FOR BMJ TO ADVANCE TGW | | | |
| FILE NO. 6000.0104 | | | |
| | | BALANCE DUE | $ 380.25 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment

EXHIBIT  1  PG 8-18

**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW

Vendor:   000481              Schuler Court Reporting                                        **38659**
Check Date:   04/28/06                                                                Check #  38659

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/20/2006 | 6000.0104 Certified copies; Ascii/Etranscript/Condensed | 1366 | 195.00 | | 195.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT  1   PG 9 -18

# Schuler Court Reporting

Schuler Court Reporting
40351 Sequoia Street
Murrieta, CA  92563

(858) 518-1619
schulercsr@aol.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/20/2006 | 1366 |
| TERMS | DUE DATE |
| Net 15 | 05/05/2006 |

**BILL TO**

Thomas G. Waller, Esq.
Bauer, Moynihan & Johnson
2101 Fourth Avenue
Suite 2400
Seattle, WA  98121 USA

| AMOUNT DUE | ENCLOSED |
|---|---|
| $195.00 | |

Please detach top portion and return with your payment.

| SHIP DATE | SHIP VIA |
|---|---|
| 04/21/2006 | Fedex |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 03/22/2006 | Certified copy of Kimberly Savo re:  Abruska v. Northland Vessel Leasing Company | 54 | 2.50 | 135.00 |
| 03/22/2006 | Ascii/Etranscript/Condensed | 1 | 35.00 | 35.00 |

Have a great day and thank you for choosing Schuler Court Reporting.

| | |
|---|---|
| SUBTOTAL | $170.00 |
| SHIPPING | $25.00 |
| TOTAL | $195.00 |

OK FOR BMJ TO ADVANCE *TGW*

FILE NO. *6000.0104*

EXHIBIT *1* PG *10-18*

**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW

Vendor: 000498          Moburg & Associates                                          **38794**
Check Date:  05/31/06                                                  Check #  38794

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/09/2006 | 6000.0104 Copy of deposition of Leo Naekel | 45671 | 337.20 | | 337.20 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

EXHIBIT  1  PG 11-18

CANNON REPORTING, INC.
dba
# MOBURG & ASSOCIATES
COURT REPORTERS

COPY RECEIVED

MAY 1 0 2006

BAUER MOYNIHAN & JOHNSON LLP

BAUER, MOYNIHAN, & JOHNSON
2101 FOURTH AVENUE, SUITE 2400
SEATTLE, WA 981210000

**INVOICE NO. :** 45671
**INVOICE DATE:** 5/09/2006
**REPORTER:**
VALERIE SEATON

THOMAS G. WALLER
ABRUSKA VS. NORTHLAND

**ID#** 911833386

| Date | Description | Amount |
|---|---|---|
| 4/27/2006 | ONE COPY OF DEPOSITION OF LEO NAEKEL | 270.40 |
| | EXHIBITS | 31.80 |
| | E-TRANSCRIPT | 30.00 |
| | DELIVERY | 5.00 |
| | **Sub Total** | 337.20 |
| | **Paid** | 0.00 |
| | **Balance Due** | 337.20 |

Please return one copy with remittance.
Credit cards accepted.

SUITE 860
1601 FIFTH AVENUE
SEATTLE, WA 98101
206-622-3110
Fax 206-343-2272

OK FOR BMJ TO ADVANCE _TGW_

FILE NO. _6000.0104_

EXHIBIT _1_ PG _12-18_



**WHITMONT**
Legal Technologies, Inc.

REMIT TO:
P. O. Box 71129
Los Angeles, CA 90071-0129

Federal Tax ID No.    91-1785931
Seattle    (206) 386-5820
Accounts Receivable    (213) 291-3400

| Invoice No. | SEA-03078 |
|---|---|
| Date | 10/11/2004 |
| Page No. | 1 |
| Job No. | SEA 24907 |
| Loss Date | |
| Soc. Sec. No. | |

**Bill To:**
Bauer, Moynihan & Johnson, LLP
2101 Fourth Avenue
Suite 2400
Seattle, WA 98121
Attn.: Kathy Putt

**Delivered To:**
Same

**COPY RECEIVED**

OCT 1 9 2004

BAUER MOYNIHAN & JOHNSON LLP

| Account Executive | Reference / Case Name or Number | Contact Name | Order Date |
|---|---|---|---|
| Scott W. | 600.0104 | Kathy Putt | 10/6/2004 |

| Quantity | Description | Extended Price |
|---|---|---|
| 1,290.00 | Heavy Litigation Copies | $232.20 |
| 1.00 | Copies - 11" X 17" | $0.35 |
| 6.00 | Color Copies - 8.5" X 11" | $7.50 |

EXHIBIT _1_ PG _13-18_

*PLEASE PAY FROM THIS INVOICE*

| | |
|---|---|
| Subtotal | $240.05 |
| Sales Tax | $21.12 |
| **Total** | **$261.17** |
| Terms | Net 15 Days |
| Due Date | 10/26/2004 |

We recognize that some of our clients may be billing these expenses through to their customers. In any case, the Whitmont client remains responsible to pay within our terms regardless of their receivables.

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

**BAUER MOYNIHAN & JOHNSON LLP** ATTORNEYS AT LAW

Vendor:      000435            Leo C. Naekel
Check Date:  07/10/06

38980

Check # 38980

| Invoice Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 06/30/2006 | 6000.0104 Services re: Deposition Abruska v. Naknek Barge Lines | 3042706 | 510.37 | | 510.37 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

EXHIBIT  1   PG. 14-18

COPY RECEIVED
JUL 1 0 2006
BAUER MOYNIHAN & JOHNSON LLP

Leo C. Naekel
16632 1st Avenue S. E.
Bothell, WA 98012

June 30, 2006

To: Bauer Moynihan & Johnson LLP
Thomas G. Waller
2101 Fourth Avenue, Suite 2400

### INVOICE

Inv # 3042706

For Services, Re: Deposition Joe Abruska v. Naknek Barge Lines.

April 27, 2006, Travel to Bauer Moynihan & Johnson Seattle office for Pre-Deposition meeting with Thomas G Waller, 0730 to 1000.

2.50 hours

Deposition 1000 to 1400                                4.00 hours

Travel to and from Seattle                             1.50 hours
                              Total Hours             8.00 hours

8 hours @ $60.00 / hour                   $480.00
Mileage: 21 miles each way =42 @ .485 =     20.37
Parking                                     10.00
       Total Billing as of 4-27-06         $510.37

*Leo C Naekel* (signature)

OK FOR BMJ TO ADVANCE TGW
FILE NO. 6000.0104

EXHIBIT 1 PG 15-18

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

BAUER MOYNIHAN & JOHNSON
2101 4TH AVE #2400
SEATTLE, WA 98121

## HEALTH INSURANCE CLAIM FORM

| | |
|---|---|
| 1. MEDICARE (Medicare #) / MEDICAID (Medicaid #) / CHAMPUS (Sponsor's SSN) / CHAMPVA (VA File #) / GROUP HEALTH PLAN (SSN or ID) / FECA BLK LUNG (SSN) / OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial): ABRUSKA, JOSEPH | 3. PATIENT'S BIRTH DATE MM DD YY  SEX M [X] F [ ] |
| 4. INSURED'S NAME (Last Name, First Name, Middle Initial): ABRUSKA, JOSEPH | |
| 5. PATIENT'S ADDRESS (No., Street): LEGAL ACCOUNT | 6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ] |
| 7. INSURED'S ADDRESS (No., Street): LEGAL ACCOUNT | |
| CITY: FOR THOMAS WALLER  STATE: AAL | 8. PATIENT STATUS: Single [ ] Married [ ] Other [ ] Employed [ ] Full-Time Student [ ] Part-Time Student [ ] |
| CITY: FOR THOMAS WALLER  STATE: AAL | |
| ZIP CODE  TELEPHONE: (206) 905-3234 | |
| ZIP CODE  TELEPHONE: (206) 905-3234 | |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) [X] YES [ ] NO | a. INSURED'S DATE OF BIRTH  SEX M [ ] F [ ] |
| b. OTHER INSURED'S DATE OF BIRTH  SEX M [ ] F [ ] | b. AUTO ACCIDENT? [ ] YES [ ] NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? [ ] YES [ ] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

[Stamp: IME By IMO Not Subject To CPT Codes]

| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM / TO |
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: THOMAS WALLER, AAL | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM / TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? [ ] YES  $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. 1. ___  2. ___  3. ___  4. ___ | | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
| | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 04 04 06 | 11 | 1 | PREPARATION TIME JOHN SWANSON, MD | | 750 00 | 1 | | | | |
| 2. 04 04 06 | 11 | 1 | TRIAL/HEARING/DEPO JOHN SWANSON, MD | | 600 00 | 1 | | | | |
| 3. 04 04 06 | 11 | 1 | PHONE/OFFICE CONF JOHN SWANSON, MD | | 150 00 | 1 | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER: 93-1007400  SSN [ ] EIN [X] | 26. PATIENT'S ACCOUNT NO.: 1029390 | 27. ACCEPT ASSIGNMENT? YES [ ] NO [X] | 28. TOTAL CHARGE $ 1500 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $1500 00 |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS  IMPARTIAL MEDICAL OPI  SIGNED 04-17-2006 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED  EXHIBIT 1 PG 16-18 | | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  IMPARTIAL MEDICAL OPINIONS  P.O. BOX 2342  LAKE OSWEGO, OR 97035  PIN (503) 635-1604  GRP# | | |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE  APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

<u>Alaska Trip -- TGW</u>
6000.104

|  |  |  |
|---|---|---|
| Film | : | $4 - $5 (no receipt) |
| Film Developing | : | $17.58 (receipt) |

```
            BARTELL DRUGS #56
   STORE 206-933-1468 RX 206-932-7437
        TURN YOUR DIGITAL PICTURES
      INTO REAL KODAK PRINTS - GO TO
            WWW.BARTELLDRUGS.COM

BARTELL PHOTO FINISHING 1 HOUR      6.61 T
BARTELL PHOTO FINISHING 1 HOUR      9.55 T

SUBTOTAL                           $16.16
TAX1                                $1.42
TOTAL                              $17.58
MASTERCARD                         $17.58
************5772
PURCHASE
EXPIRY: 02/06 SWIPED
AUTH# 002601
SEQUENCE NO: 2558270000
INVOICE #:     2558
Merchant: 495851
07/23/2005 15:05:45


ITEMS 2                     Johanna, L
07/23/2005  15:05:45   0056 05 5618 2558

 **********************************
    ORDER YOUR DIGITAL PRINTS ONLINE
         4X6 PRINTS 5 FOR $1.00
            WWW.BARTELLDRUGS.COM
 **********************************
```

EXHIBIT __/__ PG /7-/8

0060.104

Photos of barge
TGW

```
        BARTELL DRUGS #56
STORE 206-933-1468 RX 206-932-7437
       TURN YOUR DIGITAL PI'
       INTO REAL KODAK PRINT
         WWW.B   ELLDRUGS.

BARTELL PHOTO FINISHING 1 HOUR      15.34 T
COUPON    2 OFF ONE HOUR PHOTO       2.00-T
DAILY SEATTLE TIMES                  0.50

SUBTOTAL                            $13.34
TAX1                                 $1.17
TOTAL                               $15.01
MASTERCARD                          $   01
*************5772
PURCHASE
EXPIRY: 02/06 SWIPED
AUTH# 008314
SEQUENCE NO: 8084300000
INVOICE #:       8084
Merchant: 495851
C    6/2005 19:20:23


ITEMS 3                         Jonanna, L
09/26/2005  19:20:23    0056 05 5618 8084

************************************
      ORDER YOUR DIGITAL PRINTS ONLINE
         4X6 PRINTS 5 FOR $1.00
           WWW.BARTELLDRUGS.COM
************************************
```
CW

EXHIBIT 1    PG 18-18