NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) | Case No. 3:04-cv-209-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTHLAND VESSEL LEASING ) | |
| COMPANY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>AFFIDAVIT OF CHRISTOPHER J. SLOTTEE</u>**

STATE OF ALASKA        )
                       ) ss
THIRD JUDICIAL DISTRICT )

       Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

       I am counsel for Plaintiff Joseph Abruska in the above-entitled action. I make this affidavit in support of Plaintiff's Objections to Defendants' Cost Bill. I speak from

personal knowledge and am competent to testify. I certify that the following exhibits are true and accurate copies of the originals:

<u>Exhibit #1:</u>   Transcript of deposition of Leo Naekel, pp. 1 and 4-5.

<u>Exhibit #2:</u>   Transcript of deposition of John Swanson, M.D., pp. 1 and 6-13.

DATED this 20th day of October, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 20th day of October, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3-13-09

I certify that on October 20, 2006, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By   s/ Christopher J. Slottee
       Christopher J. Slottee