Case 3:04-cv-00209-TMB   Document 77-2   Filed 10/20/2006   Page 1 of 3

Abruska vs. Northland        4-27-2006                    Leo Naekel

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

JOSEPH ABRUSKA,                      )
                                     )
            Plaintiff,               )
                                     )
   vs.                               ) No. A04-0209 CV (TMB)
                                     )
NORTHLAND VESSEL LEASING COMPANY,    )
LLC and NAKNEK BARGE, LLC,           )
                                     )
            Defendant.               )

---

Deposition Upon Oral Examination
of
LEO NAEKEL

---

10:00 a.m.

April 27, 2006

2101 Fourth Avenue, Ste. 2400

Seattle, Washington



Valerie L. Seaton, RPR
Court Reporter

Case 3:04-cv-00209-TMB   Document 77-2   Filed 10/20/2006   Page 2 of 3

Abruska vs. Northland    4-27-2006           Leo Naekel

4

1    LEO NAEKEL,            witness herein, having been
                            duly sworn by the Notary,
2                           testified under oath as
                            follows:

3

4                    EXAMINATION
5    BY MR. SLOTTEE:
6         Q.   Mr. Naekel, I said before I'm Chris Slottee.
7    I represent Joseph Abruska, the Plaintiff.  Can you
8    just kind of describe generally your educational
9    background.
10        A.   I have high school and then I have two years
11   of college.
12        Q.   Where did you go to college at?
13        A.   Some classes at Seattle U, some at
14   Washington -- University of Washington -- and then I
15   had a year and a half at Valley City State teachers
16   college in Valley City, North Dakota.
17        Q.   Did you have a major that you were studying?
18        A.   Not at first.  It turned out to be accounting
19   as a major.
20        Q.   And what about your work history?  Can you
21   generally describe your past work experience?
22        A.   How far back do you want to go?
23        Q.   Well, actually, let's go in your report.
24   Actually, I'll start off with this.  Is this the report
25   that you've done for this case that you gave to your

Case 3:04-cv-00209-TMB   Document 77-2   Filed 10/20/2006   Page 3 of 3

Abruska vs. Northland        4-27-2006              Leo Naekel

                                                              5

1   counsel?
2       A.   Yes, sir.
3       Q.   And that's your signature on the fifth page?
4       A.   Yes.
5                (Exhibit No. 1 marked for
6                 identification.)
7       Q.   (BY MR. SLOTTEE)  If you look at the sixth
8   page of the report, it's got a heading titled "Witness
9   Qualifications."  It appears to be describing some of
10  your work history.
11      A.   Yes.
12      Q.   So from 1976 through 1979, you did loading,
13  lashing, lightering cargo in Seattle, Nome, Kotzebue
14  and Nikiski?
15      A.   Yes.
16      Q.   Who were you working for?
17      A.   Crowley Maritime.
18      Q.   And can you describe generally what type of
19  work it was when you were doing loading, lashing and
20  lightering?
21      A.   The cargo would be loaded here in Seattle.  I
22  helped WU with forklift operators and I worked with the
23  load barge master, and then we would lash it -- well,
24  receive it, lash it, get ready for sea.  And then in
25  the outports of Nome and Kotzebue, we would unlash the