```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF ALAKSA AT ANCHORAGE

 3

 4   JOSEPH ABRUSKA,              )
                                  )
 5            Plaintiff,          )
                                  )
 6       vs.                      ) No. A04-209 cv (JKS)
                                  )
 7   NORTHLAND VESSEL LEASING     )
     COMPANY, LLC, and NAKNEK     )
 8   BARGE, LLC,                  )
                                  )
 9            Defendants.         )

10

11                     DEPOSITION OF

12                  JOHN SWANSON, M.D.
              Taken in behalf of Defendants
14                     *    *    *

15                   April 4, 2006

16                  16001 Quarry Road

17                 Lake Oswego, Oregon

18                     2:00 p.m.

19

20

21

22   ATKINSON-BAKER, INC.
     COURT REPORTERS
23   www.depo.com
     (800) 288-3376
24
     REPORTED BY:  GWEN A. DICKSON, RPR
25   FILE NO.: A001520
```

Page 1

**Page 6**

1 made a determination at that point that you were
2 going to be an orthopedist?
3     A.  Yes.  That was before I started the
4 residency in 1974.
5     Q.  Continuing on, it lists your board
6 certifications as American Board Of Orthopedic
7 Surgery, Arthroscopic Board of North America and
8 the American Board of Independent Medical
9 Examiners; is that accurate?
10     A.  It is.
11     Q.  Why would you have certification in both
12 orthopedic surgery and arthroscopy?
13     A.  Well, the arthroscopy was a separate board
14 certification indicating you had done extra work to
15 be proficient at arthroscopy.
16     Q.  And arthroscopy is what?
17     A.  That's using small tubes and cameras to
18 look inside of joints and to do surgery through
19 small, maybe half-inch, incisions to do the work
20 inside of a joint rather than doing an open
21 surgical procedure.
22     Q.  And then you've also identified the
23 American Board of Independent Medical Examiners in
24 2003.  Could you give us details about that
25 briefly?

**Page 7**

1     A.  Well, in order to qualify for the American
2 Board of Independent Medical Examiners, it's a
3 test.  You have to have studied and gone to classes
4 and accumulated a certain number of hours regarding
5 issues of causation, ratings according to the AMA
6 guides and various aspects of performing
7 independent medical examinations and determining
8 issues of causation.  Then you have to complete a
9 written test and successfully pass that in order to
10 qualify for this certification.
11     Q.  Continuing on, it lists military service
12 and then private practice from 1978 to 2001 it
13 looks like in Astoria.  Could you summarize those
14 27 some-odd years in private practice for us, if
15 you could, please?
16     A.  Private practice of orthopedics in Astoria
17 involved general orthopedic, office work, surgery,
18 emergency calls, and caring for individuals with a
19 variety of orthopedic conditions, knee arthroscopy,
20 total joint replacements, shoulder surgery,
21 fractures of all types including femur fractures.
22     Q.  Did part of your private practice include
23 intramedullary rods?
24     A.  Yes, it did.
25     Q.  And then for professional societies it

**Page 8**

1 lists orthopedic surgeons and some other things; is
2 that accurate?
3     A.  Yes.
4     Q.  Continuing on to page two, without
5 detailing all this, it does mention that you were
6 chief of surgery at Columbia Memorial Hospital
7 that's in Astoria; is that correct?
8     A.  Yes, it is.
9     Q.  President of Clatsop County Medical
10 Society?
11     A.  Yes.
12     Q.  What is Clatsop County?
13     A.  That's the County in which Astoria
14 resides.
15     Q.  Okay.  It also lists there at the end of
16 your CV medical licenses in five different states.
17 Is that accurate?
18     A.  Yes.
19     Q.  What was the reason you have medical
20 licenses in five different states?
21     A.  Well, the first one in Iowa I obtained
22 when you finished medical school and took the board
23 tests, so that's why I have the one from Iowa,
24 that's where I finished my medical school.
25         I obtained the one in California when I

**Page 9**

1 went there as part of my residency in Minnesota to
2 work at in the Rancho Los Amigos facility.
3         Living on the border between Washington
4 and Oregon I sometimes would go across the river
5 into Washington and work, so I had a license in
6 Washington state as well as in Oregon when I lived
7 in Astoria.
8         And then I obtained the Alaska license
9 more recently because part of my work I go to
10 Alaska every other month and do independent medical
11 exams.
12     Q.  Why don't we start where you left off right
13 there and doing independent medical exams then in
14 Alaska.  Did you have occasion to see Joseph
15 Abruska for an independent medical exam in Alaska?
16     A.  I don't honestly remember where I saw him.
17     Q.  Okay.  Let me hand you what's been
18 identified as Exhibit 2 and see if you can identify
19 that for us.
20     A.  Yes, that's the independent examination.
21     Q.  And this was an independent exam of who
22 would this have been?
23     A.  This is on Joseph Abruska.
24     Q.  And the written report is addressed to
25 Seabright Insurance Company, attention Steve Wiper;

**Page 10**

1 is that correct?
   A. Yes.
3 Q. If we could, and we can turn to actually
4 page 11 of that document, can you tell us if that's
5 your signature there at the bottom?
6 A. Yes, it is.
7 Q. I'd like to spend a few minutes on this if
8 we could, please.
9    In the first paragraph it says that you did
10 see him on the date of this exam, June 29; is that
11 correct?
12 A. Yes.
13 Q. And his chief complaint was -- where it
14 says chief complaint, is that what he was
15 complaining of that day or is that what you
16 understood you were seeing him for that day?
17 A. He didn't have any specific complaints
18 that day so I put down his reason for being there
19 then since he had no complaints was that he had a
20 history of a fracture of the femur, pelvis and
21 sacrum.
22 Q. Okay. Before we go any further on this
23 report, is this the standard-type report you do in
24 your independent medical examinations?
25 A. Yes.

**Page 11**

1 Q. Continuing on there at the bottom of page
2 one there's a reference to a statement which
3 follows, quote: Within about two to three months
4 he was really feeling pretty good and he feels he
5 has basically recovered, unquote.
6    Is that something you would have taken from
7 your exam or is that something he would have told
8 you?
9 A. This was the information that he provided
10 me.
11 Q. Okay. Which would be under History of
12 Present Illness?
13 A. Right. That all came from the examinee.
14 Q. Continuing to page two under Current
15 Complaints, it says: Current complaints include a
16 pain level of zero out of ten. Is that something
17 he told you or is that something you established
18 from the exam?
19 A. That's something he told me.
20 Q. And that entire first paragraph, could you
21 explain the significance, if any, of the first
22 paragraph under Current Complaints?
23 A. Well, that was the information that he
24 provided me. He said he had occasional discomfort
25 in the side of his right leg if he lied directly on

**Page 12**

1 it at night.
2 Q. Okay.
3 A. But he said he could walk and do stairs
4 and sit and ride in cars and sleep all without
5 difficulty as long as he stayed off that right side
6 at night, and he had no other complaints about
7 numbness or weakness or anything in his lower
8 extremity and he was able to do his normal daily
9 activities.
10 Q. Okay. And there's an approximately
11 two-page section called Medical Review. Where did
12 you get the medical records for Mr. Abruska, if you
13 can recall?
14 A. I don't know for sure. I assume they were
15 provided by the person who requested the exam.
16 Q. Okay. Would you have reviewed the medical
17 records before the exam or after the exam?
18 A. No. I do those after the examination.
19 Q. And what is the purpose that you review
20 medical records after the exam?
21 A. Well, I do the records after the exams
22 because I don't want to produce any bias, I don't
23 want to know anything about the records. I want to
24 review those after I've done the history and
25 evaluation.

**Page 13**

1 Q. Okay.
2    (Discussion held off the record.)
3    MR. WALLER: I heard some noise. I wanted
4 to make sure you're still with us.
5    MR. O'DONNELL: We lost you for a second.
6    If I can ask the doctor to repeat that the
7 last part of his answer.
8 A. The question was again?
9 Q. What was the reason that you review the
10 medical records after the exam instead of before
11 the exam?
12 A. I review the records after the examination
13 because I don't want to introduce any bias for the
14 records. I want to take the history, do the
15 evaluation, before I look at the records.
16 Q. Okay. And then the next two or three pages
17 of your exam is the summary of the medical records
18 you would have seen for Mr. Abruska?
19 A. That's true.
20 Q. Subsequent to this report and in fact more
21 recently have you had an opportunity to review
22 additional medical records of Mr. Abruska?
23 A. Yes. I've been provided a large quantity
24 of additional records that were produced from his
25 history before the incident and then some