```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

         # 00129111 - PS
         October 18, 2006

   Code     Case #    Qty      Amount

   086900-F 04-209
   086400-R 04-209             255.00 CK
                               200.00 CK

        TOTAL→              455.00


   FROM: ATKINSON, CONWAY & GAGNON, INC
         NOTICE OF APPEAL
         3:04-CV-00209 TMB
```