**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
**TRANSCRIPT DESIGNATION FORM**

RECEIVED
OCT 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

U.S. Court of Appeals # _____    U.S. District Court # 3:04-cv-00209-TMB

Short Case Title __Abruska v. Northland Vessel Leasing Company, LLC__

Date Notice of Appeal Filed by Clerk of District Court __October 18, 2006__

**Section A - To be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| October 2, 2006 | EKS | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| Oral Arg on Defs' Joint Motion for Summary Judgment | | OTHER |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __October 31, 2006__    Estimated Date for Completion _____

Signature of Attorney _[signature]_    Phone Number __(907) 276-1700__

Address __Atkinson, Conway & Gagnon, 420 L Street, Suite 500, Anchorage, AK 99501__

**Section B - To be Completed by Court Reporter**

I, _____, have received this designation.    (
    (Signature of Court Reporter)

( ) Arrangements for payment were made on _____.

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des 11/96)