IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NORTHLAND VESSEL LEASING CO., LLC; NAKNEK BARGE, LLC; AND NORTHLAND SERVICES, INC.,<br><br>　　　　　　Defendants. | Case No. 3:04-CV-00209-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　___　**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　_X_　**DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that the complaint be, and it hereby is, **DISMISSED**, with prejudice; Plaintiff to take nothing by way thereof, and judgment is hereby entered thereon in favor of Defendants.

Defendants to recover from Plaintiff costs in the amount of $ 3,064.13**.

APPROVED:

　　s/ Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| October 10, 2006 | s/ Ida Romack |
|---|---|
| Date | IDA ROMACK, Clerk |

*Costs, if any, to be awarded in accordance with FED. R. CIV. P. 54(d) and D. AK. LR 54.1*

**Judgment with costs added redistributed on 11/09/06.