UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35932

**CASE INFORMATION:**
Short Case Title: <u>Joseph Abruska v. Northland Vessel Leasing Co., LLC., et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess; 3:04-cv-00209-TMB</u>
Date Complaint/Indictment/Petition Filed: 09/14/04
Date Appealed Order/Judgment *entered*: <u>10/10/06</u>
Date NOA *filed*: <u>10/18/06</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: <u>Elisa Singleton, (907) 677-6105</u>
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: _         Date Docket Fee billed: _
Date FP granted: _              Date FP denied: _
Is FP pending? <u>No</u>        Was FP Limited/Revoked?
US Government Appeal?  <u>No</u>
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION: (please include e-mail address and fax number)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Christopher J. Slottee | Thomas G. Waller |
| Atkinson, Conway & Gagnon, Inc. | Bauer Moynihan & Johnson LLP |
| 420 L. Street, Suite 500 | 2101 Fourth Ave., Suite 2400 |
| Anchorage, AK 99501 | Seattle, WA 98121 |
| (907)-272-2082 | (206) 448-9076 |
| acgecf@acglaw.com | tgwaller@bmjlaw.com |

<u>X</u>_retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _              Address: _
Custody: _
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: <u>$455.00</u>         9th Circuit Docket Number: _

---

Name and phone number of person completing this form:  <u>Robin M. Carter</u>
<u>(907) 677-6127</u>