UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC, NAKNEK BARGE, LLC, and NORTHLAND SERVICES, INC.,<br><br>    Defendants - Appellees. | No. 06-35932<br><br>D.C. NO. A04-209 CV (TMB)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR APPELLEES** |

  Please take notice that attorney Jay E. Bitseff of Bauer Moynihan & Johnson LLP, 2101 Fourth Avenue, Suite 2400, Seattle, Washington 98121, telephone number (206) 443-3400, to appear and participate as a counsel for defendants-appellees in the above action. Jay E. Bitseff, Washington Bar No. 29566, who is an active member of this Court, will be associated with Thomas G. Waller, Washington Bar No. 22963, Alaska Bar No. 0109052, who is the counsel of record in this matter.

  DATED this 13th day of November, 2006.

          BAUER MOYNIHAN & JOHNSON LLP

          /s/ Thomas G. Waller
          _____
          Thomas G. Waller, AKSB No. 0109052
          Attorneys for Defendants-Appellees
          2101 Fourth Avenue, Suite 2400
          Seattle, WA 98121
          Phone: 206-443-3400
          Fax: 206-448-9076
          E-mail: tgwaller@bmjlaw.com

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

1

2  BAUER MOYNIHAN & JOHNSON LLP

3  /s/ Jay E. Bitseff

4  _____

5  Jay E. Bitseff, WSBA No. 29566
   Attorneys for Defendants-Appellees
6  2101 Fourth Avenue, Suite 2400
   Seattle, WA 98121
7  Phone: 206-443-3400
   Fax:  206-448-9076
8  E-mail: jebitseff@bmjlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

NOTICE OF ASSOCIATION OF COUNSEL FOR APPELLEES
Abruska v. Northland; No. 06-35932
- 2 of 3 -

CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the state of Washington that on November 13, 2006 I electronically filed the **above document** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Neil T. O'Donnell**: nto@acglaw.com
**Christopher J. Slottee**: cjs@acglaw.com

BAUER MOYNIHAN & JOHNSON LLP

s/Suya Edwards
_____
E-mail: sedwards@bmjlaw.com

ATTORNEYS AT LAW

BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076