UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 05 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>NORTHLAND VESSEL LEASING CO., LLC; et al.,<br><br>    Defendants - Appellees. | No. 06-35932<br><br>D.C. No. CV-04-00209-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**
FEB 0 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due February 26, 2007; the answering brief is due March 28, 2007. The optional reply brief is due 14 days after service of the answering brief.

        For the Court:

        CATHY A. CATTERSON
        Clerk of the Court

        Linda K. King
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
        and Ninth Circuit Rule 27-10

pro 1.22