

Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



RECEIVED
FEB 0 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

(415) 355-8000

January 8, 2008

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-35932 | Abruska v. Northland Vessel | CV-04-00209-TMB |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

*Redacted Signature*
By: Beverly Brown
Deputy Clerk

Enclosure(s)
cc: All Counsel