NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Appellant Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH ABRUSKA, ) | No. 06-35932 |
| ) | D.C. No. CV-04-00209-TMB |
| Plaintiff - Appellant, ) | |
| ) | |
| vs. ) | **RECEIVED**<br>CATHY A. CATTERSON, CLERK<br>U.S. COURT OF APPEALS |
| ) | |
| NORTHLAND VESSEL LEASING ) | **DEC 2 0 2007** |
| CO., LLC; NAKNEK BARGE, LLC; ) | |
| and NORTHLAND SERVICES, ) | FILED_____ |
| INC., ) | DOCKETED_____ |
| ) | DATE        INITIAL |
| Defendants - Appellees. ) | |

### **PROOF OF SERVICE**

I certify that on December 17, 2007, I sent a copy of Appellant Joseph

Abruska's Bill of Costs and this Proof of Service by First Class mail to the following attorneys

of record:

Thomas G. Waller, Esq.
Jay E. Bitseff, Esq.
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE,
ALASKA 99501
TEL: (907) 276-1700
FAX: (907) 272-2082

DATED this _12th_ day of December, 2007.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By _____
Christopher J. Slottee
ABA #0211055

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE,
ALASKA 99501
TEL: (907) 276-1700
FAX: (907) 272-2082

PROOF OF SERVICE
Abruska v. Northland Leasing Company, LLC – Case No. 06-35932
Page 2 of 2
93385/7407.1