UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
FEB 0 4 2008
CLERK, U.S. DISTRICT CC
ANCHORAGE, ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>NORTHLAND VESSEL LEASING CO., LLC; et al.,<br><br>Defendants - Appellees. | No. 06-35932<br>D.C. No. CV-04-00209-TMB<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED and REMANDED.**

Filed and entered 12/10/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN   8, 2008

Redacted Signature

Deputy Clerk