NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTHLAND VESSEL LEASING )<br>COMPANY, LLC, NAKNEK BARGE, )<br>LLC, AND NORTHLAND SERVICES, )<br>INC., )<br>)<br>Defendants. )<br>_____) | Case No. 3:04-cv-209-TMB |

## **MOTION FOR STATUS CONFERENCE**

Plaintiff Joseph Abruska hereby moves for a status conference in the above-entitled action. This motion is supported by the memorandum filed concurrently herewith.

DATED this 4th day of April, 2008.

ATKINSON, CONWAY & GAGNON
Attorneys for Joseph Abruska

By     s/Neil T. O'Donnell
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: nto@acglaw.com
ABA No. 8306049

I certify that on April 4, 2008, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By     s/Neil T. O'Donnell