NEIL T. O'DONNELL
ATKINSON, CONWAY & GAGNON
Attorney for Joseph Abruska
420 L Street, Suite 500
Anchorage, AK 99501
Tele: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com



DRAFT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA,<br><br>Plaintiff<br>vs<br><br>NORTHLAND VESSEL LEASING COMPANY, LLC, NAKNEK BARGE, LLC, AND NORTHLAND SERVICES, INC.,<br><br>Defendants | Case No. 3:04-cv-209-TMB<br><br>SUPPLEMENTAL SCHEDULING AND PLANNING CONFERENCE REPORT |

1.  **Meeting**. In accordance with Fed. R. Civ. P. 26(f), meetings were held on March 27 and April 2, 2008, and were attended by:

    Neil T. O'Donnell          attorney for plaintiff

    Thomas G. Waller           attorney for defendants

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by FED. R. CIV. P. 26(a)(1):

    X   have been exchanged by the parties

DRAFT

Exhibit 1
Page 1 of 7 Pages

    ___ will be exchanged by the parties by

Proposed changes to disclosure requirements:

Preliminary witness lists

    _X_ have been exchanged by the parties

    ___ will be exchanged by the parties by

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and damages.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

        DISPUTED.

    B. Disclosure or discovery of electronically stored information should be handled as follows: No Special procedures required.

    C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows: Such privileges or protections will not be waived by production.

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 2 of 7
95035/7407.1

Exhibit __1__
Page _2_ of _7_ Pages

D. All discovery commenced in time to be completed by September 28, 2008.

E. Limitations on Discovery.

1. Interrogatories

    X  No change from Fed .R. Civ. P. 33(a)

    Maximum of _____ by each party to any other party.

    Responses due in _____ days.

2. Requests for Admissions.

    X  No change from Fed. R. Civ. P. 36(a).

    Maximum of _____ requests.

    Responses due in _____ days.

3. Depositions.

    X  No change from Fed. R. Civ. P. 36(a), (d).

    Maximum of _____ depositions by each party.

    Depositions not to exceed _____ hours unless agreed to by all parties.

F. Reports from retained experts.

   DISPUTED

   Not later than 90 days before the close of discovery subject to FED. R. CIV. P.

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 3 of 7
95035/7407.1

Exhibit  1
Page  3  of  7  Pages

      ———
      26(a)(2)(C).

      Reports due:
      ———

    From plaintiff                 From defendant

  G.    Supplementation of disclosures and discovery responses are to be made:

     X    Periodically at 60-day intervals from the entry of scheduling and planning
    ——— order.

         As new information is acquired, but not later than 60 days before the close of
    ——— discovery.

  H.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

     X    45 days prior to the close of discovery.
    ———

         Not later than
    ———

5.   **Pretrial Motions**.

     X    No change from D.Ak. LR 16.1(c).
    ———

         The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

         Motions to amend pleadings or add parties to be filed not later than .
    ———

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 4 of 7
95035/7407.1

Exhibit 1
Page 4 of 7 Pages

Motions under the discovery rules must be filed not later than .

___

Motions in limine and dispositive motions must be filed not later than .

___

6. **Other Provisions**:

    A.    The parties do not request a conference with the court before the entry of the scheduling order.
___

        X  The parties request a scheduling conference with the court on the following issue(s):
___

        Scope of discovery and expert witnesses.

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

        X  This matter is not considered a candidate for court-annexed alternative dispute resolution.
___

        The parties will file a request for alternative dispute resolution not later than .
___

        Mediation        Early Neutral Evaluation
        ___        ___

    C.    The parties   do   X  not consent to trial before a magistrate judge.
                              ___    ___

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 5 of 7
95035/7407.1

Exhibit 1
Page 5 of 7 Pages

D. Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

    X  All parties have complied       Compliance not required by any party
       (Defendants will supplement.)

7. **Trial**.

    A.    The matter will be ready for trial:

          X  45 days after the discovery close date.

             not later than .

    B.    This matter is expected to take   4  days to try.

    C.    Jury Demanded    Yes    X No

          Right to jury trial disputed?    Yes    X No

Dated: April 3, 2008

                            s/Neil T. O'Donnell
                            ATKINSON, CONWAY & GAGNON
                            Attorneys for Plaintiff

                            s/Thomas Waller
                            BAUER MOYNIHAN & JOHNSON LLP
                            Attorneys for Defendants

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 6 of 7
95035/7407.1

Exhibit 1
Page 6 of 7 Pages

I certify that on April _____, 2008, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By _____

SCHEDULING AND PLANNING CONFERENCE REPORT
Abruska v. Northland Leasing Company, LLC – Case No. 3:04-cv-209-TMB
Page 7 of 7
95035/7407.1

Exhibit 1
Page 7 of 7 Pages