NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JOSEPH ABRUSKA, | ) | Case No. 3:04-cv-209-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHLAND VESSEL LEASING | ) | |
| COMPANY, LLC, NAKNEK BARGE, | ) | |
| LLC, AND NORTHLAND SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **(PROPOSED) ORDER GRANTING STATUS CONFERENCE**

The Court hereby grants Plaintiff Joseph Abruska's motion for a status conference and hereby sets the same for _____, 2008, in Courtroom _____.

DATED this \_\_\_\_\_ day of April, 2008.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

I certify that on April 4, 2008, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By         s/Neil T. O'Donnell