NEIL T. O'DONNELL
CHRISTOPHER J. SLOTTEE
ATKINSON, CONWAY & GAGNON
Attorneys for Plaintiff Joseph Abruska
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
nto@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOSEPH ABRUSKA, ) | Case No. 3:04-cv-209-TMB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NORTHLAND VESSEL LEASING ) | |
| COMPANY, LLC, NAKNEK BARGE, ) | |
| LLC, AND NORTHLAND SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**MEMORANDUM IN SUPPORT OF MOTION
FOR STATUS CONFERENCE**

Plaintiff Joseph Abruska was working as a longshoreman in Naknek, Alaska, when he fell between a loose lower wire safety railing and an upper wire safety railing on the perimeter of the 218-foot barge, the Baranof Trader, and was crushed between the barge and the dock. Through a combination of summary judgment rulings issued by Judge Singleton and this Court, Mr. Abruska's claims were dismissed on various legal grounds. (Docket Nos. 11, 60, 71) Thus no trial has been held in this case.

The Ninth Circuit reversed the grant of summary judgment on December 10, 2007. <u>Abruska v. Northland Services Leasing, Co., et al.</u>, 2007 WL 4328834 (9th Cir.). The parties have since unsuccessfully explored the possibility of settlement. They have also discussed what remaining discovery matters and deadlines apply to the reinstituted case. They have been able to agree on many, but not all, issues. The parties accordingly request a status conference to address the following points.

**<u>Areas of Agreement</u>**

Among other issues, the parties agree that discovery will close on September 28, 2008 (nine months after the Ninth Circuit's decision) and that the case will be ready for trial 45 days thereafter. A draft supplemental scheduling and planning conference report is attached showing the parties points of agreement. (Ex. 1)

**<u>Areas of Disagreement</u>**

1.  <u>Scope of Discovery</u>. Defendants contend that all liability discovery is "closed" but that "non-cumulative" damage discovery remains open. Since Mr. Abruska is the only party claiming damages, Defendants are essentially claiming that only they be allowed to conduct further discovery.

Mr. Abruska believes that the Ninth Circuit's rulings on his negligence *per se* claim will be determinative of the liability issue in this case. However, no such concession has been made by Defendant. The Ninth Circuit also reinstated Mr. Abruska's negligence claim. If there are remaining liability issues, Mr. Abruska should be allowed to conduct discovery going to those issues.

2.    <u>Due Date for Expert Witnesses</u>.  Defendants vigorously argued on appeal (albeit unsuccessfully) that Mr. Abruska could not sustain a longshoreman "turnover duty" cause of action without a longshoring expert.  On February 21, 2008, after the Ninth Circuit ruled, Mr. Abruska disclosed a longshoring expert, Richard Roth, and produced his report.  (Ex. 2)  Mr. Roth's testimony will obviously be unnecessary if the liability issue is resolved by the Ninth Circuit's negligence *per se* ruling.  If liability remains for determination at trial, however, there is no basis in fairness or justice for excluding his testimony.  Defendants have already had his report for a month and a half, and still have an additional six months to depose him if they wish.  The previous legal arguments advanced by Defendants have already delayed this case for two years for an appeal.  The addition of Mr. Roth as a witness will not cause any additional delay.  Mr. Roth's opinion does not introduce any new liability theory.  With the addition of Mr. Roth, both parties will have one longshoring expert.  This is not a situation where the case is being retried, because the case never tried prior to the appeal.  No trial date has ever been set in the case.  There is no legally cognizable prejudice to Defendants.

Because the parties have not been able to resolve the foregoing issues, Mr. Abruska moves for a status conference to address these points.

DATED this 4th day of April, 2008.

          ATKINSON, CONWAY & GAGNON
          Attorneys for Joseph Abruska

          By      s/Neil T. O'Donnell
          420 L Street, Suite 500
          Anchorage, AK 99501
          Phone:  (907) 276-1700
          Fax:  (907) 272-2082
          E-mail:  nto@acglaw.com
          ABA No. 8306049

I certify that on April 4, 2008, a copy
a copy of the foregoing was served electronically
on the following attorneys or parties of record:

Thomas G. Waller, Esq.

By      s/Neil T. O'Donnell