```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

       JOSEPH ABRUSKA           vs.   NORTHLAND VESSEL LEASING CO.,LLC

BEFORE THE HONORABLE   TIMOTHY M. BURGESS

CASE NO.  3:04-CV-00209-TMB

DEPUTY CLERK/RECORDER: ALEXIS GUTIERREZ

APPEARANCES:    PLAINTIFF: NEIL T. O'DONNELL

                DEFENDANT: THOMAS G. WALLER -TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD APRIL 17, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:03 a.m. court convened.

Court and counsel heard re possible settlement conference.

Court and counsel heard re scope of discovery, additional discovery, liability, causation and damage issues.

Court ordered parties to meet and confer re causation and damage issues.

Court and counsel heard re additional expert witnesses, testimony and depositions.

Court ordered parties to meet and confer re possible trial dates.

At 11:29 a.m. court adjourned.

DATE:     APRIL 17, 2008       DEPUTY CLERK'S INITIALS:   AXG

Revised 6/18/07